Steven R. Rodriguez #0154335
999 W. Mathews Road
French Camp, CA 95231
In Pro Per

**FILED**

APR 3 0 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. RODRIGUEZ, | **Civ. No.:** |
| Plaintiff, | **2:** 1 9 - CV - 0 7 3 9  DB (PC) |
| v. | |
| CITY OF STOCKTON, JOHN DOE CHIEF OF POLICE, RYAN TAIARIOL STOCKTON POLICE OFFICER, JASON MAMARIL STOCKTON POLICE OFFICER, MIROSLAVA MORENO STOCKTON POLICE OFFICER, KATHRYN ABDALLAH, STOCKTON POLICE OFFICER, KYLE TACKER, STOCKTOON POLICE OFFICER, ROBERT CLYBORN STOCKTON POLICE OFFICER, MARK COUVILLION STOCKTON POLICE OFFICER, CHRISTOPHER PARIS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY, | **COMPLAINT** **42 U.S.C. §1983** **JURY TRIAL DEMANDED** |
| Defendants. | |

## I.   Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C. §1983 to redress the deprivation, under

color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 §1331 and 1343(a)(3). Plaintiff Rodriguez seeks declaratory relief pursuant to 28 U.S.C. §§2201 and 2202. Plaintiff Rodriguez's claims for injunctive relief are authorized by 28 U.S.C. §§2283 and 2284 and rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of California is the appropriate venue under 28 U.S.C. §1391(b)(2) because San Joaquin County is where the events giving rise to these claims occurred.

## II.     Plaintiff

3. Plaintiff Steven R. Rodriguez is and always has been a United States Citizen. He is currently confined at the San Joaquin County Jail in French Camp, California.

## III.     Defendants

4. Defendant, City of Stockton, is a municipality whom is the employer of all Stockton Police Department personnel.

5. Defendant, John Doe Chief of Police is at all times mentioned in this complaint held Chief of Police and is responsible for training and supervising all Stockton Police officers under his supervision and citizen's safety.

6. Ryan Taiariol Gang Violence Suppression of Stockton Police Department, hereinafter "-SPD", is a Stockton Police Officer who held the rank of Detective and was assigned to the Stockton Police Department and is responsible for welfare and protection of the citizens of Stockton, California.

7. Jason Mamaril of GVSU-SPD is a Stockton Police Officer who held the rank of Detective and was assigned to the Stockton Police Department and is responsible for the welfare and protection of the citizens of Stockton, California.

8. Paul Gutierrez of GVSU-SPD is a Stockton Police Officer who held the rank of detective and was assigned to the Stockton Police Department and is responsible for the welfare and protection of the citizens of Stockton, California.

9. Miroslava Moreno of GVSU-SPD is a Stockton Police Officer who held the rank of Detective and was assigned to the Stockton Police Department and is responsible for the

welfare and protection of the citizens of Stockton, California.

10. Kathryn Abdallah of GVSU-SPD is a Stockton Police Officer who held the rank of detective and is responsible for the welfare and protection of the citizens of Stockton, California.

11. Kyle Tacker is a Stockton Police Officer who held the rank of Officer and is responsible for the welfare and protection of the citizens in the community of Stockton, California.

12. Robert Clyborne is a Stockton Police Officer who held the rank of Officer and is responsible for the welfare and protection of the citizens of Stockton, California.

13. Sergeant Clyborne is a Stockton Police Officer who held the rank of officer and is responsible for the welfare and protection of the citizens of Stockton, California. Sergeant Mark Couvillion is a Stockton Police Sergeant who held the rank of Sergeant and is responsible for the welfare and protection of the citizens of Stockton, California.

14. Christopher Paris of California Department of Corrections and Rehabilitation Special Services Unit is an employee of CDC who held the rank of SSU Agent Officer and is responsible for all inmates and/or parolees in the state of California.

## IV.    Facts

15.  At all times relevant to this case prior to June 18, 2016 when Plaintiff was paroled from CDCR into San Joaquin County Probation (PRCS AB109). Plaintiff was and still is a validated "drop out" of the Northern Structure prison gang since 2003. In addition, Plaintiff is not a documented or validated Northern Rider security threat group 1.

16. On December 31, 2014 the term "Northern" in "Northern Riders" was abolished.

17. On June 18, 2017, there was a shooting at Sunset Liquors in Tracy, California (see "Exhibit 1"). At no time did any witness identify or hear any gang activity.

18. On June 26, 2017 there was an alleged high-speed chase involving a shooting at Stockton Police Officers, Defendants Kyle Tacker and Robert Clyborne in patrol vehicle 1E29 (see "Exhibit 3"). Defendant Kyle Tacker did not write his own independent crime report. Nor did Defendant Tacker make any driver description through Defendant Robert Clyborne's crime report.

19. On June 26, 2017 there was an alleged high-speed chase shooting at Defendant Sergeant Mark Couvillion (see "Exhibit 3") who described an alleged license plate number from 50 yards away or one city block away at 11:10 P.M. on a crime report. However, CAD log records Defendant Couvillion did not get the plate as his crime report states.

20. Defendants Ryan Taiarol and Jason Mamaril are joint lead detectives of these alleged gang crimes who wrote fabricated and perjurious affidavits, states for probable cause into search warrants (see "Exhibit 4" excerpts) under oath.

21. Defendant Kathryn Abdallah (see "Exhibit 5") also wrote affidavits, statements for probable cause into search warrants on fabricated and perjurious aspects under oath on June 29, 2017.

22. On June 30, 2017, Defendant Miroslava Moreno falsified and fabricated gang allegations about Plaintiff on affidavits under oath (see "Exhibit 6").

23. Defendant Paul Gutierrez presented the Honorable Judge Johnson of the Superior Court with a wiretap affidavit (Bates 560) and Defendants Abdallah and Moreno utilized the expertise of Defendant Paul Gutierrez (see exhibits attached or to be included later). Defendant Paul Gutierrez wrote a crime report (Bates 0037-064 "Exhibit 7") indicating Plaintiff was a Northern Rider criminal street gang (see Bates 0036 "Exhibit 7").

24. On July 3, 2017, GVSU-SPD, Defendants Taiarol, Mamaril, Gutierrez, Abdallah, and Moreno all continued to conspire against Plaintiff's fabricated gang membership in warrants on multiple social media accounts (Bates 4474 excerpt "Exhibit 8").

25. Multiple search warrant returns authored by Defendant Mamaril (see "Exhibit 9") distinguishes Defendant falsified and fabricated various affidavits, statements for probable cause into these warrants on Plaintiff's alleged gang membership.

26. For approximately forty-five (45) days, GVSU-SPD Defendants listened from the wire room to cell phone wiretaps (see "Exhibit 10") defendant's Mamaril, Taiarol, Gutierrez, Moreno, and Abdallah. Here there should be additional police crime reports on alleged gang membership by Plaintiff, but there are none.

27. On July 18, 2017, Defendant Ryan Taiarol submitted a search warrant and affidavit at

about 12:21 P.M. signed by Superior Court Judge William Johnson for a cell phone located at San Joaquin County Jail or San Joaquin County Probation Department between 8:00 A.M. and 10:00 P.M. (see "Exhibit 11") Bates 0617-0621. Plaintiff was not in jail nor was this alleged phone (see "Exhibit 11 Bates 0187-0188). On July 18, 2017 at 2333 hours, Plaintiff was pulled over by San Joaquin County Deputy Sheriff Nick Gomes and Plaintiff was booked into San Joaquin County Jail. During this stop Deputy Sheriff Amber Keener kept asking Plaintiff for a phone. Stockton Police Department was also at this stop. Conveniently, Stockton Police Department surveillance ended at 2320 hours. No phone was logged or booked into jail property (see Exhibit B) nor was the police report logging this cell phone, but it is in evidence. Thus, Defendant Taiarol falsified and fabricated this affidavit (see "Exhibit A") to seize a phone allegedly belonging to Plaintiff. Stockton Police Department arrived at the mentioned stop and Deputy Sheriff Gomes announced Stockton Police Department wanted to talk to Plaintiff.

28. Defendants Abdallah, Moreno, Mamaril, and Taiarol all utilized the expertise of Defendant Christopher Paris of CDCR in multiple falsified affidavits into warrants (see "Exhibit 13"). Defendant Paris was not assigned to GVSU-SPD (see Bates 4958-4960, bates 4959, first paragraph) Defendant was brought into this investigation at an early stage likely June 30th to July 3rd of 2017.

29. Defendants Abdallah, Moreno, Mamaril, and Taiarol all wrote affidavits concerning the use of confidential informants in their writings under oath. No independent police report confirms their fabricated affidavits that state currently in this investigation informants have provided information about the members of the target. GVSU-SPD's target gang is Nortenos and/or Northern Riders (see "Exhibit 14" bates 0492, 0578, 0492, 4724, 4725, 4717, 4718, 5108, 5187, 5252, 5253, 5344, and 5368, 5369).

30. Defendants Mamaril and Taiarol further fabricated affidavits regarding Plaintiff's gang membership into a criminal street gang. Specifically, "Northern Riders". By their own admission, the alleged Northern Riders are a security threat group (see "Exhibit 15"). This falsified gang allegation of Nortenos and/or Northern Riders help charges under the

current case that Plaintiff reserves the right for a malicious prosecution claim solely on gang allegations under California's "Step" Act, California Penal Code §186.22 et seq.

31. Defendant Mamaril fabricated an affidavit on his own (see "Exhibit 16") recording a confidential informant providing information. This confidential informant is the second wife of Plaintiff. The false affidavit coincides directly with the wiretap recording between two scorned wives making assumptions about Plaintiff. Again, Defendant Mamaril authors a crime report indicating some sort of real confidential informant interviews.

32. Defendants Mamaril and Taiarol specifically and intentionally fabricated affidavits under oath concerning Plaintiff's alleged gang activities and membership (see "Exhibit 17").

33. Plaintiff was homeless on August 1, 2017 and reporting to the San Joaquin County Probation Department every week on Tuesday to receive monetary help for residence. In July of 2017, Plaintiff was employed at PFlug in Lathrop, California. Stockton Police Officer Ryan Taiarol attached a GPS tracker to Plaintiff's red 2007 Pontiac Grand Prix.

34. On or about August 10, 2017, three (3) search warrants for three (3) residences were executed to search for guns. All warrants were redacted concerning items to be seized. On this day Plaintiff was arrested by Stockton Police Department and Probation officer Rich Hoheuthaner in San Francisco, California (see "Exhibit 18"). Knock notice requirement was in effect.

35. On or about August 2017, Plaintiff was arraigned in the Superior Court of California, County of San Joaquin. People v. Rodriguez et al on eighteen (18) serious felonies and California Penal Code §186.22 allegations with enhancements attached to each charge. Malicious prosecution solely on §186.22.

36. On or about September 5, 2017 to September 8, 2017, a grand jury was conducted, and an indictment was filed. People v. Rodriguez (Case No.: CR-2017-12443 in the Super Court of California, County of San Joaquin) with §186.22 allegations and enhancements to all counts. Defendants Tacker, Sergeant Couvillion, Mamaril, Taiarol, and Paris all testified for the prosecution on September 5, 2017.

37. Defendant Mamaril testified in the Grand Jury (Grand Jury Reporter's Transcript page

394) that Plaintiff was a documented gang member which is not true and is perjury. It should be noted other perjurious testimonies will be proved for each affidavit and warrant Defendant Mamaril committed.

38. Defendant Taiarol testified in the Grand Jury (Grand Jury Reporter's Transcript pages 271-281) that she is assigned to investigate Nortenos. There was no mention of the Northern Riders.

39. Defendant Tacker testified in the grand jury (Grand Jury Reporter's Transcript pages 108-132) and testified he knew it was a male due to a bald head (see "Exhibit 19" photographs of plaintiff vehicle with tinted windows).

40. Defendant Couvillion testified in the grand jury (Grand Jury Reporter's Transcript pages 142 – 169) that he read the license plate to the red 2007 Pontiac Grand Prix from 50 yards distance at night.

41. On or about October of 2017, Plaintiff was served with a copy of a 20-count indictment with gang allegations and gang enhancements attached to each count.

42. Plaintiff filed a citizen's complaint on Defendants Tacker, Clyborne, Couvillion, Mamaril, and Taiarol at the Stockton Police Department. On March 23, 2018, said complaints were denied (see "Exhibit 20").

43. Defendants Taiarol and Mamaril further wrote in their affidavits that Martin Harlan and Marcial Hernandez were Northern Rider members and associates (see "Exhibit 20"). Attached are declarations of Harlan and Hernandez refusing gang affiliations.

44. On or about December 18, 2017 Stacy Cano and Renee Mosqueda submitted declarations to Plaintiff concerning warrant violations committed by Defendants Taiarol and Mamaril (see "Exhibit 21") all warrants were deemed "knock notice".

45. Defendant Paris testified during the grand jury (Grand Jury Reporter's Transcript pages 404-435) concerning Plaintiff's documented/validated gang membership as a Northern Rider, and that Northern Riders were a criminal street gang.

/

////

## VI.    Exhaustion of Legal Remedies

46. Plaintiff used the only method of any complaint against Stockton Police Department Defendants (see "Exhibit 20"). Therefore, exhaustion of legal remedies is met.

47. Plaintiff is not an inmate or parolee of California Department of Corrections and Rehabilitation and thus that department's 602 appeal process sis not available to exhaust remedies in regard to Defendant Paris.

48. Plaintiff asserts these allegations against all Defendants are criminal civil rights violations against Plaintiff, therefore 42 U.S.C. §1983 is ripe.

## V.    Legal Claims

49. Plaintiff re-alleges and incorporates by reference 1-50.

50. Defendants Tacker, Clyborne, and Couvillion wrote false crime reports and committed perjury in a grand jury to illegally convict Plaintiff to a life sentence in state prison. Defendant's actions violated Plaintiff's rights under the 8th and 14th amendments to the United States Constitution. As a result, Plaintiff suffered loss of work wages, pain and suffering, and emotional distress from illegal jailing.

51. Defendants Tacker and Couvillion committed perjury in a court of law. Defendant's actions violated and continue to violate Plaintiff's rights under the 6th, 8th, and 14th amendments to the United States Constitution, causing Plaintiff to suffer loss of wages and emotional distress.

52. Defendants Paris, Abdallah, Moreno, Gutierrez, Mamaril, and Taiarol have intentionally conspired to falsify legal documents under oath, affidavits, statements of probably cause into multiple warrants, all of which violate the expectation of privacy. All Defendants fabricated a gang alliance of Nortenos and/or Northern Riders against Plaintiff. Defendants Taiarol, Moreno, Mamaril, and Paris further committed perjury in a grand jury. All Defendants here are violating Plaintiff's 4th, 5th, 8th, and 14th amendment rights. These illegal actions are causing Plaintiff loss of wages, pain and suffering, and emotional distress.

53. All Defendants have conspired to falsely arrest and maliciously prosecute Plaintiff.

54. Plaintiff has no plain, adequate, or complete remedy at law to readdress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured having been illegally charged with gang enhancements and allegations due to the conduct of the Defendants unless the court grants the declaratory and injunctive relief that Plaintiff seeks.

### VI.   **Prayer for Relief**

Plaintiff respectfully prays that this court enter judgement.

A. Granting Plaintiff a declaration that the acts and omissions described herein violate his constitutional rights.

B. A preliminary and permanent injunction ordering Defendants of the GVSU-SPD and Christopher Paris of CDCR to stop intentionally and falsely creating gang allegations that do not confirm as subjects or allies.

C. Granting Plaintiff compensatory damages in the amount of $100,000.00 against each defendant jointly and separately.

D. Plaintiff seeks punitive damages only from Defendants Taiarol, Mamaril, Gutierrez, Moreno, and Paris in the amount of $750,000.00. Plaintiff seeks these damages against said Defendants jointly and separately.

E. Plaintiff seeks a jury trial on all issues triable by jury.

F. Plaintiff also seeks recovery costs of this suit.

G. Any additional relief this court deems just, proper, and equitable.

DATED: _____

Respectfully Submitted,

Steven R. Rodriguez
In Pro Per

1  Steven R. Rodriguez #0154335
   999 W. Mathews Road
2  French Camp, CA 95231
   In Pro Per

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11
   STEVEN R. RODRIGUEZ,
12                                              **Docket No.:**
           Plaintiff,
13
       v.
14
   CITY OF STOCKTON, et. al.,                   **PLAINTIFF'S DECLARATION IN**
15                                              **SUPPORT OF 42 U.S.C. §1983**
           Defendant.
16                                              DATE:
                                                TIME:
17                                              COURT:
18

19

20

21              **DECLARATION OF STEVEN R. RODRIGUEZ**

22

23      I, Steven R. Rodriguez, declare:

24      1. I am the plaintiff in propria-persona in the above entitled matter.

25      2. There are multiple affidavits into warrants that are in excess of five thousand pages that

26         would be far too excessive to include as exhibits, so I am utilizing excerpts and bate

27         stamp references in the present moment.

28  ////

---

-1-

3. Affidavits for statements of probable cause into search warrants are written and administered under oath by law enforcement personnel and all of these affidavits are not truthful regarding gang allegations.

4. These affidavits included in the 42 U.S.C. §1983 are only excerpts because they are excessive in length. Plaintiff asserts that all the information and data on gang validation or gang membership as written are intentional falsifications about Nortenos and/or Northern Riders to coerce Superior Court Judges to believe that Steven Refugio Rodriguez was a street gang member operative participating in clandestine activities no other Norteno and/or Norther Rider has ever done or will do.

5. Plaintiff asserts that law enforcement has fabricated ideals about keeping up with gang trends and gang cultures. The alleged Northern Riders have not existed since December 31, 2014, which was 4 years ago, and 3 years before the present case, proving the written affidavits to be false.

6. California Department of Corrections SSU Agent Christopher Paris as also falsified affidavits and lied under oath that Plaintiff was a validated member of Northern riders through a validation process. Plaintiff asserts he is a validated Northern Structure drop out.

7. Gang Violence Suppression Unit of Stockton Police Department, Jason Mamaril, Ryan Tairiol, Paul Gutierrez, Kathryn Abdallah, and Miroslava Moreno have willfully and intentionally lied under oath on all their affidavits, as well as conspired with SSU Agent Christopher Paris of CDCR to fabricate an alleged new gang alliance. Nortenos and/or Northern Riders.

8. Plaintiff asserts he is not a validated Northern Rider security threat group II pursuant to title 15§3378. There is a process with evidence and a point system with administrative chronos through institutional committees to Sacramento back to the institution. Photographs and interviews take place with institution gang investigators. Inmates also get a chance to reply and denounce the validation. Plaintiff would definitely be informed if he was a validated member or associate.

9. At no time during any alleged crime on June 18th and June 26th did any police or civilian witness identify Plaintiff as the person involved, nor was any sort of gang activity heard or seen by any law enforcement or civilian witness.

10. Plaintiff was discharged from CDCR on June 18, 2016 and was no longer in custody or under state parole. Instead, plaintiff was under San Joaquin County probation supervision (PRCS) AB 109. Plaintiff's probation officer was Rich Hohenthaner. Plaintiff was not under any gang registration or gang conditions under PRCS. Stockton Police Department Detectives' and Christopher Paris' allegations are false.

11. Plaintiff has been a validated drop out since 2003, and Stockton Police Department S.V.S.U. claims Plaintiff was a Norteno gang member in 2009. This court heard Plaintiff's 32254 on that case and will later motion for judicial notice on that criminal proceeding and the prior 42 U.S.C. §1983 docket number CIV-S-10-0204. To corroborate no gang allegations were charged nor was Plaintiff an alleged Norteno street gang member. Furthermore, Rodriguez has never been charged with any prior criminal street gang under California Penal Code §186.22. In exigent circumstances to immediately obtain warrants gang activity is one of the most seri0ous types of criminal activities to get warrants signed. However, no gang activity, gang subsets, or gang alliance between Nortenos and/or Northern Riders exist making false affidavits into a gang related hoax.

12. Stockton Police Department GVSU & Christopher Paris of CDECR have conspired to intentionally falsify written legal affidavits. Rodriguez is part of this special spy game operation/operative of Nortenos and/or Norther Riders criminal street gang. When GVSU Detectives I their own affidavits for warrants on 7 cell phones, 2 GPS trackers on 2 vehicles, several social media accounts and 3 residences with false gang related street activies. Moreover, GVSU in their own words in these ridiculous affidavits, they claim "The city of Stockton doesn't even have the Norther Riders validated as a street gang through CDCR as a security threat group."

13. Rodriguez has not been any South Side Stockton street gang member criminal felon ever.

////

14. Stockton Police Department GVSU Detectives and SSU Special Agent Christopher Paris have further conspired to falsify affidavits listed above concerning confidential informant/sources were utilized into the criminal investigation into the target gang.

15. During the course of approximately 43 wiretap/daily surveillance is there 1 crime report that law enforcement conducted interviews, phone conversations or any police duties with alleged confidential informants/sources.

16. Kyle Tacker of Stockton Police Department did not write his own crime report or specify any sort of male features on June 26, 2017 at the alleged high-speed chase but testified in a grand jury that he saw a bald head.

17. Robert Clyborne of Stockton Police Department wrote crime reports, witnessing 2 older model Pontiacs, one described as a Grand Am and the other described as a Grand Prix, run two (2) separate stop signs at the intersection of Poplar Street and N. Harrison which in fact is not a 4 way stop. Robert Clyborne and Kyle tacker partners of 1e29 never obtained a license plate at the inception of the alleged high-speed chase.

18. Sergeant Mark Couvillion of Stockton Police Department on June 26, 2017 never read the license plate 6DSF269 like he reported and testified to in Grand Jury from 40-50 yards at night. It's not possible to read a license plate 4 car lengths in front of you. 50 yards would be 5 or 6 car lengths. Sergeant Mark Couvillion's observation was 1 city block distance from N. El Dorado and Miner Street looking towards Miner Street and Center Street.

19. Rodriguez asserts that all references of his declaration above will be exhibited to the complaint and confirmed with actual bate stamps.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: _____, 2019                           Respectfully submitted,



                                                STEVEN REFUGIO RODRIGUEZ,
                                                Declarant In Pro Per



**Tracy Police Department**
1000 CIVIC CENTER DRIVE
TRACY, CA 95376

(209) 831-6550

**ORIGINAL REPORT**

| CASE NUMBER |
|---|
| **CR-17-4544** |

## SUMMARY:

Witnesses reported shots being fired at the Sunset Liquor store located at 2355 Parker Ave. Upon arrival two spent shell casings were located and all involved parties had fled the scene. It is unknown at this time if any parties were struck by gunfire.

## NARRATIVE·

COUNTS 7, 8, 9, 10, 11 & 12



**Tracy Police Department**
1000 CIVIC CENTER DRIVE
TRACY, CA 95376

(209) 831-6550

**SUPPLEMENTAL REPORT**

| CASE NUMBER |
|---|
| **CR-17-4544** |

NEVER CONTACTED ME!?
WHY?

## SUMMARY:

This is a supplemental report. Refer to original report for summary details.

## NARRATIVE:

On 06/18/2017 at approximately 1952 hours, I (3I41) was dispatched to 2355 Parker Ave (Sunset Liquors) on the report of shots fired. Upon arrival, Ofc. Grijalva was at the scene.

I parked my patrol vehicle, with its emergency flashing lights activated, on the southwest corner of Parker Ave. and Grantline Rd. to secure the crime scene. I cordoned off the northwest corner of the parking lot adjacent to Sunset Liquors, with crime scene tape to secure the scene.

I contacted            Trapp in the parking lot area of the scene. Trapp provided the following statement in summary.

Trapp stated he was walking eastbound in the strip mall from Rusty's Pizza Parlor to Sunset Liquors and witnessed the incident.

Trapp said he was approximately 40-50 feet from Sunset Liquor's entry/exit front door.            stated two males adults approached the driver's side of a vehicle parked in front of Sunset Liquors and an argument ensued.            said one of the male subjects stated "You want some of this?" and saw the male subject pull a handgun from his waistband.            stated the vehicle reversed and quickly exited the east entry/exit parking lot area. Trapp stated he saw the male subject fire two rounds from the handgun as the vehicle was exiting.            said he feared for his safety and ran back to Rusty's Pizza Parlor to seek shelter.

Trapp provided the following limited description of the suspects:

Suspect #1: White male adult, approximately 30-35 years old, 5'10" to 6'00", 165-180 lbs., wearing a white tank top and blue jeans, unknown hair and eye color.

Suspect #2: White male adult, approximately 25-30 years old, 5'09" to 6'00", 170- 180 lbs., white tank top and shorts, unknown hair and eye color.

Trapp did not have any additional details or statements concerning the incident.

## SCENE LAYOUT:

            is located on the southwest corner at the intersection of                                        . is located west of S                  within the strip mall.

## CASE STATUS:

Refer to original.

**Tracy Police Department**
1000 CIVIC CENTER DRIVE
TRACY, CA 95376

(209) 831-6550

**SUPPLEMENTAL REPORT**

CASE NUMBER

**CR-17-4544**

## SUMMARY;

On 6/18/17, I assisted Officer Grijalva with his investigation of a shooting by attaining (2) witness statements.

## NARRATIVE:

On 6/18/17 at approximately 1951 hours, I responded to the area of Sunset Liquors, 2355 Parker Ave. to assist Officer Grijalva with his investigation of a shooting. I arrived and was directed to contact residents of 2388 Parker Ave. for potential witnesses.

I saw at 2388 Parker Ave. #1, there was a camera pointing at Parker Ave. I contacted the resident of 2388 #1, Miguel Torrecillas, and he told me the following: Torrecillas was inside his apartment when the shooting occurred. He heard (2) shots fire near but he did not see anything. Torrecillas' camera was not recording at the time of the shooting.

I contacted a resident at 2388 Parker Ave. #4, Sandra Chavez (209-834-6481), and she told me the following: Chavez was in her car in the west part of the parking lot of her residence, facing Parker Avenue. She saw a Hispanic male in his 20's, wearing light colored shorts and high white socks, exit Sunset Liquors with a case of beer in his hand. She saw him walk towards a grey SUV, which was stopped in the parking lot of Sunset Liquors. She then saw an older red sedan occupied by (4) Hispanic males in their 20's drive southbound on Parker Avenue. As they were driving southbound, she saw the passenger shoot a handgun towards the male with the beer in his hand. Chavez did not know how many rounds the shooter fired. The grey SUV then followed the red sedan southbound on Parker Avenue and "tried to get them." Chavez described the handgun as possibly black. She could not provide a description of the (2) males in the back seat of the red sedan, other than they were in their 20's. Chavez said the (2) males in the driver and passenger seat had tattoos on their neck, and the driver had tattoos on his face. The red sedan had faded red paint, and had "normal" grey colored wheels. Chavez said the shooting happened, "really, really fast." She told me the residents of 2331 Parker Avenue, Betty and Frank, had multiple video cameras around their house, but they were not home at the time.

I was relieved of my duties at this time. My Body Worn Camera was activated during the incident.

## PHYSICAL EVIDENCE:

Refer to original report.

## CASE STATUS:

Refer to original report.

Rept. Off.: PINEO, JAKE (#1467)          PAGE 3 OF 3          RPT: 01



*COUNTS 7, 8, 9, 10, 11, & 12* (handwritten)

# Tracy Police Department
1000 CIVIC CENTER DRIVE
TRACY, CA 95376

(209) 831-6550

## SUPPLEMENTAL REPORT

CASE NUMBER

**CR-17-4544**

**SUMMARY:**

*NEVER CONTACTED ME !? WHY?* (handwritten)

This is a supplemental report. Refer to original report for summary details.

**NARRATIVE:**

On 06/18/2017 at approximately 1952 hours, I (3I41) was dispatched to ____ Parker Ave (Sunset Liquors) on the report of shots fired. Upon arrival, Ofc. Grijalva was at the scene.

I parked my patrol vehicle, with its emergency flashing lights activated, on the southwest corner of Parker Ave. and Grantline Rd. to secure the crime scene. I cordoned off the northwest corner of the parking lot adjacent to Sunset Liquors, with crime scene tape to secure the scene.

I contacted ____ in the parking lot area of the scene. Trapp provided the following statement in summary.

Trapp stated he was walking eastbound in the strip mall from Rusty's Pizza Parlor to Sunset Liquors and witnessed the incident.

Trapp said he was approximately 40-50 feet from Sunset Liquor's entry/exit front door. ____ stated two males adults approached the driver's side of a vehicle parked in front of Sunset Liquors and an argument ensued. ____ said one of the male subjects stated "You want some of this?" and saw the male subject pull a handgun from his waistband. ____ stated the vehicle reversed and quickly exited the east entry/exit parking lot area. Trapp stated he saw the male subject fire two rounds from the handgun as the vehicle was exiting. ____ said he feared for his safety and ran back to Rusty's Pizza Parlor to seek shelter.

Trapp provided the following limited description of the suspects:

Suspect #1: White male adult, approximately 30-35 years old, 5'10" to 6'00", 165-180 lbs., wearing a white tank top and blue jeans, unknown hair and eye color.

Suspect #2: White male adult, approximately 25-30 years old, 5'09" to 6'00", 170-180 lbs., white tank top and shorts, unknown hair and eye color.

Trapp did not have any additional details or statements concerning the incident.

**SCENE LAYOUT:**

____ is located on the southwest corner at the intersection of ____ located west of ____ within the strip mall.

**CASE STATUS:**

Refer to original.

*(handwritten, right side):*
*IM BACO- TATTS ON NECK- BACK OF HEAD- ARMS SLEEVED ... is*
*I WAS 48 AT THE TIME !*

*(handwritten, center bottom):*
*FIRST ALLEGED CASE 6.18.2017*
*SPD. CHASE 6.26.2017*
*GSW- 7.18.2017*
*ARRESTED S.FRAN 8.10.2017*

*JULE -JULY THEY SAY 2017* (handwritten)

TRACY POLICE CONTROLLED DOCUMENT - DO NOT REPRODUCE 6/27/2017 11:45:33 AM

Rept. Off.: DANIEL, DANLY (#1475)       PAGE 4 OF 4       RPT: 02

0012 Rodriguez

# Incident Report
# STOCKTON POLICE DEPARTMENT

**17-23754**

Supplement No
**0004**



22 E Market St.

STOCKTON, CA 95202

(209) 937-8495

Reported Date
**06/27/2017**
Rpt/Incident Typ
**245**
Member#
**CLYBORNE, ROBERT**

## Administrative Information

| Agency | DR | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| STOCKTON POLICE DEPARTMENT | 17-23754 | 0004 | 06/27/2017 | 05:48 |

| CAD Call No | Status | Rpt/Incident Typ | | |
|---|---|---|---|---|
| 171771118 | REPORT TO FOLLOW | ASSAULT WITH A DEADLY WEAPON | | |

| Location | | City |
|---|---|---|
| W ACACIA ST/N HARRISON ST | | Stockton |

| ZIP Code | Rep Dist | District | Sector | From Date | From Time |
|---|---|---|---|---|---|
| 95203 | 0119 | CC | CS | 06/26/2017 | 23:07 |

| Member# |
|---|
| 2812/CLYBORNE, ROBERT |

| Assignment | 2nd Member# |
|---|---|
| FIELD SERVICE SEAPORT 2ND WATCH PHASE 2 | CLYBORNE, ROBERT |

| 2nd Assignment | Entered By |
|---|---|
| FIELD SERVICE SEAPORT 2ND WATCH PHASE 2 | 2812 |

| Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|
| FIELD SERVICE SEAPORT 2ND WATCH PHASE 2 | Successful | Successful |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 1209 | 06/28/2017 | 08:30:20 |

| Route - Crimes vs Persons |
|---|
| Yes |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | PC245 (D)(1) | ASSAULT W/FIREARM ON | |

| NIBRS | | [A_C] [MOE] |
|---|---|---|

## Summary Narrative
*Supplemental report*

Body worn camera activated

## VICTIM 1: TACKER, KYLE

| Involvement | Invl No | Type |
|---|---|---|
| VICTIM | 1 | Police Officer |

| Name | MNI | Race | Sex |
|---|---|---|---|
| TACKER, KYLE | 1379171 | White | Male |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| 08/03/1992 | 24 | No | 5'07" | 180# | Brown | Hazel | 3232941 |

| NIBRS | | Means of Attack |
|---|---|---|
| F GN | | Firearm |

| Extent of Injury | Domestic Violence |
|---|---|
| NO VISIBLE INJURY | No |

| Type | Address |
|---|---|
| Work/Business | 22 E MARKET ST |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Stockton | CALIFORNIA | 95202 | 06/27/2017 |

| Phone Type | Phone No | Date |
|---|---|---|
| WORK | (209) 937-8377 | 06/27/2017 |

| Employer/School | Position/Grade |
|---|---|
| COS POLICE DEPARTMENT | OFFICER |

## Modus Operandi

| Premise Type | Crime Code(s) |
|---|---|
| Street, highway, alley | Assaults |

## Narrative
### NOTIFICATION:

| Report Officer | Printed At |
|---|---|
| 2812/CLYBORNE, ROBERT | 06/28/2017 08:47 |

Page 1 of 2

0012 Rodriguez

# Incident Report

**17-23754**

0003 Rodriguez
Supplement No
ORIG

# STOCKTON POLICE DEPARTMENT

## REGISTERED OWNER 1: RODRIGUEZ,STEVEN

| Involvement | Invl No | Type | | |
|---|---|---|---|---|
| REGISTERED OWNER | 1 | Individual | | |

| Name | | | | | | | | | MNI |
|---|---|---|---|---|---|---|---|---|---|
| RODRIGUEZ,STEVEN | | | | | | | | | 266153 |

| Race | Sex | DOB | | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| Hispanic/Mexican/Latin | Male | 02/26/1969 | | 48 | No | 5'10" | 170# | Brown | Brown |

| PRN |
|---|
| 3232937 |

| Type | Address |
|---|---|
| Home | ~~XXXXX~~ AV |

| City | State | ZIP Code | Date |
|---|---|---|---|
| Stockton | CALIFORNIA | 95206 | 06/26/2017 |

| Type | ID No |
|---|---|
| SS NUMBER | ~~XXXX~~ |

## SUSPECT 1: UNKNOWN

| Involvement | Invl No | Type | Name | |
|---|---|---|---|---|
| SUSPECT | 1 | Individual | UNKNOWN | |

| Race | Sex | Age | To Age | Juvenile? | Gen Appearance | Build |
|---|---|---|---|---|---|---|
| Hispanic/Mexican/Latin | Male | 20 | 30 | No | Casual | AVERAGE |

| Hair Description | Facial Features |
|---|---|
| Short hair | Unshaven |

| Demeanor | Glasses |
|---|---|
| Violent | NO GLASSES |

| Body Clothing |
|---|
| HAT/TSHIRT |

| Weapon Type | Caliber | PRN |
|---|---|---|
| Handgun | 9MM | 3232938 |

| Hat | Shirt | Facial Hair |
|---|---|---|
| DARK COLORED FLAT BILL | BLACK SHIRT | UNSH |

## VICTIM 1: CLYBORNE,ROBERT

| Involvement | Invl No | Type | | |
|---|---|---|---|---|
| VICTIM | 1 | Police Officer | | |

| Name | | | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| CLYBORNE,ROBERT | | | | | 1433503 | White | Male |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| 11/09/1991 | 25 | No | 5'11" | 190# | Black | Brown | 3232939 |

| NIBRS | | Means of Attack |
|---|---|---|
| F   GN | | Firearm |

| Extent of Injury | Domestic Violence |
|---|---|
| NO VISIBLE INJURY | No |

| Employer/School | Position/Grade |
|---|---|
| COS POLICE DEPARTMENT | OFFICER |

| Location | City |
|---|---|
| 22 E MARKET ST | Stockton |

| State | ZIP Code | Phone Type | Phone No |
|---|---|---|---|
| CALIFORNIA | 95202 | WORK | (209)937-8377 |

## Vehicle

| Involvement | Type | State | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|
| SUSPECT | AUTO | CALIFORNIA | 2000 | Pontiac | Grand Prix | 4-door Automobile | Red |

| # Occupants | To Year |
|---|---|
| 2 | 2010 |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| PAS | SUS | 1 | UNKNOWN | | H | M |

| DOB |
|---|
| |

| Link | Involvement | Invl No | Name | | Race | Sex |
|---|---|---|---|---|---|---|
| OWN | RGO | 1 | RODRIGUEZ,STEVEN | | H | M |

| DOB |
|---|
| 02/26/1969 |

| Report Officer | Printed At |
|---|---|
| 2812/CLYBORNE, ROBERT | 06/28/2017 08:35 |

Page 3 of 5

0003 Rodriguez

# Incident Report
**17-23754**

# STOCKTON POLICE DEPARTMENT

## Vehicle: 6DSF269

| Involvement | Type | License No | State | Lic Year |
|---|---|---|---|---|
| SUSPECT | AUTO | 6DSF269 | CALIFORNIA | 2017 |

| Lic Type | | Year | Make | Model |
|---|---|---|---|---|
| Regular Passenger Automobile Plates | | 2007 | Pontiac | Grand Prix |

| Style | Color | Value | VIN | # Occupants |
|---|---|---|---|---|
| 4-door Automobile | Red | $2,500.00 | 2G2WP552071111521 | 2 |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| PAS | SUS | 1 | UNKNOWN | H | M |
| DOB | | | | | |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| OWN | RGO | 1 | RODRIGUEZ,STEVEN | H | M |
| DOB 02/26/1969 | | | | | |

## Vehicle: 1429289

| Involvement | Type | License No | State | Lic Year |
|---|---|---|---|---|
| VICTIM VEHICLE | AUTO | 1429289 | CALIFORNIA | 2099 |

| Lic Type | | Year | Make | Model | Style |
|---|---|---|---|---|---|
| Regular Passenger Automobile Plates | | 2014 | Ford | Explorer | Utility Trailer |

| Color | Value | VIN | # Occupants |
|---|---|---|---|
| Black | $2,500.00 | 1FM5K8AR4EGB38615 | 2 |

## Modus Operandi

| Physical Evidence | Weapon Used | Premise Type | Crime Code(s) |
|---|---|---|---|
| VIDEO | FIREARMS | Street, highway, alley | Assaults |

## Narrative

**NOTIFICATION**:
On Monday 6/26/17 at approximately 2308 hours, Officer K Tacker and I, Officer R Clyborne (1E29), were patrolling the area of W Poplar and N Harrison St. We were in our marked SPD patrol SUV with overhead emergency lights and siren. We were in our department approved Police Duty Uniforms. All of our equipment was inspected prior to shift and was working properly. While patrolling in the area, ~~I observed a red Pontiac Grand Prix make a northbound turn from Poplar on Harrison. The vehicle did not stop at the stop sign.~~

**INVESTIGATION**:
~~I made a northbound turn behind the vehicle and activated my overhead emergency lights with solid forward facing red light to affect a traffic stop at Harrison just south of Acacia.~~ The driver of the vehicle sped up instead of yielding, and drove eastbound on Acacia. I activated my siren and began pursuing the suspect going eastbound Acacia. He drove through the stop sign of Acacia and Lincoln continuing eastbound, and at that point the front passenger sat outside of the vehicle on the window. He was a Hispanic male adult that appeared to be in his twenties. He was wearing a black shirt and was wearing a dark colored flat bill hat.

He pulled out a pistol and cocked it back. He then pointed the pistol at Ofc. Clyborne and I, and began firing while the vehicle was at approximately Acacia and Van Buren. He fired at least three rounds at us, where we later found our vehicle to be struck in the windshield and the front passenger's door at the door jam nearest the front of our vehicle.

I braked, and maneuvered the vehicle north on the street to attempt to dodge the rounds being fired at us while Ofc. Clyborne advised dispatch of what we had and we continued to pursue the vehicle eastbound Acacia from a distance.

The vehicle continued eastbound Acacia where he blew the stop sign at Acacia/Madison ran the red light at Acacia/Center, ran the red light at Acacia/El Dorado, ran the stop sign at Acacia/Hunter, ran the red light at Acacia/San Joaquin, and ran the stop sign at Acacia/California where he made a southbound turn. The vehicle nearly ran multiple cars off the road and reached speeds of at least 80 miles per hour.

As I reached California St. and turned southbound, I was unable to locate the red Pontiac.

As Ofc. Clyborne and I were searching for the vehicle, we heard Sgt. Couvillion (Y5) advise he may have the vehicle at Miner/El Dorado. We started heading that way, and Sgt. Couvillion advised he was being shot at.

| Report Officer | Printed At |
|---|---|
| 2812/CLYBORNE, ROBERT | 06/28/2017 08:35 |
| Page 4 of 5 | |

# Incident Report
# STOCKTON POLICE DEPARTMENT

**17-23754**

0002 Rodriguez
Supplement No
ORIG

## Person Summary

| Invl | Invl No | Type | Name | | | | | | MNI |
|------|---------|------|------|--|--|--|--|--|-----|
| SUS | 1 | I | UNKNOWN | | | | | | |

| Race | Sex | DOB | | | | | | | |
|------|-----|-----|--|--|--|--|--|--|--|
| H | M | | | | | | | | |

| Invl | Invl No | Type | Name | | | | | | MNI |
|------|---------|------|------|--|--|--|--|--|-----|
| VIC | 1 | P | CLYBORNE, ROBERT | | | | | | 1433503 |

| Race | Sex | DOB | | | | | | | |
|------|-----|-----|--|--|--|--|--|--|--|
| W | M | 11/09/1991 | | | | | | | |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|------|------|-----------|-------|----------|------|------|-------|-------|-------|
| SUS | A | | CA | | 2000 | PONT | GRA | 4D | RED |
| SUS | A | 6DSF269 | CA | 2017 | 2007 | PONT | GRA | 4D | RED |
| VIC | A | 1429289 | CA | 2099 | 2014 | FORD | XPL | UT | BLK |

## Summary Narrative

VIEVU Body Camera activated

On 06/26/2017 while attempting to conduct a traffic stop on a vehicle, the passenger sat on the window sill of the front passenger's seat and racked a firearm. The passenger then began to fire at my partner, (VIC) Ofc. Clyborne, and I. The suspect struck our vehicle twice with the rounds expended from his firearm. Once in the windshield and once on the front passenger's door. The suspect fled westbound Acacia not stopping for any stop signs or at any red lights. He turned southbound on California St. where we lost sight of him. Another officer located a vehicle of the same make and model at Miner St. and Center. The passenger shot at that officer multiple times as well. After reviewing footage from traffic cameras the vehicle's license was found to be 6DSF269. The suspects made good their escape last seen travelling southbound I5.

| Report Officer | Printed At |
|----------------|-----------|
| 2812/CLYBORNE, ROBERT | 06/28/2017 08:35 |

Page 2 of 5

# Incident Report

**17-23754**

# STOCKTON POLICE DEPARTMENT

## Narrative

I could hear what sounded like gunshots over the radio, and Sgt. Couvillion advised the vehicle's license plate was 6DSF269. Ofc. Clyborne and I caught up to Sgt. Couvillion in the pursuit and pulled a vehicle over at Downing/I5.When I got out of my vehicle I could see the vehicle that had been stopped was not the vehicle that the suspects were driving when firing at us. I advised other officers of this, and they continued to search for the suspects.

Ofc. Clyborne and I returned to the PD where we had our vehicle photographed and debriefed with Sgt. Arietta. It was then that we saw the windshield had been struck and the front passengers door jam had been struck by gunfire.

I drove to the area where we were shot at and two shell casings were located at Acacia and Van Buren St. Both were 9mm shell casings with one being on the north side of Acacia St just east of Van Buren, and the other in the intersection of Acacia/Van Buren on the south side of Acacia. Ofc. Rodriguez also advised he located a dark colored flat bill hat on Monroe and Acacia st, which could have flew off the passenger's head while he was hanging out of the vehicle.

There was an expended round located on the sidewalk on the south side of the sidewalk found by Ofc. Rodriguez (1E21).

Ofc. Rodriguez stood by with the evidence while FET Chase processed the scene. Ofc. Clyborne and I were advised to put our vehicle in a stall at the PD. After placing our vehicle in a stall, we rode with Sgt. Arietta to the SEB to speak with detectives about the incident and to start a trac-flyer.

I reviewed the footage from Y45 that showed a vehicle of the same make and model that had fired rounds at us stopped at Miner waiting to turn southbound at Center. The camera zoomed in and the license plate was (LIC#6DSF269). A few moments later a police vehicle activated it's emergency lights and pursued the vehicle southbound Center and westbound on the crosstown.

The timing of the video matches the time of Sgt. Couvillion advising he had a vehicle firing rounds at him going southbound Center.

An armed and dangerous DOJ stop was placed on the vehicle, and after speaking with Lt. Smith we cleared the call.

## ATTACHMENTS:
None

## EVIDENCE:
Video/shell casings/bullet fragments/photographs/hat

## DISPOSITION:
Open pending suspect identification and follow up with RGO.

*2 OFCRS WRITE THIS CRIME REPORT?*

*→ DISCOVER SPD REPORT WRITING STANDARDS/ PROCEDURES.*

| Report Officer | Printed At |
|---|---|
| 2812/CLYBORNE, ROBERT | 06/28/2017 08:35 |
| Page 5 of 5 | |



**Tracy Police Department**
1000 CIVIC CENTER DRIVE
TRACY, CA  95376

(209) 831-6550

**ORIGINAL REPORT**

CASE NUMBER

**CR-17-4544**

## SUMMARY:

Witnesses reported shots being fired at the Sunset Liquor store located at 2355 Parker Ave. Upon arrival two spent shell casings were located and all involved parties had fled the scene. It is unknown at this time if any parties were struck by gunfire.

## NARRATIVE:

On 061817 at approximately 1951 hours, I was dispatched to 2355 Parker Ave for a report of shots fired. While in route to the scene TPD dispatch advised involved parties were seen getting into vehicles and leaving the scene. TPD dispatch advised there was a red car and a gray van that were involved in the shooting and the red car was last scene E/B down 22nd St. I responded to the scene W/B on 22nd St and did not see any vehicle matching the descritpion initially given by TPD dispatch.

Upon arrival I was flagged down by (W) Kamaljit Khurana who stated the suspects were in a red car that fled S/B on Parker Ave from in front of the business. He advised the suspect had fired at three males that were standing directly in front of the entry exit door. Witnesses pointed out spent shell casings in the gutter of the driveway off of Parker Ave. I noticed they were a small caliber handgun round.

I contacted (W) Daniel Chavez who stated the following in summary. Chavez stated he was across the street in front of his residence when the shooting occurred. Chavez stated he heard the screeching of tires from a car stopping quickly and he heard two gun shots. He said he ran to see what was happening and saw a red late 90's to early 2000's sedan driving away quickly. He said the males that had been shot at got into a gray, possibly mini van, and left the area. Chavez stated he believed that the males that were shot at left W/B in front of the business. Chavez was unable to provide any further on description advising it happened quickly and he ran to the business to see if everyone was ok. Chavez stated he saw four subjects in the red sedan that had shot at the males in front of the store. Chavez stated it was not the driver of the car that shot but he was unable to provide who was responsible for the shooting.

TPD units secured the scene and stopped business so that evidence could be collected. CST Martin arrived on scene for processing.

I contacted             who was working inside the business at the time of the shooting. Pal stated the following in summary.

Pal stated there were three Hispanic males who came into the business and purchased Modelo beer. When attempting to question Pal further he stated he wanted me to speak to Khurana due to his English being limited.

I contacted Khurana who stated he was working the front counter and three Hispanic males came into the business and purchased two twelve packs of Modelo Beer. He said one of the Hispanic males comes in a lot and has a pony tail. He said the males left the business and then one of the males ran back in and then the shooting occurred. He said the males then left the business. Khurana was unable to provide any suspect description.

Khurana brought up the video surveillance and I watched the incident. I recognized the three Hispanic males who had been shot at as (I) Jorge Mendez, (V) David Coria and (V) Carlos Coria. I watched as the three subjects purchase alcohol at the business and two of them leave as David stays at the front counter. Carlos then walks back in to the business and he and David walk out front. I watched as you see Carlos and David looking to the west in front of the business and start walking back as if concerned of what the saw. I watched as a four door red Pontiac, possibly a Grand Prix, pull up in front of the business. I watched as the front passenger fired a handgun at the Coria brothers and the vehicle leave the scene S/B on Parker Ave.

I watched as Carlos ran S/B out of camera view and Carlos walked out of the store from where he had run into during the shooting. I saw as Mendez pulls up in front of the business in a silver Mercedes SUV and pick up            who got into the rear passenger door and the leave S/B.

It is unknown if Carlos or David were struck by the gunfire. TPD units checked STCH for gun shot victims with negative results. I ran a reverse registration check on Mendez and found he has a 2000 Mercedes registered to him. TPD units checked both the       ted address and Mendez's listed address with negative results.

Officer Reynoso, who arrived at the location, contacted an employee at Papa John's Pizza next to the liquor store. He stated the employee told him the owner of the store had access to their video surveillance but he was out of town and couldn't respond until tomorrow after 0900 hours. See Reynoso's supplemental report for complete details.

Rept. Off.: GRIJALVA, MATT (#1243)                           PAGE 5 OF 6                                          RPT: 00

ORIGINALLY DISPLAYED DOCUMENT - DO NOT REPRODUCE - TRACY CR-17-4544 06/21/2017 15:44:57

# Incident Report
# STOCKTON POLICE DEPARTMENT

**17-23754**

Supplement No
**0008**



22 E Market St.

STOCKTON,CA 95202

(209) 937-8495

Reported Date
**06/27/2017**
Rpt/Incident Typ
**245**
Member#
**COUVILLION,MARK**

## Administrative Information

| | | | | |
|---|---|---|---|---|
| Agency<br>**STOCKTON POLICE DEPARTMENT** | DR<br>**17-23754** | Supplement No<br>**0008** | Reported Date<br>**06/27/2017** | Reported Time<br>**16:05** |

| CAD Call No<br>**171771118** | Status<br>**REPORT TO FOLLOW** | Rpt/Incident Typ<br>**ASSAULT WITH A DEADLY WEAPON** |
|---|---|---|

| Location<br>**W ACACIA ST/N HARRISON ST** | City<br>**Stockton** |
|---|---|

| ZIP Code<br>**95203** | Rep Dist<br>**0119** | District<br>**CC** | Sector<br>**CS** | From Date<br>**06/26/2017** | From Time<br>**23:08** |
|---|---|---|---|---|---|

Member#
**1461/COUVILLION,MARK**

| Assignment<br>**Field Service Civic Center 2nd Watch Ph 2** | 2nd Member#<br>**CLYBORNE, ROBERT** |
|---|---|

| 2nd Assignment<br>**FIELD SERVICE SEAPORT 2ND WATCH PHASE 2** | Entered By<br>**1461** |
|---|---|

| Assignment<br>**Field Service Civic Center 2nd Watch Ph 2** | RMS Transfer<br>**Successful** | Prop Trans Stat<br>**Successful** |
|---|---|---|

| Approving Officer<br>**1209** | Approval Date<br>**06/28/2017** | Approval Time<br>**08:30:59** |
|---|---|---|

Route - Crimes vs Persons
**Yes**

## Summary Narrative
Supplemental report.

My VieVu body camera was activated once the pursuit began.

## Modus Operandi

| Premise Type<br>**Street, highway, alley** | Crime Code(s)<br>**Assaults** |
|---|---|

## Narrative

**NOTIFICATION** : On Monday 06/26/17 at approx. 2308 Hours I (Y5-Sgt. Couvillion) was at the SEB building located at 22 E Weber when I heard SPD officers advise they were in pursuit and shots had been fired. I was working in uniform and driving a marked patrol car assigned as a Sergeant to the Community Response Team (CRT).

**INVESTIGATION** :
I heard SPD officers advise over the radio that they were in pursuit and had shots fired. Upon hearing the officers I ran out to my patrol car that was located in the SEB parking garage on the second floor. As I was going to my patrol car my portable radio had been on channel 3 and my car radio was shut off and had to be turned back on. There was a brief time when I was not hearing the radio traffic that was on SPD channel 1.

Once I got my car radio turned on I heard the officers advise they lost a red car in the area of California and Oak. I exited the east side of the SEB onto El Dorado which is a one-way N/B roadway. I drove N/B on El Dorado near Weber when I observed a red car travel W/B on Miner across El Dorado and against a red light since I observed the N/B El Dorado traffic signal was green at Miner St.

As I approached Miner I asked for a description of the suspect car and if the original officers were able to get a license plate. I also asked if the officers were shot at. I learned the car was a Red Pontiac Grand-am and the officers had confirmed they had been shot at and their patrol car had been hit.

The red vehicle I observed was a red Pontiac Grand-am and I was able to read the license plate of CA-6DSF269.

| Report Officer<br>**1461/COUVILLION,MARK** | Printed At<br>**06/28/2017 08:49** |
|---|---|

| **Page 1 of 2** |
|---|

0013 Rodriguez

# Incident Report
# STOCKTON POLICE DEPARTMENT

**17-23754**

Supplement No
0004

## Narrative

On 6/26/17 at approximately 2308 hours, Officer Tacker and I, Officer Richones (1E21), were patrolling the area of W Poplar and N Harrison St. We were in our marked SPD patrol SUV with overhead emergency lights and siren. We were in our department approved Police Duty Uniforms. All of our equipment was inspected prior to shift and was working properly.

### INVESTIGATION :

While patrolling the area of W Poplar and N Harrison St I observed an older red Pontiac Grand Am driving northbound N Harrison St passing W Poplar St. The vehicle did not stop at the stop sign and continued northbound N Harrison St. We got behind the vehicle and activated our over head emergency lights and sirens. The vehicle immediately accelerated and turned eastbound on W Acacia St failing to yield.

Once we got behind the vehicle on W Acacia St the passenger emerged from the front passenger side window as the vehicle continued driving eastbound at a high rate of speed. The passenger climbed partially out of the window and sat on the window seal and turned his body to face us. The passenger had a firearm in his hand and racked it back and began firing gunshots at Officer Tacker and I. The first bullet hit the middle of our front window of our patrol vehicle on the right side in front of the passenger seat. The second bullet hit the front passenger side door near the side closest to the right front quarter panel.

The vehicle continued eastbound on W Acacia St and turned sound bound on California. We gave the vehicle approximately one and a half blocks of space. By the time we turned southbound on California we no longer had a visual of the vehicle. Refer to original for pursuit.

The passenger was a thin Hispanic male, approximately mid 20s to 30s, wearing a black flat bill hat.

SGT Couvillion (Y5), located the vehicle driving eastbound Miner approaching Center St and gave chase. Refer to his report for further.

We joined the pursuit on I-5 south at Charter Wy as the third card in pursuit, but did not have a visual as we were advised to keep distance from the suspect vehicle. A vehicle was stopped and yielded on the Downing exit. As soon as we gained visual of the vehicle that was stopped it was apparent that the stopped vehicle was blue, when the suspect vehicle was red. Refer to original.

We returned to the area of W Acacia St/N Harrison where the suspect shot at us. We located 1 expended round on the south west corner of W Acacia St/N Harrison and two expended 9mm shell casings at W Acacia St/Van Buren. Officer Rodriguez (1E21), located the hat on Acacia/Monroe. Refer to FET, Officer Rodriguez', and original report.

### ATTACHMENTS :
Refer to original

### EVIDENCE :
Refer to original

### DISPOSITION :
Refer to original

*[handwritten notes, partially illegible]*

| Report Officer | Printed At |
|---|---|
| 2812/CLYBORNE, ROBERT | 06/28/2017 08:47 |

Page 2 of 2

# Incident Report
# STOCKTON POLICE DEPARTMENT

**17-23754**

Supplement No
0008

## Narrative

The vehicle was stopped for the red light facing W/B Miner at Center Street.  I parked my patrol car 40-50 yards behind the red Pontiac as I was updating dispatch and receiving information back from the initial officers.  I did not have my overhead red lights activated at this time but was clearly visible to the occupants of the Pontiac.

As I was watching the Pontiac it suddenly ran the red light and turned S/B on Center St.  I activated my overhead red and blue lights and began to give chase when I heard a loud pop like a gunshot.  A few seconds later I saw the front passenger extend his upper body out of the front passenger window and turn back towards me and fire 3-4 gunshots at me.  The vehicle was in the #2-3 lanes when the passenger fired the gunshots at me and the vehicle almost came to a complete stop.  I took a defensive position and pulled my car to the left hand side of the roadway to make it more difficult for the passenger to point his gun at me and lowered my head in my car.  It appeard the front passenger who was shooting the gun was a Hispanic male but I could not get much of a better description.

After the gunshots the vehicle accelerated S/B on Center St.  I gave chase with my emergency red and blue flashing lights and siren activated.  I observed the vehicle travelling at a high rate of speed enter W/B Hwy 4 from a distance of approx 3 blocks.  When I entered W/B Hwy 4 I activated my VieVu camera and I did not see the vehicle take the N/B I-5 transition so I took the S/B I-5 transition.

As I entered S/B I-5 I observed the tail lights of a vehicle weaving in and out of traffic traveling at a high rate of speed. I looked at my odometer and I was doing over 100 MPH.  I focused on this vehicle believing it was the red Pontiac but we later learned we followed the wrong vehicle and the suspect vehicle had exited Charter Way and left W/B.  We circulated for the red Pontiac but were unable to locate it.

I went back to the area of Center St and Miner approx. 30 minutes after we lost sight of the suspect vehicle. Several officers shut down S/B Center St at Miner to look for evidence.  We located 3 9mm casings on Center St between Channel and Weber.  The casings were all located near the # 1 lane for S/B Center.  The first shell casing was located approx. 20 yards north of the NCL of Weber St.  The second casing was located approx. 40 yards north of the NCL of Weber St.  The third casing was located approx. 60 yards north of the NCL of Weber.

FET Haro responded to Miner and Center and took over all photos of my patrol car vehicle #3935.  There did not appear to be any damage to my patrol car.  FET Haro took photos of the scene and collected the shell casings. Refer to her subsequent report for further information.

Refer to officers original and subsequent report for further information.

The watch commander Lt. K. Smith was advised of the incident.  He advised me a team of detectives along with Sgt. Smith would be responding.  I briefed the detectives and Sgt. Smith of my involvement prior to securing for the evening.

**ATTACHMENTS**:
None

**EVIDENCE**:
Refer to original and subsequent reports.

**DISPOSITION**:
Refer to original and subsequent reports.

| Report Officer | Printed At |
|---|---|
| 1461/COUVILLION,MARK | 06/28/2017 08:49 |

0020 Rodriguez

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 29 of 266
0124 Rodriguez

# Detailed History for Police Event #P171771118 As of 7/03/2017 10:43:16

Output for: 0044

Priority:9 Type:TP - TRAFFIC PURSUIT
Location:W ACACIA ST/N MONROE ST, SKN <300/ 1000>

| | | | |
|---|---|---|---|
| Created: | 06/26/2017 23:08:02 | CCS1 | 2014 |
| Entered: | 06/26/2017 23:08:02 | CCS1 | 2014 |
| Dispatch: | 06/26/2017 23:08:02 | CCP2 | 2467 |
| Enroute: | 06/26/2017 23:08:02 | CCP2 | 2467 |
| Onscene: | 06/26/2017 23:08:02 | CCS1 | 2014 |
| Closed: | 06/27/2017 03:00:35 | CR03 | 2371 |

ICUnit: PrimeUnit:1E29 Dispo: Type:TP - TRAFFIC PURSUIT
Agency:SPD Group:CIV Beat:CS RD:0115
Case #:PD170023754    ☑ Detail

---

| | | | |
|---|---|---|---|
| 23:08:02pdt | CREATE | 2014/CCS1 | Location:ACACIA Type:TP TypeDesc:TRAFFIC PURSUIT Priority:9 LocType:O |
| 23:08:02 | ENTRY | | Group:None-->PAR Agency:None-->SPD |
| 23:08:02 | DISPOS | | 1E29 Location:ACACIA Operator:2812 2736 OperNames:CLYBORNE,ROBERT; TACKER,KYLE |
| 23:08:02 | -PRIU | | 1E29 |
| 23:08:02 | -NPREMS | | Comment:(none) |
| 23:08:04 | MISCN | 2337/CCP4 | 1E29 Comment:*** RED GRAND AM PASSENGER OUT THE WINDOW SHOOTING .... TOOK 2 ROUNDS .. OFCRS 907 |
| 23:08:09 | MISCN | | 1E29 Comment:ACACAIA APPROACHING HUNTER .. SB CALIFORNIA .. SPDS 50 ... |
| 23:08:02 | BACKER | 2467/CCP2 | 1B73 UnitID:1E29 Location:ACACIA Operator:2743 OperNames:RUBIO,EDGAR |
| 23:08:02 | BACKER | | 1E49 UnitID:1E29 Location:ACACIA Operator:2719 2774 OperNames:HAMMONDS,LOUIE JR; MARECEK,KAREL |
| 23:08:02 | BACKER | | 1E39 UnitID:1E29 Location:ACACIA Operator:2786 2858 OperNames:MOYA,JESSICA R; GANDY,MICHAEL |
| 23:08:02 | BACKER | | 3B29 UnitID:1E29 Location:ACACIA Operator:2820 OperNames:TWIGG,NAN |
| 23:08:02 | BACKER | | 1S57 UnitID:1E29 Location:ACACIA Operator:2022 OperNames:RINCON,EMILIANO |
| 23:08:09 | MISCN | 2337/CCP4 | 1E29 Comment:LOST SIGHT ... OAK FROM CALIFORNIA EB |
| 23:08:13 | MISCN | 2545/CCP1 | 1E29 Comment:LOST SIGHT... OAK/CALIFORNIA ... WENT EB |
| 23:08:15 | BACKER | 2467/CCP2 | 3E49 UnitID:1E29 Location:ACACIA Operator:2829 2810 OperNames:LYMAN,ROBERT; VILLAPUDUA,OMAR |
| 23:08:15 | BACKER | | 1S27 UnitID:1E29 Location:ACACIA Operator:1658 OperNames:ARRIETA,ESTEBAN C |
| 23:08:32 | MISCN | 2014/CCS1 | 1E29 Comment:ACACIA/MONROE RED GRANDAM OLDER MOLD, H/M/ BLK HAT FIRED 957S OUT OF THE PASSENGER SIDE, WE ARE 907 |
| 23:08:35 | MISCN | 2337/CCP4 | 1E29 Comment:OLDER MODEL ---PASSENGER FIRED THE 957'S ... H/M/ LSW BLK FLAT BILL HAT ... |
| 23:08:38 | BACKER | 2467/CCP2 | 1E25 UnitID:1E29 Location:ACACIA Operator:2703 2744 OperNames:MORRIS,JAMES; BUSHBY,BRANDON |

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 30 of 266

| | | | |
|---|---|---|---|
| 23:08:40 | MISCN | 2545/CCP1 | 1E29 Comment:RED GRAND AM... OLDER MODEL... PASSENGER H/M LSW: BLK FLAT BILL HAT .. FIRED 957'S...OFCRS 907 |
| 23:08:54 | BACKER | 2467/CCP2 | 1E77 UnitID:1E29 Location:ACACIA Operator:2815 2668 OperNames:HINOJOS,ABEL; CHAPPELL,COURTLYN |
| 23:08:54 | CHANGE | 2014/CCS1 | Location:ACACIA-->W ACACIA ST/N MONROE ST, SKN Group:PAR-->CIV Area:None-->0115 District:None-->CS LocDesc:None-> <300/ 1000> |
| 23:08:49 | MISCN | 2545/CCP1 | 1E29 Comment:CAN 900 |
| 23:09:00 | -PREMIS | | Comment:CE, PPR, PW |
| 23:09:08 | BACKER | 2467/CCP2 | 1E21 UnitID:1E29 Location:ACACIA Operator:2869 2650 OperNames:RODRIGUEZ,BRANDON; DIAZ,EDDIE R |
| 23:09:12 | BACKER | 2014/CCS1 | Y5 UnitID:1E29 Location:ACACIA Operator:1461 OperNames:COUVILLION,MARK ALAN |
| 23:09:07 | MISCN | 2545/CCP1 | Y5 Comment:WB CENTER..PLT? |
| 23:09:10 | MISCN | 2014/CCS1 | Y5 Comment:POSS HAVE THE VEH |
| 23:09:11 | MISCN | 2337/CCP4 | Comment:Y5 POSS HAVE VEH WB MINER TWDS CENTER ... |
| 23:09:12 | MISCN | 2467/CCP2 | 1E29 Comment:NEG ON PLATE RED OLDER GRAND AM |
| 23:09:26 | MISCN | | 1E21 Comment:957S AT UNITS |
| 23:09:27 | MISCN | 2545/CCP1 | Y5 Comment:FIRING 957'S AT US |
| 23:09:30 | MISCN | | Y5 Comment:SB WEBER |
| 23:09:34 | MISCN | 2337/CCP4 | Comment:** Y5 PARTIAL PLT ...SF269 ---------** SUBJ FIRING .........SB THROUGH WEBER |
| 23:09:39 | MISCN | 2014/CCS1 | Y5 Comment:S/B THROUGH WEBER, STILL FIRING 957... PLT SF269? |
| 23:09:40 | MISCN | 2545/CCP1 | Y5 Comment:UNIT THAT CAN RAM VEH |
| 23:09:58 | BACKER | 2467/CCP2 | 3B79 UnitID:1E49 Location:ACACIA Operator:1412 OperNames:VEN,SAMNANG JONATHAN |
| 23:09:53 | MISCN | 2545/CCP1 | Y5 Comment:TRY TO GET AN AIR UNIT |
| 23:10:04 | MISCN | | 3E49 Comment:DID ANYONE FB? |
| 23:10:15 | BACKER | 2467/CCP2 | 3E59 UnitID:1E49 Location:ACACIA Operator:2649 2652 OperNames:BERNARDINO,JESUS S; TUY,KENNETH T |
| 23:10:09 | MISCN | 2545/CCP1 | Y5 Comment:NEGATIVE |
| 23:10:22 | MISCN | | Y5 Comment:POSS WENT SB I5... UNSURE |
| 23:10:36 | MISCN | | Y5 Plate:6DSF269 Comment:. |
| 23:10:42 | MISCN | | Y5 Comment:REG VALID FROM: 08/10/16 TO 08/10/17LIC#:6DSF269 YRMD:07 MAKE:PONT BTM :4D VIN :2G2WP552071111521R/O :RODRIGUEZ STEVEN REFUGIO JR, CANO STACY, 2662 PLAYA DEL SOL AVE,2047 LUCERNE AVE CITY:STOCKTON C.C.:39 ZIP#:95203 |
| 23:10:49 | BACKOS | 2467/CCP2 | Y45 UnitID:1E29 Location:ACACIA Comment:AFFIRM ON SOUTH BOUND |
| 23:10:56 | MISCN | 2545/CCP1 | Y5 Comment:SB I5 ... THRU CHARTER... APPROX 100 MPHS |
| 23:10:59 | MISCN | 2337/CCP4 | Y5 Comment:REG VALID FROM: 08/10/16 TO 08/10/17LIC#:6DSF269 YRMD:07 MAKE:PONT BTM :4D VIN :2G2WP552071111521R/O :RODRIGUEZ STEVEN REFUGIO JR, CANO STACY, 2662 PLAYA DEL SOL AVE,2047 LUCERNE AVE CITY:STOCKTON C.C.:39 ZIP#:95203 *********** PENDING MASTER FILE RECORDLIC#: YRMD:07 MAKE:PONT BTM :4D VIN :2G2WP552071111521R/O :RODRIGUEZ STEVEN REFUGIO JR, 2662 PLAYA DEL SOL CITY:STOCKTONC.C.:39 ZIP#:95206 |
| 23:11:00 | MISCN | 2467/CCP2 | Y5 Comment:TRYING TO STAY BACK |
| 23:11:06 | MISCN | 2545/CCP1 | Y5 Comment:TRYING TO STAY BACK... KEEP HITTING THEIR BRAKES |
| 23:11:12 | MISCN | 2467/CCP2 | Y5 Comment:IN #3 LANE - SPEEDS 60 MPH NOW |

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 31 of 266
0126 Rodriguez

| 23:11:14 | MISCN | 2545/CCP1 | Y5 Comment:SPEEDS 60 ... IN #3 LANE |
| 23:11:17 | MISCN | 2014/CCS1 | Comment:CHP ADVD ... HELICOPTER NOT IN THE ON A CALL IN MERCED, NOT AVAILABLE |
| 23:11:21 | MISCN | 2467/CCP2 | Y5 Comment:8TH STREET SPEEDS ARE... |
| 23:11:24 | MISCN | 2545/CCP1 | Y5 Comment:SPEEDS 60 ... LOOKS LIKE HE'S TAKING 8TH |
| 23:11:33 | MISCN | 2467/CCP2 | Y5 Comment:NEG ON TAKING 8TH - 40 MPH |
| 23:11:36 | MISCN | 2545/CCP1 | Y5 Comment:SOMEONE W/ A RIFLE TO TAKE IN FRONT |
| 23:11:45 | MISCN | 2467/CCP2 | Y5 Comment:2 MORE 2 MAN UNITS |
| 23:11:49 | MISCN | 2337/CCP4 | Comment:3M39 WILL TAKE FRONT W/RIFLE.... 2 DAVID UNITS TO FOLLOW - FROM DISTANCE |
| 23:11:57 | MISCN | 2545/CCP1 | Y5 Comment:GIVE HIM SOME ROOM .. HE'LL FIRE |
| 23:12:02 | MISCN | 2337/CCP4 | Y5 Comment:GIVE SUBJS ROOM -- THEY WILL FIRE AT US |
| 23:12:03 | MISCN | 2467/CCP2 | Y5 Comment:GIVE HIM ROOM GOING TO FIRE AT US |
| 23:12:12 | MISCN | 2545/CCP1 | Y5 Comment:HAVE ENOUGH UNITS FOR PURSUIT...ADV ON AIR UNIT |
| 23:12:13 | MISCN | 2337/CCP4 | Y5 Comment:HAVE ENOUGH UNITS IN PURSUIT...... ADV ON AIR UNIT |
| 23:12:22 | MISCN | 2467/CCP2 | Y5 Comment:HAVE ENOUGH UNITS FOR PURSUIRT --- LET US KNOW IF AIR UNIT |
| 23:12:25 | MISCN | 2337/CCP4 | Y5 Comment:1S27 AT REAR OF PURSUIT --- 7 UNITS IN PURSUIT -- WILLBE ENOUGH |
| 23:12:28 | BACKER | 2467/CCP2 | 3E29 UnitID:1E29 Location:ACACIA |
| 23:12:30 | MISCN | 2545/CCP1 | 1S27 Comment:AT THE REAR UNIT FOR PURSUIT... APPROX 6-7 UNITS 987 |
| 23:12:35 | MISCN | 2337/CCP4 | 1E29 Comment:3RD IN LINE OF PURSUIT |
| 23:12:37 | MISCN | 2545/CCP1 | 1E29 Comment:3RD IN LINE FOR PURSUIT |
| 23:12:37 | BACKOS | 2467/CCP2 | 3B37 UnitID:1E29 Location:ACACIA Operator:2770 OperNames:TAYLOR,ANTHONY |
| 23:12:42 | *ONSCN | 2820/L200 | 3B29 |
| 23:12:54 | BACKER | 2337/CCP4 | 3M39 UnitID:Y5 Location:ACACIA Operator:2854 2569 OperNames:AITKEN,ROBERT; OSTER,RICHARD |
| 23:12:56 | *CLEAR | 2820/L200 | 3B29 Comment:IN ASSIST PER SGT. SUFFICIENT UNITS |
| 23:13:00 | MISCN | 2545/CCP1 | 3M39 Comment:SB ON DOWNEY |
| 23:13:05 | MISCN | 2467/CCP2 | 1S27 Comment:ANYONE BEHIND ME --- WE HAVE ENOUGH UNITS --- GET OUT OF PURSUIT |
| 23:13:21 | PRIOR | 2337/CCP4 | Location:W ACACIA ST/N MONROE ST, SKN |
| 23:13:23 | MISCN | 2545/CCP1 | Y5 Comment:SOMEONE GET ON THE P.A |
| 23:13:30 | MISCN |  | 1S27 Comment:HAVE SOMEONE DO FREEWAY BREAK |
| 23:13:32 | MISCN | 2419/CR08 | Comment:PER WC -- FIND AN AIR..ATTEMPT STAN CO |
| 23:13:38 | MISCN | 2545/CCP1 | 1E25 Comment:HAVE TRAFFIC STOPPED ON FREEWAY |
| 23:13:38 | MISCN | 2337/CCP4 | Y5 Comment:SOMEONE USE P.A. ......SOMEONE DO FREEWAY BREAK ... ** 1E25 HAS TRAFFIC STOPPED ON FREEWAY **** |
| 23:13:50 | MISCN | 2545/CCP1 | Y5 Comment:RIFLES ARE ONLY DESIGNATED |
| 23:13:56 | MISCN | 2337/CCP4 | Y5 Comment:** RIFLES ARE ONLY DESIGNATED SHOOTERS ... ** PER WC ONLY 2 SHOOTERS ** |
| 23:14:09 | BACKER | 2467/CCP2 | 3E33 UnitID:1E29 Location:ACACIA Operator:2035 1388 OperNames:SARALE,MICHAEL; WILLIAMS,MICHAEL |
| 23:14:12 | MISCN | 2545/CCP1 | Y5 Comment:WE MAY HAVE HAD THE WRONG VEH WE WERE WATCHING |
| 23:14:13 | MISCN | 2337/CCP4 | Y5 Comment:POSS WATCHING WRONG VEH -- THIS VEH IS BLUE .. NOT RED |
| 23:14:20 | MISC | 4913/CR07 | Comment:S/O CALLING FOR VEH INFO,,,CALL IF NEEDED |
| 23:14:28 | MISCN | 2467/CCP2 | Y5 Comment:THE PLATE I GAVE U WAS CORRECT THAT FIRED AT US |
| 23:14:46 | MISCN | 2545/CCP1 | Y5 Comment:MAY HAVE LOST SIGHT OF CORRECT VEH.. .PLT I GAVE FIRED |

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 32 of 266
0127 Rodriguez

```
                            957'S
23:15:09    BACKER  2467/CCP2  G5 UnitID:1E29 Location:ACACIA
23:15:30    MISCN   2545/CCP1  Y5 Comment:WE HAVE EXIT CLOSED..
23:15:54    *ONSCN  2786/L203  1E39
23:16:05    CHGLOC  2467/CCP2  G5 Location:2662 PLAYA DEL SOL AV, SKN
23:16:37    MISC    2014/CCS1  Comment:PER CHP, THEY HAD A CALLER THAT SAID THE SUSPECT VEHICLE POSS
                               EXITED CHARTER
23:16:40    MISCN   2545/CCP1  1E29 Comment:BEING ADVSD BY THIS DRIVER RED VEH WENT WB CHARTER
                               TOWARDS DISCOVERY BAY
23:16:53    INFO    2337/CCP4
23:16:53    VEH                V#:1 VehCol:RED Year:07 Make:PONT Model:GRANDAM Plate:6DSF269
23:17:00    MISCN   2545/CCP1  1E39 Comment:3B37 AND 3K18 ENRT TO CIRCULATE WB CHARTER
23:17:18    MISCN              3B37 Comment:ADV CONTRA COSTA PD ... AND THEIR S/O
23:17:22    CHGLOC  2467/CCP2  1E77 Location:2662 PLAYA DEL SOL AV, SKN
23:17:24    MISCN   2545/CCP1  Y5 Comment:OUR STOP IS C4
23:18:08    MISCN              3M39 Comment:FIRED 957'S AT Y5 S OF MINER ON CENTER
23:18:20    BACKOS             3S54 UnitID:3M39 Location:ACACIA Operator:1558
                               OperNames:HARRIS,CHARLES
23:18:37    MISCN              Y5 Comment:N OF MINER WHEN THE 957'S
23:18:41    CHGLOC             1E21
23:18:48    CHGLOC             3S54 Location:E MINER AV/N CENTER ST, SKN
23:18:53    *CHGLOC 2649/L286  3E59 Location:FRESNO AV/W CHARTER WY, SKN
23:19:50    *ONSCN  2815/L178  1E77
23:19:51    BACKOS  2545/CCP1  1S43 UnitID:3B37 Location:ACACIA Operator:1564
                               OperNames:QUINONES,THOMAS
23:19:58    CLOS               1S43 Location:E MINER AV/N CENTER ST, SKN
23:20:17    MISCN   2419/CR08  Comment:CAN REQ FOR AIR UNIT TO STAN CO
23:20:38    MISCN   2337/CCP4  Comment:***** CONTRA COSTA S/O ADVD ****
23:20:39    MISCN   2419/CR08  Comment:GIVEN INFO ON VEH
23:20:53    CHGLOC  2545/CCP1  1E39 3B37 Location:W CHARTER WY/ARMY CT, SKN
23:20:55    *ONSCN  2770/L206  3B37
23:20:59    *ONSCN  2786/L203  1E39
23:21:30    MISCN   2014/CCS1  Comment:BRENTWOOD PD GIVEN BOL / ANTIOCH PD GIVEN BOL
23:21:39    *ONSCN  1412/L291  3B79
23:21:37    MISCN   2545/CCP1  3M39 Comment:CAN 900 UNLESS ANYONE ELSE NEEDS IT... 900 CAN'D
23:22:23    ONSCN   2467/CCP2  G5
23:22:37    MISC    2546/CR05  Comment:CHP BEGIND SIMILIAR VEH, WITH A TAIL LIGHT OUT, INQUIRING IF
                               LIGHT WAS OUT ON VEH
23:22:42    MISCN   2467/CCP2  G5 Comment:987 VEH NOT 987
23:22:47    MISCN              1E77 Comment:UNKN IF IN GARAGE
23:22:51    *CHGLOC 2035/L297  3E33 Location:N CENTER ST/E MINER AV, SKN
23:23:04    *CHGLOC            3E33 Location:N CENTER ST/E MINER AV, SKN
23:23:23    *CHGLOC 2812/L185  1E29 Location:SPD, SKN
23:23:31    MISC    2546/CR05  Comment:CHP AT 8/ANNE ON A STOP OF RED PONT, TAIL LIGHT OUT, BUT
                               DIFFERENT PLT
23:23:35    MISCN   2545/CCP1  Y5 Comment:UNK IF TAILLIGHT WAS OUT
23:23:37    MISCN              1S27 Comment:VIA CH 2 .. ADD'L UNIT TO 3S54
23:23:57    *ONSCN  2649/L286  3E59
```

0127 Rodriguez
7/3/2017

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 33 of 266
0128 Rodriguez

| Time | Type | Unit | Details |
|---|---|---|---|
| 23:24:55 | *ONSCN | 2869/L170 | 1E21 |
| 23:25:07 | MISCN | 2467/CCP2 | Y45 Comment:PLATE EITHER 6DSF249 OR 269 |
| 23:25:16 | CLOS | 2545/CCP1 | G5 Location:E EIGHTH ST/ANNE ST, SKN Comment:W/ CHP ... FACING SB .. WILL GIVE UPDATE ON VEH |
| 23:25:46 | *ONSCN | 2812/L185 | 1E29 |
| 23:26:27 | MISCN | 2337/CCP4 | Comment:PER G25----WE WERE WB CHARTER PASSING JOHN TURK -- MAR VEH HEADING EB HIGH RATE OF SPEED --- UNK IF CORRECT VEH - HAVEN'T BEEN ABLE TO CATCH UP TO IT ... |
| 23:27:15 | *ONSCN | 1558/L168 | 3S54 |
| 23:27:36 | BACKUP | 2337/CCP4 | G25 UnitID:3E59 Location:FRESNO AV/W CHARTER WY, SKN Operator:2619 2762 OperNames:ALTAMIRANO,RICARDO; KNIGHT,CHRISTOPHER |
| 23:27:40 | MISCN | 2545/CCP1 | 1E29 Comment:BACK LOT, INSIDE |
| 23:27:42 | MISCN | 2467/CCP2 | 1E29 Comment:IN BACK LOT INDIE |
| 23:27:53 | CHGLOC | 2545/CCP1 | Y5 Location:SPD, SKN Comment:BACK LOT |
| 23:28:03 | MISCN | 2337/CCP4 | G25 Comment:LOST VISUAL - UNK IF VEH POSS WENT SB ON A SIDE STREET |
| 23:28:30 | MISCN | | 1E29 Comment:*** 715'S FOR VEH # 3947 TO PD BACK LOT |
| 23:28:31 | CHGLOC | 2467/CCP2 | 1E77 Location:CHARTER TO 937 WB |
| 23:28:32 | *CHGLOC | 1658/L162 | 1S27 Location:PD, SKN |
| 23:28:35 | *CHGLOC | | 1S27 Location:PD, SKN |
| 23:28:39 | *ENRTE | 2619/L164 | G25 |
| 23:28:40 | CLEAR | 2517/CCP1 | G5 |
| 23:28:40 | *ONSCN | 2619/L164 | G25 |
| 23:28:49 | *CHGLOC | 1658/L162 | 1S27 Location:PD, SKN |
| 23:29:10 | *CHGLOC | | 1S27 Location:PD, SKN |
| 23:29:25 | BACKOS | 2467/CCP2 | G5 UnitID:G25 Location:FRESNO AV/W CHARTER WY, SKN Comment:CLR'D 8TH & ANNE - |
| 23:29:52 | PRMPT | 2517/CCP1 | 1E49 Comment:Preempted and dispatched to call #P171771129 |
| 23:30:17 | MISCN | | Y5 Comment:MAKE SURE CHP KNOWS LAST 926 ... |
| 23:30:23 | MISCN | 2014/CCS1 | Comment:TRACY PD GIVEN BOL |
| 23:30:33 | MISCN | 2467/CCP2 | Y5 Comment:MAKE SURE CHP HELICOPTER KNOWS WHERE VEH LAST SEEN |
| 23:30:59 | *CLEAR | 1412/L291 | 3B79 Comment:ASSISTED |
| 23:31:39 | *ONSCN | 2815/L178 | 1E77 |
| 23:31:52 | *LOGM | 2854/L261 | 3M39 Message:011706270631006255 MessageType:Text Received:N |
| 23:32:01 | PRMPT | 2517/CCP1 | 3E33 Comment:Preempted and dispatched to call #P171771136 |
| 23:32:34 | *MISCN | 2854/L261 | 3M39 Comment:REGISTERED OWNER OF THE VEHICLE MEMO'D LOGGED ABOVE |
| 23:32:57 | MISC | 2546/CR05 | Comment:CHP CB FOR LAST KNOW DOT, ADV'D AIR UNIT IS 987 OVERHEAD AND THEY WILL RELAY TO AIR UNIT |
| 23:33:32 | *CLEAR | 2815/L178 | 1E77 Comment:ASSIST |
| 23:35:00 | *CLEAR | 2649/L286 | 3E59 Comment:ASSIST |
| 23:35:45 | *ONSCN | 2743/L256 | 1B73 |
| 23:36:25 | CHGLOC | 2517/CCP1 | 3M39 Location:2047 LUCERNE AV, SKN |
| 23:38:01 | XREF | 7059/CR06 | Service:P Event:#P171771141 Type:481 Agency:SPD |
| 23:39:08 | CLEAR | 2014/CCS1 | 3E29 |
| 23:39:40 | *CASE | 2812/L185 | 1E29 Case#:PD170023754 Comment:245 |
| 23:39:33 | MISCN | 2517/CCP1 | 1E21 Comment:FET TO 940 AT ACACIA/MONROE FOR EVIDENCE COLLECTION |
| 23:39:40 | *ONSCN | 2703/L199 | 1E25 |
| 23:40:45 | MISCN | 2337/CCP4 | Comment:**** FET CH .P171771134 **** |
| 23:43:04 | BACKER | 2517/CCP1 | G21 UnitID:G25 Location:FRESNO AV/W CHARTER WY, SKN Operator:2737 |

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 34 of 256

```
                          2609 OperNames:GUILLEN,MARVIN; VILLALOBOS,DANIEL
23:43:22   *PRMPT  2829/L151  3E49 Comment:Preempted and dispatched to call #P171771145
23:43:44   *CLEAR  2743/L256  1B73 Comment:ASSIST
23:44:44   *ONSCN  2737/L127  G21
23:47:10   CONTCT  2467/CCP2  1E29 Y45 G5 G21 G25 Y5 1E21 1E25 1E39 1S27
23:47:10   CONTCT             1S43 1S57 3B37 3M39 3S54
23:49:06   MISCN   2419/CR08  Comment:PIO SILVA CALLED IN FOR INFO - GIVEN
23:49:47   CLEAR   2467/CCP2  Y45
23:50:26   *CLEAR  2854/L261  3M39 Comment:RTF
23:51:11   *CLEAR  2786/L203  1E39 Comment:ASSIST
23:54:55   *CHGLOC 1658/L162  1S27 Location:W ACACIA ST/N MONROE ST, SKN
23:55:26   CONTCT  2517/CCP1  G5
23:55:28   CONTCT             G21
23:55:31   CONTCT             G25
23:56:34   CONTCT             1E21
23:56:35   CONTCT             1E25
23:56:37   CONTCT             1E29
23:56:42   CONTCT             1S43
23:56:44   CONTCT             3B37
23:56:47   CONTCT             3S54
[06/27/2017]
00:00:49   *CLEAR  1564/L148  1S43
00:01:10   CLEAR   2546/CCP1  1S57 Comment:909
00:02:42   *CHGLOC 2737/L127  G21 Location:BRADFORD ST
00:02:43   *ONSCN             G21
00:06:20   *CHGLOC            G21 Location:2400 W FREMONT ST, SKN
00:08:46   CONTCT  2546/CCP1  1E29 G5 G21 G25 Y5 1E21 1E25 1S27 3B37 3S54 Contact:30 Comment:UNITS
00:12:52   CLEAR             1E25 Comment:ASST
00:14:10   MISCN             1S27 Comment:FET TO ACACIA/LINCOLN FOR BULLET
00:18:29   MISCN             1E29 Comment:ANOTHER SHELL CASING, ACACIA/VAN BUREN, ON S SIDE OF ST
00:20:53   *CLEAR  2619/L164  G25 Comment:ASSIST
00:23:37   MISCN   2371/CR03  1S27 Comment:WE ARE CLOSING PART OF ACACIA FROM HARRISON TO VAN
                               BUREN...ADV VALLEYCOM AND FIRE THEY CAN ENTER THE HOSP AMB BAY FROM
                               ACACIA/HARRISON SIDE IF NEED BE...FIRE AND VALLEYCOM ADVD
00:25:03   MISCN             Comment:PER WC SMITH, PAGE DAVE PUTNAM'S TEAM AND HAVE THEM COME IN
                               FOR THIS INCIDENT AND THE RALLY POINT IS THE SEB..CCS1 ADVD
00:27:08   *ONSCN  2737/L127  G21
00:27:20   *CLEAR            G21
00:28:47   BACKER  2014/CCS1  I2 UnitID:1E29 Location:SPD, SKN Operator:1293 OperNames:SMITH,CRAIG
                               AARON
00:28:51   CHGLOC            I2 Location:SEB, SKN
00:29:11   BACKER            I11 UnitID:I2 Location:SEB, SKN Operator:2151
                               OperNames:DONALDSON,GARY
00:29:11   BACKER            I17 UnitID:I2 Location:SEB, SKN Operator:1525
                               OperNames:GRINDER,WESLEY ARON
00:29:11   BACKER            I18 UnitID:I2 Location:SEB, SKN Operator:2636
                               OperNames:CASTRO,ANTHONY
00:31:00   BACKER            I22 UnitID:I2 Location:SEB, SKN Operator:2594
```

Case 2:19-cv-00739-TLN-DB   Document 1   Filed 04/30/19   Page 35 of 266
0130 Rodriguez

|          |          |          | OperNames:CAMACHO,GEORGE |
|----------|----------|----------|-------------------------|
| 00:35:00 | *CHGLOC  | 1658/L162 | 1S27 Location:PD |
| 00:37:50 | *ONSCN   |          | 1S27 |
| 00:38:59 | CONTCT   | 2546/CCP1 | 1E29 G5 I2 I11 I17 I18 I22 Y5 1E21 1S27 Contact:99 Comment:UNITS |
| 00:38:59 | CONTCT   |          | 3B37 3S54 Contact:99 Comment:UNITS |
| 00:40:42 | MISCN    | 2014/CCS1 | Comment:ADMIN PAGE SET FOR 0600 |
| 00:41:03 | *CLEAR   | 1558/L168 | 3S54 Comment:ASSISTED |
| 00:42:00 | MISCN    | 2546/CCP1 | 1E29 Comment:2ND SHELL CASING, NE CORNER VAN BUREN/ACACIA |
| 01:00:19 | ONSCN    | 2371/CCP1 | I17 |
| 01:01:25 | ONSCN    |          | I11 |
| 01:05:17 | PRMPT    |          | 1S27 Comment:Preempted and dispatched to call #P171780035 |
| 01:06:13 | *CLEAR   | 2869/L170 | 1E21 Comment:IN RTF |
| 01:10:42 | ONSCN    | 2371/CCP1 | I18 |
| 01:11:57 | CONTCT   |          | I11 Contact:99 |
| 01:12:01 | CONTCT   |          | I17 Contact:99 |
| 01:15:55 | ONSCN    |          | I22 |
| 01:21:47 | CONTCT   | 2546/CCP1 | 1E29 G5 I2 I11 I17 I18 I22 Y5 3B37 Contact:99 Comment:UNITS |
| 01:32:24 | *CLEAR   | 2770/L206 | 3B37 Comment:ASSIST |
| 01:34:53 | CLEAR    | 2371/CCP2 | G5 |
| 01:37:16 | MISCN    | 2467/CR08 | Comment:I17 REQ'ING IF RIPON OR MANTECA WAS ADVD |
| 01:44:03 | MISCN    |          | Comment:MANTECA/RIPON OF BOLO ON SUSP VEH --- |
| 01:48:15 | SCDOFF   | 2545/CR01 | Y5 |
| 01:48:46 | CLEAR    |          | Y5 |
| 02:14:51 | MISCN    | 2517/CR05 | I17 Comment:CONNECTED TO SACRAMENTO PD |
| 02:33:02 | *DTRACK  | 2812/L287 | 1E29 Case#:PD170023754 PrimeUnit:1E29 Service:P Agency:SPD Group:CIV |
|          |          |          | Site:1 Location:SPD, SKN Area:0115 District:CS OpID1:2736 OpID2:2812 |
|          |          |          | Identifier:1 Sex:M Race:H StopRsn:1 SrchScope:1 SrchResult:4 |
|          |          |          | UserDef1:2812 UserDef2:2736 UserDef3:CC |
| 02:40:35 | *CLEAR   |          | 1E29 Comment:RTF |
| 02:44:10 | RFT      | 2594/SJ17 | I22 Comment:NAM/RODRIGUEZ,STEVEN SEX/M DOB/19690226 Repeat:Yes |
| 02:44:12 | RFT      |          | I22 Comment:NAM/RODRIGUEZ,STEVEN SEX/M DOB/19690226 Repeat:Yes |
| 02:55:40 | CLEAR    | 2371/CR03 | I22 Comment:VIA LANDLINE |
| 02:56:31 | PRMPT    | 2546/CCP1 | I2 Comment:Preempted and dispatched to call #P171780071 |
| 02:59:33 | PRMPT    |          | I11 I17 Comment:Preempted and dispatched to call #P171780071 |
| 03:00:35 | CLEAR    | 2371/CR03 | I18 Comment:VIA LANDLINE |
| 03:00:35 | -CLEAR   |          | |
| 03:00:35 | CLOSE    |          | |

0130 Rodriguez
7/3/2017

0421 Rodriguez

# AFFIDAVIT OF STOCKTON POLICE OFFICER RYAN TAIARIOL IN

# SUPPORT OF ARREST WARRANT AND SEARCH WARRANTS

Detective Ryan Taiariol declares as follows:

Your Affiant, Ryan Taiariol, is a duly sworn Peace Officer of the State of California, as defined in Section 830.1 of the California Penal Code. I am employed by the City of Stockton Police Department, and having been so employed since December 22, 2007. During this period, pursuant to his employment as a police officer, I attended the P.O.S.T. basic police academy where I received no less than sixteen (16) hours of classroom instruction in the field of criminal street gangs.

From June 2007 to June 2012, I was assigned to Field Services, Patrol Division. My duties included, but were not limited to, responding to citizen calls for service and in-progress crime. During this time period, I investigated gang-related crimes ranging from Penal Code section 187 (murder); Penal Code section 245 (assault with a deadly weapon); Penal Code section 246 (shooting into an occupied dwelling); and Penal Code section 243 (battery).

From June 2012 to September 2014, I was assigned as an officer on the Community Response Team. His duties included, but were not limited to, responding and addressing high-activity gang and narcotic areas within the City of Stockton. I maintained a highly-visible presence within the targeted areas contacting gang members and narcotic users. During this time period, I assisted the Gang Violence Suppression Unit with ongoing investigations within the City of Stockton. In November of 2013, I attended a Basic Gang school. The class consisted of a forty (40) hour course of instruction hosted by the Institute of Criminal Investigation in Fresno, California. The course included training and instruction in criminal street gangs and their

1

subcultures.  In August 2014, I attended an eight (8) hour course hosted by the Stockton Police Department covering current gang trends and investigations.

In September 2014, I attended an eight (8) hour course hosted by Serrato & Associates, Inc.  The course was regarding Criminal Street Gangs and Nuestra Familia.

On November 3, 2014, I attended and successfully completed an eight (8) hour Electronic Surveillance (Wiretap) course, hosted by the Drug Enforcement Agency (DEA) in San Francisco, California.  The course covered the lawful interception of wire, electronic digital pager, and electronic cellular telephone communication as authorized in Chapter 1.4 commencing with Section 629.50 of the Penal Code.

From January 2015 until September 2015, I worked as a co-case agent in a law enforcement wiretap investigation focusing on the Norteno Criminal street gangs, South Side Stocktone and Triple Six Gangsters, in the City of Stockton.  The investigation resulted in the arrests of 74 Norteno Criminal Street gang members and or associates for narcotics and firearms violations, assault with a deadly weapon, homicide as well as conspiracy charges.

In September 2016, I attended a sixteen (16) hour course hosted by the Monterey County Sherriff.  The course covered current gang trends, investigations, and the use of Informants and Under Cover officers.

In December 2016, I attended a forty (40) hour Advanced Gangs course hosted by the Institute of Criminal Investigation.

In addition to the foregoing coursework, I speak to other law enforcement investigators on a regular basis to update and refine his knowledge regarding the above subject areas, especially with respect to emerging criminal street gang trends and activities.  I also speak to self-admitted criminal street gang members on a regular basis to update and refine his knowledge

2

regarding the above and with respect to criminal street gangs.  I also speak to community-based groups, local businesses, and educational institutions on criminal street gangs and narcotics education and awareness.

During my employment as a Stockton police officer, I have participated in approximately one thousand (1000) investigations related to gang members, have arrested/ participated in the arrest of approximately five hundred (500) gang members and has interviewed approximately five hundred (500) subjects on their gang affiliation.

I have also participated in approximately one hundred and fifty (150) investigations related to the use, possession, possession for sale, sales, and transportation of controlled substances.

I have arrested approximately sixty (60) people for narcotic violations including the possession and possession for sale of dangerous drugs.  I have interviewed approximately one-hundred and twenty-five (125) subjects that are either users of and/ or sellers of narcotics and/ or dangerous drugs.

I have participated in approximately fifty (50) controlled buys of narcotics and/ or dangerous drugs.  I have participated in the preparation and/ or execution of approximately forty (40) search warrants.    I have also participated in seven (7) criminal street gang Title III investigations.

I have attended schools, lectures, and seminars in the field of gang investigations and gang-related crimes.  I am familiar with criminal street gang methods of operation including drive-by shootings; murders; the distribution, storage, and transportation of firearms and narcotics; the collection of money that represents the proceeds of firearm and/ or narcotics

3

trafficking; and money laundering.  I have worked with a number of federal, state, and local agencies in active criminal street gang and narcotic investigations.

I have testified as a criminal street gang expert in the area of Northern Hispanics (Nortenos) in San Joaquin County fourteen (14) times in San Joaquin County.  I have also testified as a criminal street gang expert in the area of African American gangs eight (8) times; seven (7) of those were in San Joaquin County and one (1) time was in Butte County.

I am certified by the California State Attorney General's Office in the practical, technical and legal aspects of court-ordered wiretaps (Penal Code section 629.50, et seq.).  I have also participated in investigations in support of applications for electronic surveillance (wiretap).

The opinions expressed in this affidavit regarding the "Nortenos" and/or Northern Riders as a criminal street/prison gang and the activities being committed in violation of Penal Code section 186.22 are those of your affiant, Detective Ryan Taiariol.

I have been working with Senior Special Agent Christopher Paris with the Office of Correctional Safety, in regard to the connections between Stockton Norteno criminal street gang members, Northern Riders, and the Nuestra Familia prison gang.

## DETAILS OF INVESTIGATION AND PROBABLE CAUSE

On 6/26/17 at 11:08 p.m., Officer Kyle Tacker and Officer Ryan Clyborne, with the Stockton Police Department, were patrolling the area of Poplar and Harrison Streets in the City of Stockton, County of San Joaquin.  The officers were in full uniform and in a marked patrol vehicle.

4

The officers observed a Red Pontiac Grand Am make a northbound turn onto Harrison from Poplar, and the vehicle failed to make a stop at the marked stop sign. The officers got behind the vehicle and activated their overhead emergency lights, with a solid forward facing red light. The driver of the vehicle sped off, and drove east on Acacia Street. At approximately Acacia and Lincoln, the front passenger positioned himself on the window sill of the passenger's door. The passenger was a Hispanic male in mid-twenties to thirties, wearing a black shirt, and a dark colored flat-bill hat. The front passenger pulled out a firearm, cocked it back, and began firing at officers Clyborne and Tacker's vehicle. The suspect fired approximately three rounds at the officers' vehicle, striking the patrol vehicle on the windshield and the front passenger door, near the door jam. The officers continued to pursue the vehicle, but the vehicle drove at a high rate of speed away from the officers. The officers then lost the vehicle in the area of Acacia/California.

Sergeant M. Couvillion, who was also driving a marked patrol vehicle and listening to the police radio traffic, located the red Pontiac Grand Am in the area of El Dorado and Miner. Sergeant Couvillion was able to obtain a license plate of **6DSF269**, registered to Steven Rodriguez or Stacy Cano of 2662 Playa Del Sol Ave, Stockton, CA. The same passenger suspect, who Sergeant Couvillion identified as a Hispanic male, then began firing at Sergeant Couvillion's patrol vehicle, firing at him approximately 4-5 times. Sergeant Couvillion continued to pursue the vehicle west on Highway 4. Sergeant Couvillion estimated the suspect vehicle to be traveling over 100 miles per hour. Sergeant Couvillion lost sight of the suspect vehicle at the Highway 4 interchange with North and Southbound Interstate 5. The red Grand Am was not located.

5

0425 Rodriguez

Officers Clyborne went back to the location where they were shot at by the suspects and located was (1) FC Luger 9mm and (2) Aguila 9MM shell casings at the intersection of Acacia and Van Buren and Center/Miner.  The Officers also located a dark colored flat bill hat at the corner of Monroe and Acacia, matching the description of the hat that the shooting passenger was wearing when he fired at the officers.

As a result of the incident, the Stockton Police Department sent out information regarding the shooting incident to the police agencies within San Joaquin County.

Officers with the Tracy Police Department contacted the Stockton Police Department to provide information on a June 18, 2017 shooting incident in the City of Tracy, County of San Joaquin.  The Tracy shooting took place at the Sunset Liquors where the suspect vehicle was also a red Pontiac Grand Am.

On 6/18/17 at approximately 7:51 p.m., officers with the Tracy Police Department were dispatched to 2355 Parker Avenue, Tracy, CA (Sunset Liquors) on report of shots being fired in the area. Officers were advised by dispatch that the people involved in the shooting got into a red colored vehicle and the other group of people got into a gray colored van. Dispatch advised the Tracy officers that the red colored vehicle had left the location after the shooting occurred.

Tracy officers arrived at the location and were contacted by a witness identified as Kamaljit Khurana. Khurana told the officers that the suspect had fired at three males that were standing directly in front of the entry/exit door to the business.  Officers contacted a second

6

0427 Rodriguez

witness, who was identified as Daniel Chavez. Chavez told officers he was across the street in front of his residence when the shooting occurred. Chavez stated he heard the screeching of the tires from a car quickly stopping and then heard two gunshots. Chavez ran to see what was happening and observed a red, late 90's to early 2000's sedan driving away quickly. Chavez stated the males that had been shot at, got into a gray minivan and left the location. Chavez stated there were four subjects in the red car that was responsible for the shooting, and the driver of the vehicle was not the shooter.

Officers reviewed the surveillance camera in the store and officers were able to identify the victims as Jorge Mendez, David Coria, and Carlos Coria. Officers observe Jorge, David, and Carlos exit the store and then a red colored Pontiac, possibly a Grand Am, arrived in front of the business. The front passenger of the red colored vehicle pointed and fired a handgun at the intended victims. Officers attempted to locate the victims and the victim vehicle, but they were not able to locate either.

Officers contacted an additional witness who was identified as Sandra Chavez. Chavez advised officers that she was sitting in her car, near her residence, when she observed a Hispanic male in his 20's, wearing light colored shorts and high white socks, exit Sunset Liquors carrying a case of beer. The male walked to a silver colored SUV and a red vehicle arrived next to the SUV. The passenger in the red vehicle fired a gun at the subject holding the beer and left the location. Chavez was not able to get a description of the two subjects in the back seat of the red vehicle, but Chavez described the driver as having tattoos on his neck and face, and the passenger only had tattoos on his neck. Chavez described the red vehicle as having red faded

7

paint and normal gray colored wheels.  Tracy Officers located two 9mm FC Luger casings in front of the business. (**TRACY PD Crime Report # 17-4544**).

As Stockton PD investigators began to follow-up on the Stockton shooting, photographs of the registered owners, Steven Rodriguez and Stacy Cano were obtained.  A records check on Steven Rodriguez showed he has a felony bench warrant for a Post Release Community Supervision violation (PRCS).  Steven Rodriguez is also a previously documented SSS or Southside Stocktone Norteno criminal street gang member.  Currently, Steven Rodriguez is documented as a Northern Rider with the California Department of Corrections and Rehabilitation.  Steven Rodriguez has tattoos on his neck area along, with a SSS tattoo, and huelga bird tattoo on his chest.

Investigators received surveillance video from the Tracy PD Sunset Liquors incident.  After reviewing the surveillance video from the Tracy incident, it appears that the registered owner of the Red Pontiac, Steven Rodriguez, closely resembles the driver of the shooting vehicle seen in the surveillance cameras in the Sunset Liquors shooting.  The driver appears to be wearing a black colored tee shirt.  The passenger/shooter of the Tracy shooting appeared to be a light skinned subject, wearing a hat backwards and white tank top, armed with a handgun.

I received information from Tracy PD with regards to their agencies contacts with Steven Rodriguez.  On October 19, 2016, Steven Rodriguez was contacted by Tracy PD officer P. Giusto at the Microtel Inn, located at 861 Clover Road Tracy, California, County of San

8

Joaquin.  Steven was contacted by Officer Giusto over a civil matter over car keys.  Steven provided his home address as 2662 Playa Del Sol Avenue in Stockton.

We also gathered information on the other registered owner of the red Pontiac, Stacy Cano.  In looking at social media website, Facebook, it appears Stacy Cano and Steven Rodriguez are in a dating relationship.  Stacy Cano currently has two felony no bail bench warrants out of Amador County.  Stacy Cano has prior contacts with the Stockton Police Department, but her most recent California Department of motor vehicles address listed is 861 Clover Road, (Microtel Inn) in the City of Tracy.

We also learned on June 27, 2017, in the late morning hours, Tracy Police Department Officer P. Giusto responded to the Microtel Inn located at 861 W. Clover Road in the City of Tracy, County of San Joaquin, regarding an Auto Theft investigation.

Upon arrival, Officer Giusto met with Stacy Cano, who is employed as a housekeeper at the Inn and also resides on the Inn premises.  Stacy told Officer Giusto that on the evening of June 26th at approximately 10:30 PM she parked, locked, and secured her red Pontiac Grand Am license # 6DSF269 in the Inn parking lot.  Stacy said she parked the vehicle on the south side of the Inn at the very east portion of the parking lot.  Stacy said she is one of the registered owners of the vehicle along with her boyfriend Steven Rodriguez.  On June 27th at approximately 9:30 AM, Stacy woke up and walked to her vehicle.  Stacy noticed it was not in the parking lot and called the Tracy Police Department.  Stacy told Officer Giusto that there was only 1 key to the vehicle and she had it.  Stacy had no idea who may have taken the vehicle.

9

Officer Giusto asked Stacy if her boyfriend Steven Rodriguez may have taken the vehicle. Stacy was sure that Steven had not taken the vehicle because he has been in Castro Valley for the past week, staying at a friend's residence. Stacy told Officer Giusto her cellphone number was (209) 808-4484 and her boyfriend Steven Rodriguez's cellphone is (209) 898-2987. Officer Giusto took the stolen vehicle report and Stacy signed the report. Officer Giusto told me that Stacy appeared to be very nervous as she was speaking with him. (**Tracy PD Report # 17-4733**)

The casings recovered from the shooting in Tracy and the shooting in Stockton were entered into IBIS (Integrated Ballistics Identification System) for comparison. On 06/29/2017, we received a notification of an IBIS link from Field Evidence Technician (FET) C. Trunk in regards to the Tracy PD shooting and our shooting at Officers Clyborne, Tacker and Sgt. Couvillion. The notification advised that the 9mm casings from SPD 17-23754 were a confirmed hit to Tracy PD 17-4544, reviewed and confirmed by the Forensic Firearms Examiner:

On 06/29/2017 at 1539 hours, Patrol officers were dispatched to the area of Lowell/Harris Ave (S/O Jurisdiction) to conduct follow-up on a red Pontiac Grand Prix. Upon the officers' arrival, they located the **Red Pontiac Grand Prix license #6DSF269**. The vehicle was parked on Harris Ave, unoccupied. The vehicle was towed and is currently being stored at Wilson Way Tow. On June 30, 2017, the Honorable Judge Vlavianos granted a search warrant to search/process the above listed Pontiac and seize evidence pertaining to the investigation.

10

0431 Rodriguez

Detectives processed the vehicle with the assistance of a Field Evidence Technician. Several items were seized and booked as evidence that may assist in identifying anyone who may have been in the vehicle.

As a result of this investigation, the Honorable Judge Johnson authorized a wiretap order for the telephone lines of Stacy Cano (signed on 06/28/2017) and Steven Rodriguez (signed on 06/29/2017). Detectives have since been monitoring interceptions on both telephone lines. Stacy Cano has since been taken into custody and is serving a 45 day sentence in Amador County. Detectives are monitoring an electronic tracking device that was placed on the red Pontiac. The order for the tracker was signed by the Honorable Judge Abdallah on July 3, 2017.

On July 4, 2017 at 2207 hours Steven Rodriguez received an incoming telephone call from an unidentified female. During the conversation the unidentified female shared concern for her brother advising that the police will shoot him regardless if he is armed because of what he did. The unidentified female described her brother as being an easy target because he is so tall.

Follow up was conducted on the telephone number used by the unidentified female (209) 450-7657, and a tentative identification was made. Detectives believe the number to be utilized by Christina Marie Harlan-Mills date of birth Jun 28, 1986. An associates check of Harlan-Mills revealed a possible brother of Martin Harlan with the date of birth of May 6, 1991. Martin Harlan is currently on Post Release Community Supervision out of Alameda County for VC 10851(a) (possession of a stolen vehicle). The terms of Harlan's probation advise that he is on unlimited search and seizure, any time day or night, by any peace officer. Martin Harlan currently has a felony no bail warrant for a weapons offense issued April 19, 2012.

0431 Rodriguez

0432 Rodriguez

Detectives located a Facebook account believed to belong to Martin Harlan with the profile name of "Sapo Junior". In the 'about' section, the date of birth for the user reads "May 6, 1991". This is the same date of birth as Martin Harlan.

A DOJ Cal-Photo booking photograph of Martin Harlan was obtained. Your Affiant compared the booking photograph to photographs of the suspected owner of the Facebook page and believes them to be the same person (Martin Harlan).

Your Affiant located a photograph posted on Martin Harlan's Facebook page "Sapo Junior". The photograph was posted on June 4th 2017. The photograph depicts Martin Harlan displaying the hand sign common to Northern Riders with his left hand, as well as Steven Rodriguez displaying the same sign with both hands.

This hand sign is similar to touching ones index finger, middle finger, and thumb together at the tips, while extending the ring and pinky fingers. (See below)

12

On July 14, 2017 Detectives received a notification from CODIS (Combined DNA Index System). The notification indicated a DNA sample was retrieved from the Golden State Warriors hat that was recovered from the scene. There was a preliminary hit to the DNA sample which returned to Martin Harlan with the date of birth of May 6, 1991.

On July 14, 2017 your Affiant learned of an IBIS link to a shooting that occurred in Contra Costa County in the incorporated area of Danville. The shooting occurred on July 9, 2017 near the intersection of Nugget Court and El Cerro Boulevard (documented on police report number 17-8858). Officers and Sheriff's deputies met with several witnesses and victims who received damage to their vehicles. The vehicles were struck by gun fire. Deputy Darren Alcantara spoke with the reporting party identified as Kellie Mooney. Mooney advised that she heard a man and a woman arguing inside a white pickup truck, she then heard gun shots, and then the truck left at a high rate of speed. Mooney advised that the incident occurred at approximately 0150 hours.

Officer Montanez located a surveillance camera which captured images of a white extended cab full size truck. Photographs were provided to the Stockton Police Department due to the IBIS link.

During the social media intercept of Martin Harlan, your Affiant learned that Harlan was in communication with a subject later determined to be Stephen Matheson. Matheson had a listed address in Sparks, Nevada. Detective Mamaril contacted officers from Sparks Police Department who provided the address of 1780 Byrd Avenue for Matheson.

On July 18, 2017 your Affiant was advised by Scott Dun of the Reno-Sparks Safe Streets Task Force that a white extended cab full size pickup truck was located at 1780 Byrd Avenue in Sparks, Nevada. The license plate on the extended cab RAM truck is LVJF09. The vehicle was

<center>15</center>

observed backed into the driveway at 1780 Byrd and a photograph was emailed to Detective Mamaril.

On July 19, 2017, Detective Mamaril authored a search warrant of the IP address information related to Martin Harlan. The warrant was read and signed by the Honorable Judge Johnson. Information obtained as a result of the warrant indicate that Martin Harlan has been using internet from 1780 Byrd Avenue in Sparks, Nevada.

On July 20, 2017 Detective Mamaril received information from the Safe Streets Task Force Reno-Sparks.  Detectives advised that they observed Martin Harlan exit the residence, open the driver door to the RAM truck, and return to the residence.

On July 21, 2017 Detective Mamaril authored a wiretap affidavit for the telephone believed to belong to Martin Harlan. The order was authorized by the Honorable Judge Johnson.

Your Affiant reviewed the photograph sent by the Safe Streets Task Force and compared it to the surveillance photograph obtained through the shooting investigation in Contra Costa County.  It is the belief of your Affiant that the two photographs are of the same vehicle (see image below).

**Surveillance photograph from the shooting in Contra Costa County occurring July 9, 2017.**

16

0437 Rodriguez



**Photographed obtained through the Safe Streets Task Force July 8, 2017.**



On July 21, 2017 your Affiant was advised by Sparks Police Department Lieutenant Tracy that the license plate affixed to the RAM pickup truck in the driveway of 1780 Byrd Avenue is possibly stolen.

17

0437 Rodriguez

0455 Rodriguez

Eme). There have been numerous assaults, assaults with deadly weapons, and attempted murders between these gangs.

Recently, the Stockton Police Department has been monitoring and investigating the feuding and rivalry between the Norteno criminal street gang subsets in Stockton. Norteno subsets have "chosen sides" and have committed the above-mentioned crimes against one other. These actions have been reported to, and are being investigated by, the Nuestra Familia hierarchy within the California prison system.

### Nuestra Familia (Spanish for "Our Family")

The Nuestra Familia (NF) is extremely well-organized with a formal, centralized leadership structure and operates under a constitution. .

The NF leadership in the State of California currently consists of three "generals". These three generals make up the NF "High Command". According to the NF constitution, each of the three Generals - the Street Regiment General (SRG), General of Pintas (GOP), and General Advocates Office (GAO) - is responsible for maintaining order and to carry out the affairs of their respective office. Daily affairs are to consist of setting the necessary policies and establishing the best course of direction for the organization, and all under their authority, in order to reach the goals and objectives of the NF as a whole.

According to the constitution, the Street Regiment General is responsible for any and all street functions or operations and county jails under this Office. The security, order and direction is to be solely channeled and maintained accordingly as delegated by that office.

The General of Pintas is responsible for any and all activities inside CDCR prisons. All instruction and direction concerning prisons are to be channeled from and through the GOP. This establishes all fronts to work in unison. The security and order for all Pintas (prisons) activities

35

are directed by the GOP. The foundation and system for which to accomplish this solely falls to his decision to establish the necessary security measures and lines of communication needed. The goal is to keep all functions in synchronicity under the same rule of law as he instructs.

The General Advocates Office is the judicial system of the NF, and has the responsibility for ensuring a system to safeguard all NF members who should seek relief, if ever individual members are being subjected to abuses from within their authority, or when serious unconstitutional violations exist, which are outside NF rules and regulations.

Due to federal indictments of NF members in the California prison system and their subsequent transfer to the Federal prison system, investigators have seen the gang's influence spread nationwide.  The governing body for federally incarcerated NF members is mirrored in the same structure as those in the California prison system.  While the High Command of the NF in California holds authority over activities of members in their state, the Federal NF High Command holds the authority and activities of their members in all other states. This split has caused a power struggle over territories between the two factions.  Although this struggle may cause a division among members, the overall growth and power of the collective gang has advanced.

### Origins of the Nuestra Familia

The first Hispanic prison gang, the Mexican Mafia, also known as La Eme, was created at the Deuel Vocational Institute in Tracy.  Hispanic inmates formed the gang to protect themselves from other inmates.  The Mexican Mafia soon became the most powerful organization within the California prison system, controlling all illegal activities in the prison system.  The Mexican Mafia remained unchallenged until 1968 when their rival, the Nuestra Familia, was formed.

36

0456 Rodriguez

The Nuestra Familia (NF) was organized in Folsom State Prison in 1968. Inmates were tired of the abuse and victimization at the hands of the Mexican Mafia. Most of the original members of the NF were from Northern California. As the NF and Mexican Mafia engaged in a bitter prison war, new prisoners from Northern California were recruited into the NF, while Southern California inmates joined the Mexican Mafia.

By the late 1970s, after numerous prison riots and murders, the official dividing point emerged between the gangs. Those inmates living north of the dividing line were known as Nortenos (Spanish for "Northern") and are aligned with the NF. Those inmates living south of the dividing line were known as Surenos (Spanish for "Southern") and are aligned with the Mexican Mafia. Therefore, upon being committed to prison, a Norteno street gang member aligns with the NF, whereas a Sureno street gang member aligns with the Mexican Mafia. The Nortenos and Surenos are sworn enemies and have been for over thirty (30) years.

### Nuestra Familia Membership

While the Nuestra Familia is primarily a Chicano gang, membership sometimes extends to other Latinos as well as non-Latinos. Members of the NF are considered to have taken a "blood oath" to join the gang and are considered lifelong participants. The NF has approximately 2000 inmate members with an additional tens of thousands associates/ members on the outside (Nortenos). As NF members are released from prison, they often parole to local communities where they continue to conduct criminal activities on behalf of the gang. These members also recruit new members, extending NF control over communities. Many northern California Hispanic street gangs are controlled by the NF. NF members often use the image of a sombrero with a dagger as their gang symbol.

37

### Northern Riders

In early 2000, Law Enforcement received reports that Norteno gang members who had dropped out of La Nuestra Familia, Northern Structure, or Norteno street gangs were uniting in prison, in an effort to defend themselves against other prison gang members. Since that time, this trend has expanded beyond the California state prison system and Norteno dropouts are now seeking to establish official territory in Northern California. Operation Black Widow, an FBI investigation which was initiated in 1998 and closed in 2008, resulted in the dispersal of La Nuestra Familia leadership from Pelican Bay State Prison in Crescent City, California to separate federal correctional facilities throughout the United States.

This action caused a destabilization of the gang and greatly impeded La Nuestra Familia's ability to manage and direct Norteno gang activities. Many Nortenos, dissatisfied with the lack of organization, lost confidence in the La Nuestra Familia's leadership and started expressing dissent over the situation. A large number of Norteno gang members were forced out or opted to drop out of the gang, resulting in a rapid rise in the number of Norteno dropouts. As early as December 2000, Northern California gang investigators reported that the Norteno dropouts were banding together in prison in an effort to defend themselves against rival gang members from La Nuestra Familia, Northern Structure, and Mexican Mafia (La Eme) prison gangs.

The Northern Riders were founded by Maurice "Bad Ass Snoop" Vasquez, CDCR # V52382 when Vasquez attacked NF/NS affiliates at DVI, while on the K Wing (ASU) Yard. This date is now the recognized Birthdate of the Northern Riders, often referred to as their "Independence Day."

38

Maurice Vasquez was born and raised in South Sacramento and was a former Northern Structure member. He grew tired of the NS politics and favoritism to certain NF/NS members. Due to Vasquez' discontent with the NS he formed the Northern Riders as new revolution group against politics and began seeking supporters. Following the incident at DVI, Vasquez was looked at as a Martyr in the eyes of NF/ NS affiliates who were also in discontent and seeking change. Per CDCR interviews/investigations inmates have stated Vasquez "gave them a voice."

In 2004, law enforcement authorities at San Quentin State Prison officially identified a new group called the Northern Riders whose membership was primarily comprised of Norteno dropouts. The Northern Riders strived to be recognized as a force within the prison system, with members adopting tattoos, verbal and written codes, and group objectives. The Northern Riders and other Norteno dropout groups such as the New Flowers have become so influential within the prison system that the California Department of Corrections and Rehabilitation (CDCR) is seeking to validate the disruptive groups.

As the Norteno dropout population continues to increase, the number of Norteno dropout members who are joining groups like the Northern Riders and the New Flowers has also increased. Several members of the Northern Riders and the New Flowers who were formerly prominent members of the La Nuestra Familia and Northern Structure are now using their reputations to recruit Norteno dropouts within the prison system. As Norteno Dropout prison groups gain increasing authority within the CDCR, Norteno dropouts released from prison are using this authority to recruit new dropouts, in an effort to establish a significant Norteno dropout presence on the streets of Northern California.

39

0461 Rodriguez

under Penal Code section 186.22(e) and are not intended to be a complete list of the criminal activities of the Nortenos and/or the Northern Riders.

## INCIDENT 1- Weapons Arrest SPD #09-22515

On 09/05/09, Norteno gang member Steven Rodriguez was arrested by Stockton Police Officers for possession of a sawed off shotgun, live ammunition, and transportation of illegal narcotics. Rodriguez was convicted on 11/15/11 of PC 12021 (A) (1), HS 11379, and HS 11370.1 on 12/19/11.

## INCIDENT 2- Weapons Arrest SPD #11-36350

On 10/18/2011 at approximately 1020 hours, Stockton Police officers conducted a traffic stop. Inside the vehicle, they contacted parolee Norteno street gang member, Anthony Castillo (DOB 05/18/1975). Following the traffic stop, a parole search was conducted at Castillo's residence, 1405 E. Park Street. During the search, officers located a digital scale, 1.71 grams of a white crystal-like substance, 43.24 grams of a white crystal-like substance, and an additional 21.42 grams of white crystal-like substance. Officers also located a .38 Taurus special revolver, .38 caliber ammunition, and .30 caliber ammunition. Castillo was arrested and interviewed. Castillo admitted ownership of the gun and the crystal-like substance which later tested presumptive positive for crystal methamphetamine. Castillo was booked into the San Joaquin County Jail.

Castillo was documented as having "Riders" tattooed across his chest, a Huelga bird tattooed on his right shoulder, the number, "1" on his left middle finger and the number, "4" tattooed on his left ring finger.

41

0461 Rodriguez

0462 Rodriguez

## INCIDENT-3 Stolen Vehicle Arrest SPD #12-41587

On 09/20/2012 at approximately 2222 hours, Stockton Police officers were dispatched to 2506 Country Club #43 regarding an attempted assault with a deadly weapon. Upon their arrival, they spoke with the victim who advised her ex-boyfriend, Yul Mayeda (DOB 06/12/1990), was at the call location with his friend, (later identified as Norteno street gang member, Jessie Colley (DOB 03/24/1977) causing a disturbance earlier. During the disturbance, Colley displayed a knife in a threatening manner to a friend of the victim. The victim provided officers of a description of Mayeda and Colley.

As officers were leaving the call location, they saw a vehicle occupied by two subjects matching the description of Colley and Mayeda approaching the location. They attempted to stop the vehicle but both driver and passenger fled on foot. After a short foot pursuit, both suspects were taken into custody and identified as Colley and Mayeda. Inside the vehicle, officers located a gray fixed blade knife and a clear Ziploc bag of Fiocchi .357 Magnum ammunition (29 rounds). Colley was found to be a parolee at large and advised he claimed "Northerner" when he went to prison.

Colley was documented as having several tattoos including, "Riders" on his left forearm, "SSS" on his right hip, "ENE X4" on his left ribs, "Norteno" on the back of his neck, a Playboy bunny symbol on the left side of his neck, and a Huelga bird with a Playboy bunny symbol on the back of his neck.

Both Mayeda and Colley were transported and booked into the San Joaquin County Jail.

## INCIDENT-4 Stolen Vehicle Arrest SPD #12-41587

On 11/25/2012 at approximately 1437 hours, Stockton Police officers responded to the area of 2600 Olson for a report of a disturbance involving a firearm and two stolen vehicles.

42

0463 Rodriguez

Officers contacted the victim who advised she was confronted by the suspect. The suspect pulled a black pistol out of his waist band area. The suspect pointed the pistol at her and said, "Bitch you better back up." The suspect fled the area in her vehicle.

Officers later located a stolen vehicle in the area and the occupants were taken into custody. They were identified as documented Norteno street gang members, Benny Avila (DOB 10/28/1985) and Jasiel Salmeron (DOB 01/14/1987). Salmeron was found to be a parolee at large and was also identified as the suspect armed with a gun. Salmeron and Avila were booked into the San Joaquin County Jail.

Salmeron was documented as having several tattoos, including an upside down playboy bunny head with the letter "N" in one ear and "R" on the other. Salmeron also has an upside down playboy bunny tattooed on his right shoulder, "MOB" across his collar bone, and four dots on his left hand, amongst other tattoos.

## INCIDENT -5 Weapons Arrest SPD #15-44986

On 11/29/2015 at approximately 2230 hours, Stockton Police officers responded to 4440 Calandria Street for a reported disturbance. The call indicated a Hispanic male with a ponytail and Hispanic female wearing pink pants were fighting in front of the call location. Dispatch advised another caller was reporting a gunshot in the area.

Upon their arrival, officers located Norteno Street gang member, Freddy Bayona (DOB: 11/27/1990) and Josephine Benitez (DOB: 04/29/1986) in front of the call location. Both subjects matched the description listed in the call. Upon contacting the subjects, officers learned Bayona was on parole for robbery. Bayona was detained and a parole search followed at his listed parole address, 4421 Calandria Street #1, verified by Headquarters.

43

0463 Rodriguez

(A) (CASE 99F00042). On December 12, 2001, Rodriguez was arrested for possession of stolen property and stolen vehicle and was convicted of possession of stolen property on June 13, 2002. Rodriguez received an eight year prison sentence (CASE SF084916A). On September 5, 2009, Rodriguez was arrested by Stockton Police Officers for possession of a sawed off shotgun, ammunition and transportation of illegal narcotics. Rodriguez was convicted on 11/15/11 of PC 12021 (A) (1), HS 11379, and HS 11370.1 on 12/19/11 (CASE SF112865A). Rodriguez received a ten year prison sentence.

## LOCATION 3

**20052 West Grant Line Road, Tracy, San Joaquin County, California.** The residence is located on the gravel road of West Grant Line Road and is comprised of blue/grey stucco exterior with a dark colored composite roof. There are large evergreen trees along the east end of the residence. A plastic newspaper type mail container at the front gate displays the numbers 20052. A cyclone fence is in front of the property with a gate blocking access into the driveway.



This is the residence of Marcial Hernandez (Northern Rider) with the date of birth of April 19, 1974. Marcial reports this address to the Department of Motor Vehicles as well as to the Probation Department (Marcial is on Post Release Community Supervision). Surveillance has identified Marcial as being present at this residence during the course of this investigation.

On July 26, 2017 Detective Ezell and other officers conducted surveillance on 20052 West Grant Line Road. Surveillance units followed a white Dodge RAM, a white Chrysler

23

Sebring, and a blue Volkswagen Jetta left 20052 West Grant Line Road, traveled west and stopped at a boat ramp, "Bethany Reservoir". Due to the driving patterns of the three vehicles and due to the fact that the Dodge RAM was towing a personal watercraft trailer, no identification was made on the vehicle. The vehicle was photographed by Detective Ezell and it is the belief of your Affiant that the white Dodge RAM is the same as used in Danville and photographed in Sparks, Nevada (see image below).



During surveillance at the boat ramp, Detective Ezell identified a subject with short hair wearing a black shirt as Martin Harlan (see image below).

24

0445 Rodriguez



The occupants of the vehicles appeared to take turns driving the personal water craft prior to loading it back onto the trailer. Prior to leaving the boat ramp, Detective Ezell advised that he heard several gunshots being fired from the area of the group. The group then entered the three vehicles and returned to 20052 West Grant Line Road.

During the course of this investigation officers have seen people coming and going from this property at all hours, in multiple vehicles. Several trailers are located within the property indicating that there could be multiple dwellings, whether permanent or mobile, at 20052 West Grant Line Road.

### AND THE PERSON(S)

2. **Martin Harlan, A.K.A. "Sapo"** has been staying at 20052 West Grant Line Road, Tracy, San Joaquin County. **Martin Harlan, a Hispanic male, 6' 02" tall, 200 pounds, brown hair, and brown eyes,** a documented Northern Rider criminal street gang

25

0445 Rodriguez

member through the Stockton Police Department. Martin Harlan's gang documentation is based on possession of photographs of Martin Harlan, Tattoos, association to other Northern Riders, and being involved in a gang related incident. **Martin Harlan** is an associate of Steven Rodriguez. Martin Harlan's CII # is A28403816. Martin Harlan's criminal history consists of the following: On 06/03/07, Harlan was arrested by Newark PD. He was arrested for Possession of a deadly weapon: commit assault (CA Penal Code 12024), and Fail to obey order of juvenile court (CA Welfare and Institutions Code 602). The disposition of the case was - released handled informally and lack of sufficient evidence. On 06/25/07, Harlan was arrested by Fremont PD for criminal street gang (CA Penal Code 186.22(D)) and Vandalism (CA Penal Code 594(A)). He was sent to Juvenile Hall. On 03/24/10, Harlan was arrested by Fremont PD for possessing a controlled substance (CA Health and Safety Code 11377(A)). He was sentenced to three years' probation, fifteen days in jail, and a fine. On 12/26/11, Harlan was arrested in Oroville for participate in a criminal street gang (CA Penal Code 186.22(A)); purchase firearm while having a restraining order (CA Penal Code 12021(G)); carry a loading firearm in public (CA Penal Code 12031(A)(1)); and prohibited person with ammunition (CA Penal Code 12316(B)(1)). On 04/12/12, Harlan was arrested by Newark PD for DUI alcohol/drugs (CA Vehicle Code 23152(A)); hit and run property damage (CA Vehicle Code 20002(A)); driving without a license (CA Vehicle Code 12500(A)); taking a vehicle without consent (CA Vehicle Code 10851(A)); evading a peace officer (CA Vehicle Code 2800.2); and possess burglary tools (CA Penal Code 466). All charges were dismissed except DUI alcohol/drugs (CA Vehicle Code 23152(A)) and taking a vehicle without consent (CA Vehicle Code 10851(A)). Harlan was convicted of those

26

0446 Rodriguez

two charges and sentenced to three years' probation, thirty-seven days in jail, and a fine.

On 08/09/13, Modesto PD arrested Harlan for taking vehicle without consent (CA

Vehicle Code 10851(A)); receiving stolen property (CA Penal Code 496(A)); probation

violation (CA Penal Code 1203.2); battery (CA Penal Code 242); Fighting in public (CA

Penal Code 415(1)); DUI alcohol/drugs (CA Penal Code 23152(A)); and possess

controlled substance (CA Penal Code 11377(A)). Out of those charges, Harlan was

convicted of probation violation (CA Penal Code 1203.2) and sentenced to thirty days

jail; the charge of receiving stolen property (CA Penal Code 496(A)) was dismissed; and

was convicted of taking vehicle without consent (CA Vehicle Code 10851(A)) and

sentenced to three years' probation and three hundred days in jail. On 02/27/14, Harlan

was arrested by Stanislaus County SO in Modesto for taking a vehicle without consent

(CA Vehicle Code 10851(A)); possession of stolen vehicle (CA Penal Code 496(D)(A));

evading a peace officer (CA Vehicle Code 2800.2(A)); obstructing public

officer/resisting arrest (CA Penal Code 148(A)(1)); possession of burglary tools (CA

Penal Code 466); possession of a controlled substance (CA Health and Safety 11377(A));

and battery (CA Penal Code 242). Out of those charges, all were dismissed on

furtherance of justice except Harlan was convicted of taking a vehicle without consent

(CA Vehicle Code 10851(A)) and evading a peace officer (CA Vehicle Code 2800.2(A))

and sentenced to thirty-two months in prison. On 07/21/15, Harlan was arrested by

Turlock PD for robbery (CA Penal Code 211). He was convicted and sentenced to three

years' probation and a year in jail. On 04/15/17, Harlan was arrested by Turlock PD for

assault with a deadly weapon (CA Penal Code 245(A) (1)); take a vehicle without

27

0448 Rodriguez

consent (CA Vehicle Code 10851(A)); and driving without a license (CA Vehicle Code 12500(A)). He is currently awaiting court for these charges at this time.

## LOCATION 4

**3883 Ryde Avenue Stockton, San Joaquin, California.** 3883 Ryde Avenue is a tri-plex along with 3885 and 3887 Ryde Avenue. The numbers 3883, 3885, and 3887 are displayed on the south side of the entrance of the tri-plex with white numbers. The tri-plex is comprised of brick around the outside approximately three (3) feet tall and brown wooden siding up to the roof line. The gutters and trim are brown and the roof is made of brown composite shingles. 3883 Ryde is the first unit located on the right hand side if facing (north side). A black mailbox is located to the right of the door, if facing, with the numbers 3883 displayed with a white sticker and black numbers. There is a black metal security screen door covering the interior door and opens outward from right to left.

During the course of the investigation Detective Roriguez was able to identify Martha Galicinao keying the security screen door to 3883 Ryde Avenue. Additionally the registration for the Ford Mustang registered to Martha Galicinao (DP553TB) lists the address of 3883.

28



## AND THE PERSON(S)

**Martha Galicinao** is currently the wife of Steven Rodriguez, a documented Northern

Rider prison gang member with the California Department of Corrections and Rehabilitation.

Martha Galicinao is currently residing at 3883 N. Ryde Avenue, Stockton, California, County of

San Joaquin. Martha Galicinao has a California Identification number of N8980143 and a social

security number (SSN) of 560-19-████. Martha Galicinao's criminal history consists of a

October 15, 1979 arrest, where Martha Galicinao was arrested for battery on a person (CA Penal

Code 242) and disturbing the peace (CA Penal Code 415) and was convicted of disturbing the

peace on November 23, 1979.  On August 7, 1990 Martha Galicinao was arrested fraud to obtain

aid (CA Welfare and Institution Code 10980(c)(2)) and food stamp program violation (CA

Welfare and Institution Code 10980(g)(2)) and was convicted for fraud to obtain aid and food

0452 Rodriguez

of controlled substance, 11377(A) California Health and Safety Code. She was convicted of this charge and sentenced to ninety days in jail and a fine.

## CRIMINAL STREET GANG

I am presently investigating felony violations of Penal Code section 186.22 committed by the Northern Riders and Norteno criminal street gangs within the meaning of Penal Code section 186.22(f).

## CRIMINAL STREET/PRISON GANG

### Hispanic Street Gangs

According to the California Attorney General's Office, Hispanic street gangs make up the largest percentage of the state's gang membership. Hispanic gangs are generally loosely organized and do not necessarily have individuals in recognized positions of leadership. However, the two dominant Hispanic prison gangs, the NF and the Mexican Mafia, have a powerful influence on Hispanic street gangs. These gangs have divided California into two geographical areas –north and south- with the dividing line roughly drawn across from Delano to Salinas with the greater Fresno area being separate. Aside from a few rogue Hispanic street gangs, the Southern California gangs are aligned with the Mexican Mafia and the Northern California gangs are aligned with the Nuestra Familia.

As a result of the alignment with the Mexican Mafia and the NF, certain criminal activities carried out by the various Norteno and Sureno gangs may only be done when the act(s) have been condoned and/ or authorized by either La Eme or the NF. Certain members within the various Norteno and Sureno gangs have direct contact with members of La Eme or the NF. These members are responsible for assuring that the gang collects "taxes" for narcotic

32

0452 Rodriguez

EXHIBIT 6

0773 Rodriguez

# SUPERIOR COURT OF CALIFORNIA

## County of San Joaquin

---

# Court Order

# Sealing Order

---

**Application for Sealing Order**: I hereby request that the following document(s) submitted in support of the requested search warrant be sealed pending further order of the court:

**SPD CASE NO.** 17-23754

**Grounds for order**: I believe that the sealing of the above document(s) is warranted for the following reasons:
PUBLIC INTEREST: Sealing serves the following public interest:
      Protect a confidential informant (Evid. Code § 1041)
      X Conceal official information (Evid. Code § 1040)

PREJUDICE TO PUBLIC INTEREST: There exists a substantial probability that this public interest would be prejudiced if the information contained in this document(s) is not sealed.
NARROWLY TAILORED: I do not believe it would be possible to release any of the sealed information without prejudicing this public interest.
**Declaration**: I declare under penalty of perjury that the above information is true.

_6/29/17_
Date                                        Affiant

**Order**: Pursuant to Rule 2.550 of the California Rules of Court, the document(s) identified above shall be sealed and retained in the following manner pending further order of the court:

(1) The document(s) shall be sealed in an envelope with a copy of this Order affixed to the front of the envelope; and

(2) The Clerk of the Court shall retain custody of the envelope in a secure place and shall not permit it to be opened by anyone except as authorized by written order of the Court.

_6/29/17_
Date                                   Judge of the Superior Court

0773 Rodriguez

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN JOAQUIN

| | |
|---|---|
| **IN RE SEARCH OF**<br><br>**Facebook Inc,**<br>Attention Facebook Security, Law Enforcement<br>Response Team<br>1601 Willow Road, Menlo Park, CA 94025.<br>**Target Profile(s):**<br>https://www.facebook.com/profile.php?id=100<br>010812902112<br>https://www.facebook.com/robert.rozay.50<br>https://www.facebook.com/profile.php?id=100<br>010713150503 | **ORDER TO DELAY NOTIFICATION OF**<br>**SEARCH WARRANT** |

ORDER

This matter having come before the Court pursuant to an application under Penal Code Section 1524 et seq, which application requests that notification of this warrant be delayed. Based upon the reading of the Search Warrant, and Affidavit in Support thereof;

IT APPEARING that there is reason to believe that the notification of the existence of the warrant to any person will result in endanger the life or physical safety of an individual; lead to flight from prosecution; lead to destruction of or tampering with evidence; lead to intimidation of potential witnesses; or otherwise seriously jeopardize an investigation or unduly delay a trial or otherwise lead to an adverse result.

IT IS ORDERED that **Facebook Inc, shall delay notification** of the existence of the application or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any other person, for a period of ninety days unless otherwise directed by the Court.

IT IS FURTHER ORDERED that the notification by the government otherwise required under Penal

Code Section 1546.2 (a) **be delayed for a period of ninety days**.

_William D Johnson_    _6/24/17_
**(Signature of Magistrate)**        **(Date)**

**Judge of the Superior Court, San Joaquin County, State of California**

0774 Rodriguez

## STATE of CALIFORNIA, COUNTY of SAN JOAQUIN,

# SEARCH WARRANT and AFFIDAVIT

# (AFFIDAVIT)

**Detective Kathryn Abdallah** swears under oath that the facts expressed by her in the attached and incorporated **Affidavit** are true and that based thereon she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below.  Wherefore, Affiant requests that this Search Warrant be issued.

_(Signature of Affiant)_

| | | |
|---|---|---|
| HOBBS SEALING REQUESTED: | ☒ YES | ☐ NO |
| NIGHT SEARCH REQUESTED: | ☐ YES | ☒ NO |

# (SEARCH  WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE**

**COUNTY OF SAN JOAQUIN:** proof by affidavit, under penalty of perjury, having been made before me by **Detective Kathryn**

**Abdallah** that there is probable cause to believe that the property or person described herein may be found at the location(s) set

forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐  it was stolen or embezzled;

☐  it was used as the means of committing a felony;

☒  it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she

   may have delivered it for the purpose of concealing it or preventing its discovery;

☒  it tends to show that a felony has been committed or that a particular person has committed a felony;

☐  it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual

   conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☒  there is a warrant to arrest the person;

☐  a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section

   1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any

   person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she

   may have delivered them for the purpose of concealing them or preventing their discovery;

**You are Therefore COMMANDED to SEARCH:**

The Business known as:

**Facebook, Inc.**

Attention Facebook Security: Law Enforcement Response Team

1601 Willow Road

Menlo Park, CA  94025.

0777 Rodriguez

**For the FOLLOWING PROPERTY or PERSON(s):** (To be Seized)

    <u>**With Respect to Facebook Profiles:**</u>

        **User Name**:  Huera Cano

        **Facebook User ID**:  https://www.facebook.com/huera.cano

        **User Email**:  Unknown

Any and all information for the above Facebook account between the dates of May 1st,  2017 through June 29th, 2017:

        **User Name**:  Huera Cano

        **Facebook User ID**:  https://www.facebook.com/profile.php?id=100006956019864

        **User Email**:  Unknown

Any and all information for the above Facebook account between the dates of May 1st,  2017 through June 29th, 2017:

        **User Name**:  Steven Rodriguez (Smilone)

        **Facebook User ID**:  https://www.facebook.com/SSSMILONE

        **User Email**:  Unknown

Any and all information for the above Facebook account between the dates of May 1st,  2017 through June 29th, 2017:

        **User Name**:  Steven R. Rodriguez Jr.

        **Facebook User ID**:  https://www.facebook.com/SMILONE1NR2

        **User Email**:  Unknown

Any and all information for the above Facebook account between the dates of May 1st,  2017 through June 29th, 2017:

0777 Rodriguez

**User Name**: Steve N Stacy Rodriguez's

**Facebook User ID**: https://www.facebook.com/stevestacy.rodriguezs

**User Email**: Unknown

Any and all information for the above Facebook account between the dates of May 1st, 2017 through June 29th, 2017:

**User Name**: LD Sixsevenfour (Mutha Fukn Loc Dawg)

**Facebook User ID**: https://www.facebook.com/profile.php?id=100004205719347

**User Email**: Unknown

Any and all information for the above Facebook accounts between the dates of May 1st, 2017 through June 29th, 2017:

A. All connection logs and records of user activity for the above listed **Facebook** accounts including but not limited to:

1. All subscriber information including, but not limited to:
   a. Name
   b. Address
   c. Phone number
   d. Date of birth
   e. Gender

2. User Neoselect (Basic Subscriber Information)
   a. User Identification Number

    b.   E-mail address

    c.   Date and time stamp of account creation

    d.   Most recent logins

    e.   Registered mobile number

3. User Neoprint (Expanded Subscriber Content)

    a.   Profile Contact Information

    b.   Mini-Feed

    c.   Status Update History

    d.   Shares

    e.   Notes

    f.   Wall Postings

    g.   Friend Listing, with Friends Facebook ID's

    h.   Group Listing, with Facebook Group ID's

    i.   Future and Past Events

    j.   Video Listing, with filename

4. User Photoprint (User Photos)

    a.   Uploaded photographs

    b.   Tagged photographs

    c.   Photograph metadata

5. Any group information

6. Any private messages

7. Account status

8. E-mail address used to create the account

0779 Rodriguez

9. Alternate e-mail addresses

10. Date ID registered

11. Internet Protocol (IP) Logs including but not limited to:

    a. Registration from IP

    b. Viewtime (Date / time of execution)

    c. Userid (The Facebook user ID of the account active for the request)

    d. IP (Source IP address)

    e. Script (Script executed)

    f. Scriptget (additional information passed to the script)

    g. Session Cookie (HTTP cookie set by user session)

12. All stored friend requests.

Such records and other evidence include, without limitation, correspondence and other records of contact by any person or entity about the above-referenced accounts, the content and connection logs associated with or relating to postings, communications and any other activities to or through the above referenced phone numbers, whether such records or other evidence are in electronic or other form.

Pursuant to California Penal Code § 1546.1 (d)(2), any information obtained through the execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall not be subject further review, use, or disclosure absent an order from the Court. If no evidence of criminal activity is discovered relating to the seized property and associated peripherals, the system will be returned promptly.



Please send any results to:

>Detective Kathryn Abdallah
>
>Stockton Police Department
>
>22 E. Market Street
>
>Stockton, CA 95202
>
>Office: 209-937-7216
>
>Fax: 209-937-8475
>
>Email: kathryn.abdallah@stocktonca.gov

**Special Instructions to Provider:**

**YOU ARE COMMANDED,** within two business days after receipt of this search warrant, to deliver by mail or otherwise, to the above named law enforcement officer, together with the declaration as set forth below, a true, durable and legible copy of the requested records listed above. (See California Penal Code, § 1524.2)

**Verification of Authenticity:** The Custodian of Records shall complete and sign the "Declaration of Custodian" which accompanies this search warrant. The "Declaration of Custodian" shall be returned with a copy of the requested records. (California Penal Code, §§ 1546.1(d)(3), 1524.2 (b)(4).)

**Disposition of communications and/or data:** Pursuant to Penal Code §§ 1528(a), 1536, all communications and/or data seized pursuant to this search warrant shall be retained in Affiant's custody pending further court order.

**NON-DISCLOSURE ORDER:** This matter having come before the court pursuant to an application under PC 1524, which application requests that notification of this warrant be delayed. Based upon the reading of the search warrant and affidavit if support thereof;

| Search Warrant | SPD CASE 17-23754 | Page 9 of 50 |
|---|---|---|

0781 Rodriguez 

0782 Rodriguez

It appearing that there is reason to believe the notification of the existence of the warrant to any person will lead to flight from prosecution, lead to destruction or of tampering with evidence, lead to intimidation of potential witnesses, or otherwise seriously jeopardize an investigation or unduly delay a trial or otherwise lead to an adverse result.

It is ordered that **Facebook Inc.,** shall delay notification of the existence of this warrant, or the existence of the investigation, to the listed subscriber or any other person, for a period of **ninety days** unless otherwise directed by the court.

It is further ordered that the notification by the government otherwise required under penal code section 1546.2(a) be **delayed for a period of ninety days**.

**IT IS HEREBY ORDERED**, based upon the showing in the Statement of Probable Cause / Affidavit by your Affiant **Detective Kathryn Abdallah,** that it reasonably appears necessary to extend the time for Return to Search Warrant for 30 days.

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Affidavit** were sworn to as true and subscribed before me on this __29__ day of **June, 2017**, at __1:36__ A.M. (P.M.) Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____ ,
(Signature of Magistrate)

Judge of the Superior Court of California, County of SAN JOAQUIN,

**HOBBS SEALING APPROVED:** ☒ YES  ☐ NO

**NIGHT SEARCH APPROVED:** ☐ YES  ☒ NO

_William D Johnson_
(Magistrate's Printed Name)

Search Warrant                SPD CASE 17-23754                Page **10 of 50**

0782 Rodriguez

## NOTICE TO CUSTODIAN OF RECORDS

Dear Custodian of Records,

You have been served with the attached search warrant as part of a criminal investigation which requires the production of the described records.

Section 1560 of the California Evidence Code allows you to avoid a personal appearance with the original records described in the search warrant if you complete the following steps:

1.      Make a true and correct copy of each of the records described in the subpoena.

2.      Complete and sign an appropriate declaration. One has been provided to you if you do     not have one. (California Evidence Code section 1561)

3.      Transmit the declaration and all such copies of records either electronically or by public or private postal service to:

Stockton Police Department

22 E. Market Street

Stockton, CA 95202

Detective Kathryn Abdallah kathryn.abdallah@stocktonca.gov

4.      To comply with section 1560 of the California Evidence Code, you must mail or deliver the above within **TWO DAYS**, unless otherwise authorized by a court, after you receive the subpoena.

Search Warrant                    SPD CASE 17-23754                    Page 11 of 50

0783 Rodriguez

If you are a foreign provider, pursuant to California Penal Code section 1524.2(b)(1), you have five business days within which to respond to this warrant. If, however, you believe you have good cause as to why it should take longer than five business days to prepare the required material, please contact me to seek an extension of the deadline from the court.

IF YOU DO NOT COMPLETE THE ABOVE STEPS, YOU MIGHT BE REQUITED TO MAKE A PERSONAL APPEARANCE PURSUANT TO A SUBPOENA AT A LATER DATE. (California Penal Code section 1524.2(b)(1),)

We genuinely appreciate your cooperation in providing the requested records. If you have any questions regarding the search warrant or how to comply, please contact me at 209-937-7429

Thank you for your cooperation,

Kathryn Abdallah
Stockton Police Department
Gang Violence Suppression Unit

## DECLARATION OF CUSTODIAN

Pursuant to Evidence Code section 1561, the records delivered were prepared as stated below in accordance with the statutory requirements.

I, _____, declare:

1. I am employed at the following named business: _____.

2. I am a duly authorized custodian or qualified witness of the records attached and have authority to certify said records.

3. I certify that the documents attached and described herewith are true copies of the records requested pursuant to the search warrant

4. That said records were prepared by authorized employees of the above-named business, in the ordinary course of business at or near the time of the act(s), condition(s) or event(s) described in said records.

5. I am familiar with such documents from my employment with the above-named business and certify that these business records are relied upon in the conduct of said business as accurate representations of the information contained therein.

4. The attached records include the following: (**to be completed by the custodian or qualified witness**):

_____

_____

_____

5.     The copy of the attached records were prepared as follows:

☐    Digitally reproduced and/or scanned

☐    Printed from computer file

☐    Photocopied

☐    Other mode of preparation described as follows:

_____

_____.

    I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed at (city, state) _____ on this date,

_____.

_____

(Signature of Declarant)

# STATE of CALIFORNIA, COUNTY of SAN JOAQUIN,

ATTACHED AND INCORPORTED

# STATEMENT OF PROBABLE CAUSE

Affiant declares under penalty of perjury that the following facts are true and that there is probable cause to believe, and Affiant does believe, that the designated articles, property, and persons are now in the described locations, including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them, the vehicles and the persons:

I, Kathryn Abdallah, your affiant, declare that I am a duly appointed Police Officer for the City of Stockton, County of San Joaquin, California. That I presently hold the rank of Detective and that I am presently assigned to the Gang Violence Suppression Unit (GVSU), Investigations Division, of the Stockton Police Department and have been so assigned since June 2016. From June 2016 until present, your affiant has been assigned to run the Operation Ceasefire program.

Your affiant attended California State University, Stanislaus from Fall 2009 until Spring 2012. I graduated with a Bachelor's Degree in Criminal Justice with a Law Enforcement Concentration. While attending California State University, Stanislaus, I took a class that allowed me to participate in an intern program of my choice. I applied and was accepted as an intern for the Stockton Police Department. I was an intern in the Summer of 2011. When my internship class was over, the Stockton Police Department asked me to continue my internship. I did this during my winter break from December 2011 to February 2012.

Your affiant has been a police officer for the city of Stockton since June 28, 2012.  During this period, pursuant to my employment as a police officer, your affiant attended the P.O.S.T. basic police academy where I received approximately sixteen (16) hours of classroom instruction in the field of criminal street gangs.

Your affiant has been an Emergency Vehicle Operation Course (EVOC) Instructor since the fall of 2014.  I have attended and successfully completed a forty (40) hour class for high speed EVOC instructors, and a twenty-four (24) hour course for low speed EVOC instructors; both through POST.

Your affiant has been a Mental Health Liason for the police department since the summer of 2015.  I have attended a total of twenty-four (24) hours of POST training related to Mental Health.  I have taught approximately ten (10) Mental Health classes to other police officers.

From March 2013 to November 2013, your affiant was assigned to Field Services, Patrol Division.  My duties included, but were not limited to, responding to citizen calls for service and in-progress crime.  During this time period, your affiant investigated gang-related crimes including, but not limited to, Penal Code section 187 (murder); Penal Code section 245 (assault with a deadly weapon); Penal Code section 211 (robbery); Penal Code section 417 (brandishing a weapon); Penal Code section 246 (shooting into an occupied dwelling); and Penal Code section 243 (battery).

From December 2013 to May 2014, your affiant was assigned to the Community Response Team.  This is a proactive team that focuses on gun, narcotic, and gang crime.  Your affiant investigated gang-related crimes and conducted interviews and interrogations with gang members on a weekly basis.

0788 Rodriguez

From May 2014 to March 2016, your affiant was assigned to Field Services, Patrol Division. My duties included, but were not limited to, responding to citizen calls for service and in-progress crime. During this time period, your affiant investigated gang-related crimes such as, but not limited to, Penal Code section 187 (murder); Penal Code section 245 (assault with a deadly weapon); Penal Code section 211 (robbery); Penal Code section 417 (brandishing a weapon); Penal Code section 246 (shooting into an occupied dwelling); and Penal Code section 243 (battery).

In January 2016, your affiant attended and successfully completed a forty (40) hour Field Training Officer course. I have had four (4) trainees assigned to me for one (1) month at a time. I have trained approximately twenty (20) trainees for less than a month each that were not assigned specifically to me. As part of being a Field Training Officer in the Patrol Division, I have responded to many gang and gun-related crimes, and taught trainees how to lead the investigation. Also as part of the Field Training Program, I would attend monthly trainings on various law enforcement related topics, including but not limited to, case law update and investigations.

From February 2016 until May 2016, your affiant was part-time assigned to the Gang Violence Suppression Unit (GVSU), Investigations Division. During this time period, your affiant assisted with wiretap investigations, surveillance, interviews, meetings with gang members, and any other duties GVSU detectives need assistance with.

From June 2016 until present, your affiant is in charge of the program Operation Ceasefire, as part of the Gang Violence Suppression Unit (GVSU), Investigations Division. This is an operation solely focused on gang members and gun violence within the city of Stockton. This includes, but is not limited to, working closely with gang members, assisting them with resources, conducting meetings with them, speaking with

their family and friends, and conducting field enforcement. Your affiant's duties also include assisting all

GVSU detectives with follow-up investigations of gang-related crimes in the city of Stockton. This often

entails interviews with the victims, witnesses, and the perpetrators of assaultive conduct. I have spoken with

victims, witnesses and perpetrators of crimes determined to be gang-related regarding the motivation for

their commission or the very manner in which they were carried out. In this way, I have been able to update

and refine my knowledge regarding the manner in which gang members and affiliates conduct themselves,

identify themselves and carry out criminal activity for the benefit of, at the direction of, or in association

with their gang.

In February 2016, your affiant attended and successfully completed an eight (8) hour Electronic Surveillance

(Wiretap) course, hosted by the Drug Enforcement Agency (DEA) in San Francisco, California. The course

covered the lawful interception of wire, electronic digital pager, and electronic cellular telephone

communication as authorized in Chapter 1.4 commencing with Section 629.50 of the Penal Code.

In January 2016, your affiant attended and successfully completed a forty (40) hour Interview and

Interrogation course in McClellan. The course covered deception detection, interview and interrogation

techniques, and laws regarding interview and interrogation.

In February 2016, your affiant attended a forty (40) hour ICI Basic Gang Foundation class in El Dorado

Hills. This class covered warrants, gang documentation/file management, social networking and technology,

informant management, preparing for expert testimony, 186.22/case law review, interview and interrogation,

and outlaw motorcycle gangs.

In addition to the foregoing coursework, your affiant speaks to other law enforcement investigators on a regular basis to update and refine my knowledge regarding the above subject areas, especially with respect to emerging criminal street gang trends and activities. I also speak to self-admitted criminal street gang members on a regular basis to update and refine my knowledge regarding the above and with respect to criminal street gangs. I also speak to community-based groups, local businesses, and educational institutions on criminal street gangs and narcotics education and awareness.

Your affiant has attended lectures and seminars in the field of gang investigations and gang-related crimes. I am familiar with criminal street gang methods of operation including drive-by shootings; murders; the distribution, storage, and transportation of firearms and narcotics; the collection of money that represents the proceeds of firearm and/or narcotics trafficking; and money laundering. Your affiant has worked with a number of federal, state, and local agencies in active criminal street gang, firearm, and narcotic investigations.

During my employment as a Stockton police officer, I, your affiant, have participated in approximately three hundred (300) investigations related to gang members, have arrested/participated in the arrest of approximately one hundred and fifty (150) gang members and have interviewed approximately four hundred (400) subjects on their gang affiliation. Your affiant has also participated in approximately one hundred (100) investigations related to the use, possession, possession for sale, sales, and transportation of controlled substances. Your affiant has interviewed approximately one-hundred and fifty (150) subjects that are either users of and/or sellers of narcotics and/ or dangerous drugs. Your affiant has approximately arrested/participated in the arrest of approximately three hundred (300) investigations of firearm-related crimes. Your affiant has participated in the preparation and/or execution of approximately forty (40) search warrants. Your affiant has also participated in three (3) criminal street gang, Title III investigations.

0791 Rodriguez

I have also worked with confidential informants and citizen informants whose information has assisted in the arrests and convictions of gang members, narcotic traffickers, criminal offenders, and the seizure of assorted gang paraphernalia, narcotics, and other contraband.

I spoke with Detective Paul Gutierrez regarding the gang history and details of the cases throughout this investigation.

## EXPERTISE OF DETECTIVE PAUL GUTIERREZ:

Detective Paul Gutierrez has been a police officer for almost 17 years with the Stockton Police Department. Prior to my employment with the Stockton Police Department, Detective Paul Gutierrez was employed as a Police Officer with the City of Los Angeles (LAPD) for approximately four and a half years. Detective Paul Gutierrez is presently assigned as a Detective in the Gang Violence Suppression Unit (G.V.S.U.), having held the assignment since January 2005. In January 2012, Detective Paul Gutierrez was transferred to the Stockton Police Department's VICE unit for approximately 6 months, but was transferred back to the Gang Unit thereafter.

In his present position as a Gang Detective, his duties include follow-up investigations of "gang related" crimes in the City of Stockton. This often entails interviews with the victims, witnesses and the perpetrators of assaultive conduct. In this capacity, and in his previous experiences as a patrol officer, a Gang Street Enforcement Team (G.S.E.T.) officer and Community Resources Against Street Hoodlums (C.R.A.S.H.) officer, Detective Paul Gutierrez has had contact with victims, witnesses and perpetrators of crimes determined to be "gang related" via the motivation for their commission or by the very manner in which they were carried out. In this way, Detective Paul Gutierrez is able to update and refine his

knowledge regarding the manner in which gang members and affiliates conduct themselves, identify themselves and carry out criminal activity for the benefit of, at the direction of, or in association with their gang.

Detective Paul Gutierrez has received formal training in the area of investigations of such "gang-related" crimes both at the Post Basic Police Academy and also on an on-going basis. In 2004, Detective Paul Gutierrez attended a gang training symposium, which was organized by the Northern California Gang Investigator's Association. In 2005, Detective Paul Gutierrez attended the Northern California Gang Investigator's Association training update course. In 2006 Detective Paul Gutierrez attended two formal POST certified training courses in the area of Gang Awareness. In 2006, Detective Paul Gutierrez received formal training in regards to Gangs at the California State Attorney General's Criminal Intelligence, Gang Awareness, Organized Crime and Terrorism Conference. In 2007, Detective Paul Gutierrez again attended the California State Attorney General's Criminal Intelligence, Gang Awareness, Organized Crime and Terrorism Conference. During the Attorney General's conference, Detective Paul Gutierrez provided formal gang training to the attendees of the conference, in respect to Asian Criminal Street gangs. In 2007, Detective Paul Gutierrez also provided formal training at the National CLIA (Clandestine Lab Investigator's Association) convention in Columbus, Ohio. In 2008, Detective Paul Gutierrez spoke at the International Conference on Asian Organized Crime & Terrorism, which took place in San Francisco, California. In 2008, Detective Paul Gutierrez spoke at the Sacramento Asian Police Officer's Association Seminar in Sacramento, California, in regards to Asian criminal street gangs. In 2008, Detective Paul Gutierrez attended the California Gang Investigator's Association & Bureau of Alcohol, Tobacco, Firearms and Explosives National Gang conference in Anaheim, California. In 2016, Detective Paul Gutierrez spoke at the California Crime and Intelligence Analysts Association Conference in Lake Tahoe, California, in regards to utilizing analysts during wiretap investigations. In 2017, Detective Paul Gutierrez spoke at the California District Attorneys Association Annual Gang Prosecution Symposium in regards to Asian criminal street gangs in

Monterey, Ca.

Detective Paul Gutierrez also maintains his information on gangs and gang issues by attending meetings with the California Gang Task Force and the San Joaquin County Multi-Agency Gang Task Force.

In addition to the foregoing, Detective Paul Gutierrez spoke to other law enforcement investigators on a regular basis to update and refine my knowledge regarding the above and with respect to emerging trends and rivalries between criminal street gangs, their members and affiliates. Detective Paul Gutierrez also spoke to self-admitted and/or documented gang members on a regular basis to update and refine my knowledge regarding the above and with respect to emerging trends and rivalries between criminal street gangs, their members and affiliates. Detective Paul Gutierrez has had well over 9000 contacts with criminal street gang members and associates. Detective Paul Gutierrez has testified in San Joaquin County Superior Court and Los Angeles County Superior Court approximately 99 times as a criminal street gang expert.

Detective Paul Gutierrez has also worked with confidential informants and citizen informants whose information has assisted in the arrests and convictions of gang members, narcotic traffickers, and criminal offenders and the seizure of assorted gang paraphernalia, narcotics and other contraband.

Detective Paul Gutierrez has also had the opportunity to participate in the preparation and service of numerous search warrants involving gang members.

Detective Paul Gutierrez is certified by the California State Attorney General's Office in the practical, technical and legal aspects of court ordered wiretaps (Penal Code Section 629.50 et seq). Detective Paul Gutierrez has participated in investigations as an Affiant, Co-Case Agent or has assisted other investigators, in the support of applications for electronic surveillance (wiretap) investigations. On approximately 12 of the occasions, an Order was issued authorizing the interception of wire communications. In eleven of these Orders, it involved members of a criminal street gang.

The opinions expressed in this affidavit regarding the "Nortenos" and/or Northern Riders as a criminal street/prison gang and the activities being committed in violation of Penal Code section 186.22 are those of Detective Paul Gutierrez.

## INVESTIGATION:

Based on the facts set out herein, I assert that the Nortenos and/ or Northern Riders are Criminal Street/Prison Gangs as defined in Penal Code section 186.22(f) in that they consist of more than three members and as one of their primary activities they are engaged in the commission of one or more criminal acts enumerated in Penal Code Section 186.22(e), paragraphs 1 - 33; they have a common name, with a common identifying symbol; and the members of the Nortenos and/ or Northern Riders, both individually and collectively have engaged or are engaging in a "pattern of criminal gang activity."

Information regarding the Nortenos and/ or Northern Riders criminal street/prison gang was obtained through Stockton Police Department Gang Violence Suppression Unit Detective Paul Gutierrez.

## CRIMINAL STREET/PRISON GANG BACKGROUND:

### Hispanic Street Gangs

According to the California Attorney General's Office, Hispanic street gangs make up the largest percentage of the state's gang membership. Hispanic gangs are generally loosely organized and do not necessarily have individuals in recognized positions of leadership. However, the two dominant Hispanic prison gangs, the NF and the Mexican Mafia, have a powerful influence on Hispanic street gangs. These gangs have divided California into two geographical areas –north and south- with the dividing line roughly drawn across from Delano to Salinas with the greater Fresno area being separate. Aside from a few rogue Hispanic street gangs, the Southern California gangs are aligned with the Mexican Mafia and the Northern California gangs are aligned with the Nuestra Familia.

As a result of the alignment with the Mexican Mafia and the NF, certain criminal activities carried out by the various Norteno and Sureno gangs may only be done when the act(s) have been condoned and/ or authorized by either La Eme or the NF. Certain members within the various Norteno and Sureno gangs have direct contact with members of La Eme or the NF. These members are responsible for assuring that the gang collects "taxes" for narcotic transactions and other profitable criminal endeavors. These members are responsible for forwarding La Eme's or the NF's portions of the "taxes" collected. They request "green lights", a term meaning permission from La Eme or NF to kill a rival/ enemy.

Although there are numerous sub-gangs (cliques) of the Nortenos and Surenos throughout California, each of these cliques falls under the greater umbrella of either being a Norteno or Sureno. By far the most lucrative criminal enterprise (and their primary source of income) for the various Norteno and Sureno gangs is the retail distribution of illicit narcotics (i.e. methamphetamine), although they also engage in a plethora of other criminal endeavors.

**Nortenos**

Norteno street gang members identify with the symbols XIV, X4, 14, and 4-dots. Fourteen refers to the 14th letter of the alphabet "N" which stands for Norteno or the Nuestra Familia. The number 14 is represented several ways by the Norteno criminal street gang. It can be written XIV, X4, one dot and four dots, and also through the Aztec symbol of two horizontal lines with four dots above them. The gang associates with the color red and the words Norteno, Norte, and Northerner. Other symbols include a 5-point star, symbolizing the "North" star, and the Huelga bird, the symbol used by the United Farm Workers Association. It is believed that these two symbols (star and bird) and/ or the letters "SK" (Sureno Killer or "Scrap" Killer) must be earned through committing an assault or murder on their sworn enemies, the Surenos. The term "scrap" is a derogatory term used by a Norteno toward a Sureno, meaning table scraps or the scraps at the bottom of the barrel, so-to-speak.

**Surenos**

0797 Rodriguez

Sureno street gang members identify with the symbols XIII, X3, 13, and 3-dots. This refers to the thirteenth (13th) letter of the alphabet, "M", which stands for the Mexican Mafia. The gang identifies with the color blue and the words Sureno, Sur, and Southerner. Other symbols include a Black Hand, La Eme (meaning "the M" in Spanish) and MM (Mexican Mafia). The term "buster" is a derogatory term used by a Sureno toward a Norteno.

**Nortenos in Stockton**

The Norteno criminal street gang was validated in Stockton, San Joaquin County, California, on March 19, 1990, and currently has approximately 1526 documented gang members, predominantly Hispanics. Norteno criminal street gang members in the Stockton area use the number fourteen (14), "209", four (4) dots and "XIV" in the form of graffiti, clothing, self-applied markings and tattoos as a common symbol to identify themselves as members of the gang. "209" represents the area code for California's Central Valley, and one (1) and four (4) dots and "XIV" are variations of the number fourteen (14). Many have adopted the Mongolian hairstyle, which represents the Mongolian Warrior. They display the color red as an identifiable symbol by way of clothing, graffiti, markings, bandanas, belts, shoes, and miscellaneous property.

Some of the other subsets within the Norteno criminal street gang in Stockton include South Side Stocktone (SSS), East Side Stocktone (ESS), Mighty Stocktone Nortenos (MSN), Triple Six Gangsters (666), Central Stocktone Locos (CSL), Garden Block Gangsters (GBG), Clay Street Nortenos (CS), Pilgrim Street Gangsters (PSG), West Side Norteno/ Gangsters (WSN/ WSG) Sinners Click Mobsters (SC), United Nortenos (UN), Barrio Conway Nortenos (BCW), Kelley Block Gangsters (KBG), American Street Nortenos (ABlock).

The main rivals of the Nortenos in Stockton are Sureno gang members. This is due to the Nuestra Familia's rivalry with the Mexican Mafia in the California prison system. This has carried over to the streets

due to the Surenos' allegiance with the Mexican Mafia (La Eme).  There have been numerous assaults,

assaults with deadly weapons, and attempted murders between these gangs.

Recently, the Stockton Police Department has been monitoring and investigating the feuding and

rivalry between the Norteno criminal street gang subsets in Stockton.  Norteno subsets have "chosen sides"

and have committed the above-mentioned crimes against one other.  These actions have been reported to,

and are being investigated by, the Nuestra Familia hierarchy within the California prison system.

**Nuestra Familia (Spanish for "Our Family")**

The Nuestra Familia (NF) is extremely well-organized with a formal, centralized leadership structure

and operates under a constitution. .

The NF leadership in the State of California currently consists of three "generals". These three

generals make up the NF "High Command". According to the NF constitution, each of the three Generals -

the Street Regiment General (SRG), General of Pintas (GOP), and General Advocates Office (GAO) - is

responsible for maintaining order and to carry out the affairs of their respective office.  Daily affairs are to

consist of setting the necessary policies and establishing the best course of direction for the organization, and

all under their authority, in order to reach the goals and objectives of the NF as a whole.

According to the constitution, the Street Regiment General is responsible for any and all street

functions or operations and county jails under this Office.  The security, order and direction is to be solely

channeled and maintained accordingly as delegated by that office.

The General of Pintas is responsible for any and all activities inside CDCR prisons.  All instruction

and direction concerning prisons are to be channeled from and through the GOP. This establishes all fronts to

work in unison.  The security and order for all Pintas (prisons) activities are directed by the GOP. The

foundation and system for which to accomplish this solely falls to his decision to establish the necessary

security measures and lines of communication needed.  The goal is to keep all functions in synchronicity

under the same rule of law as he instructs.



The General Advocates Office is the judicial system of the NF, and has the responsibility for ensuring a system to safeguard all NF members who should seek relief, if ever individual members are being subjected to abuses from within their authority, or when serious unconstitutional violations exist, which are outside NF rules and regulations.

Due to federal indictments of NF members in the California prison system and their subsequent transfer to the Federal prison system, investigators have seen the gang's influence spread nationwide. The governing body for federally incarcerated NF members is mirrored in the same structure as those in the California prison system. While the High Command of the NF in California holds authority over activities of members in their state, the Federal NF High Command holds the authority and activities of their members in all other states. This split has caused a power struggle over territories between the two factions. Although this struggle may cause a division among members, the overall growth and power of the collective gang has advanced.

**Origins of the Nuestra Familia**

The first Hispanic prison gang, the Mexican Mafia, also known as La Eme, was created at the Deuel Vocational Institute in Tracy. Hispanic inmates formed the gang to protect themselves from other inmates. The Mexican Mafia soon became the most powerful organization within the California prison system, controlling all illegal activities in the prison system. The Mexican Mafia remained unchallenged until 1968 when their rival, the Nuestra Familia, was formed.

The Nuestra Familia (NF) was organized in Folsom State Prison in 1968. Inmates were tired of the abuse and victimization at the hands of the Mexican Mafia. Most of the original members of the NF were from Northern California. As the NF and Mexican Mafia engaged in a bitter prison war, new prisoners from Northern California were recruited into the NF, while Southern California inmates joined the Mexican Mafia.

By the late 1970s, after numerous prison riots and murders, the official dividing point emerged between the gangs. Those inmates living north of the dividing line were known as Nortenos (Spanish for "Northern") and are aligned with the NF. Those inmates living south of the dividing line were known as Surenos (Spanish for "Southern") and are aligned with the Mexican Mafia. Therefore, upon being committed to prison, a Norteno street gang member aligns with the NF, whereas a Sureno street gang member aligns with the Mexican Mafia. The Nortenos and Surenos are sworn enemies and have been for over thirty (30) years.

**Nuestra Familia Membership**

While the Nuestra Familia is primarily a Chicano gang, membership sometimes extends to other Latinos as well as non-Latinos. Members of the NF are considered to have taken a "blood oath" to join the gang and are considered lifelong participants. The NF has approximately 2000 inmate members with an additional tens of thousands associates/ members on the outside (Nortenos). As NF members are released from prison, they often parole to local communities where they continue to conduct criminal activities on behalf of the gang. These members also recruit new members, extending NF control over communities. Many northern California Hispanic street gangs are controlled by the NF. NF members often use the image of a sombrero with a dagger as their gang symbol.

**Northern Riders**

In early 2000, Law Enforcement received reports that Norteno gang members who had dropped out of La Nuestra Familia, Northern Structure, or Norteno street gangs were uniting in prison, in an effort to defend themselves against other prison gang members. Since that time, this trend has expanded beyond the California state prison system and Norteno dropouts are now seeking to establish official territory in Northern California. Operation Black Widow, an FBI investigation which was initiated in 1998 and closed in 2008, resulted in the dispersal of La Nuestra Familia leadership from Pelican Bay State Prison in Crescent City, California to separate federal correctional facilities throughout the United States.

This action caused a destabilization of the gang and greatly impeded La Nuestra Familia's ability to manage and direct Norteno gang activities.  Many Nortenos, dissatisfied with the lack of organization, lost confidence in the La Nuestra Familia's leadership and started expressing dissent over the situation.  A large number of Norteno gang members were forced out or opted to drop out of the gang, resulting in a rapid rise in the number of Norteno dropouts.  As early as December 2000, Northern California gang investigators reported that the Norteno dropouts were banding together in prison in an effort to defend themselves against rival gang members from La Nuestra Familia, Northern Structure, and Mexican Mafia (La Eme) prison gangs.

The Northern Riders were founded by Maurice "Bad Ass Snoop" Vasquez, CDCR # V52382 when Vasquez attacked NF/NS affiliates at DVI, while on the K Wing (ASU) Yard.  This date is now the recognized Birthdate of the Northern Riders, often referred to as their "Independence Day."

Maurice Vasquez was born and raised in South Sacramento and was a former Northern Structure member.  He grew tired of the NS politics and favoritism to certain NF/NS members.  Due to Vasquez' discontent with the NS he formed the Northern Riders as new revolution group against politics and began seeking supporters.  Following the incident at DVI, Vasquez was looked at as a Martyr in the eyes of NF/ NS affiliates who were also in discontent and seeking change.  Per CDCR interviews/investigations inmates have stated Vasquez "Gave them a Voice."

In 2004, law enforcement authorities at San Quentin State Prison officially identified a new group called the Northern Riders whose membership was primarily comprised of Norteno dropouts.  The Northern Riders strived to be recognized as a force within the prison system, with members adopting tattoos, verbal and written codes, and a group objectives.  The Northern Riders and other Norteno dropout groups such as the New Flowers have become so influential within the prison system that the California Department of Corrections and Rehabilitation (CDCR) is seeking to validate the disruptive groups.

As the Norteno dropout population continues to increase, the number of Norteno dropout members who are joining groups like the Northern Riders and the New Flowers has also increased. Several members of the Northern Riders and the New Flowers who were formerly prominent members of the La Nuestra Familia and Northern Structure are now using their reputations to recruit Norteno dropouts within the prison system. As Norteno Dropout prison groups gain increasing authority within the CDCR, Norteno dropouts released from prison are using this authority to recruit new dropouts, in an effort to establish a significant Norteno dropout presence on the streets of Northern California.

Upon their release from prison, prominent La Nuestra Familia and Northern Structure drop-outs from cities such as San Jose, Antioch, and Salinas are relocating to the Bay Area where they pose as active La Nuestra Familia and Northern Structure gang members.

These dropouts pretend to be legitimate La Nuestra Familia and Northern Structure members who have been sent by La Nuestra Familia leadership to run Norteno gang activities in Northern California. Because La Nuestra Familia rules state that Nortenos in good standing within the gang are forbidden to associate with dropouts and are required to assault any identified Norteno dropout, all Nortenos who unknowingly cooperate and interact with these imposters are then labeled as "no good" and, in turn, are branded as Norteno dropouts. Such tactics are aimed at disrupting and dismantling Norteno gang members who might fall under the influence of La Nuestra Familia and Northern Structure.

In the city of Stockton Northern Riders function without issue with active Norteno street gang members. The city of Stockton does not have the Northern Riders validated as a criminal street gang. The Northern Riders are a documented Security Threat Group through CDCR.

**Identifiers and tattoos:**

Some indicators of Northern Riders affiliation are: a tattoo, or drawing of a Huelga bird with the eye of the bird in the form of a star, "14'R", "Norteno Rider", "Rider", a broken 5 point star, and a playboy bunny (upside down).



Based on my training and experience I know that gang members often use firearms for intimidation, assaults, and during the commission of crimes. It is not uncommon for members of a gang to pass firearms amongst each other, including rifles and handguns, for use during the commission of a crime, or to hide the weapons from law enforcement. Gang members also sell, trade, and furnish firearms to fellow gang members when they believe law enforcement may be in pursuit of the weapons. These are commonly known as, "gang guns." I have been at the scene of numerous investigations where a single firearm was found within a group of gang members. I have spoken to multiple gang members who have told me that they carry firearms to protect members of their gang as well as themselves and share these guns amongst members of their gang. Based on my training and experience I know that criminals, especially gang members, frequently take photographs and/or videos of their firearms, narcotics, vehicles, and gang member associates and post them to the internet using social media sites such as Facebook. I also know that gang members often communicate via Facebook about the crimes they and their gang are involved in by emailing, texting, and posting for others to read.

## CASE DETAILS

On 6/26/17 at 11:08 p.m., Officer Kyle Tacker and Officer Ryan Clyborne, with the Stockton Police Department, were patrolling the area of Poplar and Harrison Streets in the City of Stockton, County of San Joaquin. The officers were in full uniform and in a marked patrol vehicle.

The officers observed a red Pontiac Grand Am make a northbound turn onto Harrison from Poplar, and the vehicle failed to make a stop at the marked stop sign. The officers got behind the vehicle and activated their overhead emergency lights, with a solid forward facing red light. The driver of the vehicle sped off, and drove east on Acacia Street. At approximately Acacia and Lincoln, the front passenger sat outside of the vehicle on the window sill. The passenger was a Hispanic male in mid-twenties to thirties, wearing a black shirt, and a dark colored flat bill hat. The front passenger pulled out a firearm, cocked it back, and began firing at officers Clyborne and Tacker's vehicle. The suspect fired approximately three

rounds at the officers' vehicle, striking the patrol vehicle on the windshield and the front passenger door, near the door jam. The officers continued to pursue the vehicle, but the vehicle drove at a high rate of speed away from the officers. The officers then lost the vehicle in the area of Acacia/California.

Sergeant M. Couvillion, who was also driving a marked patrol vehicle and listening to the police radio traffic, located the red Pontiac Grand Am in the area of El Dorado and Miner. Sergeant Couvillion was able to obtain a license plate of 6DSF269, registered to Steven Rodriguez or Stacy Cano of 2662 Playa Del Sol Ave, Stockton, CA. The same passenger suspect, who Sergeant Couvillion identified as a Hispanic male, then began firing at Sergeant Couvillion's patrol vehicle, firing at him approximately 4-5 times. Sergeant Couvillion continued to pursue the vehicle west on Highway 4. Sergeant Couvillion estimated the suspect vehicle to be traveling over 100 miles per hour. Sergeant Couvillion lost sight of the suspect vehicle at the Highway 4 interchange with North and Southbound Interstate 5. The red Grand Am was not located.

Officers Clyborne went back to the location where they were shot at by the suspects and located was (1) FC Luger 9mm and (2) Aguila 9MM shell casings at the intersection of Acacia and Van Buren and Center/Miner. The Officers also located a dark colored flat bill hat at the corner of Monroe and Acacia, matching the description of the hat that the shooting passenger was wearing when he fired at the officers.

Officers reviewed the City of Stockton camera's that are strategically placed throughout the city and located the red Pontiac Grand Am bearing California license plate #6DSF269. The vehicle is seen with a patrol vehicle behind it as the vehicle speeds away toward highway 4.

Detective Paul Gutierrez spoke with Sergeant Couvillion with regards to the pursuit. Sergeant Couvillion told me that he lost sight of the suspect vehicle at the North and South bound interchange of Interstate 5. Sergeant Couvillion did not see the vehicle as he approached the Interchange, so he took the southbound on ramp for Interstate 5. At that time, he saw a vehicle driving erratically onto Interstate 5 and believed this was the shooters' vehicle. Other officers attempted a stop on the vehicle, which pulled over. The male occupant of the vehicle told officers that a red Pontiac Grand Am collided into his vehicle at a high

0805 Rodriguez

rate of speed and sped away.  The driver was driving erratically trying to catch up to the red Grand Am when he was stopped by officers.  The victim of the hit-and-run last saw the red Grand Am exit Interstate 5 at Martin Luther King Blvd and travel west on Martin Luther King. **(SPD DR# 17-23754)**

As a result of the incident, the Stockton Police Department sent out information regarding the shooting incident to the police agencies within San Joaquin County.

Officers with the Tracy Police Department contacted the Stockton Police Department to provide information on a June 18, 2017 shooting incident in the City of Tracy, County of San Joaquin.  The Tracy shooting took place at the Sunset Liquors where the suspect vehicle was also a red Pontiac Grand Am.

On 6/18/17 at approximately 7:51 p.m., officers with the Tracy Police Department were dispatched to 2355 Parker Avenue, Tracy, CA (Sunset Liquors) on report of shots being fired in the area. Officers were advised by dispatch that the people involved in the shooting got into a red colored vehicle and the other group of people got into a gray colored van. Dispatch advised the Tracy officers that the red colored vehicle had left the location after the shooting occurred.

Tracy officers arrived at the location and were contacted by a witness identified as Kamaljit Khurana. Khurana told the officers that the suspect had fired at three males that were standing directly in front of the entry/exit door to the business.  Officers contacted a second witness, who was identified as Daniel Chavez. Chavez told officers he was across the street in front of his residence when the shooting occurred.  Chavez stated he heard the screeching of the tires from a car quickly stopping and then heard two gunshots.  Chavez ran to see what was happening and observed a red, late 90's to early 2000's sedan driving away quickly.  Chavez stated the males that had been shot at, got into a gray minivan and left the location. Chavez stated there were four subjects in the red car that was responsible for the shooting, and the driver of the vehicle was not the shooter.

Officers then contacted Raj Pal, who was working at the store when the incident occurred. Officers used Khurana to translate for Pal since Pal did not speak English very well. Pal advised officers that three

Hispanic males came into the business and purchased two twelve packs of Modelo beer. Pal advised that one of the males comes to the store frequently and has a pony tail. Pal stated the males walked out of the store, and one of the males ran back in before the shooting.

Officers reviewed the surveillance camera in the store and officers were able to identify the victims as Jorge Mendez, David Coria, and Carlos Coria. Officers observe Jorge, David, and Carlos exit the store and then a red colored Pontiac, possibly a Grand Am, arrived in front of the business. The front passenger of the red colored vehicle pointed and fired a handgun at the intended victims. Officers attempted to locate the victims and the victim vehicle, but they were not able to locate either.

Officers contacted an additional witness who was identified as Sandra Chavez. Chavez advised officers that she was sitting in her car, near her residence, when she observed a Hispanic male in his 20's, wearing light colored shorts and high white socks, exit Sunset Liquors carrying a case of beer. The male walked to a silver colored SUV and a red vehicle arrived next to the SUV. The passenger in the red vehicle fired a gun at the subject holding the beer and left the location. Chavez was not able to get a description of the two subjects in the back seat of the red vehicle, but Chavez described the driver as having tattoos on his neck and face, and the passenger only had tattoos on his neck. Chavez described the red vehicle as having red faded paint and normal gray colored wheels.

Officers located two 9mm FC Luger casings in front of the business. (**TRACY PD Crime Report # 17-4544**).

As Stockton PD investigators began to follow-up on the Stockton shooting, photographs of the registered owners Steven Rodriguez and Stacy Cano were obtained. A records check on Steven Rodriguez showed he has a felony bench warrant for a Post Release Community Supervision violation (PRCS). Steven Rodriguez is also a previously documented SSS or Southside Stocktone Norteno criminal street gang member. Currently, Steven Rodriguez is documented as a Northern Rider with the California Department of

Corrections and Rehabilitation. Steven Rodriguez has tattoos on his neck area along, with a SSS tattoo, and huelga bird tattoo on his chest.

Investigators received surveillance video from the Tracy PD Sunset Liquors incident. After reviewing the surveillance video from the Tracy incident, it appears that the registered owner of the Red Pontiac, Steven Rodriguez, closely resembles the driver of the shooting vehicle seen in the surveillance cameras in the Sunset Liquors shooting. The passenger shooter of the Tracy shooting appeared to be wearing a mask covering his face.

Detective Paul Gutierrez received information from Tracy PD with regards to their agencies contacts with Steven Rodriguez. On October 19, 2016, Steven Rodriguez was contacted by Tracy PD officer P. Giusto at the Microtel Inn, located at 861 Clover Road Tracy, California, County of San Joaquin. Steven was contacted by Officer Giusto over a civil matter over car keys. Steven provided his home address as 2662 Playa Del Sol Avenue in Stockton.

We also gathered information on the other registered owner of the red Pontiac, Stacy Cano. In looking at social media website, Facebook, it appears Stacy Cano and Steven Rodriguez are in a dating relationship. Stacy Cano currently has two felony no bail bench warrants out of Amador County. Stacy Cano has prior contacts with the Stockton Police Department, but her most recent California Department of motor vehicles address listed is 861 Clover Road, (Microtel Inn) in the City of Tracy.

On June 27, 2017, in the late morning hours, Tracy Police Department Officer P. Giusto responded to the Microtel Inn located at 861 W. Clover Road in the City of Tracy, County of San Joaquin, regarding an Auto Theft investigation.

Upon arrival, officer Giusto met with Stacy Cano, who is employed as a housekeeper at the Inn and also resides on the Inn premises. Stacy was wearing a blue polo shirt which had markings of "Microtel" on the front and a name tag with the name of "Stacy." Officer Giusto also identified Stacy as short, stocky, and having tattoos on both arms.



Stacy told officer Giusto that on the evening of June 26th at approximately 10:30 PM she parked, locked, and secured her red Pontiac Grand Am license # 6DSF269 in the Inn parking lot. Stacy said she parked the vehicle on the south side of the Inn at the very east portion of the parking lot. Stacy said she is one of the registered owners of the vehicle along with her boyfriend Steven Rodriguez. On June 27th at approximately 9:30 AM, Stacy woke up and walked to her vehicle. Stacy noticed it was not in the parking lot and called the Tracy Police Department. Stacy told officer Giusto that there was only 1 key to the vehicle and she had it. Stacy had no idea who may have taken the vehicle.

Officer Giusto asked Stacy if her boyfriend Steven Rodriguez may have taken the vehicle. Stacy was sure that Steven had not taken the vehicle because he has been in Castro Valley for the past week, staying at a friend's residence. Stacy told Officer Giusto her cellphone number was **(209) 808-4484** and her boyfriend Steven Rodriguez's cellphone is (209) 898-2987. Officer Giusto took the stolen vehicle report and Stacy signed the report. (Tracy PD Report # 17-4733)

Officer Giusto told me that Stacy appeared to be very nervous as she was speaking with him. Officer Giusto notified Stockton Police officer R. Harrison and advised her that Stacy had two felony bench warrants for her arrest (Amador County Warrant #'s 08CR14907 and 10CR1683201). Officer Giusto was asked to not arrest Stacy pending further investigation. Officer Giusto then cleared the scene. At approximately 12:30 PM, Detective Paul Gutierrez spoke with officer Giusto via the telephone and asked him if he would be willing to call Stacy back at the cellphone number she provided **(209) 808-4484** and try to confirm her identity, through voice recognition. At approximately 12:50 PM, Officer Giusto called me and told me at 12:45 PM, he called Stacy's cellphone number and a female answered. Officer Giusto confirmed the female's voice as, Stacy Cano. Officer Giusto had conversation with Stacy asking her additional questions to the auto theft investigation and then ended the conversation.

At approximately 1:06 PM, Stockton Police Department officer R. Harrison was conducting surveillance at the Microtel Inn at 861 W. Clover Road in the City of Tracy, County of San Joaquin, when

she saw Stacy Cano walk out of the Inn from the front doors. Stacy was observed walking to the back parking lot looking around the lot at vehicles. Stacy then walked to the front of the Inn parking lot and onto Clover Road looking up and down the street. Stacy then walked back in to the Inn.

Detective Paul Gutierrez met with Gang Detective C. Slate and provided him with the two cellphone numbers that Stacy provided to Tracy Police Officer Giusto. Detective Paul Gutierrez asked Detective Slate to follow up at a Metro PCS Kiosk at 905 W. March Lane in the City of Stockton, County of San Joaquin, and input the numbers provided. The kiosks are open to the public and outside of the business building. Detective Slate arrived at the Metro PCS business and entered number **(209) 808-4484**. The subscriber information of this number was listed as belonging to Stacy Cano. Detective Slate then entered the number (209) 898-2987. The subscriber listed on this cellphone number is Debra Pizano.

Follow-up was conducted on the name Debra Pizano and at this time, investigators are not able to determine a connection between Debra Pizano and Stacy Cano or Steven Rodriguez.

Based on my training and experience with regards to co-conspirators involved in criminal incidents, involving a vehicle used in that criminal incident, it is common to falsely report the vehicle used by the conspirators/co-conspirators as having been stolen (prior to the criminal incident) in an attempt to confuse and/or place law enforcement on a cold trail.

Investigators believe Steven Rodriguez to be the driver in the Tracy shooting incident and also has believe him to have knowledge and/or to be involved and know the whereabouts of his red Pontiac Grand Am, which was used in the Stockton PD shooting incident on 06/26/17. Believing that Steven Rodriguez and Stacy Cano are in a dating relationship, investigators believe Stacy will be in communication with Steven, which will allow investigators to further the investigations into the two shooting incidents in Tracy and Stockton.

Not knowing who the shooter is in both the Tracy PD and Stockton PD incident, as a gang investigator Detective Paul Gutierrez knows it is common for gang members to be with and/or commit

crimes with other trusted members of his/her group.  Detective Paul Gutierrez also knows it is common to hide a vehicle used in a shooting incident. We later identified the Pontiac Grand Am as a possible Grand Prix.

### FURTHER INVESTIGATION

On 06/28/17, an electronic wiretap order for Stacy Cano's telephone was written by Detective Paul Gutierrez and signed by Judge William Johnson. While conducting an electronic wiretap, a phone number was obtained for Steven Rodriguez. When searching for that phone number in Facebook, Steven R Rodriguez Jr.'s Facebook page came back to that number.

Two Facebook pages were located for Steven Rodriguez. He was identified by the username, listed birthday, posts, and pictures. The two pages are "Steven Rodriguez (Smilone)" and "Steven R Rodriguez Jr."

Two Facebook pages were located for Stacy Cano. She was identified by the username, birthday, and pictures. The two pages are under the name "Huera Cano."

A joint Facebook page for both Steven Rodriguez and Stacy Cano was located under the username "Steve N Stacy Rodriguez's." This was identified by the photographs and posts.

Steven R Rodriguez Jr.'s Facebook page was deactivated for a short time on June 28th, less than two days after the Attempted Murder of officers.  Often times, gang members will deactivate or suspend their social media for a period of time when they feel they are under police scrutiny only to reactivate them after a period of time passes.  In anticipation of this, I previously sent preservation requests to Facebook and therefore believe any and all data associated with the accounts will still be retained by Facebook.

A red vehicle resembling a Pontiac Grand Am was seen in a Facebook photograph (see below) on Steven R Rodriguez Jr.'s page. Steven Rodriguez and an unidentified male are standing in front of the red vehicle and another unknown vehicle.

Based on social media posts, Stacy Cano and Steven Rodriguez are in a dating relationship. They are both the registered owners of the vehicle used in the attempted murder of Stockton police officers. Stacy

Cano reported the vehicle stolen the morning of the shooting. Based on my training and experience, I know it is common for people who use a vehicle in a crime, to report it stolen shortly after the crime. This is in an effort to deter police from associating the registered owners to the vehicle at the time of a crime.

Steven Rodriguez writes posts and has pictures on his Facebook referencing Norteno and/or Northern Riders. He uses the playboy bunny, "SSS" (South Side Stocktone), "Ridersss," and makes a symbol with his hand with his pointer finger and middle finger curved to touch his thumb, while his ring finger and pinky finger are angled up (This symbol represents a playboy bunny which is known to represent the Northern Riders gang). All listed are associated with Norteno and/or Northern Rider gangs. See the below pictures.

There is a photograph located on Steven R Rodriguez Jr.'s page that shows Steven Rodriguez and Stacy Cano sitting inside a vehicle. A black handle of what appears to be a revolver is sticking out of Steven Rodriguez's pocket. There is also a photograph on that same page with Steven Rodriguez and an unidentified male. Both Steven Rodriguez and the male are have firearms. See pictures below.



https://www.facebook.com/photo.php?fbid=18 9399714870447&set=pb.100014012596763.- 2207520000.1498751140.&type=3&theater

(Photograph of Steven Rodriguez and an unidentified male. Both are standing in front of a vehicle that matches the description of the vehicle used in the shootings.)

3754



https://www.facebook.com/photo.php?fbid=219557848521300&set=pb.100014012596763.-2207520000.1498751140.&type=3&theater

(Hand sign for playboy bunny which is associated with Norther Riders and the word "RIDER."



https://www.facebook.com/photo.php?fbid=124287141381705&set=pb.100014012596763.-2207520000.1498751198.&type=3&theater

(Steven Rodriguez with "RIDERSSS" representing Northern Riders and South Side Stocktone which is a Northern gang set. It is written in red which is associated the color associated with Nortenos.)

0813 Rodriguez



https://www.facebook.com/photo.php?fbid=267456783731406&set=a.124316518045434.1073741827.100014012596763&type=3&theater

(Playboy and the playboy bunny which represents Northern Riders.)



https://www.facebook.com/photo.php?fbid=255202034956881&set=pb.100014012596763.-2207520000.1498751138.&type=3&theater

(Picture showing that Steven Rodriguez and Stacy Cano. "SSS" is used in Stacy which represents the Norteno set of South Side Stocktone. Steven Rodriguez is making a playboy bunny sign which represents Northern Riders. The handle of a firearm can be seen in the pocket of Steven Rodriguez.)



https://www.facebook.com/photo.php?fbid=211886275908324&set=pb.100012608584109.-2207520000.1498751594.&type=3&theater

(Hand sign for playboy bunny and pictures of the playboy bunny which is associated with Norther Riders and the word "RIDER.")



https://www.facebook.com/photo.php?fbid=217210322042586&set=pb.100012608584109.-2207520000.1498751591.&type=3&theater

(This shows Steven Rodriguez with "ACTIVE..... N. RIDERSSS." written on the bottom. This represents Northern Riders and South Side Stocktone (SSS) which is a Northern gang set.)

0815 Rodriguez



https://www.facebook.com/photo.php?fbid=191664724643946&set=a.124287174715035.1073741826.100014012596763&type=3&theater
(Stacy Cano and Steven Rodriguez with Steven Rodriguez having a hand sign for playboy bunny which is associated with Norther Riders.)



https://www.facebook.com/photo.php?fbid=252515925225492&set=piaarp.100014012596763.124549688022117&type=3&theater
(Steven Rodriguez and an inidentified male. Both have firearms. Steven Rodriguez has a firearm in his pocket which appears to be the same firearm from the previous picture.)

Based on the aforementioned, I believe that Norteno and/or Northern Rider gang member, Steven Rodriguez, was involved in the crimes of illegal weapons possession, illegal ammunition possession, evading police officers, and attempted murder of police officers. I also believe that these crimes were committed for the benefit of, in association with, and at the direction of Norteno and/or Northern Rider gang members (PC 186.22(b)(1)). I believe evidence of these crimes, at a minimum, by way of messages, photographs, and videos will be located on the above mentioned Facebook pages. I also believe that evidence of these crimes as well as possibly other crimes, will be located on the above mentioned Facebook pages dating from May 1st, 2017 to June 29th, 2017.

**I am seeking evidence of ownership, use, and identification.** I know that ownership and control of a social media site can be placed at issue through a simple denial, "that is not my profile." Communications via text messages, emails, and videos often identify the sender/recipient by name, additionally the context of the communications often identify the sender and/or recipient.

**I am seeking evidence of communication.** In my training and experience associates communicate together via phone calls, text messages emails, and social network posts. These communications often contain direct and indirect statements about crimes.

**I am seeking evidence of association.** I know that establishing the association of co-conspirators is important in proving a concert of action between multiple persons. In my training and experience some of the best ways of linking co-conspirators together is by searching their call records, communications, and social networking connections. In my training and experience a comparison of the call records/text messages of multiple individuals can show an intent to act together and dispel the notion of an accidental meeting. In my training and experience when two or more individuals are in photographs together it demonstrates a mutual relationship. In

my training and experience associates communicate together via phone calls, text messages and emails, therefore I am seeking the communications evidence to demonstrate the associations of the individuals in this case. In my training and experience a user's "connections," "buddies," and/or "friends," on social networking sites is indicative of who their associates are... Because this evidence is intended to be used to show associations of the user/owner of the device and co-participants I am seeking the above items regardless of the dates the information was created.

**I am seeking specific evidence related to this case.** In addition to the previous information, I believe the GPS location, financial information, cookies, bookmarks, web history, search terms and internet search history retained by social networking sites may contain relevant evidence. Therefore, by this warrant I am seeking permission to search all the metadata, file data, setting data, photographic and video data, and communication data contained within the targets social media page.

Based on my training and experience, I know it is common for suspects who commit such crimes to communicate and corroborate via use of social media websites. I know it is common for suspects to exchange information of their crimes (to include, but not limited to: messaging, photographs, locations) via social media websites such as Facebook.

Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

Facebook asks users to provide basic contact information to Facebook, either during the registration process or

thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical

address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal

identifiers. Facebook also assigns a user identification number to each account.

Facebook users can select different levels of privacy for the communications and information associated with

their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available

only to himself or herself, to particular Facebook users, to all Facebook users, or to anyone with access to the

Internet, including people who are not Facebook users. Facebook accounts also include other account settings

that users can adjust to control, for example, the types of notifications they receive from Facebook.

Facebook users may join one or more groups or networks to connect and interact with other users who are

members of the same group or network. A Facebook user can also connect directly with individual Facebook

users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then

the two users will become "Friends" for purposes of Facebook and can exchange communications or view

information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "Mini-

Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and

birthdays.

Facebook users can create profiles that include photographs, lists of personal interests, and other information.

Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos,

photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post

information about upcoming "events," such as social occasions, by listing the event's time, location, host, and

guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her

"Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In

some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

Therefore, the computers of Facebook / Instagram are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Facebook / Instagram, such as account access information, transaction information, and account application.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

1.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook / Instagram to disclose to the government copies of the records and other information (including the content of communications) particularly described herein. Upon receipt of the information, government-authorized persons will review that information to locate the items described in the attached warrant.

2.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

It is your Affiant's experience that computer system searches and examinations cannot be completed within ten days in which the Search Warrant must be served and the Return to Search Warrant filed.  This is due in part because it is common for the law enforcement agency that completes the computer search and examinations to have multiple cases working at the same time and it can take several weeks to complete.  It is also due in part the companies in which hold the ordered information do not provide the information in the

required ten day period due to the volume of requests and can take an extended amount of time. It is requested that the Search Warrant and Return to Search Warrant be filed and that the computer search, examinations, and investigation be allowed to continue.

The evidence sought by the search warrant will be used in a criminal prosecution in San Joaquin County.

I request that a Search Warrant be issued based upon the aforementioned facts, for the seizure of said property, or any part thereof, good cause being shown thereof, and the same be brought before this Magistrate or retained subject to the order of the court, or of any court in which the offense(s) in respect to which the property of things taken, triable, pursuant to Section 1536 of the Penal Code,

I certify (declare) under penalty of perjury that the foregoing is true and correct.

Executed at **Stockton**, California

_____, __29___ day of June 2017, at __1334__ A.M. / (P.M)
(Signature of Affiant)

Magistrate: _____, __29___ day of June 2017, at _1:36_ A.M. (P.M.)
(Signature of Magistrate)

_____
(Printed name of Magistrate) William D Johnson

EXHIBIT 3

0712 Rodriguez

# STATE OF CALIFORNIA - COUNTY OF SAN JOAQUIN

## SEARCH WARRANT AND AFFIDAVIT

## (AFFIDAVIT)

Miroslava Moreno , swears under oath that the facts expressed by him/her in this Search Warrant and Affidavit and the attached and incorporated statement of probable cause are true and that based thereon he/she has probable cause to believe and does believe that the property and/or person described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below.  Wherefore, Affiant requests that this Search Warrant be issued.

_(signature)_

(Signature of Affiant)

| | | |
|---|---|---|
| **NIGHT SEARCH REQUESTED:** | YES [ ] | NO [X] |
| **SEALING ORDER REQUESTED** | YES [ ] | NO [X] |

### (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN JOAQUIN:**

proof by affidavit having been made before me by Miroslava Moreno that there is probable cause to believe that the property described herein may be found at the locations set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated by "x"(s) in that it

\_\_\_\_    was stolen or embezzled

\_\_X\_\_    was used as the means of committing a felony

\_\_\_\_    is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery

\_\_X\_\_    tends to show that a felony has been committed or that a particular person has committed a felony

\_\_\_\_    tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, or depiction of sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring

\_\_\_\_    there is a warrant for the persons arrest

SPD DR 17-23754 - 1

0713 Rodriguez

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

    \*\*See Exhibit A

_FOR THE FOLLOWING PROPERTY:

    \*\*See Exhibit B


AND TO SEIZE IT IF FOUND and bring it forthwith before me, or this court, at the courthouse of this court. This Search Warrant and incorporated Affidavit was sworn to and subscribed before me this 3rd day of July, 2017, at 10:02am AM/PM.  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____

(Signature of Magistrate)


                         NIGHT SEARCH APPROVED:      YES [ ] NO [ ]

                         SEALING ORDER APPROVED:     YES [ ] NO [ ]


GOOD CAUSE HAVING BEEN SHOWN, THE SEARCH WARRANT AND ALL EXHIBITS ARE ORDERED SEALED UNTIL FURTHER ORDER OF THE COURT.

_____

(Signature of Magistrate)

Dated the 3rd of July, 2017

0713 Rodriguez

## EXHIBIT A

### Electronic tracking device to be placed on the below listed vehicle:

The vehicle described as a Red colored 2007 Pontiac Grand Prix, bearing California License plate, **6DSF269**, registered to Steven Refugio Rodriguez Jr or Stacy Cano, 2662 Playa Del Sol Ave, 2047 Lucerne Ave, Stockton, 95203.  The vehicle is currently being stored at the Wilson Way Tow yard, 1611 S. Airport Way, Stockton, Ca, 95206.

 

SPD DR 17-23754 - 3

0715 Rodriguez

## EXHIBIT B

**FOR THE FOLLOWING INFORMATION:**

1.    Using the electronic Monitor device (aka:"tracker") to monitor the listed vehicle(s) in **Exhibit "A"** for any and all information gathered (including but not limited to satellite data, GPS data and cell tower data) pertaining to locations, movements, and duration of all stops as well as movements including but not limited to durations when the vehicle(s) arrives at a location and goes into a garage attached to a residence or some type of structure and/or onto private property.

2.    The electronic monitoring device (aka"tracker") to be attached on the vehicle(s) in **Exhibit "A"** for a time period not to exceed 30 days from the issuance of this warrant. Should the investigation conclude or the vehicle be sold to a third party prior to the 30 days, the electronic monitoring device (aka:"tracker") shall be removed from the vehicle(s) as soon as practical.

SPD DR 17-23754 - 4

0715 Rodriguez

0716 Rodriguez

## STATEMENT OF PROBABLE CAUSE

Affiant declares under penalty of perjury that the following facts are true and that there is probable cause to believe, and Affiant does believe, that the designated articles, property, and persons are now in the described locations, including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them, the vehicles and the persons:

Detective Miroslava Moreno declares as follows:

I, Miroslava Moreno, your affiant, declare that I am a duly appointed Police Officer for the City of Stockton, County of San Joaquin, California. I hold the rank of Police Officer and am presently assigned as a Detective with the Gang Violence Suppression Unit of the Investigations Division. I was assigned as to my current position in January of 2017. Some of my responsibilities are to assist and gather intelligence regarding Hispanic Gangs and its members. I also assist in investigating gang related crimes.

I have been a Police Officer for the City of Stockton since March of 2007. I was assigned to the Stockton Police Department Field Operations (Patrol) from 2007 to 2012. I was assigned to the Crisis Negotiations Team from June of 2012 through February 2013. I was assigned to the Robbery/Homicide Unit in August 2012 to January 2017. My specific duties were to investigate matters against persons involving multiple types of robberies, car jacking, felony threats and assaults, officer involved shootings, homicides and crime scenes in the City of Stockton, San Joaquin County and in the State of California.

During the course of my career, I have investigated hundreds of crimes involving detailed investigations ranging from Homicide, Robbery, Narcotics, Weapons Violations, Gang Related Crimes, Criminal Threats and other criminal acts. I have interviewed hundreds of victims, witnesses, and suspects combined.

I have obtained a Basic P.O.S.T. Academy Certificate at the Las Positas Community College in Alameda County. During my training at the Basic P.O.S.T. Academy, I received hours of classroom training regarding criminal investigation, evidence collection, and courtroom testimony.

In addition to the Basic P.O.S.T. Academy, I have attended the following courses to facilitate my expertise in conducting these investigations:

I attended and received a certificate of completion for an 8 hour course in Electronic Surveillance. I attended and received a certificate of completion for a 16 hour course in Search Warrant Instruction. I

0716 Rodriguez

attended and received a certificate of completion for a 40 hour BATI course (Interview and Interrogation). I attended and received a certificate of completion for an 80 hour ICI Core Course (Basic Investigations). I attended and received a certificate of completion for a 40 hour course in Officer Involved Shooting Investigations.

I have spoken to and have assisted several officers, Detectives and agents from various agencies to investigate the aforementioned crimes. I have gained knowledge from these contacts, which has enabled me to investigate these types of criminal activities.

## DETAILS OF INVESTIGATION AND PROBABLE CAUSE

On 6/26/17 at 11:08 p.m., Officer Kyle Tacker and Officer Ryan Clyborne, with the Stockton Police Department, were patrolling the area of Poplar and Harrison Streets in the City of Stockton, County of San Joaquin. The officers were in full uniform and in a marked patrol vehicle.

The officers observed a Red Pontiac Grand Am make a northbound turn onto Harrison from Poplar, and the vehicle failed to make a stop at the marked stop sign. The officers got behind the vehicle and activated their overhead emergency lights, with a solid forward facing red light. The driver of the vehicle sped off, and drove east on Acacia Street. At approximately Acacia and Lincoln, the front passenger sat outside of the vehicle on the window sill. The passenger was a Hispanic male in mid-twenties to thirties, wearing a black shirt, and a dark colored flat bill hat. The front passenger pulled out a firearm, cocked it back, and began firing at officers Clyborne and Tacker's vehicle. The suspect fired approximately three rounds at the officers' vehicle, striking the patrol vehicle on the windshield and the front passenger door, near the door jam. The officers continued to pursue the vehicle, but the vehicle drove at a high rate of speed away from the officers. The officers then lost the vehicle in the area of Acacia/California.

Sergeant M. Couvillion, who was also driving a marked patrol vehicle and listening to the police radio traffic, located the red Pontiac Grand Am in the area of El Dorado and Miner. Sergeant Couvillion was able to obtain a license plate of 6DSF269, registered to Steven Rodriguez or Stacy Cano of 2662 Playa Del Sol Ave, Stockton, CA. The same passenger suspect, who Sergeant Couvillion identified as a Hispanic male, then began firing at Sergeant Couvillion's patrol vehicle, firing at him approximately 4-5 times. Sergeant Couvillion continued to pursue the vehicle west on Highway 4. Sergeant Couvillion estimated the suspect vehicle to be traveling over 100 miles per hour. Sergeant Couvillion lost sight of the suspect vehicle at the Highway 4 interchange with North and Southbound Interstate 5. The red Grand Am was not located.

SPD DR 17-23754 - 6

Officers Clyborne went back to the location where they were shot at by the suspects and located was (1) FC Luger 9mm and (2) Aguila 9MM shell casings at the intersection of Acacia and Van Buren and Center/Miner. The Officers also located a dark colored flat bill hat at the corner of Monroe and Acacia, matching the description of the hat that the shooting passenger was wearing when he fired at the officers.

As a result of the incident, the Stockton Police Department sent out information regarding the shooting incident to the police agencies within San Joaquin County.

Officers with the Tracy Police Department contacted the Stockton Police Department to provide information on a June 18, 2017 shooting incident in the City of Tracy, County of San Joaquin. The Tracy shooting took place at the Sunset Liquors where the suspect vehicle was also a red Pontiac Grand Am.

On 6/18/17 at approximately 7:51 p.m., officers with the Tracy Police Department were dispatched to 2355 Parker Avenue, Tracy, CA (Sunset Liquors) on report of shots being fired in the area. Officers were advised by dispatch that the people involved in the shooting got into a red colored vehicle and the other group of people got into a gray colored van. Dispatch advised the Tracy officers that the red colored vehicle had left the location after the shooting occurred.

Tracy officers arrived at the location and were contacted by a witness identified as Kamaljit Khurana. Khurana told the officers that the suspect had fired at three males that were standing directly in front of the entry/exit door to the business. Officers contacted a second witness, who was identified as Daniel Chavez. Chavez told officers he was across the street in front of his residence when the shooting occurred. Chavez stated he heard the screeching of the tires from a car quickly stopping and then heard two gunshots. Chavez ran to see what was happening and observed a red, late 90's to early 2000's sedan driving away quickly. Chavez stated the males that had been shot at, got into a gray minivan and left the location. Chavez stated there were four subjects in the red car that was responsible for the shooting, and the driver of the vehicle was not the shooter.

Officers reviewed the surveillance camera in the store and officers were able to identify the victims as Jorge Mendez, David Coria, and Carlos Coria. Officers observe Jorge, David, and Carlos exit the store and then a red colored Pontiac, possibly a Grand Am, arrived in front of the business. The front passenger of the red colored vehicle pointed and fired a handgun at the intended victims. Officers attempted to locate the victims and the victim vehicle, but they were not able to locate either.

0719 Rodriguez

Officers contacted an additional witness who was identified as Sandra Chavez. Chavez advised officers that she was sitting in her car, near her residence, when she observed a Hispanic male in his 20's, wearing light colored shorts and high white socks, exit Sunset Liquors carrying a case of beer. The male walked to a silver colored SUV and a red vehicle arrived next to the SUV. The passenger in the red vehicle fired a gun at the subject holding the beer and left the location. Chavez was not able to get a description of the two subjects in the back seat of the red vehicle, but Chavez described the driver as having tattoos on his neck and face, and the passenger only had tattoos on his neck. Chavez described the red vehicle as having red faded paint and normal gray colored wheels. Tracy Officers located two 9mm FC Luger casings in front of the business. **(TRACY PD Crime Report # 17-4544).**

As Stockton PD investigators began to follow-up on the Stockton shooting, photographs of the registered owners, Steven Rodriguez and Stacy Cano were obtained. A records check on Steven Rodriguez showed he has a felony bench warrant for a Post Release Community Supervision violation (PRCS). Steven Rodriguez is also a previously documented SSS or Southside Stocktone Norteno criminal street gang member. Currently, Steven Rodriguez is documented as a Northern Rider with the California Department of Corrections and Rehabilitation. Steven Rodriguez has tattoos on his neck area along, with a SSS tattoo, and huelga bird tattoo on his chest.

Investigators received surveillance video from the Tracy PD Sunset Liquors incident. After reviewing the surveillance video from the Tracy incident, it appears that the registered owner of the Red Pontiac, Steven Rodriguez, closely resembles the driver of the shooting vehicle seen in the surveillance cameras in the Sunset Liquors shooting. The driver appears to be wearing a black colored tee shirt. The passenger/shooter of the Tracy shooting appeared to be a light skinned subject, wearing a hat backwards and white tank top, armed with a handgun.

I received information from Tracy PD with regards to their agencies contacts with Steven Rodriguez. On October 19, 2016, Steven Rodriguez was contacted by Tracy PD officer P. Giusto at the Microtel Inn, located at 861 Clover Road Tracy, California, County of San Joaquin. Steven was contacted by Officer Giusto over a civil matter over car keys. Steven provided his home address as 2662 Playa Del Sol Avenue in Stockton.

We also gathered information on the other registered owner of the red Pontiac, Stacy Cano. In looking at social media website, Facebook, it appears Stacy Cano and Steven Rodriguez are in a dating relationship. Stacy Cano currently has two felony no bail bench warrants out of Amador County. Stacy

0720 Rodriguez

Cano has prior contacts with the Stockton Police Department, but her most recent California Department of motor vehicles address listed is 861 Clover Road, (Microtel Inn) in the City of Tracy.

We also learned on June 27, 2017, in the late morning hours, Tracy Police Department Officer P. Giusto responded to the Microtel Inn located at 861 W. Clover Road in the City of Tracy, County of San Joaquin, regarding an Auto Theft investigation.

Upon arrival, officer Giusto met with Stacy Cano, who is employed as a housekeeper at the Inn and also resides on the Inn premises. Stacy told officer Giusto that on the evening of June 26th at approximately 10:30 PM she parked, locked, and secured her red Pontiac Grand Am license # 6DSF269 in the Inn parking lot. Stacy said she parked the vehicle on the south side of the Inn at the very east portion of the parking lot. Stacy said she is one of the registered owners of the vehicle along with her boyfriend Steven Rodriguez. On June 27th at approximately 9:30 AM, Stacy woke up and walked to her vehicle. Stacy noticed it was not in the parking lot and called the Tracy Police Department. Stacy told officer Giusto that there was only 1 key to the vehicle and she had it. Stacy had no idea who may have taken the vehicle.

Officer Giusto asked Stacy if her boyfriend Steven Rodriguez may have taken the vehicle. Stacy was sure that Steven had not taken the vehicle because he has been in Castro Valley for the past week, staying at a friend's residence. Stacy told Officer Giusto her cellphone number was (209) 808-4484 and her boyfriend Steven Rodriguez's cellphone is (209) 898-2987. Officer Giusto took the stolen vehicle report and Stacy signed the report. Officer Giusto told me that Stacy appeared to be very nervous as she was speaking with him. **(Tracy PD Report # 17-4733)**

The casings recovered from the shooting in Tracy and the shooting in Stockton were entered into IBIS (Integrated Ballistics Identification System) for comparison. On 06/29/2017, we received a notification of an IBIS link from Field Evidence Technician (FET) C. Trunk in regards to the Tracy PD shooting and our shooting at Officers Cylborne, Tacker and Sgt. Couvillion. The notification advised that the 9mm casings from SPD 17-23754 were a confirmed hit to Tracy PD 17-4544, reviewed and confirmed by the Forensic Firearms Examiner:

On 06/29/2017 at 1539 hours, Patrol officers were dispatched to the area of Lowell/Harris Ave (S/O Jurisdiction) to conduct follow-up on a red Pontiac Grand Prix. Upon the officers' arrival, they located the **Red Pontiac Grand Prix license #6DSF269**. The vehicle was parked on Harris Ave, unoccupied. The vehicle was towed and is currently being stored at Wilson Way Tow. On June 30, 2017,

0720 Rodriguez

0721 Rodriguez

the Honorable Judge Vlavianos granted a search warrant to search/process the above listed Pontiac and seize evidence pertaining to the investigation. Detectives processed the vehicle with the assistance of a Field Evidence Technician. Several items were seized and booked as evidence that may assist in identifying anyone who may have been in the vehicle.

As a result of this investigation, the Honorable Judge Johnson authorized a wiretap order for the telephone lines of Stacy Cano (signed on 06/28/2017) and Steven Rodriguez (signed on 06/29/2017). Detectives have since been monitoring interceptions on both telephone lines. Steven has made several attempts to contact the Tracy Police Department to retrieve his recovered vehicle, the above listed Pontiac. He and Stacy have expressed their concern about not having a vehicle for transportation. Stacy has since been fired by her employer and is currently moving from the Mircrotel Inn in Tracy, Ca. Steven has also made comments about being a fugitive and being wanted.

It is your affiant's believe that in order to properly monitor the actions of Steven and Stacy, an electronic monitoring device should be placed on the Pontiac prior to releasing it back to Steven and Stacy. The likelihood of Steven continuing to commit crimes is great and an electronic monitoring device will assist in placing Steven at the scene of any crime if necessary. It will also help to assist in locating Steven, should Detectives seek to arrest him for the crimes now being investigated. The identity of the second suspect in both incidents as well as the weapon used is still unknown.

Based on my training and experience, the information gathered by the electronic monitoring device may be used to assist in obtaining locations frequented by Steven and Stacy. This will include the residences or related locations of friends and family which will assist in identifying the second outstanding suspect.

Based on my training and experience the information gathered by the electronic monitoring device (aka: "tracker") may be used to assist in obtaining the location of weapons and ammunition storing houses (stash houses), co-conspirators residences, and related locations. The use of an electronic monitoring device (aka:"tracker") also assists surveillance units to follow the suspect without the need of having continuous visual surveillance on the suspect(s) the entire time an investigation is being conducted. Based on your affiants training and experience, the longer the surveillance team has a visual surveillance on the suspect, the greater the chance for the suspect and/or co-conspirators to uncover the surveillance team, thus the potential for jeopardizing the investigation. As Stacy and Steven prepare to move from their current

0721 Rodriguez

0722 Rodriguez

residence (Microtel) at such short notice, the electronic monitoring device will help to identify where they will reside next.

Based on my training and experience your affiant has knowledge that investigations can take months to conduct and requests that the electronic monitoring device (aka"tracker") be attached on the vehicle(s) in **Exhibit "A"** for a time period not to exceed 30 days from the issuance of this warrant. Should the investigation conclude or the vehicle be sold to a third party prior to the 30 days, the electronic monitoring device (aka:"tracker") shall be removed from the vehicle(s) as soon as practical. Your affiant is also requesting that in the event that an electronic monitoring device (aka:"tracker") malfunctions to such an extent that the information received is of little to no value to the investigation or the device needs to be replaced due to a low battery life, your affiant asks that a replacement electronic monitoring device (aka:"tracker") be placed on the vehicle in **Exhibit "A"** and the malfunctioning or low battery life electronic monitoring device (aka:"tracker") be removed without having to obtain another warrant.

Your affiant requests that your affiant, or his/her designee, be allowed to place the electronic monitoring device (aka:"tracker") on the vehicle(s) in **Exhibit "A"** while the vehicle(s) is(are) on public property or on a private driveway, carport or the front lawn of a residence regardless if it is located behind a closed locked gate. It is the intention of your affiant to place the electronic monitoring device upon the Red Pontiac bearing license plate, **6DSF269** prior to its release from the Wilson Way Tow Yard. The electronic monitoring device will be placed during business hours.

This matter having come before the Court pursuant to an application under Penal Code Section 1524 et seq, which application requests that notification of this warrant be delayed. Based upon the reading of the Search Warrant, and Affidavit in Support thereof;

**IT APPEARING** that there is reason to believe that the notification of the existence of the warrant to any person will result in endanger the life or physical safety of an individual; lead to flight from prosecution; lead to destruction of or tampering with evidence; lead to intimidation of potential witnesses; or otherwise seriously jeopardize an investigation or unduly delay a trial or otherwise lead to an adverse result.

0722 Rodriguez

**IT IS FURTHER ORDERED** that the notification by the government otherwise required under Penal

Code Section 1546.2 (a) be delayed for a period of ninety days.

I pray that a Search Warrant be issued based upon the aforementioned facts, for the attaching of an

electronic monitoring device (aka: "tracker") on the vehicle(s) listed in **Exhibit "A"**.

I certify (declare) under the penalty of perjury that the foregoing facts are true and correct to the best of my

knowledge and belief.

Executed at _____**Stockton**_____, California

3rd day of July, 2017, at _8:29_ A.M. / P.M.


_____

(Signature of Affiant)


10:02am

SUBSCRIBED TO AND SWORN BEFORE ME THIS THE 3rd day of July, 2017, at _____, A.M. / P.M.


_____          _____

(Signature of Magistrate)                      (Printed Name of Magistrate)

SPD DR 17-23754 - 12

0723 Rodriguez

0724 Rodriguez

## STATE of CALIFORNIA, COUNTY of SAN JOAQUIN,
# SEARCH WARRANT and AFFIDAVIT
# (AFFIDAVIT)

**Detective Miroslava Moreno** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true to the best of his/her knowledge and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

**HOBBS SEALING REQUESTED:** ☐YES ☒NO

**NIGHT SEARCH REQUESTED:** ☐YES ☒NO

_(Signature of Affiant)_

# (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN JOAQUIN:** proof by affidavit, under penalty of perjury, having been made before me by **Miroslava Moreno,** that there is probable cause to believe that the property and/or person(s) described herein may be found at the location(s) set forth herein and that it/they are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☒ it was used as the means of committing a felony;

☐ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☐ there is a warrant to arrest the person;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discover

1

0724 Rodriguez

**You are Therefore COMMANDED to SEARCH:** (premises, vehicle(s), and persons)

## Vehicle:

The vehicle described as a Red colored 2007 Pontiac Grand Prix, bearing California License plate, **6DSF269**, registered to Steven Refugio Rodriguez Jr or Stacy Cano, 2662 Playa Del Sol Ave, 2047 Lucerne Ave, Stockton, 95203. The vehicle is currently being stored at the Wilson Way Tow yard, 1611 S. Airport Way, Stockton, Ca, 95206.

## For the FOLLOWING PROPERTY and/or PERSON(s):

1. Articles of personal property containing information establishing the identity of persons who have dominion and control over the premise(s) and vehicle(s) to be searched or items to be seized, including but not limited to, rent receipts, utility (including telephone) bills, miscellaneous addressed mail, personal letters, personal identifications, keys, purchase receipts, sales receipts, tax statements, certificates of ownership, certificates of registration, pink slips and photographs.

2. Peace Officers or assigned representatives are authorized, during the execution of this Search Warrant, to video tape, photograph and/or take digital images, at the discretion of the Searching Officers, inside and outside of the location, any and all items and/or vehicles at the location, in addition, can identify and photograph and/or digital image all persons present at the Search Warrant location during the period of execution of this Search Warrant.

3. Peace Officers, Field Evidence Technicians or assigned representatives are authorized, during execution of this Search Warrant to collect fingerprints, DNA swabs and any traces of evidence that would assist in identifying persons who have been in or around the vehicle.

4. Evidence used in the planning, commission, organization, documentation and/or memorialization of the crimes being investigated including, but not limited to, diaries, writings, notes, drawings, address books, plans, blueprints, maps, photographs, receipts, notepads and newspaper articles.

5. Evidence of a firearm and/or ownership of a firearm, including but not limited to handguns of any caliber, assault rifles of any caliber and shotguns of any gauge, and ammunition for any handgun, rifle, shotgun, and/or sub-machinegun, and any components of guns or ammunition, including but not limited to cartridges, shells, shell casings, expended or not, gunpowder, primers, wads, bullets, and/ or shot, and any miscellaneous gun pieces, gun cleaning items or kits, holsters, ammunition belts, original packaging, targets, expended pieces of lead, any photographs of firearms, and any paperwork showing the purchase, storage, disposition, or dominion and control over any guns, any ammunition, or any of the above items.

6. Evidence of personal clothing items, to include but not limited to a black tee shirt and a white tank top.

7. Evidence of gang indicia including but not limited to items that would tend to show membership or alliance to the Nortenos criminal street gang, Northen Riders criminal Prison gang or SSS (South Side Stocktone) criminal street gang and or any criminal street gang.

8. Any safes or locking storage containers, which are large enough to hold a firearm, including but not limited to handguns of any caliber, rifles of any caliber and/or shotguns of any gauge, and/or sub-machineguns of any caliber, and ammunition for any handgun, rifle or shotgun, and sub-machinegun, and any components of guns.

2

0726 Rodriguez

9. All electronic data processing and storage devices, computers and computer systems, such as cellular telephones, central processing units, personal data assistants (PDA's) or other memory storage devices; and any/all peripheral input/output devices such as keyboards, printers, video display monitors, optical readers and related communication devices such as modems, associated telephone sets, speed dialers, and/or other controlling devices, plotters, software to run programs, connecting cables and plugs, peripherals such as joysticks, mousses, or other input devices, scanners, writing pads, manuals, connecting switches, telephones and telephone cables, and interface devices; system documentation, operating logs and documentation, software and instructional manuals.

Any records, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, "electronic calendar\address books" calculators, or any other storage media, together with indicia of use, ownership, possession, or control of such records.

Any written or computer communication in printed or stored medium such as text message, E-mail, and/or chat logs whether in active files, deleted files or unallocated space on the hard drive, floppy drive or any data storage media.

Search of all of the above items is for files, data, images, software, operating systems, deleted files, altered files, system configurations, drive and disk configurations, date and time, and unallocated and slack space, for evidence.

With respect to computer systems and any items listed above found during the execution with this Search Warrant, the searching Peace Officers are authorized to seize and book said computer systems and any items listed above and transfer them to a Law Enforcement Agency location prior to commencing the search of the items. Furthermore, said search may continue beyond the ten-day period beginning upon issuance of this Search Warrant, to the extent necessary to complete the search on the computer systems and any items listed above.

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true and subscribed before me on this ___ day of _____ 2017, at ___ A.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

29th June 11:30 am

| | HOBBS | SEALING | REQUESTED: | ☐ YES |
| | ☒ NO | | | |
| | NIGHT | SEARCH | REQUESTED: | ☐ YES |
| | ☒ NO | | | |

_____
(Signature of Magistrate)

Judge of the Superior Court of California, County of San Joaquin,

# Richard A Vlavianos
_____
(Magistrate's Printed Name)

3

**AFFIDAVIT**

Affiant declares under penalty of perjury that the following facts are true and that there is probable cause to believe, and Affiant does believe, that the designated articles, property, and persons are now in the described locations, including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them, the vehicles and the persons:

Detective Miroslava Moreno declares as follows:

I, Miroslava Moreno, your affiant, declare that I am a duly appointed Police Officer for the City of Stockton, County of San Joaquin, California.  I hold the rank of Police Officer and am presently assigned as a Detective with the Gang Violence Suppression Unit of the Investigations Division.  I was assigned as to my current position in January of 2017.  Some of my responsibilities are to assist and gather intelligence regarding Hispanic Gangs and its members.  I also assist in investigating gang related crimes.

I have been a Police Officer for the City of Stockton since March of 2007.  I was assigned to the Stockton Police Department Field Operations (Patrol) from 2007 to 2012.  I was assigned to the Crisis Negotiations Team from June of 2012 through February 2013.  I was assigned to the Robbery/Homicide Unit in August 2012 to January 2017.  My specific duties were to investigate matters against persons involving multiple types of robberies, car jacking, felony threats and assaults, officer involved shootings, homicides and crime scenes in the City of Stockton, San Joaquin County and in the State of California.

During the course of my career, I have investigated hundreds of crimes involving detailed investigations ranging from Homicide, Robbery, Narcotics, Weapons Violations, Gang Related Crimes, Criminal Threats and other criminal acts.  I have interviewed hundreds of victims, witnesses, and suspects combined.

I have obtained a Basic P.O.S.T. Academy Certificate at the Las Positas Community College in Alameda County.  During my training at the Basic P.O.S.T. Academy, I received hours of classroom training regarding criminal investigation, evidence collection, and courtroom testimony.

In addition to the Basic P.O.S.T. Academy, I have attended the following courses to facilitate my expertise in conducting these investigations:

4

I attended and received a certificate of completion for an 8 hour course in Electronic Surveillance.   I attended and received a certificate of completion for a 16 hour course in Search Warrant Instruction.  I attended and received a certificate of completion for a 40 hour BATI course (Interview and Interrogation).  I attended and received a certificate of completion for an 80 hour ICI Core Course (Basic Investigations).  I attended and received a certificate of completion for a 40 hour course in Officer Involved Shooting Investigations.

I have spoken to and have assisted several officers, Detectives and agents from various agencies to investigate the aforementioned crimes.  I have gained knowledge from these contacts, which has enabled me to investigate these types of criminal activities.


**SPD DR 17-23754:**

## FACTS

On 6/26/17 at 11:08 p.m., Officer Kyle Tacker and Officer Ryan Clyborne, with the Stockton Police Department, were patrolling the area of Poplar and Harrison Streets in the City of Stockton, County of San Joaquin.  The officers were in full uniform and in a marked patrol vehicle.

The officers observed a Red Pontiac Grand Am make a northbound turn onto Harrison from Poplar, and the vehicle failed to make a stop at the marked stop sign.  The officers got behind the vehicle and activated their overhead emergency lights, with a solid forward facing red light.  The driver of the vehicle sped off, and drove east on Acacia Street.  At approximately Acacia and Lincoln, the front passenger sat outside of the vehicle on the window sill.  The passenger was a Hispanic male in mid-twenties to thirties, wearing a black shirt, and a dark colored flat bill hat.  The front passenger pulled out a firearm, cocked it back, and began firing at officers Clyborne and Tacker's vehicle.  The suspect fired approximately three rounds at the officers' vehicle, striking the patrol vehicle on the windshield and the front passenger door, near the door jam.  The officers continued to pursue the vehicle, but the vehicle drove at a high rate of speed away from the officers.  The officers then lost the vehicle in the area of Acacia/California.

Sergeant M. Couvillion, who was also driving a marked patrol vehicle and listening to the police radio traffic, located the red Pontiac Grand Am in the area of El Dorado and Miner. Sergeant Couvillion was able to obtain a license plate of **6DSF269**, registered to Steven Rodriguez or Stacy Cano of 2662 Playa Del Sol Ave, Stockton, CA. The same passenger suspect, who Sergeant Couvillion identified as a Hispanic male, then began firing at Sergeant Couvillion's patrol vehicle, firing at him approximately 4-5 times. Sergeant Couvillion continued to pursue the vehicle west on Highway 4.  Sergeant Couvillion estimated the suspect vehicle to be traveling over 100 miles per hour.  Sergeant Couvillion lost sight of the suspect vehicle at the Highway 4 interchange with North and Southbound Interstate 5.  The red Grand Am was not located.

5

Officers Clyborne went back to the location where they were shot at by the suspects and located was (1) FC Luger 9mm and (2) Aguila 9MM shell casings at the intersection of Acacia and Van Buren and Center/Miner. The Officers also located a dark colored flat bill hat at the corner of Monroe and Acacia, matching the description of the hat that the shooting passenger was wearing when he fired at the officers.

As a result of the incident, the Stockton Police Department sent out information regarding the shooting incident to the police agencies within San Joaquin County.

Officers with the Tracy Police Department contacted the Stockton Police Department to provide information on a June 18, 2017 shooting incident in the City of Tracy, County of San Joaquin. The Tracy shooting took place at the Sunset Liquors where the suspect vehicle was also a red Pontiac Grand Am.

On 6/18/17 at approximately 7:51 p.m., officers with the Tracy Police Department were dispatched to 2355 Parker Avenue, Tracy, CA (Sunset Liquors) on report of shots being fired in the area. Officers were advised by dispatch that the people involved in the shooting got into a red colored vehicle and the other group of people got into a gray colored van. Dispatch advised the Tracy officers that the red colored vehicle had left the location after the shooting occurred.

Tracy officers arrived at the location and were contacted by a witness identified as Kamaljit Khurana. Khurana told the officers that the suspect had fired at three males that were standing directly in front of the entry/exit door to the business. Officers contacted a second witness, who was identified as Daniel Chavez. Chavez told officers he was across the street in front of his residence when the shooting occurred. Chavez stated he heard the screeching of the tires from a car quickly stopping and then heard two gunshots. Chavez ran to see what was happening and observed a red, late 90's to early 2000's sedan driving away quickly. Chavez stated the males that had been shot at, got into a gray minivan and left the location. Chavez stated there were four subjects in the red car that was responsible for the shooting, and the driver of the vehicle was not the shooter.

Officers then contacted Raj Pal, who was working at the store when the incident occurred. Officers used Khurana to translate for Pal since Pal did not speak English very well. Pal advised officers that three Hispanic males came into the business and purchased two twelve packs of Modelo beer. Pal advised that one of the males comes to the store frequently and has a pony tail. Pal stated the males walked out of the store, and one of the males ran back in before the shooting.

Officers reviewed the surveillance camera in the store and officers were able to identify the victims as Jorge Mendez, David Coria, and Carlos Coria. Officers observe Jorge, David, and Carlos exit the store and then a red colored Pontiac, possibly a Grand Am, arrived in front of the business. The front passenger

6

of the red colored vehicle pointed and fired a handgun at the intended victims. Officers attempted to locate the victims and the victim vehicle, but they were not able to locate either.

Officers contacted an additional witness who was identified as Sandra Chavez. Chavez advised officers that she was sitting in her car, near her residence, when she observed a Hispanic male in his 20's, wearing light colored shorts and high white socks, exit Sunset Liquors carrying a case of beer. The male walked to a silver colored SUV and a red vehicle arrived next to the SUV. The passenger in the red vehicle fired a gun at the subject holding the beer and left the location. Chavez was not able to get a description of the two subjects in the back seat of the red vehicle, but Chavez described the driver as having tattoos on his neck and face, and the passenger only had tattoos on his neck. Chavez described the red vehicle as having red faded paint and normal gray colored wheels. Tracy Officers located two 9mm FC Luger casings in front of the business. (**TRACY PD Crime Report # 17-4544**).

As Stockton PD investigators began to follow-up on the Stockton shooting, photographs of the registered owners, Steven Rodriguez and Stacy Cano were obtained. A records check on Steven Rodriguez showed he has a felony bench warrant for a Post Release Community Supervision violation (PRCS). Steven Rodriguez is also a previously documented SSS or Southside Stocktone Norteno criminal street gang member. Currently, Steven Rodriguez is documented as a Northern Rider with the California Department of Corrections and Rehabilitation. Steven Rodriguez has tattoos on his neck area along, with a SSS tattoo, and huelga bird tattoo on his chest.

Investigators received surveillance video from the Tracy PD Sunset Liquors incident. After reviewing the surveillance video from the Tracy incident, it appears that the registered owner of the Red Pontiac, Steven Rodriguez, closely resembles the driver of the shooting vehicle seen in the surveillance cameras in the Sunset Liquors shooting. The driver appears to be wearing a black colored tee shirt. The passenger/shooter of the Tracy shooting appeared to be a light skinned subject, wearing a hat backwards and white tank top, armed with a handgun.

I received information from Tracy PD with regards to their agencies contacts with Steven Rodriguez. On October 19, 2016, Steven Rodriguez was contacted by Tracy PD officer P. Giusto at the Microtel Inn, located at 861 Clover Road Tracy, California, County of San Joaquin. Steven was contacted by Officer Giusto over a civil matter over car keys. Steven provided his home address as 2662 Playa Del Sol Avenue in Stockton.

We also gathered information on the other registered owner of the red Pontiac, Stacy Cano. In looking at social media website, Facebook, it appears Stacy Cano and Steven Rodriguez are in a dating relationship. Stacy Cano currently has two felony no bail bench warrants out of Amador County. Stacy

Cano has prior contacts with the Stockton Police Department, but her most recent California Department of motor vehicles address listed is 861 Clover Road, (Microtel Inn) in the City of Tracy.

We also learned on June 27, 2017, in the late morning hours, Tracy Police Department Officer P. Giusto responded to the Microtel Inn located at 861 W. Clover Road in the City of Tracy, County of San Joaquin, regarding an Auto Theft Investigation.

Upon arrival, officer Giusto met with Stacy Cano, who is employed as a housekeeper at the Inn and also resides on the Inn premises. Stacy was wearing a blue polo shirt which had markings of "Microtel" on the front and a name tag with the name of "Stacy." Officer Giusto also identified Stacy as short, stocky, and having tattoos on both arms.

Stacy told officer Giusto that on the evening of June 26th at approximately 10:30 PM she parked, locked, and secured her red Pontiac Grand Am license # 6DSF269 in the Inn parking lot. Stacy said she parked the vehicle on the south side of the Inn at the very east portion of the parking lot. Stacy said she is one of the registered owners of the vehicle along with her boyfriend Steven Rodriguez. On June 27th at approximately 9:30 AM, Stacy woke up and walked to her vehicle. Stacy noticed it was not in the parking lot and called the Tracy Police Department. Stacy told officer Giusto that there was only 1 key to the vehicle and she had it. Stacy had no idea who may have taken the vehicle.

Officer Giusto asked Stacy if her boyfriend Steven Rodriguez may have taken the vehicle. Stacy was sure that Steven had not taken the vehicle because he has been in Castro Valley for the past week, staying at a friend's residence. Stacy told Officer Giusto her cellphone number was **(209) 808-4484** and her boyfriend Steven Rodriguez's cellphone is (209) 898-2987. Officer Giusto took the stolen vehicle report and Stacy signed the report. Officer Giusto told me that Stacy appeared to be very nervous as she was speaking with him. **(Tracy PD Report # 17-4733)**

The casings recovered from the shooting in Tracy and the shooting in Stockton were entered into IBIS (Integrated Ballistics Identification System) for comparison. On 06/29/2017, we received a notification of an IBIS link from Field Evidence Technician (FET) C. Trunk in regards to the Tracy PD shooting and our shooting at Officers Cylborne, Tacker and Sgt. Couvillion. The notification advised that the 9mm casings from SPD 17-23754 were a confirmed hit to Tracy PD 17-4544, reviewed and confirmed by the Forensic Firearms Examiner.

Facebook accounts were located for both Stacy Cano and Steven Rodriguez. There were several photographs posted to the account of Stacy and Steven together. Several of the photographs were

8

0732 Rodriguez

captioned with words that lead me to believe they are in a romantic, dating relationship.  For example, one photograph was of Stacy and Steven, with the caption, "Love of my life".




Believing that Steven Rodriguez and Stacy Cano are in a dating relationship, investigators believe Stacy falsely reported their vehicle stolen in an attempt to protect Steven.  Based on my training and experience with regards to co-conspirators involved in criminal incidents, involving a vehicle used in that criminal incident, it is common to falsely report the vehicle used by the conspirators/co-conspirators as having been stolen (prior to the criminal incident) in an attempt to confuse and/or place law enforcement on a cold trail.

On 06/29/2017 at 1539 hrs, Patrol officers were dispatched to the area of Lowell/Harris Ave (S/O Jurisdiction) to conduct follow-up on a red Pontiac Grand Prix.  Upon the officers' arrival, they located the **Red Pontiac Grand Prix license #6DSF269**.  The vehicle was parked on Harris Ave, unoccupied.  The vehicle was towed and is currently at Wilson Way Tow.

Not knowing who the shooter is in both the Tracy PD and Stockton PD incident, as a gang investigator I know it is common for gang members to be with and/or commit crimes with other trusted members of his/her group.  I believe evidence may be located in the vehicle that would assist in identifying the shooter in the Tracy PD and Stockton PD incidents.

Based on my training and experience, I know that individuals who commit these types of crimes keep items of evidence used in the commission of the crime and also used in the planning of the crime, including but not limited to; diaries, writings, notes, drawings, address books, plans, blueprints, maps, photographs, newspaper articles and clothing worn during the commission of the crime.  I believe that such evidence will

9

0732 Rodriguez

be found in the locations to be searched pursuant to the requested search warrant, and requests permission to seize such evidence.

Based upon my training and experience, I know that persons who possess such firearms, often possess firearm accessories and indicia of ownership consistent with those firearms, including but not limiting to, ammunition for any handgun, rifle or shotgun, and any components of guns or ammunition, including but not limited to cartridges, shells, shell casings, expended or not, gunpowder, primers, wads, bullets, and/or shot, and any miscellaneous gun pieces, gun cleaning items or kits, holsters, ammunition belts, original packaging, targets, expended pieces of lead, any photographs of firearms, and any paperwork showing the purchase, storage, disposition, or dominion and control over any guns, any ammunition, or any of the above items.  These items would tend to connect the suspects to the weapons sought and to the crimes being investigated.  I believe that such evidence will be found in the locations to be searched pursuant to the requested search warrant, and requests permission to seize such evidence.

Your Affiant believes that whether or not the firearm(s) sought are recovered, the above items would tend to show that a firearm(s) existed and may have once been located in a place to which the suspect had access, and that these items would tend to connect the suspect with the weapon(s) sought.  The above items are not normally disposed of after the commission of a crime, and they are therefore still likely to be found in any location or vehicles to be searched, and/or on the person of any suspect to be searched pursuant to this Search Warrant.

I am requesting any traces of evidence such as DNA or fingerprints be taken from the vehicle in an attempt to identify the shooter in the Tracy PD and Stockton PD shooting incidents.  Based on my training and experience, I know it is common for suspects to rub and touch areas in a vehicle they may have been inside.  One must touch the door handles in order to open the door to get inside, potentially leaving behind fingerprints.  One may leave behind traces of their DNA, whether saliva, sweat or hair inside the vehicle where they may have sat.

Steven Rodriguez is currently documented as a Norther Rider gang member.  His social media shows he has ties to the Norteno Criminal street gang and SSS criminal street gang.  I am requesting any evidence showing those ties that are located in the vehicle be seized as evidence.

Based upon my training and experience, I know that evidence tending to establish the identity of the persons who have dominion and control over the premises and vehicles to be searched and items to be seized pursuant to the requested search warrants will be found at these locations, including but not limited to, rent receipts, utility (including telephone) bills, miscellaneous addressed mail, personal letters, personal

10

0734 Rodriguez

identifications, keys, purchase receipts, sales receipts, tax statements, certificates of ownership, certificates of registration and photographs.

Based upon your Affiant's training, experience and conversations that your Affiant had with other Law Enforcement Officers and/or reports that your Affiant has read, your Affiant knows that computer and computer systems commonly consist of electronic data processing and storage devices, with central processing units, personal data assistants (PDA's), cellular phones, and/or other memory storage devices. They may also consist of peripheral input/output devices such as keyboards, printers, video display monitors, optical readers and related communication devices such as modems, associated telephone sets, speed dialers, or other controlling devices, plotters, software to run programs, connecting cables and plugs, peripherals such as joysticks, mouses, or other input devices, scanners, writing pads, manuals, connecting switches, telephones and telephone cables, and interface devices.   There is system documentation, operating logs and documentation, software and instructional manuals for the computers and computer systems.  Computing or data processing software, stored on any type of medium such as: hard disks, floppy disks, CD-R's, CD-RW's, DVD's, cassette tapes, or other permanent or transient storage medium and other forms of magnetic media containing computer information.

Your Affiant requests any records, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones of any type, electronic calendars\address books, calculators, or any other storage media, together with indicia of use, ownership, possession, or control of such records.

Your Affiant requests any written or computer communication in printed or stored medium such as E-Mail and Chat Logs whether in active files, deleted files or unallocated space on the hard drive, floppy drive or any data storage media.

It is your Affiant's experience that computer system searches and examinations cannot be completed within ten days in which the Search Warrant must be served and the Return to Search Warrant filed.  This is due in part because it is common for the law enforcement agency that completes the computer search and examinations to have multiple cases working at the same time and it can take several weeks to complete. It is requested that the Search Warrant and Return to Search Warrant be filed and that the computer search, examinations, and investigation be allowed to continue.

Based upon your Affiant's training, experience and conversations that your Affiant had with other Law Enforcement Officers and/or reports that your Affiant has read, your Affiant knows that Peace Officer(s) or assigned representative(s) should videotape, photograph and/or digital image the location during the execution of this Search Warrant.  The Affiant needs control of who takes the images.  Computer(s) may

11



0734 Rodriguez

be at the scene and may be operating during the service of the Search Warrant. The images on the computer(s) screens are transient, it may be necessary to videotape, photograph and/or digital image the computer monitor screen(s). Photographing of the location, vehicles and persons present at the scene is often helpful in the showing possession of the premises and evidence. It is also good to show the condition of the location as the Search Warrant is served and to show the condition of the location after the Search Warrant has been served.

Based upon your Affiant's training, experience and conversations that your Affiant had with other Law Enforcement Officers and/or reports that your Affiant has read, it is your Affiant's opinion that the persons listed on this Search Warrant, or its attachments, have committed the felony crime of armed home invasion robbery, murder and that evidence of these crimes will be found at the premise(s), vehicle(s) and/or person(s) listed on this Search Warrant.

The evidence sought by the search warrant will be used in a criminal prosecution in San Joaquin County.

I request that a Search Warrant be issued based upon the aforementioned facts, for the seizure of said property, or any part thereof, good cause being shown thereof, and the same be brought before this Magistrate or retained subject to the order of the court, or of any court in which the offense(s) in respect to which the property of things taken, triable, pursuant to Section 1536 of the Penal Code,

Items attached and incorporated by Reference:     YES ☐     NO ☒

I certify (declare) under penalty of perjury that the foregoing is true and correct.

Executed at **Stockton**, California

_____ , the **30th** day of **June** , 2017, at **1222** P.M. / P.M.
(Signature of Affiant)

Signed and sworn in ~~XXXXXX~~ by telephone

_____
Judge of the Superior Court of California, County of San Joaquin

12

9. All electronic data processing and storage devices, computers and computer systems, such as cellular telephones, central processing units, personal data assistants (PDA's) or other memory storage devices; and any/all peripheral input/output devices such as keyboards, printers, video display monitors, optical readers and related communication devices such as modems, associated telephone sets, speed dialers, and/or other controlling devices, plotters, software to run programs, connecting cables and plugs, peripherals such as joysticks, mousses, or other input devices, scanners, writing pads, manuals, connecting switches, telephones and telephone cables, and interface devices; system documentation, operating logs and documentation, software and instructional manuals.

Any records, whether stored on paper, on magnetic media such as tape, cassette, disk, diskette or on memory storage devices such as optical disks, programmable instruments such as telephones, "electronic calendar\address books" calculators, or any other storage media, together with indicia of use, ownership, possession, or control of such records.

Any written or computer communication in printed or stored medium such as text message, E-mail, and/or chat logs whether in active files, deleted files or unallocated space on the hard drive, floppy drive or any data storage media.

Search of all of the above items is for files, data, images, software, operating systems, deleted files, altered files, system configurations, drive and disk configurations, date and time, and unallocated and slack space, for evidence.

With respect to computer systems and any items listed above found during the execution with this Search Warrant, the searching Peace Officers are authorized to seize and book said computer systems and any items listed above and transfer them to a Law Enforcement Agency location prior to commencing the search of the items. Furthermore, said search may continue beyond the ten-day period beginning upon issuance of this Search Warrant, to the extent necessary to complete the search on the computer systems and any items listed above.

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true and subscribed before me on the ___ day of _____ 2017, at ___ AM/PM. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_29th_ _June_ _11:30am_

_____
(Signature of Magistrate)

| HOBBS | SEALING | REQUESTED: | ☐YES |
| ☒ NO | | | |
| NIGHT | SEARCH | REQUESTED: | ☐YES |
| ☒ NO | | | |

Judge of the Superior Court of California, County of San Joaquin,

# Richard A Vlavianos
_____
(Magistrate's Printed Name)

3

0037 Rodriguez
Supplement No
0067

# Incident Report
# STOCKTON POLICE DEPARTMENT



22 E Market St.

STOCKTON, CA 95202

(209) 937-8495

17-23754

Reported Date
08/10/2017
Rpt/Incident Typ
187A
Member#
GUTIERREZ, PAUL

## Administrative Information

| Agency | | DR | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|
| STOCKTON POLICE DEPARTMENT | | 17-23754 | 0067 | 08/10/2017 | | 15:57 |

| CAD Call No | Status | Rpt/Incident Typ |
|---|---|---|
| 171771118 | ARREST | ATTEMPTED MURDER |

| Location | | | | | | City |
|---|---|---|---|---|---|---|
| W ACACIA ST/N HARRISON ST | | | | | | Stockton |

| ZIP Code | Rep Dist | District | Sector | From Date | From Time |
|---|---|---|---|---|---|
| 95203 | 0119 | CC | CS | 06/26/2017 | 23:07 |

| Member# | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|
| 1493/GUTIERREZ, PAUL | GANGS | 1493 | GANGS | Successful |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Successful | 1492 | 08/11/2017 | 12:27:31 |

| # Offenses | Offense | Description | Complaint Type | | |
|---|---|---|---|---|---|
| 1 | PC664-187 (A) | ATTEMPTED MURDER | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 2 | PC245 (A)(1) | FORCE OR ADW NOT FIR | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 3 | PC29800 (A)(1) | EX-FELON WITH A FIRE | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 4 | PC30305 (A)(1) FEL | PROHIBITED PERSON OW | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 5 | PC182 (A)(1) | CONSPIRACY:COMMIT CR | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 6 | PC186 22(A) FEL | PARTICIPATE IN CRIMI | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 7 | PC186 22(B)(1) FEL | GANG ENHANCEMENT | | | |
| NIBRS | | | | [A_C] | [MOE] |
| 8 | PC32 | ACCESSORY | | | |
| NIBRS | | | | [A_C] | [MOE] |

## Summary Narrative

**ATTENTION RECORDS:**
The correct charge should be 664(e)/187 PC, Attempt Murder of a Peace Officer for Arrestees Rodriguez
and Harlan

**OTHER ROUTING:**
* San Joaquin County Probation Officer R. Hohenthaner (AB109 Task Force)
* San Joaquin County District Attorney M. Dennings and C. Casey (Gang Unit)

| Report Officer | Printed At |
|---|---|
| 1493/GUTIERREZ, PAUL | 08/14/2017 16:10 |

Page 1 of 6

0037 Rodriguez

# Incident Report
# STOCKTON POLICE DEPARTMENT

**17-23754**

Supplement No
**0067**

## Summary Narrative

**SYNOPSIS:**

All of the arrestees listed, were identified and arrested on Ramey arrest warrants related to this investigation.

(Arr #1) Steven Rodriguez and (Arr #2) Renee Mosqueda were both located in San Francisco, Ca.

(Arr #3) Martin Harlan was arrested by Hayward PD on **08/06/17** for charges related to an investigation in the City of Hayward.  On **08/09/17**, Martin Harlan was arrested for his involvement in this investigation at the Alameda County jail.

(Arr #4) Stacy Cano was located and arrested at 2121 Stewart St.

Both (Arr #1) Steven Rodriguez and (Arr #3) Martin Harlan are Northern Rider criminal street/prison gang members.

## ARRESTED 1: RODRIGUEZ,STEVEN REFUGIO

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTED | 1 | Individual |

| Name | | MNI |
|---|---|---|
| RODRIGUEZ,STEVEN REFUGIO | | 266153 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Hispanic/Mexican/Latin | Male | 02/26/1969 | 48 | No | 5'11" | 170# | Black | Brown |

| PRN |
|---|
| 3244651 |

| Type | Address | | | |
|---|---|---|---|---|
| Additional | 207 ADRIENNE AV | | | |
| City | State | ZIP Code | Date | |
| SAN JOAQUIN C | CALIFORNIA | 95215 | 08/10/2017 | |

| Type | Address | | | |
|---|---|---|---|---|
| Home | 2121 STEWART ST | | | |
| City | State | ZIP Code | Date | |
| SAN JOAQUIN C | CALIFORNIA | 95205 | 08/10/2017 | |

| Type | ID No | OLS |
|---|---|---|
| Operator License | A1471077 | CALIFORNIA |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | (209) 430-6643 | 08/10/2017 |

| Alias Name | | | | | Race |
|---|---|---|---|---|---|
| SMILEY | | | | | Hispanic/Mexican/Latin |
| Sex | DOB | Height | Weight | Hair Color | Eye Color |
| Male | 02/26/1969 | 5'11" | 170# | Black | Brown |

| Alias Name | | | | | Race |
|---|---|---|---|---|---|
| SMILONE | | | | | Hispanic/Mexican/Latin |
| Sex | DOB | Height | Weight | Hair Color | Eye Color |
| Male | 02/26/1969 | 5'11" | 170# | Black | Brown |

| Mark Type | Mark Code |
|---|---|
| TATTOO | RIGHT ARM |

| Description |
|---|
| STOCKTONE 209 |

| Mark Type | Mark Code |
|---|---|
| TATTOO | CHEST |

| Description |
|---|
| SSS W/ A HUELGA BIRD |

| Mark Type | Mark Code |
|---|---|
| TATTOO | LEFT HAND |

| Description |
|---|
| UPSIDE DOWN BUNNY |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|---|
| Arrested | Arrested | 08/10/2017 | 10:00:00 | 08/10/2017 | 10:00:00 | Booked | FELONY |

| Arrest Location | City |
|---|---|
| 1129 MASON CT | San Francisco |

| Fingerprint Taken? | Mug? |
|---|---|
| Yes | Yes |

| Report Officer | Printed At |
|---|---|
| 1493/GUTIERREZ,PAUL | 08/14/2017 16:10 |

Page 2 of 6

# Incident Report
## STOCKTON POLICE DEPARTMENT

**17-23754**

Supplement No
**0067**

| Charge | | Level | Charge Literal |
|---|---|---|---|
| PC664-187 (A) | | F | ATTEMPTED MURDER |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC245 (A)(1) | | F | FORCE OR ADW NOT FIR |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC29800 (A)(1) | | F | EX-FELON WITH A FIRE |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC30305(A)(1) FEL | | F | PROHIBITED PERSON OW |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC182 (A)(1) | | F | CONSPIRACY:COMMIT CR |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC186 22(A) FEL | | F | PARTICIPATE IN CRIMI |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC186 22(B)(1) FEL | | F | GANG ENHANCEMENT |
| Warrant No | | Warrant ORI | |
| SP1723754B | | CA0390500 | |

### ARRESTED 2: MOSQUEDA,RENEE SHELLY

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTED | 2 | Individual |

| Name | | | | MNI |
|---|---|---|---|---|
| MOSQUEDA,RENEE SHELLY | | | | 1440612 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Hispanic/Mexican/Latin | Female | ~~███~~ | 45 | No | 5'04" | 214# | Black | Brown |

| PRN |
|---|
| 3244652 |

| Type | Address |
|---|---|
| Home | ~~███████████~~ |

| City | State | ZIP Code | Date |
|---|---|---|---|
| San Francisco | CALIFORNIA | 94130 | 08/10/2017 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | A4449369 | CALIFORNIA |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | (415)846-6088 | 08/10/2017 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|---|
| Arrested | Arrested | 08/10/2017 | 10:00:00 | 08/10/2017 | 10:00:00 | Booked | FELONY |

| Arrest Location | | City |
|---|---|---|
| 1129 MASON COURT | | San Francisco |

| Fingerprt Taken? | Mug? | Place of Birth | City of Birth |
|---|---|---|---|
| Yes | Yes | CALIFORNIA | SAN JOSE |

| Charge | | Level | Charge Literal |
|---|---|---|---|
| PC32 | | F | ACCESSORY |
| Warrant No | | Warrant ORI | |
| SP1723754A | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC182 (A)(1) | | F | CONSPIRACY:COMMIT CR |
| Warrant No | | Warrant ORI | |
| SP1723754A | | CA0390500 | |
| Charge | | Level | Charge Literal |
| PC186 22(B)(1) FEL | | F | GANG ENHANCEMENT |
| Warrant No | | Warrant ORI | |
| SP17-23754A | | CA0390500 | |

| Report Officer | Printed At |
|---|---|
| 1493/GUTIERREZ,PAUL | 08/14/2017 16:10 |

Page 3 of 6

0040 Rodriguez
Supplement No
0067

# Incident Report
**17-23754**
# STOCKTON POLICE DEPARTMENT

## ARRESTED 3: HARLAN,MARTIN

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTED | 3 | Individual |

| Name | | | MNI | Race | Sex |
|---|---|---|---|---|---|
| HARLAN,MARTIN | | | 1438558 | White | Male |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| | 26 | No | 6'01" | 220# | Black | Brown | 3244653 |

| Type | Address |
|---|---|
| Home | TRANSIENT |

| City | State | Date |
|---|---|---|
| Hayward | CALIFORNIA | 08/10/2017 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | F2053025 | CALIFORNIA |

| Mark Type | Mark Code |
|---|---|
| TATTOO | FACE |

| Description |
|---|
| PICTURE OF A CROSS |

| Mark Type | Mark Code |
|---|---|
| TATTOO | FACE |

| Description |
|---|
| UPSIDE BUNNY |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|---|
| Arrested | Arrested | 08/09/2017 | 15:00:00 | 08/09/2017 | 15:00:00 | Booked | FELONY |

| Arrest Location | City |
|---|---|
| ALAMEDA COUNTY JAIL | SANTA RITA |

| Fingerprt Taken? | Mug? | Place of Birth |
|---|---|---|
| No | No | UNKNOWN |

| Charge | Level | Charge Literal |
|---|---|---|
| PC664-187 (A) | F | ATTEMPTED MURDER |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC245 (A)(1) | F | FORCE OR ADW NOT FIR |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC182 (A)(1) | F | CONSPIRACY:COMMIT CR |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC186 22(A) FEL | F | PARTICIPATE IN CRIMI |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC186 22(B)(1) FEL | F | GANG ENHANCEMENT |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

## ARRESTED 4: CANO,STACY

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTED | 4 | Individual |

| Name | | MNI |
|---|---|---|
| CANO,STACY | | 180980 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Hispanic/Mexican/Latin | Female | | 41 | No | 5'01" | 170# | Brown | Brown |

| PRN |
|---|
| 3244654 |

| Type | Address |
|---|---|
| Home | |

| City | State | ZIP Code | Date |
|---|---|---|---|
| SAN JOAQUIN C | CALIFORNIA | 95205 | 08/10/2017 |

| Type | ID No | OLS |
|---|---|---|
| Operator License | B6371007 | CALIFORNIA |

| Report Officer | Printed At |
|---|---|
| 1493/GUTIERREZ,PAUL | 08/14/2017 16:10 |

Page 4 of 6

0040 Rodriguez

# Incident Report
**17-23754**

# STOCKTON POLICE DEPARTMENT

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|---|
| Arrested | Arrested | 08/10/2017 | 18:30:00 | 08/10/2017 | 18:30:00 | Booked | FELONY |

| Arrest Location | | City |
|---|---|---|
| | | SAN JOAQUIN C |

| Rep Dist | Fingerprint Taken? | Mug? | Place of Birth | Sector |
|---|---|---|---|---|
| 3175 | Yes | Yes | UNKNOWN | OUT |

| Charge | Level | Charge Literal |
|---|---|---|
| PC32 | F | ACCESSORY |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC182 (A)(1) | F | CONSPIRACY:COMMIT CR |

| Warrant No | Warrant ORI |
|---|---|
| 17-23754 | CA0390500 |

| Charge | Level | Charge Literal |
|---|---|---|
| PC186.22(B)(1) FEL | F | GANG ENHANCEMENT |

## Narrative

**NOTIFICATION** :
I (Detective P. Gutierrez) am assigned to the City of Stockton Police Department Gang Violence Suppression Unit.

**INVESTIGATION** :
During follow-up investigation of the listed incident, involving the **June 26, 2017** Attempt Murder of Stockton Police Officers K. Tacker, R. Clyborne and Sergeant M. Couvillion, Northern Riders criminal street/prison gang members (Arr #1) Steven Rodriguez and (Arr #3) Martin Harlan were identified as the suspects involved.

During the course of the investigation, (Arr #2) Renee Mosqueda and (Arr #4) Stacy Cano were also identified as Accessories.

On 08/01/17, San Joaquin County Superior Court Judge W. Johnson authorized Ramey Arrest warrants for Steven Rodriguez, Martin Harlan, Renee Mosqueda and Stacy Cano. **See the below warrant information** .

On 08/07/17, GVSU Detectives learned (Arr #3) Martin Harlin was arrested by the Hayward Police Department on 08/06/17 and was currently in custody at the Alameda County Jail for Auto Theft, Assault w/ a firearm, Assault with a deadly weapon on police officers, Hit and Run and firearm related charges.

On 08/09/17, GVSU Detectives M. Moreno and J. Mamaril followed up at the Alameda County jail and interviewed (Arr #3) Martin Harlan. The Detectives then arrested Martin for his Ramey arrest warrant related to this investigation.

On 08/10/17, members of the U.S. Marshal's Service and Federal Bureau of Investigation Task Force, observed both (Arr #1) Steven Rodriguez and (Arr #2) Renee Mosqueda at 1129 Mason Court in the City of San Francisco. At approximately 1000 hrs, both Steven and Renee were arrested. **See FBI Special Agent B. Koh's report for further details of the arrest.**

Both Steven and Renee were observed exiting 1129 Mason Court #D, so GVSU Detective R. Taiariol authored a search warrant for 1129 Mason Court #D. Judge W. Johnson also authorized the search warrant.

U.S. Marshal TFO/Stockton PD Officer P. High and members of the San Joaquin County AB109 Task Force responded to the arrest location in San Francisco, took control of Steven and Renee and also served the search warrant.

Steven and Renee were both transported back to San Joaquin County and after interviews, were both booked in to the San Joaquin County jail.

At approximately 1830 hrs, members of the Community Response Team and U.S. Marshal/TFO Officer P. High located (Arr #4) Stacy Cano at 2121 Stewart Street. Stacy was arrested for the Ramey warrant and transported to the PD for interview purposes. At the conclusion of the interview, Stacy was booked in to the San Joaquin County jail.

| Report Officer | Printed At |
|---|---|
| 1493/GUTIERREZ,PAUL | 08/14/2017 16:10 |

Page 5 of 6



# Stockton Police Department
## Attempt 187 on SPD Officers
## July 3, 2017 - Daily Report

GVSU authored the first social wiretap affidavit ever in San Joaquin County. The affidavit was authorized by Judge Hoyt. The affidavit was sent to the service providers for Facebook, Instagram, and Whatsapp.

DOJ has been providing assistance with this process and will continue to assist with the setup of the monitoring of these outlets.  It is estimated that it will take 2-3 days to receive the proper information and connection from those outlets.

4474 Rodriguez

EXHIBIT 9

0535 Rodriguez

**IN THE UNIFIED COURTS OF STOCKTON**
**JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA**

**RETURN  OF SEARCH WARRANT**

The following information (Data) was taken from the premises located at **22 E Weber**

**Avenue**, which are in the City of Stockton; County of San Joaquin by virtue of a Search Warrant

dated July 03, 2017 and executed by Judge Abdallah the Unified Courts of Stockton Judicial

District, County of San Joaquin:

**See attached property card #B125960, CD-R containing Data was booking at the**

**Stockton Police Department's evidence room, located at 22 E Weber Ave Stockton,**

**County of San Joaquin, CA.**

I, Detective J. Mamaril, by whom this warrant was executed, do swear that the above

inventory contains a true and detailed account of all the property taken by me under the

warrant.

All of the property taken by virtue of said warrant will be retained in my custody subject

to the order of this court or any other court in which the offense in respect to which the

property or things taken, is triable.

_____
Detective J. Mamaril

State of California
County of San Joaquin

ROSA JUNQUEIRO, CLERK
BY
RUSSEL RIOS
DEPUTY

17 AUG 25  PM 3: 14

FILED
SUPERIOR COURT-STOCKTON

0535 Rodriguez

SSW-17-377

## IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA

### RETURN  OF SEARCH WARRANT

The following information (Data) was taken from the premises located at **22 E Weber**

**Avenue**, which are in the City of Stockton; County of San Joaquin by virtue of a Search Warrant

dated July 16, 2017 and executed by William Johnson of the Unified Courts of Stockton Judicial

District, County of San Joaquin:

**See attached property card #B125954, BD-R containing Data from a cellphone
analyzation was booking at the Stockton Police Department's evidence room, located
at 22 E Weber Ave Stockton, County of San Joaquin, CA.**

I, Detective J. Mamaril, by whom this warrant was executed, do swear that the above

inventory contains a true and detailed account of all the property taken by me under the

warrant.

All of the property taken by virtue of said warrant will be retained in my custody subject

to the order of this court or any other court in which the offense in respect to which the

property or things taken, is triable.

Detective J. Mamaril    B 727

State of California
County of San Joaquin

ROSA JUNQUEIRO. CLERK
BY RUSSEL RIOS
DEPUTY

FILED
SUPERIOR COURT-STOCKTON
17 AUG 25 PM 3: 15

0530 Rodriguez

SSW-17-370

## IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA

### R E T U R N   O F   S E A R C H   W A R R A N T

A Search Warrant (Subscriber Information/Device) dated **July 19, 2017** and executed by **Judge William Johnson** of the Unified Courts of Stockton Judicial District, County of San Joaquin was executed at **Charter Communications 6363 Soiuth Fiddlers Green Circle Greenwood Village, CO 80111 and Cello Partnership DBA Verizon Wireless 180 Washington Valley Rd Bedminster, NJ 07921.**

I, Detective J Mamaril, by whom this warrant was executed, do swear that all of the property taken by virtue of said warrant will be retained in my custody subject to the order of this court or any other court in which the offense in respect to which the property or things taken, is triable.

Detective J Mamaril

State of California
County of San Joaquin

FILED
SUPERIOR COURT-STOCKTON
17 AUG 25  PM 3: 08
ROSA JUNQUEIRO, CLERK
BY
RUSSEL RIOS
DEPUTY

0530 Rodriguez

**IN THE UNIFIED COURTS OF STOCKTON**
**JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA**

**R E T U R N   O F   S E A R C H   W A R R A N T**

A Search Warrant (Subscriber Information/Device) dated **July 24, 2017** and executed by

**Judge William Johnson** of the Unified Courts of Stockton Judicial District, County of San

Joaquin was executed at **Cello Partnership DBA Verizon Wireless 180 Washington Valley**

**Rd Bedminster, NJ 07921**.

   I, Detective J Mamaril, by whom this warrant was executed, do swear that all of the

property taken by virtue of said warrant will be retained in my custody subject to the order of

this court or any other court in which the offense in respect to which the property or things

taken, is triable.

Detective J Mamaril

State of California
County of San Joaquin

FILED
SUPERIOR COURT-STOCKTON
17 AUG 25 PM 3:05
ROSA JUNQUEIRO, CLERK
BY _____
RUSSEL RIOS
DEPUTY

SSW-17-376

## IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA

### RETURN   OF SEARCH WARRANT

The following information (Data) was taken from the premises located at **22 E Weber**

**Avenue,** which are in the City of Stockton; County of San Joaquin by virtue of a Search Warrant

dated July 31, 2017 and executed by Judge William Johnson the Unified Courts of Stockton

Judicial District, County of San Joaquin:

**See attached property card #B125959, CD-R containing Data was booking at the**

**Stockton Police Department's evidence room, located at 22 E Weber Ave Stockton,**

**County of San Joaquin, CA.**

I, Detective J. Mamaril, by whom this warrant was executed, do swear that the above

inventory contains a true and detailed account of all the property taken by me under the

warrant.

All of the property taken by virtue of said warrant will be retained in my custody subject

to the order of this court or any other court in which the offense in respect to which the

property or things taken, is triable.

#1727

Detective J. Mamaril

State of California
County of San Joaquin

BY _RUSSEL RIOS_ DEPUTY
ROSA JUNQUEIRO, CLERK
17 AUG 25 PM 3: 15
FILED SUPERIOR COURT-STOCKTON

0536 Rodriguez

SSW-17-371

## IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA

## RETURN OF SEARCH WARRANT

A Search Warrant (Subscriber Information/Device) dated **July 23, 2017** and executed by

**Judge William Johnson** of the Unified Courts of Stockton Judicial District, County of San

Joaquin was executed at **Cello Partnership DBA Verizon Wireless 180 Washington Valley**

**Rd Bedminster, NJ 07921.**

I, Detective J Mamaril, by whom this warrant was executed, do swear that all of the

property taken by virtue of said warrant will be retained in my custody subject to the order of

this court or any other court in which the offense in respect to which the property or things

taken, is triable.

Detective J Mamaril

State of California
County of San Joaquin

FILED
SUPERIOR COURT-STOCKTON
17 AUG 25 PM 3: 10
ROSA JUNQUEIRO, CLERK
BY
RUSSEL RIOS

# IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA
### RETURN OF SEARCH WARRANT

The following personal property was taken from the premises located at **2121 Stewart Street and 207 Adrienne Ave**, which is in the City of Stockton, County of San Joaquin by virtue of a Search Warrant dated August 1, 2017 and executed by Judge William Johnson of the Unified Courts of Stockton Judicial District, County of San Joaquin:

**See attached property card B125699 and B125702 for items seized and booked as evidence at the Stockton Police Department evidence room located at 22 E Weber Ave Stockton CA.**

I, Detective J Mamaril, by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me under the warrant.

All of the property taken by virtue of said warrant will be retained in my custody subject to the order of this court or any other court in which the offense in respect to which the property or things taken, is triable.

#1727

Detective J Mamaril

State of California
County of San Joaquin



SUPERIOR COURT-STOCKTON
FILED
17 AUG 25 PM 3:17
ROSA JUNQUEIRO, CLERK
BY _____
RUSSEL RIOS
DEPUTY

0540 Rodriguez

0532 Rodriguez

SSW-17-370

## IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA

## RETURN OF SEARCH WARRANT

A Search Warrant (Subscriber Information/Device) dated **August 7, 2017** and executed

by **Judge William Johnson** of the Unified Courts of Stockton Judicial District, County of San

Joaquin was executed at **Comcast Cable Communication** 1800 Bishops Gate Blvd Mount

Laurel, NJ 08054.

I, Detective J Mamaril, by whom this warrant was executed, do swear that all of the

property taken by virtue of said warrant will be retained in my custody subject to the order of

this court or any other court in which the offense in respect to which the property or things

taken, is triable.

Detective J Mamaril

State of California
County of San Joaquin

FILED
SUPERIOR COURT-STOCKTON
17 AUG 25 PM 3: 10
ROSA JUNQUEIRO, CLERK
BY RUSSEL RIOS
DEPUTY

0532 Rodriguez

MSSJ-1-375

# IN THE UNIFIED COURTS OF STOCKTON
## JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA

# R E T U R N   O F  S E A R C H   W A R R A N T

The following personal property was taken from the premises located at **1129 Mason**

**Court Unit #D**, which is in the City of San Francisco, County of San Francisco by virtue of a

Search Warrant dated August 10, 2017 and executed by Judge William Johnson of the Unified

Courts of Stockton Judicial District, County of San Joaquin:

    **See attached property card B125701 for items seized and booked as evidence at**

**the Stockton Police Department evidence room located at 22 E Weber Ave Stockton CA.**

    I, Detective J Mamaril, by whom this warrant was executed, do swear that the above

inventory contains a true and detailed account of all the property taken by me under the

warrant.

    All of the property taken by virtue of said warrant will be retained in my custody subject

to the order of this court or any other court in which the offense in respect to which the

property or things taken, is triable.

                                      #1722

                    Detective J Mamaril

State of California
County of San Joaquin

FILED
SUPERIOR COURT–STOCKTON
17 AUG 25 PM 3: 16
ROSA JUNQUEIRO, CLERK
BY ——
RUSSEL RIOS
DEPUTY

SSW-17-382

**IN THE UNIFIED COURTS OF STOCKTON
JUDICIAL DISTRICT, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA**

## R E T U R N   O F   S E A R C H   W A R R A N T

A Search Warrant (Order Authoring the Interception of Telephone/Data Communications SJC-2017-02) dates **July 3, 2017** and executed by **Seth Hoyt** of the Unified Courts of Stockton Judicial District, County of San Joaquin was executed at **Facebook Inc., 1601 Willow Road, Menlo Park, CA  94025**.

A Search Warrant (Order Authoring the Interception of Telephone/Data Communications SJC-2017-02) dates **July 3, 2017** and executed **by Seth Hoyt** of the Unified Courts of Stockton Judicial District, County of San Joaquin was executed at **Instagram LLC., 1601 Willow Road, Menlo Park, CA  94025**.

A Search Warrant (Order Authoring the Interception of Telephone/Data Communications SJC-2017-02) dates **July 10, 2017** and executed by **Judge William Johnson** of the Unified Courts of Stockton Judicial District, County of San Joaquin was executed at **Facebook Inc., 1601 Willow Road, Menlo Park, CA  94025**.

A Search Warrant (Order Authoring the Interception of Telephone/Data Communications SJC-2017-02) dates **August 3, 2017** and executed by **Judge William Johnson** of the Unified Courts of Stockton Judicial District, County of San Joaquin was executed at **Facebook Inc., 1601 Willow Road, Menlo Park, CA  94025**.

I, Detective J Mamaril, by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me under the warrant. All of the property taken by virtue of said warrant will be retained in my custody

0543 Rodriguez

subject to the order of this court or any other court in which the offense in respect to which the property or things taken, is triable.



Detective J Mamaril     # 1727

State of California
County of San Joaquin

FILED
SUPERIOR COURT-STOCKTON

17 AUG 25 PM 3: 19

ROSA JUNQUEIRO. CLERK
RUSSEL RIOS

BY ___
DEPUTY

0544 Rodriguez

EXHIBIT 18

# WIRE ROOM SIGN IN LOG

4370 Rodriguez

## DR# 17-23754

| Name | Date | Time In | Time Out | Signature |
|------|------|---------|----------|-----------|
| PATRICK HAGUE | 6 28 17 | 1400 | 2300 2400 | |
| PAUL GUTTIERREZ | 6 28 17 | 1700 | 2400 | |
| JASON MAMARIL | 6 28 17 | 1700 | 2400 | |
| MIROSLAVA MORENO 286 | 6 28 17 | 1700 | 2400 | |
| RYAN TATARICH | 6/28/17 | 1700 | 2400 | |
| K. KNALL | 6/28/17 | 2120 | 2400 | |
| M. FOX /P HAGUE | 6/28/17 | 1400 | 2215/2300 | |
| P. GUTIERREZ | 6/29/17 | 0730 | 2400 | |
| J. MAMARIL | 06/29/17 | 0730 | 2400 | |
| RYAN TATAREK | 6/29/17 | 0800 | 2400 | |
| MIROSLAVA MORENO | 6/29/17 | 1000 | 2400 | |
| M FOX | 6-29-17 | 1300 | 2400 | |
| RYAN TATAREK | 6/30/17 | 0800 | 2400 | |
| JASON MAMARIL | 6/30/17 | 0800 | 2400 | |
| MIROSLAVA MORENO | 6/30/17 | 0800 | 2400 | |
| PATRICK HAGUE | 6/30/17 | 0800 | 2300 2400 | |
| M FOX | 6/30/17 | 1400 | 2400 | |
| J. MAMARIL | 7/1/17 | 0800 | 2400 | |
| J. MAMARIL | 7/1/17 | 0800 | 2330 | |
| PATRICK HAGUE | 7 1 17 | 0800 | 2200 | |
| RYAN TATAREK | 7/1/17 | 1200 | 2400 | |
| J. MAMARIL | 7/2/17 | 0800 | 2400 | |
| RYAN TATAREK | 7/2/17 | 0800 | 2400 | |
| MIROSLAVA MORENO | 7/2/17 | 0800 | 2400 | |
| FOX | 7-2-17 | 0900 | 2200 | |
| J. MAMARIL | 7/3/17 | 0750 | 2330 | |

1

4370 Rodriguez

WIRE ROOM SIGN IN LOG

4371 Rodriguez

DR# 17-23754

| | | | | |
|---|---|---|---|---|
| R. TAIARIOL | 7/3/17 | 0800 | 2330 | |
| M. MORENO | 7/3/17 | 0800 | 2330 | |
| R. TAIARIOL | 7/4/17 | 0800 | 0020 | |
| J. MAMARIL | 7/4/17 | 0800 | 0020 | |
| J. MAMARIL | 7/5/17 | 745 | 2400 | |
| R. TAIARIOL | 7/5/17 | 0800 | 2400 | |
| M. MORENO | 7/5/17 | 0800 | 2400 | |
| J. MAMARIL | 7/6/17 | 0745 | 0000 | |
| M. MORENO | 7/6/17 | 0745 | 0800 | |
| J. MURAVEZ | 7/6/17 | 0800 | 0000 | |
| J. MAMARIL | 7/7/17 | 0750 | 0000 | |
| R. TAIARIOL | 7/7/17 | 0750 | 0000 | |
| S. GOMEZ | 7/7/17 | 1130 | 0000 | |
| J. MAMARIL | 7/8/17 | 0800 | 0000 | |
| R. TAIRIOL | 7/8/17 | 0800 | 0000 | |
| J. MAMARIL | 07/9/17 | 0800 | 0000 | |
| R. TAIARIOL | 7/9/17 | 0800 | 0000 | |
| M. MORENO | 7/9/17 | 0800 | 0000 | |
| J. MAMARIL | 7/10/17 | 0800 | 0030 | |
| R. TAIARIOL | 7/10/17 | 0800 | | |
| K. ABDALLAH | 7/10/17 | 1100 | 0030 | |
| R. TAIARIOL | 7/11/17 | 0800 | 0000 | |
| M. MORENO | 7/11/17 | 0800 | 0000 | |
| J. MAMARIL | 7/12/17 | 0730 | 0000 | |
| M. MORENO | 7/12/17 | 0800 | 0000 | |
| J. MAMARIL | 7/13/17 | 0730 | 0000 | |

2

4371 Rodriguez

4372 Rodriguez

WIRE ROOM SIGN IN LOG

DR# 17-23754

| | | | | |
|---|---|---|---|---|
| M. MORENO | 7/13/17 | 0800 | 0000 | |
| J. MAMARIL | 7/14/17 | 0730 | 0000 | |
| M. MORENO | 7/14/17 | 0800 | 0000 | |
| J. MAMARIL | 7/15/17 | 0730 | 0000 | |
| M. MORENO | 7/15/17 | 0730 | 0000 | |
| J. MAMARIL | 7/16/17 | 0730 | 0000 | |
| M. MORENO | 7/16/17 | 0730 | 0000 | |
| R. TAIARIOL | 7/17/17 | 0800 | 0000 | |
| J. MAMARIL | 7/17/17 | 800 | 0000 | |
| M. MORENO | 7/17/17 | 800 | 0000 | |
| R. TAIARIOL | 7/18/17 | 0800 | 0000 | |
| J. MAMARIL | 7/18/17 | 0800 | 0000 | |
| M. MORENO | 7/18/17 | 0800 | 0000 | |
| J. MAMARIL | 7/19/17 | 0800 | 0000 | |
| M. MORENO | 7/19/17 | 0800 | 0000 | |
| R. TAIARIOL | 7/19/17 | 1700 | 0000 | |
| J. MAMARIL | 7/20/17 | 0800 | 0000 | |
| R. TAIARIOL | 7/20/17 | 1700 | 0000 | |
| J. MAMARIL | 7/21/17 | 0730 | 0000 | |
| S. GOMEZ | 7-21-17 | 0800 | 0000 | |
| R. TAIARIOL | 7/21/17 | 0850 | 0000 | |
| M. MORENO | 7/21/17 | 0800 | 0000 | |
| J. MAMARIL | 7/22/17 | 0800 | 0010 | |
| R. TAIARIOL | 7/22/17 | 0800 | 0000 | |
| J. MAMARIL | 7/23/17 | 0730 | 0000 | |
| R. TAIARIOL | 7/23/17 | 0800 | 0000 | |
| R. TAIARIOL | 7/24/17 | 0800 | 0000 | |

3

4372 Rodriguez

WIRE ROOM SIGN IN LOG

4373 Rodriguez

DR# 17-23754

| | | | | |
|---|---|---|---|---|
| J. MAMARIL | 07/24/17 | 0800 | 0000 | |
| A. ARISTA | 07/24/17 | 1512 | 0000 | |
| K. PHAM | 07/24/17 | 1512 | 0000 | |
| R. TAIARIOL | 7/25/17 | 0800 | 0000 | |
| D. GUTIERREZ | 7/25/17 | 1030 | 0000 | |
| J. MAMARIL | 07/27/17 | 0730 | 0000 | |
| M. MORENO | 07/25/17 | 0800 | 0000 | |
| J. MAMARIL | 07/26/17 | 0730 | 0000 | |
| R. TAIARIOL | 07/26/17 | 0800 | 0000 | |
| M. MORENO | 7/26/17 | 0800 | 0000 | |
| J. MAMARIL | 7/27/17 | 0800 | 0000 | |
| M. MORENO | 7/27/17 | 0800 | 0000 | |
| R. TAIARIOL | 7/27/17 | 1500 | 0800 | |
| R. TAIARIOL | 7/28/17 | 0800 | 0000 | |
| M. MORENO | 7/28/17 | 0800 | 1700 | |
| J. MAMARIL | 7/28/17 | 1600 | 0000 | |
| J. MAMARIL | 7/29/17 | 0730 | 0800 | |
| M. MORENO | 7/29/17 | 0730 | 0000 | |
| J. MAMARIL | 7/30/17 | 0800 | 0000 | |
| R. TAIARIOL | 7/30/17 | 0800 | 0000 | |
| P. GUTIERREZ | 7/30/17 | 0800 | 0000 | |
| J. MAMARIL | 7/31/17 | 0730 | 1230 | |
| R. TAIARIOL | 7/31/17 | 0800 | 0230 | |
| M. MORENO | 7/31/17 | 0800 | 1700 | |
| P. GUTIERREZ | 7/31/17 | 0800 | 0800 | |
| J. MAMARIL | 8/1/2017 | 0800 | 0000 | |
| M. MORENO | 8/1/2017 | 0800 | 0000 | |

4

WIRE ROOM SIGN IN LOG

4374 Rodriguez

DR# 17-23754

| Name | Date | Time In | Time Out | Signature |
|---|---|---|---|---|
| R. TAZARIX | 8/1/17 | 0750 | 0000 | |
| J. ~~MAMARIL~~ | | | | |
| P. GUITERREZ | 8/2/17 | 0300 | 0000 | |
| R. TAZARIOL | 8/2/17 | 0300 | 0800 | |
| J. MAMARIL | 8/2/17 | 0800 | 0000 | |
| R. TAZARIN | 8/2/17 | 1200 | 0000 | |
| J. MAMARIL | 8/3/17 | 0800 | 0000 | |
| R. TAZARIOL | 8/3/17 | 0800 | 0000 | |
| R. GUTIERREZ | 8/4/17 | 1000 | 0000 | |
| R. TAZARIX | 8/5/17 | 0800 | 0000 | |
| J. MAMARIL | 8/5/17 | 0800 | 0000 | |
| R. TAZARIOL | 8/6/17 | 0000 | 0000 | |
| J. MAMARIL | 8/6/17 | 0800 | 0000 | |
| R. TAZARIOL | 8/7/17 | 0800 | 1200 | |
| J. MAMARIL | 8/7/17 | 0800 | 0000 | |
| R. TAZARIOL | 8/2/17 | 0800 | 0000 | |
| M. MORENO | 8/8/17 | 0800 | 0000 | |
| J. MAMARIL | 8/8/17 | 0800 | 0000 | |
| P. GUTIERREZ | 8/8/17 | 1400 | 2400 | |
| P. GUTIERREZ | 8/9/17 | 0800 | 0000 | |
| J. MAMARIL | 8/10/17 | 0600 | 2230 | |
| P. GUTIERREZ | 8/10/17 | 0600 | 1800 | |
| M. MORENO | 8/10/17 | 0600 | 1800 | |
| J. MAMARIL | 8/11/17 | 0800 | | |
| M. MORENO | 8/11/17 | 0800 | | |
| R. TAZARIOL | 8/11/17 | 0800 | | |

5

4374 Rodriguez

## STATE OF CALIFORNIA - COUNTY OF SAN JOAQUIN

# SEARCH WARRANT AND AFFIDAVIT
## (AFFIDAVIT)

I, **Detective Ryan Taiariol,** swears under oath that the facts expressed by him in the attached and incorporated **Statement of Probable Cause (EXHIBIT "C")** are true and that based thereon he/she has probable cause to believe and does believe that the property described below is lawfully seizable pursuant to Penal Code Section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

**HOBBS SEALING REQUESTED: No NIGHT SEARCH REQUESTED: NO**

_____,
(Signature of Affiant)

### (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY OF SAN JOAQUIN:** proof by affidavit having been made before me by **Detective Ryan Taiariol** that there is probable cause to believe that the property and/or communications and/or data described herein may be found at the locations set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 as indicated by "X"(s) in that it:

- ✓ It tends to prove that a felony was committed
- ✓ It tends to prove that a particular person or persons committed a felony
- ☐ It was used as the means of committing a felony.
- ☐ It tends to prove that sexual exploitation of a child, or possession of matter depicting sexual conduct of a person under the age of 18 years has occurred or is occurring
- ☐ It tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring.
- ☐ It was stolen or embezzled

### YOU ARE THEREFORE COMMANDED TO SEARCH: (Locations and/or persons)

### (SEE EXHIBIT "A")

**FOR THE FOLLOWING PROPERTY:**

### (SEE EXHIBIT "B")

**YOU ARE COMMANDED,** within five business days after receipt of this search warrant, to deliver by mail or otherwise, to the above named law enforcement officer, together with the declaration as set forth below, a true, durable and legible copy of the requested records listed in the **Exhibits "B"** (See California Pen. Code, § 1524.2)

3988 Rodriguez

**Special Instructions to Provider:**

**Verification of Authenticity:** The Custodian of Records shall complete and sign the "Declaration of Custodian" which accompanies this search warrant. The "Declaration of Custodian" shall be returned with a copy of the requested records. (California Pen. Code, §§ 1546.1(d)(3), 1524.2 (b)(4).)

**Additional orders** (If checked)

✓   **Off-Site Search Authorization**: If the device(s) described above is found in the place described in **Exhibit "A"**, it may be removed from the premises and searched at a secure location. Officers may, if necessary, seek the assistance of a civilian expert in this field to conduct the search.

 **Sealing order:** Good cause having been demonstrated in the affidavit, this search warrant, the affidavit in support thereof, and all attachments shall not become a public record and shall be sealed and delivered into the custody of the Clerk of the Court pending further order of this court.  Grounds for sealing: ☐Informant protection (Evid. Code § 1041)   ☐ Official information (Evid. Code § 1040)

**Disposition of communications and/or data:** Pursuant to Penal Code §§ 1528(a), 1536, all communications and/or data seized pursuant to this search warrant shall be retained in Affiant's custody pending further court order.

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this _____ 8 R day of _____ July _____ , 2017 , at _1221_ A.M. / P.M.

Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

**HOBBS SEALING APPROVED:** NO **/ NIGHT SEARCH APPROVED:**   NO

_William D Johnson_
(Signature of Magistrate)
Judge of the Superior Court of California, County of SAN JOAQUIN

_William N Johnson_
(Magistrate's Printed Name)

## EXHIBIT A

## LOCATIONS TO BE SEARCHED

The business(es) known as:

The San Joaquin County Sheriff's Office
San Joaquin County booking and property room
999 W Mathews Rd, French Camp, CA 95231

San Joaquin County Probation Department
24 South Hunter #201, Stockton, CA 95202

## EXHIBIT A

## LOCATION(S) TO BE SEARCHED

**Place(s) to be searched**:

   ✓ The item(s), described in Exhibit B, is in the custody of law enforcement and is
     located at:

The San Joaquin County Sheriff's Office
San Joaquin County booking and property room
999 W Mathews Rd, French Camp, CA 95231

San Joaquin County Probation Department
24 South Hunter #201, Stockton, CA 95202

3991 Rodriguez

## EXHIBIT B

## PROPERTY TO BE SEIZED

**Device(s) to be searched and seized**:

✓ X The items are cellular telephones and all memory cards immediately
associated/attached with the cellular telephones such as SIM cards and memory
cards and is described as:

Item number one (1);     Belonging to Steven Rodriguez:

               Color: Unknown

               Make: Unknown

               Model: Unknown

               Serial Number: Unknown

               Phone number: (209) 898-4496

✓ X The item(s) is/are an electronic device(s) described as:

X The item(s) is/are an electronic device(s) located at the location described in
Exhibit "A" which includes all electronic devices that contain electronic information
(defined in Penal Code. Code §1546) that constitute evidence and instrumentalities
of the commission or planning of Assault with a deadly weapon [PC 245(a)(2)],
committing the crime as being a documented member [PC 186.22(a)], in association
with, at the benefit of or at the direction of [PC 186.22(b)(1)] occurring June 18th
2017, including communications referring or relating to a this investigation for the
period of June 15th 2017 until July 18th 2017, involving any or all of the following:
Members and associates of the Northern Riders/ Norteno criminal street gang.

3991 Rodriguez

✓  X The item(s) is/are an electronic device(s) located at the location described in Exhibit "A" which includes all electronic devices that contain electronic information (defined in Penal Code. Code §1546) that constitute evidence and instrumentalities of the commission or planning of three counts of attempted homicide of a police officer [PC 664/187] committing the crime as being a documented member [PC 186.22(a)], in association with, at the benefit of or at the direction of [PC186.22(b)(1)] occurring June 26th 2017, including communications referring or relating to a this investigation for the period of June 26th 2017 until July 18th  2017, involving any or all of the following: Members and associates of the Northern Riders/ Norteno criminal street gang.

Included in the above-described device(s) sought to be searched and seized are:

✓  All communications content, including email, text (SMS/MMS or app chats), notes, or voicemail. This data will also include attachments, source and destination addresses, and time and date information, and connection logs, images and any other records that constitute evidence and instrumentalities of the commission or planning of Assault with a deadly weapon [PC 245(a)(2)], the commission or planning of three counts of attempted homicide of a police officer [PC 664/187] committing the crime as being a documented member [PC 186.22(a)], in association with, at the benefit of or at the direction of [PC186.22(b)(1)] for the dates above, including communications referring or relating to this investigation involving commission or planning of any or all of the following: Members and associates of the Northern Riders/Norteno criminal street gang, together with indicia of use, ownership, possession, or control of such communications or information found.

✓  All location data for the dates above. Location data may be stored as GPS locations or cellular tower connection data. Location data may be found in the metadata of photos and social networking posts, wi-fi logs, and data associated with installed applications.

✓  All photographic/video/audio data and associated metadata.

✓ All Internet history for the dates above, including cookies, bookmarks, web history, search terms.

✓ All financial information.

✓ All indicia of ownership and control for both the data and the cellular device, such as device identification and settings data, address book/contacts, social network posts/updates/tags, wi-fi network tables, associated wireless devices (such as known wi-fi networks and Bluetooth devices), associated connected devices (such as for backup and syncing), stored passwords, user dictionaries.

Pursuant to California Penal Code § 1546.1 (d)(2), any information obtained through the execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall not be subject further review, use, or disclosure absent an order from the Court. If no evidence of criminal activity is discovered relating to the seized property and associated peripherals, the system will be returned promptly

3993 Rodriguez

3994 Rodriguez

**Exhibit C**

**AFFIDAVIT FOR SEARCH WARRANT**

**County of San Joaquin**

**STATE of CALIFORNIA, COUNTY of San Joaquin,**

ATTACHED and INCORPORATED

# STATEMENT OF PROBABLE CAUSE

Affiant declares under penalty of perjury that the following facts are true and that there is probable cause to believe, and Affiant does believe, that the designated articles, property, and persons are now in the described locations, including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them, the vehicles and the persons:

Your affiant, Ryan Taiariol, is a duly sworn Peace Officer of the State of California, as defined in Section 830.1 of the California Penal Code. I am employed by the City of Stockton Police Department, and having been so employed since December 22, 2007. During this period, pursuant to his employment as a police officer, I attended the P.O.S.T. basic police academy where I received no less than sixteen (16) hours of classroom instruction in the field of criminal street gangs.

From June 2007 to June 2012, I was assigned to Field Services, Patrol Division. My duties included, but were not limited to, responding to citizen calls for service and in-progress crime. During this time period, I investigated gang-related crimes ranging from Penal Code section 187 (murder); Penal Code section 245 (assault with a deadly weapon); Penal Code section 246 (shooting into an occupied dwelling); and Penal Code section 243 (battery).

From June 2012 to September 2014, I was assigned as an officer on the Community Response Team. His duties included, but were not limited to, responding and addressing high-activity gang and narcotic areas within the City of Stockton. I

3994 Rodriguez

maintained a highly-visible presence within the targeted areas contacting gang members and narcotic users.  During this time period, I assisted the Gang Violence Suppression Unit with ongoing investigations within the City of Stockton.  In November of 2013, I attended a Basic Gang school.  The class consisted of a forty (40) hour course of instruction hosted by the Institute of Criminal Investigation in Fresno, California.  The course included training and instruction in criminal street gangs and their subcultures.  In August 2014, I attended an eight (8) hour course hosted by the Stockton Police Department covering current gang trends and investigations.

In September 2014, I attended an eight (8) hour course hosted by Serrato & Associates, Inc.  The course was regarding Criminal Street Gangs and Nuestra Familia.

On November 03, 2014, I attended and successfully completed an eight (8) hour Electronic Surveillance (Wiretap) course, hosted by the Drug Enforcement Agency (DEA) in San Francisco, California.  The course covered the lawful interception of wire, electronic digital pager, and electronic cellular telephone communication as authorized in Chapter 1.4 commencing with Section 629.50 of the Penal Code.

From January 2015 until September 2015, I worked as a co-case agent in a law enforcement wiretap investigation focusing on the Norteno Criminal street gangs, South Side Stocktone and Triple Six Gangsters, in the City of Stockton.  The investigation resulted in the arrests of 74 Norteno Criminal Street gang members and or associates for narcotics and firearms violations, assault with a deadly weapon, homicide as well as conspiracy charges.

In September 2016, I attended a sixteen (16) hour course hosted by the Monterey County Sherriff.  The course covered current gang trends, investigations, and the use of Informants and Under Cover officers.

In December 2016, I attended a forty (40) hour Advanced Gangs course hosted by the Institute of Criminal Investigation.

In addition to the foregoing coursework, I speak to other law enforcement investigators on a regular basis to update and refine his knowledge regarding the above subject areas, especially with respect to emerging criminal street gang trends and

3995 Rodriguez

activities.  I also speak to self-admitted criminal street gang members on a regular basis to update and refine his knowledge regarding the above and with respect to criminal street gangs.  I also speak to community-based groups, local businesses, and educational institutions on criminal street gangs and narcotics education and awareness.

During my employment as a Stockton police officer, I have participated in approximately one thousand (1000) investigations related to gang members, have arrested/ participated in the arrest of approximately five hundred (500) gang members and has interviewed approximately five hundred (500) subjects on their gang affiliation.

I have also participated in approximately one hundred and fifty (150) investigations related to the use, possession, possession for sale, sales, and transportation of controlled substances.

I have arrested approximately sixty (60) people for narcotic violations including the possession and possession for sale of dangerous drugs.  I have interviewed approximately one-hundred and twenty-five (125) subjects that are either users of and/ or sellers of narcotics and/ or dangerous drugs.

I have participated in approximately fifty (50) controlled buys of narcotics and/ or dangerous drugs.  I have participated in the preparation and/ or execution of approximately fourty (40) search warrants.   I have also participated in seven (7) criminal street gang Title III investigations.

I have attended schools, lectures, and seminars in the field of gang investigations and gang-related crimes.  I am familiar with criminal street gang methods of operation including drive-by shootings; murders; the distribution, storage, and transportation of firearms and narcotics; the collection of money that represents the proceeds of firearm and/ or narcotics trafficking; and money laundering.  I have worked with a number of federal, state, and local agencies in active criminal street gang and narcotic investigations.

I have testified as a criminal street gang expert in the area of Northern Hispanics (Nortenos) in San Joaquin County thirteen (13) times in San Joaquin County.  I have

3996 Rodriguez

also testified as a criminal street gang expert in the area of African American gangs eight (8) times, seven (7) of those were in San Joaquin County and one (1) time was in Butte County.

I am certified by the California State Attorney General's Office in the practical, technical and legal aspects of court-ordered wiretaps (Penal Code section 629.50, et seq.). I have also participated in investigations in support of applications for electronic surveillance (wiretap).

The opinions expressed in this affidavit regarding the "Nortenos" and/or Northern Riders as a criminal street/prison gang and the activities being committed in violation of Penal Code section 186.22 are those of your affiant, Detective Ryan Taiariol.

I have been working with Senior Special Agent Christopher Paris with the Office of Correctional Safety, in regard to the connections between Stockton Norteno criminal street gang members, Northern Riders, and the Nuestra Familia prison gang.

**FACTS:**

On 6/26/17 at 11:08 p.m., Officer Kyle Tacker and Officer Ryan Clyborne, with the Stockton Police Department, were patrolling the area of Poplar and Harrison Streets in the City of Stockton, County of San Joaquin. The officers were in full uniform and in a marked patrol vehicle.

The officers observed a red Pontiac Grand Am make a northbound turn onto Harrison from Poplar, and the vehicle failed to make a stop at the marked stop sign. The officers got behind the vehicle and activated their overhead emergency lights, with a solid forward facing red light. The driver of the vehicle sped off, and drove east on Acacia Street. At approximately Acacia and Lincoln, the front passenger positioned himself on the window sill of the passenger's door. The passenger was a Hispanic male in mid-twenties to thirties, wearing a black shirt, and a dark colored flat bill hat. The front passenger pulled out a firearm, cocked it back, and began firing at officers Clyborne and Tacker's vehicle. The suspect fired approximately three rounds at the officers' vehicle,

striking the patrol vehicle on the windshield and the front passenger door, near the door jam. The officers continued to pursue the vehicle, but the vehicle drove at a high rate of speed away from the officers. The officers then lost the vehicle in the area of Acacia/California.

Sergeant M. Couvillion, who was also driving a marked patrol vehicle and listening to the police radio traffic, located the red Pontiac Grand Am in the area of El Dorado and Miner. Sergeant Couvillion was able to obtain a license plate of 6DSF269, registered to Steven Rodriguez or Stacy Cano of 2662 Playa Del Sol Ave, Stockton, CA. The same passenger suspect, who Sergeant Couvillion identified as a Hispanic male, then began firing at Sergeant Couvillion's patrol vehicle, firing at him approximately 4-5 times. Sergeant Couvillion continued to pursue the vehicle west on Highway 4. Sergeant Couvillion estimated the suspect vehicle to be traveling over 100 miles per hour. Sergeant Couvillion lost sight of the suspect vehicle at the Highway 4 interchange with North and Southbound Interstate 5. The red Grand Am was not located.

Officers Clyborne went back to the location where they were shot at by the suspects and located was (1) FC Luger 9mm and (2) Aguila 9MM shell casings at the intersection of Acacia and Van Buren and Center/Miner. The Officers also located a dark colored flat bill hat at the corner of Monroe and Acacia, matching the description of the hat that the shooting passenger was wearing when he fired at the officers.

Officers reviewed the City of Stockton camera's that are strategically placed throughout the city and located the red Pontiac Grand Am bearing California license plate #6DSF269. The vehicle is seen with a patrol vehicle behind it as the vehicle speeds away toward highway 4.

I spoke with Sergeant Couvillion with regards to the pursuit. Sergeant Couvillion told me that he lost sight of the suspect vehicle at the North and South bound interchange of Interstate 5. Sergeant Couvillion did not see the vehicle as he approached the Interchange, so he took the southbound on ramp for Interstate 5. At that time, he saw a vehicle driving erratically onto Interstate 5 and believed this was the shooters' vehicle. Other officers attempted a stop on the vehicle, which pulled over. The male occupant of the vehicle told officers that a red Pontiac Grand Am collided into

his vehicle at a high rate of speed and sped away. The driver was driving erratically trying to catch up to the red Grand Am when he was stopped by officers. The victim of the hit-and-run last saw the red Grand Am exit Interstate 5 at Martin Luther King Blvd and travel west on Martin Luther King. (SPD DR# 17-23754)

As a result of the incident, the Stockton Police Department sent out information regarding the shooting incident to the police agencies within San Joaquin County.

Officers with the Tracy Police Department contacted the Stockton Police Department to provide information on a June 18, 2017 shooting incident in the City of Tracy, County of San Joaquin. The Tracy shooting took place at the Sunset Liquors where the suspect vehicle was also a red Pontiac Grand Am.

On 6/18/17 at approximately 7:51 p.m., officers with the Tracy Police Department were dispatched to 2355 Parker Avenue, Tracy, CA (Sunset Liquors) on report of shots being fired in the area. Officers were advised by dispatch that the people involved in the shooting got into a red colored vehicle and the other group of people got into a gray colored van. Dispatch advised the Tracy officers that the red colored vehicle had left the location after the shooting occurred.

Tracy officers arrived at the location and were contacted by a witness identified as Kamaljit Khurana. Khurana told the officers that the suspect had fired at three males that were standing directly in front of the entry/exit door to the business. Officers contacted a second witness, who was identified as Daniel Chavez. Chavez told officers he was across the street in front of his residence when the shooting occurred. Chavez stated he heard the screeching of the tires from a car quickly stopping and then heard two gunshots. Chavez ran to see what was happening and observed a red, late 90's to early 2000's sedan driving away quickly. Chavez stated the males that had been shot at, got into a gray minivan and left the location. Chavez stated there were four subjects in the red car that was responsible for the shooting, and the driver of the vehicle was not the shooter.

Officers then contacted Raj Pal, who was working at the store when the incident occurred. Officers used Khurana to translate for Pal since Pal did not speak English

very well. Pal advised officers that three Hispanic males came into the business and purchased two twelve packs of Modelo beer. Pal advised that one of the males comes to the store frequently and has a pony tail. Pal stated the males walked out of the store, and one of the males ran back in before the shooting.

Officers reviewed the surveillance camera in the store and officers were able to identify the victims as Jorge Mendez, David Coria, and Carlos Coria. Officers observe Jorge, David, and Carlos exit the store and then a red colored Pontiac, possibly a Grand Am, arrived in front of the business. The front passenger of the red colored vehicle pointed and fired a handgun at the intended victims. Officers attempted to locate the victims and the victim vehicle, but they were not able to locate either.

Officers contacted an additional witness who was identified as Sandra Chavez. Chavez advised officers that she was sitting in her car, near her residence, when she observed a Hispanic male in his 20's, wearing light colored shorts and high white socks, exit Sunset Liquors carrying a case of beer. The male walked to a silver colored SUV and a red vehicle arrived next to the SUV. The passenger in the red vehicle fired a gun at the subject holding the beer and left the location. Chavez was not able to get a description of the two subjects in the back seat of the red vehicle, but Chavez described the driver as having tattoos on his neck and face, and the passenger only had tattoos on his neck. Chavez described the red vehicle as having red faded paint and normal gray colored wheels.

Officers located two 9mm FC Luger casings in front of the business. (TRACY PD Crime Report # 17-4544).

As Stockton PD investigators began to follow-up on the Stockton shooting, photographs of the registered owners, Target Subject #2 Steven Rodriguez and Target Subject #1 Stacy Cano were obtained.  A records check on Steven Rodriguez showed he has a felony bench warrant for a Post Release Community Supervision violation (PRCS).  Steven Rodriguez is also a previously documented SSS or Southside Stocktone Norteno criminal street gang member.  Currently, Steven Rodriguez is documented as a Northern Rider with the California Department of Corrections and

Rehabilitation. Steven Rodriguez has tattoos on his neck area along, with a SSS tattoo, and huelga bird tattoo on his chest.

Investigators received surveillance video from the Tracy PD Sunset Liquors incident. After reviewing the surveillance video from the Tracy incident, it appears that the registered owner of the Red Pontiac, Steven Rodriguez, closely resembles the driver of the shooting vehicle seen in the surveillance cameras in the Sunset Liquors shooting. The passenger shooter of the Tracy shooting appeared to be wearing a mask covering his face.

I received information from Tracy PD with regards to their agencies contacts with Steven Rodriguez. On October 19, 2016, Steven Rodriguez was contacted by Tracy PD Officer P. Giusto at the Microtel Inn, located at 861 Clover Road Tracy, California, County of San Joaquin. Steven was contacted by Officer Giusto over a civil matter over car keys. Steven provided his home address as 2662 Playa Del Sol Avenue in Stockton.

We also gathered information on the other registered owner of the red Pontiac, Stacy Cano. In looking at social media website, Facebook, it appears Stacy Cano and Steven Rodriguez are in a dating relationship. Stacy Cano currently has two felony no bail bench warrants out of Amador County. Stacy Cano has prior contacts with the Stockton Police Department, but her most recent California Department of motor vehicles address listed is 861 Clover Road, (Microtel Inn) in the City of Tracy.

On June 27, 2017, in the late morning hours, Tracy Police Department Officer P. Giusto responded to the Microtel Inn located at 861 W. Clover Road in the City of Tracy, County of San Joaquin, regarding an Auto Theft investigation.

Upon arrival, officer Giusto met with Stacy Cano, who is employed as a housekeeper at the Inn and also resides on the Inn premises. Stacy was wearing a blue polo shirt which had markings of "Microtel" on the front and a name tag with the name of "Stacy." Officer Giusto also identified Stacy as short, stocky, and having tattoos on both arms.

4002 Rodriguez

Stacy told Officer Giusto that on the evening of June 26th at approximately 10:30 PM she parked, locked, and secured her red Pontiac Grand Am license # 6DSF269 in the Inn parking lot.  Stacy said she parked the vehicle on the south side of the Inn at the very east portion of the parking lot.  Stacy said she is one of the registered owners of the vehicle along with her boyfriend Steven Rodriguez.  On June 27th at approximately 9:30 AM, Stacy woke up and walked to her vehicle.  Stacy noticed it was not in the parking lot and called the Tracy Police Department.  Stacy told officer Giusto that there was only one key to the vehicle and she had it.  Stacy had no idea who may have taken the vehicle.

Officer Giusto asked Stacy if her boyfriend Steven Rodriguez may have taken the vehicle.  Stacy was sure that Steven had not taken the vehicle because he has been in Castro Valley for the past week, staying at a friend's residence.  Stacy told Officer Giusto her cellphone number was (209) 808-4484 and her boyfriend Steven Rodriguez's cellphone is Target Telephone #3 (209) 898-2987.  Officer Giusto took the stolen vehicle report and Stacy signed the report. (Tracy PD Report # 17-4733)

Officer Giusto told me that Stacy appeared to be very nervous as she was speaking with him.  Officer Giusto notified Stockton Police officer R. Harrison and advised her that Stacy had two felony bench warrants for her arrest (Amador County Warrant #'s 08CR14907 and 10CR1683201).  Officer Giusto was asked to not arrest Stacy pending further investigation.  Officer Giusto then cleared the scene.  At approximately 12:30 PM, I spoke with officer Giusto via the telephone and asked him if he would be willing to call Stacy back at the cellphone number she provided (209) 808-4484 and try to confirm her identity, through voice recognition.  At approximately 12:50 PM, Officer Giusto called me and told me at 12:45 PM, he called Stacy's cellphone number and a female answered.  Officer Giusto confirmed the female's voice as Stacy Cano.  Officer Giusto had conversation with Stacy asking her additional questions to the auto theft investigation and then ended the conversation.

At approximately 1:06 PM, Stockton Police Department Officer R. Harrison was conducting surveillance at the Microtel Inn at 861 W. Clover Road in the City of Tracy, County of San Joaquin, when she saw Stacy Cano walk out of the Inn from the front

doors. Stacy was observed walking to the back parking lot looking around the lot at vehicles. Stacy then walked to the front of the Inn parking lot and onto Clover Road looking up and down the street. Stacy then walked back in to the Inn.

I met with Gang Detective C. Slate and provided him with the two cellphone numbers that Stacy provided to Tracy Police Officer Giusto. I asked Detective Slate to follow up at a Metro PCS Kiosk at 905 W. March Lane in the City of Stockton, County of San Joaquin, and input the numbers provided. The kiosks are open to the public and outside of the business building. Detective Slate arrived at the Metro PCS business and entered number (209) 808-4484. The subscriber information of this number was listed as belonging to Stacy Cano. Detective Slate then entered the number (209) 898-2987. The subscriber listed on this cellphone number is Debra Pizano.

Follow-up was conducted on the name Debra Pizano and at this time, investigators are not able to determine a connection between Debra Pizano and Stacy Cano or Steven Rodriguez.

Based on my training and experience with regards to co-conspirators involved in criminal incidents, involving a vehicle used in that criminal incident, it is common to falsely report the vehicle used by the conspirators/co-conspirators as having been stolen (prior to the criminal incident) in an attempt to confuse and/or place law enforcement on a cold trail.

Investigators believe Steven Rodriguez to be the driver in the Tracy shooting incident and also has believe him to have knowledge and/or to be involved and know the whereabouts of his red Pontiac Grand Am, which was used in the Stockton PD shooting incident on 06/26/17.

Not knowing who the shooter is in both the Tracy PD and Stockton PD incident, as a gang investigator I know it is common for gang members to be with and/or commit crimes with other trusted members of his/her group. I also know it is common to hide a vehicle used in a shooting incident.

On 06/28/2017, Detective P. Gutierrez presented the Honorable Judge Johnson with a wiretap affidavit requesting to monitor Target Subject #1 Stacy Cano's

4003 Rodriguez

communications on Target Line #1 209-808-4484.  Judge Johnson reviewed and granted the wiretap order.


Agents from the Department of Justice responded to the SEB to assist with the initiation of the wiretap order.  At approximately 1915 hours, the first intercept was received on Target Line #1 209-808-4484.  At approximately 1926 hours, the first voice call was received at 1926 hours.  Between the hours of 1926 06/28/2017 and 0815 06/29/2017, there were 62 intercepts between Target Telephone Line #1 (209) 808-4484 and Target Telephone Line #2 (209) 898-4496.  During the intercepts the following text message conversation occurred between the two above listed Target Lines:


On 06/28/2017 at 10:27:13 hours Target Subject #1 Stacy Cano received an incoming text message on Target Telephone Line #1 (209) 808-4484 from an unidentified person at (209) 898-4496.  The text message read, "Yea okay".

End of call.

On 06/28/2017 at 10:27:21 hours Target Subject #1 Stacy Cano received an incoming text message on Target Telephone Line #1 (209) 808-4484 from an unidentified person at (209) 898-4496.  The text message read, "Well wuts up wit car"

End of call.

On 06/28/2017 at 10:27:34 hours Target Subject #1 Stacy Cano sent an outgoing text message on Target Telephone Line #1 (209) 808-4484 to an unidentified person at (209) 898-4496.  The text message read, "I really do hope u cum home i miss u"

End of call.

On 06/28/2017 at 10:28:07 hours Target Subject #1 Stacy Cano received an incoming text message on Target Telephone Line #1 (209) 808-4484 from an unidentified person at (209) 898-4496.  The text message read, "Idk i'll talk to u when u get here"

End of call.

On 06/28/2017 at 10:31:06 hours Target Subject #1 Stacy Cano sent an outgoing text message on Target Telephone Line #1 (209) 808-4484 to an unidentified person at (209) 898-4496. The text message read, "My bad for saying i miss u"

End of call.

On 06/28/2017 at 10:32:45 hours Target Subject #1 Stacy Cano sent an outgoing text message on Target Telephone Line #1 (209) 808-4484 to an unidentified person at (209) 898-4496. The text message read, "Im goin to sleep trust me i wnt say i love u any more or that i miss u"

End of call.

On 06/28/2017 at 10:36:03 hours Target Subject #1 Stacy Cano received an incoming text message on Target Telephone Line #1 (209) 808-4484 from an unidentified person at (209) 898-4496. The text message read, "Well den dont b with me either get ur other one"

End of call.

On 06/28/2017 at 10:36:25 hours Target Subject #1 Stacy Cano received an incoming text message on Target Telephone Line #1 (209) 808-4484 from an unidentified person at (209) 898-4496. The text message read, "Wuts up with car"

End of call.

On 06/28/2017 at 10:36:30 hours Target Subject #1 Stacy Cano sent an outgoing text message on Target Telephone Line #1 (209) 808-4484 to an unidentified person at (209) 898-4496. The text message read, "Wat r i talking about now"

End of call.

On 06/28/2017 at 10:37:08 hours Target Subject #1 Stacy Cano received an incoming text message on Target Telephone Line #1 (209) 808-4484 from an unidentified person at (209) 898-4496. The text message read, "U cant tell me u love me den dont b with me"

End of call.

On 06/28/2017 at 10:37:32 hours Target Subject #1 Stacy Cano sent an outgoing text message on Target Telephone Line #1 (209) 808-4484 to an unidentified person at (209) 898-4496. The text message read, "U dnt tell me"

End of call.

The content of the text messages seemed to be that of a couple arguing. Due to information available on social media it is the belief of your affiant that Stacy Cano and Steven Rodriguez are in an intimate relationship. Furthermore, Steven Rodriguez is one of the registered owners of the suspect vehicle involved in the attempt homicide of Stockton Police officers. The text message conversation includes talk of a vehicle and the unidentified person inquiring about a vehicle. Stacy Cano reported the vehicle stolen on 06/27/2017. Through your affiant's training and experience, I know it is common for a significant other, typically a female, to report a vehicle stolen after it has been involved in a crime. This allows for a possible explanation for the vehicle's involvement while distancing the registered owner from the crime. By using the significant other, it also prevents contact between the registered owner and law enforcement.

On 06/29/2017 at 1528 hours the San Joaquin County Sheriff's Office contacted Stockton Police Telecommunications Center. They advised that they received a phone call reporting a possible stolen vehicle being dumped. Upon running the license plate, 6DSF269, they discovered it was the red Pontiac used in the attempted homicide of Stockton Police officers. I requested that Stockton Police Officers respond. I received a phone call from Officer Michael Serna who advised he was on scene with the vehicle. I requested he tow the vehicle and have it stored at an inside facility to be processed for possible evidence.

On 06/30/2017 Detective Miroslava Moreno authored a search warrant with the intent of searching and processing the red Pontiac. The warrant was reviewed and granted by the Honorable Judge Vlavianos.

4006 Rodriguez

Surveillance officers were able to locate Steven Rodriguez.  Surveillance followed Steven Rodriguez to a residence near Harris Street and Lowell Avenue.

Officer Epperson established surveillance on the vehicle Steven Rodriguez was utilizing and at 1636 hours watched as Steven Rodriguez exited 2835 South Harris Street and entered the passenger side of the grey Ford Mustang.

This residence of 2835 South Harris Street is within one block of Lowel and Harris, the location the Stockton Police Department recovered the red Pontiac used in both the Tracy shooting and the shooting at Stockton Police Officers.

Stacy Ann Cano is currently the girlfriend of Steven Rodriguez, a documented Northern Rider prison gang member with the California Department of Corrections and Rehabilitation.  Stacy Cano was recently arrested for two felony no bail bench warrants from Amador County, State of California for narcotics violations, and as of this writing, is in custody at the San Joaquin County Jail.

This current investigation was initiated by the Stockton Police Department on June 27, 2017 as a result of a June 26, 2017 police pursuit which escalated with the suspects firing a handgun at pursuing officers.

On 7/1/17 at 06:25:42 hours Steven Rodriguez sent a text message on to a subject utilizing the telephone number (831) 731-0350.  The unidentified subject has tentatively been identified as Sinohe Hercules 10/10/81 (currently serving a manslaughter sentence).  Below is a transcription of the conversation:

| | |
|---|---|
| **TT#02 - Steven Rodrigue**<br>07/01/2017 06:25:18 | Shots fired at Stockton police officers. No injuries reported http://www.newsbreakapp.com/n/07v95wiE?s=a4 |
| **TT#02 - Steven Rodrigue**<br>07/01/2017 06:25:42 | Yea get all dat n try to get at jo jo |
| **TT#02 - Steven Rodrigue**<br>07/01/2017 06:27:02 | Stockton Officers Shot At By Passenger Of Fleeing Car http://www.newsbreakapp.com/n/07v7nYrv?s=a4 |
| **(831) 731-0350**<br>07/01/2017 12:33:38 | A bro u still got that hundred |

4007 Rodriguez

4008 Rodriguez

The links depicted the following attached articles:



# Shots fired at Stockton police officers. No injuries reported

Follow  6,888 followers   Like 452K   Share

Sacramento Bee - 2017.6.27



Shots were fired at three Stockton Police officers late Monday in two separate incidents, police report. The officers were not injured. According to Stockton Police, about 11 p.m. two officers attempted a stop on a vehicle for a traffic violation at Acacia Street near Lincoln Street. A vehicle occupant immediately...

4008 Rodriguez

# Stockton Officers Shot At By Passenger Of Fleeing Car



cbslocal.com · 2017-5-27



STOCKTON (CBS13) - Police are looking for the suspect who opened fire at officers during a chase in Stockton late Monday night. The scene was near Acacia and Monroe Streets. Stockton police say an officer tried to pull over a car for a traffic violation in the area just after 11 p.m....

It is the GVSU's belief that this is Steven Rodriguez's attempt to inform an associate of the incident and to brag.

On July 10, 2017 the Honorable Judge Johnson read and authorized a social media wiretap on the Facebook page belonging to Martin Harlan.

This affidavit contains facts that establish Steven Rodriguez is an active member of the Nortenos and/or Northern Riders criminal street/prison gang and is in communication with Martin Harlan and is assisting him and other Nortenos and/or Northern Rider gang members who are actively involved in felonious activity, which is committed for the benefit of, at the direction of, or in association with Nortenos and/or Northern Riders criminal street/Prison gangs members and is intended to promote, further, or assist Nortenos and/or Northern Riders gang members in criminal activity.

It is my opinion based on this investigation that Steven Rodriguez is assisting Martin Harlan and other suspects involved in the attempted murder of Stockton Police Officers Kyle Tacker, Ryan Clyborne, and Sergeant Mark Couvillion.

It is the opinion of your affiant that the assault with a deadly weapon and the attempt homicide of three Stockton Police officers was committed by at least one member of the Northern Riders/Norteno criminal street gang. It is your affiant's opinion

4010 Rodriguez

that the assault with a deadly weapon incident was committed in association with known Northern Riders/Norteno members and to benefit the Northern Riders/Norteno criminal street gang by taking violent action against what was possibly a threat or rival gang.

It is your affiant's opinion that the attempted homicide of three Stockton Police officers was committed in association with known Northern Riders/Norteno members and to benefit the Northern Riders/Norteno criminal street gang by taking violent action against what was possibly a threat or rival gang. This action also would enhance their status within rival gangs and within the Northern Riders/Norteno criminal street gang.

A preliminary Integrated Ballistics Identification Systems report indicated that the shell casings from the assault with a deadly weapon in Tracy matched the shell casings from the attempt homicide of three Stockton Police officers.

I know it is common for criminal street gang members to take photographs with their cell phones. These photographs are commonly of themselves, of their fellow members, and of crimes they have committed.

**Reason(s) suspect and items to be seized are thought to be at location at time of service.**

Members are increasingly using computers and cell phones to maintain digital files and photos, which document their criminal activities as well as using the internet to communicate and plan these criminal activities. I know that gang members photograph themselves displaying hand signs, carrying firearms, and associating with fellow members.

Based on your affiants training and experience your affiant believes that the cell phone involved in this investigation may contain incriminating photographs, videos, text messages and/or other evidence that may determine ownership of the handguns and ammunition. I further believe that this phone may contain evidence of gang membership. Your affiant believes that the cell phone will contain Global Positioning

****

System information, either in the form of GPS data or by way of data saved during a photograph. Often, cell phones save the location a picture was taken.

Your affiant requests that a search warrant be issued to recover any data to include but not limited to digital photographs and digital videos.

Your affiant requests the warrant be issued to recover incoming, outgoing, received, missed and/or dialed calls from June 15, 2017 through July 18, 2017.

Your affiant requests the warrant be issued to recover any Global Positioning System information retained on the phone. This information can be accessible through a Global Positioning System format on the phone and also through photographs and data downloaded during the shooting. The shooting occurred on June 26, 2017 at approximately 2308 hours. Your affiant requests the warrant be issued to recover GPS information from June 26, 2017 until July 18, 2017. Your affiant believes that this information will information regarding the attempt homicide of three Stockton Police officers.

If this phone is locked with a personal lock code, which we are unable to circumvent, I further request that other law enforcement agencies and /or civilian personnel/entity with the necessary technical knowledge and equipment, be allowed to assist the investigators from the Stockton Police Department with technical expertise and equipment with the retrieval of evidence contained on the device. If assistance is need from the above mentioned, your affiant requests the service date on this search warrant be extended beyond the standard ten days as you affiant has been told by other detectives that the cell phones may need to be taken to law enforcement/ civilian personnel/entity with special expertise and equipment who are located elsewhere in the

4011 Rodriguez

United States. The time needed to transport and download the cell phone may very well extend beyond the ten day period.

The foregoing is true to my knowledge except as to those matters stated upon information and belief and as to those matters I believe them to be true.

I request that a Search Warrant be issued based upon the aforementioned facts, for the seizure of said property, or any part thereof, between the hours of 7:00 A.M. and 10:00 P.M., good cause being shown thereof, and the same be brought before this Magistrate or retained subject to the order of the court, or of any court in which the offense(s) in respect to which the property of things taken, triable, pursuant to Section 1536 of the Penal Code.

Items attached and incorporated by Reference:   YES  ☑  NO  ☐

I certify (declare) under penalty of perjury that the foregoing is true and correct.

Executed at **Stockton**, California

_____  12:21 _____, 18th day of July, **2017, at**
**A.M. / P.M.**

        (Signature of Affiant)

Reviewed by : _____, 18th day of July, **2017, at** 12:21
**A.M. / P.M.**

        (Signature of Magistrate)

        William J. Johnson

        (Printed Name of Magistrate)

EXHIBIT 1

5848 Rodriguez

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
**ORIG**



7000 MICHAEL CANLIS BLVD

French Camp, CA. 95231

(209) 468-4400

(209) 468-4496

CONTROLLED DOCUMENT
DUPLICATION OR REISSUANCE
CONTROLLED BY LAW
Reprinted by 07/18/2017

561B

Released to: DG Members/Dept ID# GOMES, NICK

By: QF Date 7-10

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|
| San Joaquin County Sheriff | | | 17-19866 | ORIG | 07/18/2017 | 23:33 | 171990564 |

| Status | Rpt/Incident Typ |
|---|---|
| ARREST, PHYSICALLY IN CUSTODY | FIREARMS - ILLEGAL - CONCEALED |

| Location | | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|---|
| N FILBERT ST/E WATERLOO RD | | | | STOCKTON | | 95205 | 526 |

| Area | Beat | From Date | From Time | Member/Dept ID# | | | Assignment |
|---|---|---|---|---|---|---|---|
| 4 | 04 | 07/18/2017 | 23:33 | 157593/GOMES, NICK | | | PATROL |

| Entered by | Assignment | | RMS Transfer | Prop Trans Stat |
|---|---|---|---|---|
| 164105 | SUPPORT SVCS/RECORDS/CRIMINAL/TYPIST | | Successful | Successful |

| Report Title | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Documented Report | 2189 | 07/19/2017 | 11:24:38 |

| Firearms Tracking Form | Booking/Added Chg Form | Citation | Evidence Submitted | Statement Taken |
|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes |

| Area Checked |
|---|
| Yes |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | RODRIGUEZ, STEVEN REFUGIO JR | 771191 | H | M | 02/26/1969 |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| SUS | 1 | 6DSF269 | CA | 2017 | 2007 | PONT | GRM | 4D | RED |

## Property Summary

| Involvement | Description |
|---|---|
| EVD | Firearm: OTHER .22 PISTOL, REVOLVER 22 |
| EVD | Article: Consumable Goods AMMO BRANDC .22 CALIBER ROUND |
| EVD | Article: Other (none of the above) OTHER TAN LEATHER POUCH |
| EVD | Article: Consumable Goods AMMO BRANDC .22 CAL .22 CALIBER ROUND |
| EVD | Article: Consumable Goods AMMO BRANDC .22 CAL .22 CALIBER ROUND |
| EVD | Article: Consumable Goods AMMO BRANDC .22 CAL .22 CALIBER ROUND |
| EVD | Article: Consumable Goods AMMO BRANDC .22 CAL .22 CALIBER ROUND |

## Summary Narrative

This report is regarding a traffic stop that was completed on 07/18/17 at 2333 hours near the intersection of North Filbert Street and East Waterloo Road on a red Pontiac Grand AM that was stopped for having a cracked windshield. Upon initiating the traffic stop, the driver and sole occupant of the vehicle quickly exited the vehicle and were given verbal commands for officer safety ordered back to our vehicles. During the pat down search for weapons, a loaded .22 caliber revolver was located on the driver, later identified as (A) Steven RODRIGUEZ's right front pants pocket. (A) RODRIGUEZ was detained and a record check revealed that he had a felony probation violation warrant out for his arrest.

(A) RODRIGUEZ was placed under arrest for the charges of PC25400(a)(1): carrying a concealed firearm as a driver of a vehicle, PC25850(a): loaded firearm in public,

| Report Officer | Printed At | |
|---|---|---|
| 157593/GOMES, NICK | 05/10/2018 09:47 | Page 1 of 6 |

5848 Rodriguez

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
ORIG

## Summary Narrative

PC29900(a)(1): felon in possession of a firearm with a prior conviction, PC30305(a)(1): convicted felon in possession of ammunition, and PC29800(a)(1).

(A) RODRIGUEZ was also booked for his felony probation violation warrant for PC3455.

(A) RODRIGUEZ was also cited on citation S224993 for the charges of VC26710: cracked windshield, VC12500(a): expired driver's license, and VC16028(a): no proof of insurance.

All charges were explained to (A) RODRIGUEZ.

Sheriff's Office Technical Services Division responded to the scene and they photographed the evidence located. The firearm, ammunition, and tan leather pouch was booked into the Sheriff's Office Evidence Room under item numbers NG-1 through NG-7.

Forward a copy of this report to the San Joaquin County District Attorney's Office for the above listed charges against (A) RODRIGUEZ.

| Report Officer | Printed At | |
|---|---|---|
| 157593/GOMES,NICK | 05/10/2018 09:47 | Page 2 of 6 |

5849 Rodriguez

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
ORIG

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Serial No | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EVIDENCE | 07/18/2017 | Yes | No | 13L24608 | | | | |

| Owner Applied No | | # Pieces | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NG-1 | | 1 | | | | | | | |

| Description | | | | | | | Typ | | |
|---|---|---|---|---|---|---|---|---|---|
| .22 CAL REVOLVER | | | | | | | F | | |

| Cal | | | Article | | Make | Model | | Type/Cal | |
|---|---|---|---|---|---|---|---|---|---|
| Other (none of the above) | | | Guns/Firearms | | OTHER | .22 | | PISTOL, REVOLVER | |

| Caliber | Finish | Entered Date | | Entered Time | RMS Transfer | | Control | | |
|---|---|---|---|---|---|---|---|---|---|
| 22 CALIBER | BLACK | 07/19/2017 | | 10:39 | Successful | | 2189   0719171125 | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No | | | | # Pieces |
|---|---|---|---|---|---|---|---|---|---|
| 2 | EVIDENCE | 07/18/2017 | Yes | No | NG-3 | | | | |

| Description | | | | | | | Typ | Cat | |
|---|---|---|---|---|---|---|---|---|---|
| .22 CALIBER ROUND | | | | | | | A | Consumable Goods | |

| Article | Brand | | Entered Date | | Entered Time | RMS Transfer | | Control | |
|---|---|---|---|---|---|---|---|---|---|
| Ammunition | BRANDC | | 07/19/2017 | | 10:41 | Successful | | 2189   0719171125 | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | EVIDENCE | 07/18/2017 | Yes | No | NG-2 | | | | |

| Description | | | | | | | Typ | | |
|---|---|---|---|---|---|---|---|---|---|
| TAN LEATHER POUCH | | | | | | | A | | |

| Cal | | | Article | Entered Date | | Entered Time | RMS Transfer | | |
|---|---|---|---|---|---|---|---|---|---|
| Other (none of the above) | | | Other | 07/19/2017 | | 10:41 | Successful | | |

| Control | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2189   0719171125 | | | | | | | | | |

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No | | | | # Pieces |
|---|---|---|---|---|---|---|---|---|---|
| 4 | EVIDENCE | 07/18/2017 | Yes | No | NG-4 | | | | 1 |

| Description | | | | | | | Typ | Cat | |
|---|---|---|---|---|---|---|---|---|---|
| .22 CALIBER ROUND | | | | | | | A | Consumable Goods | |

| Article | Brand | Model | | Entered Date | | Entered Time | RMS Transfer | | Control |
|---|---|---|---|---|---|---|---|---|---|
| Ammunition | BRANDC | .22 CAL | | 07/19/2017 | | 10:41 | Successful | | 2189   0719171125 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | EVIDENCE | 07/18/2017 | Yes | No | NG-5 | | | | |

| Description | | | | | | | Typ | Cat | |
|---|---|---|---|---|---|---|---|---|---|
| .22 CALIBER ROUND | | | | | | | A | Consumable Goods | |

| Article | Brand | Model | | Entered Date | | Entered Time | RMS Transfer | | Control |
|---|---|---|---|---|---|---|---|---|---|
| Ammunition | BRANDC | .22 CAL | | 07/19/2017 | | 10:42 | Successful | | 2189   0719171125 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | EVIDENCE | 07/18/2017 | Yes | No | NG-6 | | | | |

| Description | | | | | | | Typ | Cat | |
|---|---|---|---|---|---|---|---|---|---|
| .22 CALIBER ROUND | | | | | | | A | Consumable Goods | |

| Article | Brand | Model | | Entered Date | | Entered Time | RMS Transfer | | Control |
|---|---|---|---|---|---|---|---|---|---|
| Ammunition | BRANDC | .22 CAL | | 07/19/2017 | | 10:42 | Successful | | 2189   0719171125 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | EVIDENCE | 07/18/2017 | Yes | No | NG-7 | | | | |

| Description | | | | | | | Typ | Cat | |
|---|---|---|---|---|---|---|---|---|---|
| .22 CALBIER ROUND | | | | | | | A | Consumable Goods | |

| Article | Brand | Model | | Entered Date | | Entered Time | RMS Transfer | | Control |
|---|---|---|---|---|---|---|---|---|---|
| Ammunition | BRANDC | .22 CAL | | 07/19/2017 | | 10:42 | Successful | | 2189   0719171125 |

## Narrative

**DATE AND TIME RECORDED: 07/19/17 AT 0330 HOURS**

**DATE AND TIME TO: 07/19/17 AT 0100 HOURS**

**INITIAL RESPONSE:**

On 07/18/17 at 2333 hours, I, Deputy GOMES, was in the parking lot of Waterloo Liquors which is on the corner of North Filbert Street with the cross of East Waterloo Road. My patrol vehicle was positioned to exit the parking lot on the west side of Waterloo Liquors waiting for traffic to clear that was traveling northbound on Filbert Avenue. While vehicles were traveling northbound pass me, I noticed a red, four door, what appeared to be a Pontiac Grand AM with a cracked windshield traveling northbound on Filbert Street approaching Waterloo Road.

| Report Officer | Printed At | |
|---|---|---|
| 157593/GOMES,NICK | 05/10/2018 09:47 | Page 4 of 6 |

# Documented Report
# San Joaquin County Sheriff

**17-19866**

## Narrative

**INVESTIGATION:**

I exited the parking lot pulling behind the vehicle, and I noticed that the license and the vehicle description matched a related suspect vehicle that was put out on a Be On the Lookout on 06/27/17 for this vehicle that fired upon Stockton Police Officers during a traffic stop.

I immediately requested another patrol vehicle for officer safety reasons. The vehicle continued northbound Filbert through the Waterloo Road intersection, and while attempted to air this radio traffic the vehicle pulled to the right hand shoulder of the roadway approximately 100 yards north of the intersection and came to a sudden stop.

I activated my overhead lights, and the driver of the vehicle quickly exited the driver seat of the vehicle in a very fast motion. I then quickly exited my patrol vehicle providing a loud verbal canine announcement "Sheriff canine, show me your hands." The driver of the vehicle who was wearing bagging clothing followed the verbal commands and raised his hands. I then stood-by for another unit to arrive on scene for officer safety reasons.

The driver of the vehicle was then verbally commanded to keep his hands in the air and back towards our location safely. The driver was then detained by Deputy KEENER when the driver of the vehicle advised her he had a firearm in his pocket. Refer to Deputy KEENER's supplemental report for further information.

Stockton Police Department Sergeant responded to the location and confirmed that this was the same vehicle that was involved in their incident on 06/26/17.

A record was completed upon which the driver was later identified as, (A) Steven RODRIGUEZ, who had a felony probation violation warrant for his arrest for the charge of PC3455.

The firearm that was recovered from (A) RODRIGUEZ was a Chiappa .22 caliber full size revolver, with the serial number 13L24608. The firearm that was located had a total five live .22 caliber rounds loaded. The revolver was also tucked into a tan leather pouch inside of his pocket. All of these items were collected as evidence.

Sheriff's Office Technical Services Division responded and photographed all items of evidence, the vehicle, and (A) RODRIGUEZ.

(A) RODRIGUEZ was cited on citation S224993 for the charges of VC26710: cracked windshield, VC12500(a): expired driver's license, and VC16028(a): no proof of insurance. The citation was fully explained and a copy was provided to him.

(A) RODRIGUEZ's vehicle was secured and left legally parked at the location.

(A) RODRIGUEZ was then transported to the San Joaquin County Jail where he was booked for the fresh charges of PC25400(a)(1): carrying a concealed firearm as a driver of a vehicle, PC25850(a): loaded firearm in public, PC29900(a)(1): felon in possession of a firearm with a prior conviction, PC30305(a)(1): convicted felon in possession of ammunition, and PC29800(a)(1).

Forward a copy of this report to the San Joaquin County District Attorney's Office for the above listed charges against (A) RODRIGUEZ.

| Report Officer | Printed At | |
|---|---|---|
| 157593/GOMES,NICK | 05/10/2018 09:47 | Page 5 of 6 |

5853 Rodriguez

**Documented Report**
**San Joaquin County Sheriff**

**17-19866**

Supplement No
**ORIG**

**Narrative**

**CONCLUSION:**
No further action was taken.

End of report.

| Report Officer | Printed At | |
|---|---|---|
| 157593/GOMES,NICK | 05/10/2018 09:47 | Page 6 of 6 |

# Documented Report
## San Joaquin County Sheriff

**17-19866**

Supplement No
**ORIG**

### Arrestee/Citation 1: RODRIGUEZ,STEVEN REFUGIO JR

| Involvement | | Inv No | Type | | Name | | | | MNI |
|---|---|---|---|---|---|---|---|---|---|
| **Arrestee/Citation** | | **1** | **Individual** | | **RODRIGUEZ,STEVEN REFUGIO JR** | | | | **771191** |

| Race | | Sex | DOB | | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|---|
| **HISPANIC/MEXICAN/LATIN** | | **MALE** | **02/26/1969** | | **48** | **No** | **5'10"** | **160#** | **BROWN** | **BROWN** |

| Gen Appearance | Hair Description |
|---|---|
| **CASUAL** | **BALD** |

| Facial Features | | Speech | Demeanor |
|---|---|---|---|
| **BEARD AND MUSTACHE/MEDIUM COMPLEXION** | | **NORMAL** | **COOPERATIVE** |

| PRN |
|---|
| **2877800** |

| Type | Address | | City | State |
|---|---|---|---|---|
| **Home** | **2662 PLAYA DEL SOL AV** | | **STOCKTON** | **CALIFORNIA** |

| ZIP Code | Date |
|---|---|
| **95206** | **07/18/2017** |

| Type | | ID No | DLS |
|---|---|---|---|
| **OPERATOR LICENSE/DMV ID NUMBER** | | **A1471077** | **CALIFORNIA** |

| Type | ID No |
|---|---|
| **LAR NUMBER** | **0182826** |

| Type | | ID No |
|---|---|---|
| **SOCIAL SECURITY NUMBER** | | **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** |

| Phone Type | Phone No | Date |
|---|---|---|
| **HOME** | **(209)896-4496** | **07/18/2017** |

| Relationship | Name |
|---|---|
| **MOTHER** | **AGULAR,CATHERINE** |

| Address | | City | State |
|---|---|---|---|
| **1933 MARSH ST** | | **STOCKTON** | **CALIFORNIA** |

| ZIP Code | Phone Type | Phone No |
|---|---|---|
| **95205** | **HOME** | **(209)463-7004** |

| Miscellaneous |
|---|
| **RIGHT HANDED** |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|---|
| **ARRESTED** | **ARRESTED** | **07/18/2017** | **23:40:00** | **1712606** | **07/19/2017** | **02:13:00** | **BOOKED** |

| Dispo | Arrest Location | City |
|---|---|---|
| **FELONY-ADULTS ONLY** | **N FILBERT ST/E WATERLOO RD** | **STOCKTON** |

| Rep Dist | Citation No | Place of Birth | City of Birth | Beat |
|---|---|---|---|---|
| **526** | **S224993** | **CALIFORNIA** | **FRENCH CAMP** | **04** |

| Charge | Level | Charge Literal |
|---|---|---|
| **VC26710** | **X** | **DEFECTIVE WINDSHIELD** |
| **PC29800(A)(1)** | **F** | **FELON/ADDICT/POSSESS** |
| **PC29900(A)(1)** | **F** | **POSSESS/ETC FIREARM** |
| **PC30305(A)(1) MISD** | **M** | **PROHIBITED PERSON OW** |
| **VC12500A** | **M** | **DRIVE W/O LICENSE** |
| **PC25400 A1 FEL** | **F** | **CARRY CONCEALED WEAP** |
| **PC25850(A) FEL** | **F** | **CARRY LOADED FIREARM** |
| **VC16028A** | **X** | **FAIL TO PROVIDE EVID** |

### Vehicle: 6DSF269

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make | Model |
|---|---|---|---|---|---|---|---|---|
| **SUSPECT** | **AUTO** | **6DSF269** | **CALIFORNIA** | **2017** | **AUTO** | **2007** | **Pontiac** | **Grand AM** |

| Style | Color |
|---|---|
| **SEDAN, 4 DOOR** | **RED** |

| Link | Involvement | Inv No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **DRV** | **ARR** | **1** | **RODRIGUEZ,STEVEN REFUGIO JR** | **H** | **M** | **02/26/1969** |

| Report Officer | Printed At | |
|---|---|---|
| **157593/GOMES,NICK** | **05/10/2018 09:47** | **Page 3 of 6** |

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
**0001**



**7000 MICHAEL CANLIS BLVD**

**French Camp, CA.  95231**

**(209) 468-4400**

**(209) 468-4496**

Reported Date
**07/18/2017**
Rpt/Incident Typ
**561B**
Members/Dept ID#
**KEENER,AMBER**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|
| **San Joaquin County Sheriff** | | **17-19866** | **0001** | **07/18/2017** | | **23:33** | **171990564** |

| Status | Rpt/Incident Typ | | | |
|---|---|---|---|---|
| **ARREST, PHYSICALLY IN CUSTODY** | **FIREARMS - ILLEGAL - CONCEALED** | | | |

| Location | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| **N FILBERT ST/E WATERLOO RD** | | | **STOCKTON** | | **95205** | **526** |

| Area | Beat | From Date | From Time | Member/Dept ID# | Assignment |
|---|---|---|---|---|---|
| **4** | **04** | **07/18/2017** | **23:33** | **165807/KEENER,AMBER** | **PATROL** |

| 2nd Member/ID# | Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|---|
| **HOOVER,ERIC** | **PATROL** | **158958** | **SUPPORT SVCS/RECORDS/CRIMINAL/TYPIST** | **Successful** |

| Prop Trans Stat | Report Title | Approving Officer | Approval Date |
|---|---|---|---|
| **Successful** | **Documented Report** | **2189** | **07/19/2017** |

| Approval Time |
|---|
| **13:08:02** |

| Area Checked |
|---|
| **Yes** |

## Summary Narrative

This supplemental report is in regards to a concealed firearm.

I assisted Deputy GOMES in a traffic stop, and helped detain (S) Steven RODRIGUEZ.

While detaining (S) RODRIGUEZ, I asked (S) RODRIGUEZ if he had any weapons on his person, and he advised that he had a firearm in his right front pocket.

I removed the firearm from his pocket, and placed (S) RODRIGUEZ in the back seat of my patrol unit.

Please reference Deputy GOMES' original report of further information.

## SUSPECT 1: RODRIGUEZ,STEVEN

| Involvement | Inv No | Type | Name | | | | | | MNI |
|---|---|---|---|---|---|---|---|---|---|
| **SUSPECT** | **1** | **Individual** | **RODRIGUEZ,STEVEN** | | | | | | **771191** |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| **HISPANIC/MEXICAN/LATIN** | **MALE** | **02/26/1969** | **48** | **No** | **5'10"** | **160#** | **BROWN** | **BROWN** |

| PRN |
|---|
| **2877834** |

| Type | Address | | City | State |
|---|---|---|---|---|
| **Home** | **2662 PLATA DEL SOL AV** | | **STOCKTON** | **CALIFORNIA** |

| ZIP Code | Date |
|---|---|
| **95206** | **07/18/2017** |

| Type | | ID No | OLS |
|---|---|---|---|
| **OPERATOR LICENSE/DMV ID NUMBER** | | **A1471077** | **CALIFORNIA** |

| Type | ID No |
|---|---|
| **SOCIAL SECURITY NUMBER** | **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** |

## Narrative

**DATE AND TIME RECORDED: 07/19/17 AT 0232 HOURS.**

**INITIAL RESPONSE:**
On 07/18/17 at approximately 2333 hours, myself and Deputy HOOVER were dispatched to the area of North Filbert Street and East Waterloo Road to help another deputy with a traffic

| Report Officer | Printed At | |
|---|---|---|
| **165807/KEENER,AMBER** | **05/10/2018 09:47** | **Page 1 of 2** |

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
0001

## Narrative

stop.

Upon arrival, I assisted Deputy GOMES in detaining (S) Steven RODRIGUEZ.  When I was placing (S) RODRIGUEZ into handcuffs, I asked (S) RODRIGUEZ if he had any weapons on his person, and he said, "Yes I have a firearm in my front right pocket."  At this time, I removed the firearm from his right pants pocket, and completed a pat down search for any other weapons on his person, and then placed (S) RODRIGUEZ in the back of my patrol unit.

Please reference Deputy GOMES' original report for further information regarding this case.

**CONCLUSION:**
This supplemental arrest report is to be considered closed.

End of report.

# Documented Report
# San Joaquin County Sheriff

**17-19866**    Supplement No **0002**



7000 MICHAEL CANLIS BLVD

French Camp, CA.  95231

(209) 468-4400

(209) 468-4496

Reported Date
07/18/2017
Rpt/Incident Typ
561B
Member/Dept ID#
REESE,DANIEL

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|---|
| San Joaquin County Sheriff | | | 17-19866 | 0002 | 07/18/2017 | 23:33 | 171990564 |

| Status | Rpt/Incident Typ |
|---|---|
| ARREST, PHYSICALLY IN CUSTODY | FIREARMS - ILLEGAL - CONCEALED |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| N FILBERT ST/E WATERLOO RD | STOCKTON | 95205 | 526 |

| Area | Beat | From Date | From Time | Member/Dept ID# |
|---|---|---|---|---|
| 4 | 04 | 07/18/2017 | 23:33 | 166743/REESE,DANIEL |

| Assignment | Entered by |
|---|---|
| SUPPORT SERVICES/TECHNICAL SERVICES | 7733 |

| Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|
| SUPPORT SVCS/RECORDS/CRIMINAL/TYPIST | Successful | Successful |

| Report Title | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Documented Report | 2189 | 07/24/2017 | 11:28:05 |

## SUSPECT 1: RODRIGUEZ,STEVEN

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| SUSPECT | 1 | Individual | RODRIGUEZ,STEVEN | | 771191 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| HISPANIC/MEXICAN/LATIN | MALE | 02/26/1969 | 48 | No | 5'10" | 160# | BROWN | BROWN |

| PRN |
|---|
| 2878643 |

## Narrative

**DATE AND TIME RECORDED:** 07/19/17 @ 0458 hours.

**LOCATION:** North Filbert Street/ East Waterloo Road in Stockton

**DATE AND TIME FROM:** 07/18/17 @ 2350 hours.

**DATE AND TIME TO:** 07/19/17 @ 0058 hours.

On 07/19/17, I was dispatched to the location of North Filbert Street and East Waterloo Road in Stockton, where I met with Deputy GOMES.

Per Deputy GOMES's request I took the following photographs:

1. Overall photos of firearm.

2. Overall photos of serial number on firearm.

3. Close-up photos of firearm.

4. Overall photos of bullets taken from cylinder.

5. Overall photos of bullet.

6. Overall photos of (S).

7. Overall photos of (S)'s vehicle.

8. Overall photos of rear back seat.

| Report Officer | Printed At | |
|---|---|---|
| 166743/REESE,DANIEL | 05/10/2018 09:47 | Page 1 of 2 |

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
**0002**

## Narrative

9. Close-up photos of hat found in back seat.

10. Overall photos of interior passenger side of vehicle.

11. Overall photos of contents of trunk.

12. Overall photos of front windshield.

13. Overall photos of damage to front windshield.

14. Close-up photos of damage to front windshield.

My photographs were taken using a digital camera. Photographs were downloaded to disk and stored in the Technical Services Division of the San Joaquin County Sheriff's Office located at 7000 South Michael Canlis Boulevard, French Camp.

No further action taken.

End of supplemental report.

# Documented Report
# San Joaquin County Sheriff

**17-19866**      Supplement No **0003**



7000 MICHAEL CANLIS BLVD

French Camp, CA. 95231

(209) 468-4400

(209) 468-4496

Reported Date
07/18/2017
Rpt/Incident Typ
561B
Member#/Dept ID#
METTLER, STEPHEN

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|
| San Joaquin County Sheriff | | 17-19866 | 0003 | 07/18/2017 | 23:33 | 171990564 |

| Status | Rpt/Incident Typ | | | | | |
|---|---|---|---|---|---|---|
| REPORT TAKEN | FIREARMS - ILLEGAL - CONCEALED | | | | | |

| Location | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| N FILBERT ST/E WATERLOO RD | | | STOCKTON | | 95205 | 526 |

| Area | Beat | From Date | From Time | Member#/Dept ID# | | Assignment |
|---|---|---|---|---|---|---|
| 4 | 04 | 07/18/2017 | 23:33 | 0062/METTLER,STEPHEN | | PATROL |

| Entered by | RMS Transfer | Prop Trans Stat | Report Title | | Approving Officer | |
|---|---|---|---|---|---|---|
| 1781 | Successful | Successful | Documented Report | | 2189 | |

| Approval Date | Approval Time | | | | | |
|---|---|---|---|---|---|---|
| 08/22/2017 | 09:05:56 | | | | | |

## Summary Narrative

This supplement is in regards to the listed firearm being submitted for IBIS testing.

## Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Owner Applied No |
|---|---|---|---|---|---|
| 1 | EVIDENCE | 07/18/2017 | Yes | No | SM-1 |

| Description | | | | Typ | |
|---|---|---|---|---|---|
| two fired cases and projectiles from NG-1 | | | | A | |

| Cat | | Article | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|---|
| Other (none of the above) | | Other | 08/21/2017 | 16:43 | Successful |

| Control | | | | | |
|---|---|---|---|---|---|
| 2189  0822170906 | | | | | |

## Narrative

**DATE AND TIME RECORDED:** 08/18/17 @ 1133 hours.

On 08/18/17, I, Deputy METTLER received one firearm for the purpose of IBIS testing in regards to this case.

This weapon is a Chiappa model 1873 .22 revolver with serial number 13L24608 and is listed as item NG-1.

Prior to any IBIS test firing the weapon was checked for function and for safety and was found to have defective firing mechanism. For unknown reasons the trigger would not engage in its sear contact with the hammer on the interior of the weapon. However by pulling the hammer to the rear the cylinder would still spin and it would lock in its respective locking notches making it able to fire in a slam fire mode only by cocking the hammer.

After the weapon being found suitable for IBIS evaluation it was taken to the range and loaded with two rounds of Remington 36 grain plated hollow point .22 LR ammunition and was test fired.

Upon completion of the test fire the two fired rounds consisting of two fired cases and projectiles were collected from the range, packaged, labeled as SM-1 and submitted for further IBIS evaluation.

Also upon completion of the test fire the firearm labeled as NG-1 was packaged in its original packaging and booked back into the evidence room.

| Report Officer | Printed At | |
|---|---|---|
| 0062/METTLER,STEPHEN | 05/10/2018 09:47 | Page 1 of 2 |

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
0003

**Narrative**

End of supplement.

# Documented Report
# San Joaquin County Sheriff

**17-19866**

Supplement No
**0004**



7000 MICHAEL CANLIS BLVD

French Camp, CA.   95231

Reported Date
**07/18/2017**
Rpt/Incident Typ
**561B**
Member/Dept ID#
**GOMES,NICK**

(209) 468-4400

(209) 468-4496

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|
| San Joaquin County Sheriff | | 17-19866 | 0004 | 07/18/2017 | 23:33 | 171990564 |

| Status | Rpt/Incident Typ |
|---|---|
| ARREST, PHYSICALLY IN CUSTODY | FIREARMS - ILLEGAL - CONCEALED |

| Location | | | | City | | ZIP Code | | Rep Dist |
|---|---|---|---|---|---|---|---|---|
| N FILBERT ST/E WATERLOO RD | | | | STOCKTON | | 95205 | | 526 |

| Area | Beat | From Date | From Time | Member#/Dept ID# | | Assignment |
|---|---|---|---|---|---|---|
| 4 | 04 | 07/18/2017 | 23:33 | 157593/GOMES,NICK | | PATROL |

| Entered by | RMS Transfer | Prop Trans Stat | Report Title | Approving Officer |
|---|---|---|---|---|
| 149097 | Successful | Successful | Documented Report | 2189 |

| Approval Date | Approval Time |
|---|---|
| 09/11/2017 | 08:51:20 |

## Summary Narrative

This supplemental report is regarding evidence that was obtained from the Sheriff's Office, evidence room today, 09/06/17, and brought to the San Joaquin County Courts for a Grand Jury trial.

I, Deputy GOMES removed the .22 caliber hand gun, a tan leather pouch, and five .22 caliber live rounds from the Evidence Room taking it to the San Joaquin County Courthouse where it was turned over to District Attorney, Kaitlyn CASEY who took custody of the evidence. I released custody of this evidence to District Attorney CASEY at her request with no further.

## SUSPECT 1: RODRIGUEZ,STEVEN JR

| Involvement | Inv No | Type | Name | | | | | MNI |
|---|---|---|---|---|---|---|---|---|
| SUSPECT | 1 | Individual | RODRIGUEZ,STEVEN JR | | | | | 771191 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| HISPANIC/MEXICAN/LATIN | MALE | 02/26/1969 | 48 | No | 5'10" | 160# | BROWN | BROWN |

| PRN |
|---|
| 2893148 |

## Narrative

**DATE AND TIME RECORDED:   09/06/17 AT 1630 HOURS**

**INITIAL CONTACT:**
Today, 09/06/17, at 1145 hours, I, Deputy GOMES responded to the San Joaquin County Sheriff's Office, Evidence Room and retrieved evidence regarding the original case of #17-19866.

**INVESTIGATION:**
I retrieved one .22 caliber pistol, one tan leather pouch and five .22 caliber live rounds that had been booked into evidence on the original date of 07/18/17. I removed all of the evidence items at the request of District Attorney Kaitlyn CASEY, to attend to a Grand Jury trial located in the San Joaquin County Superior Court.

I took custody of this evidence, taking it to the San Joaquin County Superior Court where at approximately 1530 hours, all evidence was turned over to District Attorney CASEY and removing it from my custody.

| Report Officer | Printed At | |
|---|---|---|
| 157593/GOMES,NICK | 05/10/2018 09:47 | Page 1 of 2 |

# Documented Report
## San Joaquin County Sheriff

**17-19866**

Supplement No
**0004**

### Narrative

**CONCLUSION:**
No further actions at this time.

End of supplemental report.

SAN JOAQUIN COUNTY
**SHERIFF'S OFFICE**

☐ ................. ORIGINAL NARRATIVE CONT.
☐ ................., SUPPLEMENTAL

17-19866

SCANNED
AND
APPROVED

CRIME REPORT NUMBER
PAGE _____ OF _____

| BY | DATE | Prin. Code | Prin. Description | Location of Occurrence |
|----|------|-----------|------------------|----------------------|

| | Victim Name Last, First, M.I. | Suspect #1 Name Last, First, M.I. | |

**ASSIGNMENT:**
Det. .................. ☐
Pat. .................. ☐
Oth. .................. ☐
Closed .................. ☐

**Routing**
Pat. .................. ☐
Det. .................. ☐
Inust. .................. ☐
Crime Ana. .................. ☐
Crime Prev. .................. ☐
Capt. .................. ☐

Boat .................. ☐
Coroner .................. ☐
Officer .................. ☐

Officer .................. ☐

**SHERIFF'S OFFICE, SAN JOAQUIN COUNTY, CALIFORNIA**
**NOTICE TO APPEAR**

☒ MISDEMEANOR
☒ TRAFFIC  ☐ NON-TRAFFIC

**S 224993**

| Date 07/18/17 | Time 2333 ☐AM ☒PM | Day or Wk. S M ☒T W T F S | CLASS 538B | CASE No. 17-19866 |

Name (First Middle Last) STEVEN RODRIGUEZ JR
☐ Owner's Responsibility (Veh. Code 40001)

Address 2662 PLAYA DEL SOL AVE

City STOCKTON  State CA  Zip 95206  Phone:

Driver License No. A4717072  State CA  Class ☐ Commercial ☐ Yes ☒ No  Age  Birth Date 12/26/89

Race H  Sex M  Hair BRN  Eyes BRN  Height 510  Weight 160  Other Description

Veh. Lic. No. 6DSF269  Yr. 08/17  State CA  ☐ C.V. (V.C. 15210(b))

Yr of Veh 07  Make PONT  Model GRAN  Body Style 4-D  Color RED  ☐ H.M. (V.C. 353)

Financial Responsibility N/A

Registered Owner or Lessee (First Middle Last)  ☒ Same as Driver

Address  ☒ Same as Driver

City:  State:  Zip:

| Eligible for Dismissal (V.C. 40610) Yes No | ☒ Booking Required | Violation(s) Section Code | Description | Misdemeanor or Infraction (circle) |
|---|---|---|---|---|
| ☒ ☐ | | 26710 VC | CRK WINSHLD | M ① |
| ☐ ☒ | | 12500 (A) VC | EXP CDL | M ① |
| ☒ ☐ | | 16028 (A) VC | NO PROOF INS | M ① |
| ☐ ☐ | | | | M ① |

| Approx. Speed 35 | P.F./Max Speed 35 | Veh. Spd. Lmt. 25 | Safe Spd. 25 | Continuation Form ☐ | N |

Location of Violation(s) at FILBERT/WATERLOO STOCKTON

| WEATHER CLR FOG RAIN FOG/WET | STREET DRY/WET | TRAFFIC HVY MED LT | RADAR ☐YES ☒NO | ACCIDENT ☐YES ☒NO |

W ___ E
S

☒ Violation not committed in my presence, declared on information and belief.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date 07/18/17  Arresting or citing Officer N GOMES  ID# 57595

Name of arresting officer if different from citing officer.  ID#

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE CHECKED BELOW.
Signature X _____

☐ Within 21 Days  Date:  Time: TBA  Dept: DS

☒ STOCKTON COURTS  222 E. Weber Ave., Stockton, CA 95202  ☒ ROOM 100
☐ MANTECA COURTS  Criminal: (209) 468-2936  Traffic (877) 672-0476
☐ LODI COURTS

☐ MANTECA COURTS  315 E. Center St., Manteca, CA 95336 (209) 239-1316

☐ LODI COURTS  217 W. Elm St., Dept. L2, Lodi, CA 95240 (209) 331-2121

☐ JUVENILE JUSTICE (You will be contacted)  ☐ ACCELERATED CITATION

☐ To Be Notified  575 W. Mathews Rd., French Camp, CA 95231  (209) 468-4000

I promise to appear with the above listed minor person at date, time and location specified by Juvenile Probation authorities.

X _____
Signature of Parent or Guardian  Phone

Judicial Council of California Form
Rev. 09-20-05  (V.C. 40500(b), 40513(b), 40522, 40600; P.C. 853.9)

SEE REVERSE
TR-130

ID # of Author

D.A. .................. ☐
CHP .................. ☐
S.P.D. .................. ☐
L.P.O. .................. ☐
T.P.D. .................. ☐
M.P.D. .................. ☐
R.P.D. .................. ☐
E.P.D. .................. ☐
Arson T.F. .................. ☐
ABC .................. ☐
ATF .................. ☐
DOJ .................. ☐
FBI .................. ☐
EOD .................. ☐
Probation
Adult .................. ☐
Juv .................. ☐
CPS .................. ☐
Animal
Control .................. ☐
USBP .................. ☐
Court .................. ☐

Other .................. ☐

Parole .................. ☐
APS .................. ☐
OMBUD .................. ☐

| Total Time | Time Entered | ☐ Arrest | ☐ Cite | ☐ Narrative Dictated | ☐ Narrative Attached | Def. Rel. ☐ 849B 1 or 3 ☐ 853.6 PC |
| Raised Report(s) | | | Transcribed | Copied | Entered |
| Report Officer Recommends ☐ 01 Close ☐ 02 PAT F/U ☐ 03 DET F/U | | | Supervisor Reviewing | | Reviewing Date & Time |

Sheriff 67 (3/00) CD.49

GBF Solutions (209) 946-2046  CSO-1020 8/01

5862 Rodriguez

EXHIBIT 12

## SAN JOAQUIN CO. SHERIFF'S OFFICE

### PROPERTY GROUP

Image Not Available

**NAME: RODRIGUEZ,STEVEN REFUGIO JR**       **NUM: 0154335**

**PROPERTY GROUP:**
P007281270

**PROPERTY GROUP NOTE:**
T/S ; CMS

## ASSIGNED PROPERTY ITEMS

| QTY | ARTICLE | DESCRIPTION | COLOR |
|---|---|---|---|
| 1 | COAT | Z06 1 COAT NOT APPLICABLE | |
| 1 | BELT | Z06 1 BELT BLK | |
| 1 | GLASSES | Z06 1 GLASSES NOT APPLICABLE | |
| 1 | HAT | Z06 1 HAT 1 BLK | |
| 1 | KEYS | Z06 1 KEYS 3 METAL | |
| 1 | KNIFE | Z06 1 KNIFE NOT APPLICABLE | |
| 1 | SHIRT | Z06 1 SHIRT BLK | |
| 1 | RING | Z06 1 RINGS NOT APPLICABLE | |
| 1 | PURSE | Z06 1 PURSE NOT APPLICABLE | |
| 1 | MONEY | Z06 1 MONEY AMOUNT $.00 - ORIGINAL AMOUNT AT BOOKING | |
| 1 | PANTS/DRESS | Z06 1 PANTS/DRESS BLU | |
| 1 | MISC | Z06 1 OPR LICENSE YES | |
| 1 | WATCH | Z06 1 WATCH NOT APPLICABLE | |
| 1 | WALLET | Z06 1 WALLET 1 BROWN | |
| 1 | SOCKS | Z06 1 SHOES/SOCKS BLK/WHITE | |
| 1 | SS CARD | Z06 1 SS CARD YES | |
| 1 | UNDERWEAR | Z06 1 UNDERWEAR GREEN | |

EXHIBIT 13

members/leaders. Your Affiant believes the interception of the Target Social Media Accounts will allow law enforcement to identifying the possible gang leaders and hierarchy, identifying crimes members of the gang have committed and or are going to commit.

Due to its popularity and ease of use, social media has become a basic communication platform for our society. In recent investigations, your Affiant has seen how it is now common practice for criminal street gang members to use social media platforms to communicate and conspire with other gang members in an attempt to avoid detection by law enforcement. As described herein, the Target Subject has utilized various social media platforms to communicate and associate with other Northern Rider gang members, as well as brag about his association as a Northern Rider gang member. Your Affiant has also seen the social media platforms used as a tool to recruit new members. These social media platforms such as: Facebook, Instagram, Snapchat, Twitter, and WhatsApp, allow the users (Target Subjects) to communicate in open forum-type postings and through direct/private messaging, thereby avoiding most cellular and wire interceptions.

The opinions expressed in this affidavit regarding the "Nortenos" and/or Northern Riders as a criminal street/prison gang and the activities being committed in violation of Penal Code section 186.22 are those of your Affiant, Detective Jason Mamaril.

Your Affiant has been working with Senior Special Agent Christopher Paris with the Office of Correctional Safety, in regard to the connections between Stockton Norteno criminal street gang members, Northern Riders, and the Nuestra Familia prison gang.

### EXPERTISE OF SENIOR SPECIAL AGENT CHRISTOPHER PARIS

Agent Paris is a peace officer employed by California Department of Corrections and Rehabilitation, Special Service Unit (hereinafter CDCR/ SSU) and has been so employed since May 30, 1998. Prior to his assignment with the Special Service Unit, Agent Paris was assigned as

Affidavit-Target Facebook Account 4

a Correctional Officer and Correctional Sergeant at Sierra Conservation Center for approximately eight (8) years. In January 2006, Agent Paris was transferred to the Department's Emergency Operations Unit and subsequently to the Fugitive Apprehension Team. Agent Paris is presently assigned as a Senior Special Agent assigned to the Special Service Unit with CDCR; he supervises special agents and participates in complex investigations. He has been so assigned since January 2017. Previously, beginning in August 2013, he was assigned as an agent with the San Joaquin County Multi-Agency Gang Task Force.

In Agent Paris' present position as a special agent, his duties include the review of initial as well as active/ inactive follow-up investigations of "gang validations" of documented prison gang members, conducting informational reports on gang members and gang activities, and assisting the California prisons and various law enforcement agencies in gang related crimes and investigations. This often entails interviews with the victims, witnesses and the perpetrators of gang conduct. In this capacity, and in his previous experiences in numerous correctional staff positions, as an Emergency Operations Unit (EOU) Supervisor, and as a Fugitive Apprehension Team (F.A.T.) agent, Agent Paris has had contact with victims, witnesses and perpetrators of crimes determined to be "gang related" via the motivation for their commission or by the very manner in which they were carried out. In this way, Agent Paris is able to update and refine his knowledge regarding the manner in which gang members and affiliates conduct themselves, identify themselves and carry out criminal activity for the benefit of, at the direction of, or in association with their gang.

Agent Paris has received formal training in the area of investigations of such "gang-related" crimes both at the Peace Officer Standards and Training Basic Police Academy, the Correctional Academy and also on an on-going basis. In 2006, Agent Paris attended the Office of Correctional Safety Academy, which included training in gang behavior and trends. Since 2006

Affidavit-Target Facebook Account 4


to present, Agent Paris has attended the California Gang Task Force monthly trainings as well as their annual update courses.  In 2015, Agent Paris attended the Institute of Criminal Investigators Gang Investigations Foundation Specialty Course and the Advanced Gang Course.  Agent Paris has received training in regard to gangs from numerous institutional gang investigators and street gang detectives throughout the state of California. Agent Paris has provided formal gang training to both correctional peace officers and law enforcement officers in respect to white, African-American, Asian, and Hispanic gangs.

Agent Paris also maintains his information on gangs and gang issues by attending meetings with the California Gang Task Force, the San Joaquin County Multi-Agency Gang Task Force and various other gang task forces and organizations.

In addition to the foregoing, Agent Paris speaks to other law enforcement investigators on a regular basis to update and refine his knowledge regarding the above and with respect to emerging trends and rivalries between criminal street gangs/ prison gangs, and their members and affiliates.  Agent Paris also speaks to self-admitted and/ or documented gang members on a regular basis to update and refine his knowledge regarding the above and with respect to emerging trends and rivalries between criminal street gangs/ prison gangs, their members and affiliates.  Agent Paris has had had daily contacts with both incarcerated and out-of-custody gang members and associates, as well as interviewed high ranking members/ former members of both documented criminal street gangs and documented prison gangs.

Because this affidavit is being submitted for the limited purpose of securing authorization for the interception of wire communications, your Affiant has not included each and every fact known to me concerning this investigation.   Your Affiant has set forth only the facts that your affiant believes are necessary and applicable to establish the appropriate foundation for an order

Affidavit-Target Facebook Account 4

4960 Rodriguez

EXHIBIT 14

affaint is requesting a thirty (30) day extension to continue monitoring commucations on Harlan's Facebook profile.

## X. TOLL ANALYSIS

### Related Wiretap Orders

Agents from the Department of Justice responded to the SEB to assist with the initiation of the initial wiretap order.  At approximately 1915 hours, the first intercept was received on **Target Line #1 209-808-4484**.  At approximately 1926 hours, the first voice call was received at 1926 hours.  Between the hours of 1926 06/28/2017 and 0815 06/29/2017, there were 62 intercepts between **Target Telephone Line #1 (209) 808-4484** and **Target Telephone Line #2 (209) 898-4496**.

## XI. NECESSITY AND EXHAUSTION

Based on the immediate threat to public safety, and the safety of law enforcement officers, it is imperative to apprehend the suspects without any further delay.  Due to their increase of violent behavior, in a short span of time, their likelihood of continuing their violent behavior is probable. Other investigative techniques have succeeded in establishing probable cause for authorization to intercept wire and electronic communications as requested herein, but they have failed to achieve the goals of the investigation in an expedited manner.  Consequently, it is my belief that the interception of wire and electronic communication is the only available technique that has a reasonable likelihood of achieving the goals of this investigation and minimizing the threat to the public and law enforcement personnel.

**Use of Confidential Informants and Undercover Police Officers**

I know that members and/ or associates of criminal street gangs, such as the Nortenos and/ or Northern Riders, use acts of violence to intimidate potential witnesses against them in criminal

proceedings and they are extremely sensitive to the presence of law enforcement. It is my opinion that members of violent criminal street gangs, such as the Norteno and/or Northern Riders, will utilize other members of the gang and/or associates to carry out this intimidation while they are incarcerated and unable to do so themselves. Once these witnesses believe these threats can be carried out, they may go into hiding to avoid going to court or refuse to testify or change their testimony. The Norteno and/or Northern Riders have a long history of violent retaliation against persons they believe are cooperating or have cooperated with law enforcement.

Currently, in this investigation, informants have provided information regarding the members of the target gang, but are not able to fully penetrate the target gang. If such an informant is identified, consideration will be given to introducing the informant to the gang. With respect to the use of an undercover officer to accomplish the goals of this investigation, not only am I unaware of any officer with the ability to effectively infiltrate the gang, but due to the chosen lifestyle of gang members, such an undertaking would be extremely dangerous.

Additionally, a high level of awareness exists among the subjects of this investigation about law enforcement infiltration and surveillance. Based on my training and experience, members of the gang are very familiar with one another and in most cases are related in some way. The subjects of this investigation may be alarmed by an informant or undercover officer simply approaching one of them and inquiring about their criminal activity. It is my opinion that it is neither practical nor safe to try introducing an undercover officer in this case.

**Surveillance**

Physical surveillance along with other conventional methods of investigation rarely provides enough information to link specific meetings with specific criminal acts. I believe that even around-the-clock surveillance will not achieve the goals of this investigation without the

Believing that Steven Rodriguez and Stacy Cano are in a dating relationship, investigators believe Stacy will be in communication with Steven, which will allow investigators to further the investigations into the two shooting incidents in Tracy and Stockton.

Not knowing who the shooter is in both the Tracy PD and Stockton PD incident, as a gang investigator I know it is common for gang members to be with and/or commit crimes with other trusted members of his/her group. I also know it is common to hide a vehicle used in a shooting incident.

I request that part of the affidavit in support of the Order for Electronic Surveillance be sealed in order to implement the privilege under Evidence Code sections 1040 through 1042 and protect the identity of any confidential informants and/ or official information, pursuant to the Supreme Court decision in People v. Janet Marie Hobbs (1994) 7 Cal. 4th 948, and which is listed as **Exhibit "A"**, attached hereto and incorporated by reference.

## X. TOLL ANALYSIS

Please refer to 'Necessity and Exhaustion'.

## XI. NECESSITY AND EXHAUSTION

Based on the immediate threat to public safety, and the safety of law enforcement officers, it is imperative to apprehend the suspects without any further delay. Due to their increase of violent behavior, in a short span of time, their likelihood of continuing their violent behavior is probable. Other investigative techniques have succeeded in establishing probable cause for authorization to intercept wire and electronic communications as requested herein, but they have failed to achieve the goals of the investigation in an expedited manner. Consequently, it is my belief that the interception of wire and electronic communication is the only available technique

that has a reasonable likelihood of achieving the goals of this investigation and minimizing the threat to the public and law enforcement personnel.

**Use of Confidential Informants and Undercover Police Officers**

I know that members and/ or associates of criminal street gangs, such as the Nortenos and/ or Northern Riders, use acts of violence to intimidate potential witnesses against them in criminal proceedings and they are extremely sensitive to the presence of law enforcement. It is my opinion that members of violent criminal street gangs, such as the Norteno and/or Northern Riders, will utilize other members of the gang and/or associates to carry out this intimidation while they are incarcerated and unable to do so themselves. Once these witnesses believe these threats can be carried out, they may go into hiding to avoid going to court or refuse to testify or change their testimony. The Norteno and/or Northern Riders have a long history of violent retaliation against persons they believe are cooperating or have cooperated with law enforcement.

Currently, in this investigation, informants have provided information regarding the members of the target gang, but are not able to fully penetrate the target gang. If such an informant is identified, consideration will be given to introducing the informant to the gang. With respect to the use of an undercover officer to accomplish the goals of this investigation, not only am I unaware of any officer with the ability to effectively infiltrate the gang, but due to the chosen lifestyle of gang members, such an undertaking would be extremely dangerous.

Additionally, a high level of awareness exists among the subjects of this investigation about law enforcement infiltration and surveillance. Based on my training and experience, members of the gang are very familiar with one another and in most cases are related in some way. The subjects of this investigation may be alarmed by an informant or undercover officer

Affidavit-Target Telephone #1               37

5108 Rodriguez

Between the hours of 1926 06/28/2017 and 0815 06/29/2017, there were 62 intercepts between **Target Telephone Line #1 (209) 808-4484** and **Target Telephone Line #2 (209) 898-4496**.

## XI. NECESSITY AND EXHAUSTION

Based on the immediate threat to public safety, and the safety of law enforcement officers, it is imperative to apprehend the suspects without any further delay. Due to their increase of violent behavior, in a short span of time, their likelihood of continuing their violent behavior is probable. Other investigative techniques have succeeded in establishing probable cause for authorization to intercept wire and electronic communications as requested herein, but they have failed to achieve the goals of the investigation in an expedited manner. Consequently, it is my belief that the interception of wire and electronic communication is the only available technique that has a reasonable likelihood of achieving the goals of this investigation and minimizing the threat to the public and law enforcement personnel.

**Use of Confidential Informants and Undercover Police Officers**

I know that members and/ or associates of criminal street gangs, such as the Nortenos and/ or Northern Riders, use acts of violence to intimidate potential witnesses against them in criminal proceedings and they are extremely sensitive to the presence of law enforcement. It is my opinion that members of violent criminal street gangs, such as the Norteno and/or Northern Riders, will utilize other members of the gang and/or associates to carry out this intimidation while they are incarcerated and unable to do so themselves. Once these witnesses believe these threats can be carried out, they may go into hiding to avoid going to court or refuse to testify or change their testimony. The Norteno and/or Northern Riders have a long history of violent retaliation against persons they believe are cooperating or have cooperated with law enforcement.

Affidavit-Target Telephone #3                    43

Currently, in this investigation, informants have provided information regarding the members of the target gang, but are not able to fully penetrate the target gang. If such an informant is identified, consideration will be given to introducing the informant to the gang. With respect to the use of an undercover officer to accomplish the goals of this investigation, not only am I unaware of any officer with the ability to effectively infiltrate the gang, but due to the chosen lifestyle of gang members, such an undertaking would be extremely dangerous.

Additionally, a high level of awareness exists among the subjects of this investigation about law enforcement infiltration and surveillance. Based on my training and experience, members of the gang are very familiar with one another and in most cases are related in some way. The subjects of this investigation may be alarmed by an informant or undercover officer simply approaching one of them and inquiring about their criminal activity. It is my opinion that it is neither practical nor safe to try introducing an undercover officer in this case.

**Surveillance**

Physical surveillance along with other conventional methods of investigation rarely provides enough information to link specific meetings with specific criminal acts. I believe that even around-the-clock surveillance will not achieve the goals of this investigation without the assistance of wire interceptions. I know that criminal street gang members are very surveillance-conscious. Due to this wariness, there is a high likelihood that around-the-clock surveillance would be compromised, therefore setting back the investigation. The risks of detection are particularly high in residential areas because of the light vehicle traffic during the day. There are often people out on the street that might notice police surveillance and warn the subjects of this investigation. During hours of darkness, physical surveillance is difficult. As a result of reduced visibility, surveillance vehicles must sometimes be positioned closer to the target subjects in order

Affidavit-Target Telephone #3               44

Galicinao between the dates of June 30, 2017, to July 14, 2017. During this time period Rodriguez had (781) contacts with Galicinao.


## XI. NECESSITY AND EXHAUSTION

Based on the immediate threat to public safety, and the safety of law enforcement officers, it is imperative to apprehend the suspects without any further delay. Due to their increase of violent behavior, in a short span of time, their likelihood of continuing their violent behavior is probable. Other investigative techniques have succeeded in establishing probable cause for authorization to intercept wire and electronic communications as requested herein, but they have failed to achieve the goals of the investigation in an expedited manner. Consequently, it is my belief that the interception of wire and electronic communication is the only available technique that has a reasonable likelihood of achieving the goals of this investigation and minimizing the threat to the public and law enforcement personnel.

**Use of Confidential Informants and Undercover Police Officers**

Your Affiant knows that members and/ or associates of criminal street gangs, such as the Nortenos and/ or Northern Riders, use acts of violence to intimidate potential witnesses against them in criminal proceedings and they are extremely sensitive to the presence of law enforcement. It is my opinion that members of violent criminal street gangs, such as the Norteno and/or Northern Riders, will utilize other members of the gang and/or associates to carry out this intimidation while they are incarcerated and unable to do so themselves. Once these witnesses believe these threats can be carried out, they may go into hiding to avoid going to court or refuse to testify or change their testimony. The Norteno and/or Northern Riders have a long history of

Affidavit-Target Telephone #4                    68

violent retaliation against persons they believe are cooperating or have cooperated with law enforcement.

Currently, in this investigation, informants have provided information regarding the members of the target gang, but are not able to fully penetrate the target gang. If such an informant is identified, consideration will be given to introducing the informant to the gang. With respect to the use of an undercover officer to accomplish the goals of this investigation, not is your affiant unaware of any officer with the ability to effectively infiltrate the gang, but due to the chosen lifestyle of gang members, such an undertaking would be extremely dangerous.

Additionally, a high level of awareness exists among the subjects of this investigation about law enforcement infiltration and surveillance. Based on my training and experience, members of the gang are very familiar with one another and in most cases are related in some way. The subjects of this investigation may be alarmed by an informant or undercover officer simply approaching one of them and inquiring about their criminal activity. It is your Affiant's opinion that it is neither practical nor safe to try introducing an undercover officer in this case.

**Surveillance**

Physical surveillance along with other conventional methods of investigation rarely provides enough information to link specific meetings with specific criminal acts. Your Affiant believes that even around-the-clock surveillance will not achieve the goals of this investigation without the assistance of wire interceptions. Your Affiant knows that criminal street gang members are very surveillance-conscious. Due to this wariness, there is a high likelihood that around-the-clock surveillance would be compromised, therefore setting back the investigation. The risks of detection are particularly high in residential areas because of the light vehicle traffic during the day. There are often people out on the street that might notice police surveillance and

Affidavit-Target Telephone #4                69

## XI. NECESSITY AND EXHAUSTION

Based on the immediate threat to public safety, and the safety of law enforcement officers, it is imperative to apprehend the suspects without any further delay.  Due to their increase of violent behavior, in a short span of time, their likelihood of continuing their violent behavior is probable. Other investigative techniques have succeeded in establishing probable cause for authorization to intercept wire and electronic communications as requested herein, but they have failed to achieve the goals of the investigation in an expedited manner.  Consequently, it is my belief that the interception of wire and electronic communication is the only available technique that has a reasonable likelihood of achieving the goals of this investigation and minimizing the threat to the public and law enforcement personnel.

**Use of Confidential Informants and Undercover Police Officers**

Your Affiant knows that members and/ or associates of criminal street gangs, such as the Nortenos and/ or Northern Riders, use acts of violence to intimidate potential witnesses against them in criminal proceedings and they are extremely sensitive to the presence of law enforcement. It is my opinion that members of violent criminal street gangs, such as the Norteno and/or Northern Riders, will utilize other members of the gang and/or associates to carry out this intimidation while they are incarcerated and unable to do so themselves.  Once these witnesses believe these threats can be carried out, they may go into hiding to avoid going to court or refuse to testify or change their testimony.  The Norteno and/or Northern Riders have a long history of violent retaliation against persons they believe are cooperating or have cooperated with law enforcement.

Currently, in this investigation, informants have provided information regarding the members of the target gang, but are not able to fully penetrate the target gang.  If such an

Affidavit-Target Telephone (s) #8                78

informant is identified, consideration will be given to introducing the informant to the gang. With respect to the use of an undercover officer to accomplish the goals of this investigation, not is your Affiant unaware of any officer with the ability to effectively infiltrate the gang, but due to the chosen lifestyle of gang members, such an undertaking would be extremely dangerous.

Additionally, a high level of awareness exists among the subjects of this investigation about law enforcement infiltration and surveillance. Based on my training and experience, members of the gang are very familiar with one another and in most cases are related in some way. The subjects of this investigation may be alarmed by an informant or undercover officer simply approaching one of them and inquiring about their criminal activity. It is your Affiant's opinion that it is neither practical nor safe to try introducing an undercover officer in this case.

**Surveillance**

Physical surveillance along with other conventional methods of investigation rarely provides enough information to link specific meetings with specific criminal acts. Your Affiant believes that even around-the-clock surveillance will not achieve the goals of this investigation without the assistance of wire interceptions. Your Affiant knows that criminal street gang members are very surveillance-conscious. Due to this wariness, there is a high likelihood that around-the-clock surveillance would be compromised, therefore setting back the investigation. The risks of detection are particularly high in residential areas because of the light vehicle traffic during the day. There are often people out on the street that might notice police surveillance and warn the subjects of this investigation. During hours of darkness, physical surveillance is difficult. As a result of reduced visibility, surveillance vehicles must sometimes be positioned closer to the target subjects in order to observe their actions adequately. Surveillance vehicles are also more apt to stand out while following the subjects' vehicles in areas surrounding their

Affidavit-Target Telephone (s) #8          79

EXHIBITS

Upon their release from prison, prominent La Nuestra Familia and Northern Structure drop-outs from cities such as San Jose, Antioch, and Salinas are relocating to the Bay Area where they pose as active La Nuestra Familia and Northern Structure gang members.

These dropouts pretend to be legitimate La Nuestra Familia and Northern Structure members who have been sent by La Nuestra Familia leadership to run Norteno gang activities in Northern California. Because La Nuestra Familia rules state that Nortenos in good standing within the gang are forbidden to associate with dropouts and are required to assault any identified Norteno dropout, all Nortenos who unknowingly cooperate and interact with these imposters are then labeled as "no good" and, in turn, are branded as Norteno dropouts. Such tactics are aimed at disrupting and dismantling Norteno gang members who might fall under the influence of La Nuestra Familia and Northern Structure.

In the city of Stockton Northern Riders function without issue with active Norteno Street gang members. The city of Stockton does not have the Northern Riders validated as a criminal street gang. The Northern Riders are a documented Security Threat Group through CDCR.

### Identifiers and Tattoos

Some indicators of Northern Riders affiliation are: a tattoo, or drawing of a Huelga bird with the eye of the bird in the form of a star, "14'R", "Norteno Rider", "Rider", a broken 5 point star, and a playboy bunny (upside down).

## PATTERN OF CRIMINAL ACTIVITY

The following statement of facts and circumstances establishes the "pattern of criminal activity" as engaged in by the Nortenos and/ or the Northern Riders criminal street gangs. The selected activities are representative incidents or convictions establishing the required criteria

40

then labeled as "no good" and, in turn, are branded as Norteno dropouts.  Such tactics are aimed at disrupting and dismantling Norteno gang members who might fall under the influence of La Nuestra Familia and Northern Structure.

In the city of Stockton Northern Riders function without issue with active Norteno street gang members.  The city of Stockton does not have the Northern Riders validated as a criminal street gang.  The Northern Riders are a documented Security Threat Group through CDCR.

**Identifiers and tattoos:**

Some indicators of Northern Riders affiliation are: a tattoo, or drawing of a Huelga bird with the eye of the bird in the form of a star, "14'R", "Norteno Rider", "Rider", a broken 5 point star, and a playboy bunny (upside down).

### VII. PATTERN OF CRIMINAL ACTIVITY

The following statement of facts and circumstances establishes the "pattern of criminal activity" as engaged in by the Nortenos and/ or the Northern Riders criminal street gangs.  The selected activities are representative incidents or convictions establishing the required criteria under Penal Code section 186.22(e) and are not intended to be a complete list of the criminal activities of the Nortenos and/or the Northern Riders.

**INCIDENT 1- Weapons arrest  SPD #09-22515**

On 09/05/09, Norteno gang member Steven Rodriguez was arrested by Stockton Police Officers for possession of a sawed off shotgun, live ammunition, and transportation of illegal narcotics.  Rodriguez was convicted on 11/15/11 of PC 12021 (A)(1), HS 11379, and HS 11370.1 on 12/19/11.

**INCIDENT 2- Weapons Arrest SPD #11-36350**

5231 Rodriguez

EXHIBIT 16

# EXHIBIT "C"

Your Affiant is currently working with a Citizen Informant, herein referred to as the CI. On July 13, 2017 the CI contacted your Affiant and provided the following information regarding this investigation.

The CI told your Affiant the CI is familiar with subjects involved in this investigation, **Target Subject #1**, Stacy Cano, **Target Subject #2**, Steven Rodriguez, and **Target Subject #3**, Martha Galicinao. The CI told your Affiant that the CI has known Rodriguez since 2009. The CI told your Affiant that Rodriguez is a Northern Rider and is a drop-out Nuestra Famila member. The CI also told your Affiant the CI knows Rodriguez is in a relationship with both Cano and Galicinao. It is the CI's opinion that both Rodriguez and Cano are exploiting Galicinao for money. Your Affiant asked the CI how Rodriguez met Galicinao, and the CI told your Affiant that Galicinao's son was a cellmate of Rodriguez at some time during the period while Rodriguez was in custody and when Rodriguez got out of prison in June of 2016. Rodriguez "hooked up" with his cellmate's mother, Galicinao. The CI continued to tell your Affiant that both Cano and Galicinao are currently "fighting" over Rodriguez. The CI has been told by Galicinao that at one time Rodriguez was staying at a motel in Tracy where Cano worked.

It should be noted, during this investigation it was determined that Cano was employed by Micotel located at 861 W Clover Rd, Tracy, CA. Surveillance was conducted on the location and confirmed both Cano and Rodriguez would stay there. At one point in the investigation, Galicinao was observed dropping Rodriguez off at the location.

Affidavit-Target Line 4                                    1

5368 Rodriguez

EXHIBIT "C"

The CI told your Affiant that Cano was subsequently fired from the Motel and moved to the eastside of Stockton with Rodriguez. This information for the CI is corroborated based on intercepts and physical surveillance.

Your Affiant asked the CI how the CI knows Galicinao and the CI advised the CI knows Rodriguez's family and found out about Galicinao through Rodriguez's family and Facebook. The CI advised about eight (8) months ago, the CI reached out to Galicinao in an attempt to warn Galicinao about what kind of person Rodriguez was. Since then, Galicinao has confided in the CI regarding matters concerning Rodriguez. The CI advised one example occurred when Rodriguez burglarized Galicinao's trailer, and the CI advised Galicinao had reported this to Rodriguez's parole agent. It should be noted that you Affiant is aware that Rodriguez is currently on PRCS and your Affiant was advised by the Probation Department that Galicinao had come into the Probation office to advise a Probation Officer that Rodriguez had burglarized Galicinao's trailer, and that Rodriguez was also in possession of firearms.

The CI advised on July 13, 2017, the CI was talking with Galicinao, and Galicinao told the CI that Rodriguez was involved in the incident regarding police officers getting shot at, referring to the June 26, 2017 incident. The CI asked Galicinao how she knew this, and Galicinao advised that Rodriguez has video of the incident. The CI advised Galicinao said Rodriguez thinks the incident was "funny" and is bragging about getting away with shooting at police officers, and that Rodriguez has stated that his vehicle was faster than the police vehicle, and that's why Rodriguez got away. Galicinao told the CI that Rodriguez stated the police will not be able to get Rodriguez. The CI told your Affiant that Galicinao told the CI, Rodriguez had shown the video

Affidavit-Target Line 4                    2

EXHIBIT "C"

of the incident to Galicinao. The CI told your Affiant that Rodriguez was with Victor Corral and a subject by the moniker of "Sapo", who is from Modesto. During this investigation, detectives have identified "Sapo" as Martin Harlan (DOB 05/06/91). Harlan is a Northern Rider. Galicinao told the CI that Rodriguez stated the police pulled them over in Rodriguez's vehicle, and they (Rodriguez, Corral, and "Sapo") had drugs and guns in the vehicle, so Corral started shooting at the police. Your Affiant is familiar with Corral and knows Corral to be a Northerner Rider. The CI told your Affiant that the CI also knows Corral. The CI advised Corral and Rodriguez know each other because Corral's brother, Philip Corral (DOB 04/13/82), was a cellmate with Rodriguez when Rodriguez was in prison. Your Affiant contacted SSU Special Agent Paris and learned Philip Corral is currently incarcerated at Lancaster State Prison and is serving life with parole for a second degree robbery conviction. The CI told your Affiant that Rodriguez is a "jailhouse lawyer" and is currently assisting Philip will filing court paperwork. The CI told your Affiant the CI knows Phillip Corral's mother, Yvonne Elias, and that the CI knew Rodriguez was assisting Philip Corral.

The CI told your Affiant that after the Stockton shooting incident, Rodriguez and/or Cano reported their vehicle was stolen.

Your Affiant asked the CI if the CI had a telephone number for Galicinao, and the CI advised Galicinao's number is (209) 390-2279. The CI advised your Affiant that the CI wishes Galicinao would talk to your Affiant about Rodriguez, but the CI told your Affiant Galicinao is scared of Rodriguez and is still in love with him, and the CI believes Galicinao would not speak to your Affiant for those reasons.

Affidavit-Target Line 4                     3

5370 Rodriguez

EXHIBIT "C"

Based on the above statement from the CI, your Affiant believes the information to be

truthful. The CI provided information regarding this information that was only known to

detectives and subjects involved in the incident. Your Affiant also knows that CI has nothing to

gain by providing this information to your Affiant. The CI has not been promised any

compensation for the information the CI has provided to your Affiant.

Signed in Stockton, Ca. this _15_ day of _July_____, 2017.

Affiant

Signed before me in Stockton, Ca. this _15th_ day of _July_, 2017.

Honorable Judge William Johnson

Affidavit-Target Line 4                          4

5371 Rodriguez

Exhibit 1

## INVESTIGATIVE CONNECTION TO THE NORTHERN RIDERS

Information gathered during this investigation has identified the potential involvement of documented "Northern Riders" member Steven Rodriguez in connection with the criminal activity associated with the South Side Stocktone Norteno criminal street gangs.

### Northern Rider Operatives:  Steven Rodriguez and Martin Harlan

2. **Steven Rodriguez,** a documented Northern Rider prison gang member with the California Department of Corrections and Rehabilitation, is currently the boyfriend of Stacy Ann Cano. Steven Rodriguez currently has one felony warrant from San Joaquin County for a probation violation. It is unknown at this time where Steven Rodriguez is residing. Steven Rodriguez has a California Identification Number of A1471077. Steven Rodriguez's criminal history consists of a October 30, 1989 arrest, where Rodriguez was arrested for possession of a concealed and loaded firearm by Stockton Police officers and was convicted on 11/01/89 of PC 12031 (CASE 89-40764). On July 9, 1990, Rodriguez was arrested by the Stockton Police Department for robbery and auto theft and was convicted on August 8, 1990 of robbery. Rodriguez received a six year prison sentence (CASE 90-29967). On August 12, 1995, Rodriguez was arrested for assault with a firearm by Stockton Police officers and was convicted on 10/31/95 of PC 246.3 (CASE 95-41430). On January 2, 1999, Rodriguez was arrested by the Sacramento County Sheriff's Department for auto theft and was convicted on 01/14/99 of VC 10851 (A) (CASE 99F00042). On December 12, 2001, Rodriguez was arrested for possession of stolen property and stolen vehicle and was convicted of possession of stolen property on June 13, 2002. Rodriguez received an eight year prison sentence (CASE SF084916A). On September 5, 2009, Rodriguez was arrested by Stockton Police officers for possession of a sawed off shotgun, ammunition and transportation of illegal narcotics.  Rodriguez was convicted on 11/15/11 of PC 12021 (A)(1), HS 11379, and HS 11370.1 on 12/19/11 (CASE SF112865A). Rodriguez received a ten year prison sentence.

4293 Rodriguez

-26-

EXHIBIT 15

# STATE OF CALIFORNIA COUNTY of San Joaquin

# SEARCH WARRANT and AFFIDAVIT
## (AFFIDAVIT)

Detective **Ryan Taiariol** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause (Exhibit 2) and (Attachments A-D)** are true and that based thereon he has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☒ YES ☐ NO

# (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA** TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE **COUNTY OF SAN JOAQUIN:** proof by affidavit, under penalty of perjury, having been made before me by **Detective Ryan Taiariol** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☒ it was used as the means of committing a felony;

☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony;

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☒ there is a warrant to arrest the person;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

You are Therefore COMMANDED to SEARCH:



Search Warrant
Page 1 of 3

SPD REPORT17-23754

0509 Rodriguez

**THE PREMISES** at **3883 Ryde Avenue Stockton, San Joaquin, California**. 3883 Ryde Avenue is a tri-plex along with 3885 and 3887 Ryde Avenue. The numbers 3883, 3885, and 3887 are displayed on the south side of the entrance of the tri-plex with white numbers. The tri-plex is comprised of brick around the outside approximately three (3) feet tall and brown wooden siding up to the roof line. The gutters and trim are brown and the roof is made of brown composite shingles. 3883 Ryde is the first unit located on the right hand side if facing (north side). A black mailbox is located to the right of the door, if facing, with the numbers 3883 displayed with a white sticker and black numbers. There is a black metal security screen door covering the interior door and opens outward from right to left.

**THE VEHICLE** described as blue/ grey-colored 2003 Ford Mustang convertible, bearing disabled California License plate, DP553TB, registered to Martha Galindo, 3883 Ryde Avenue, Stockton, 95204.

**For the FOLLOWING PROPERTY or PERSON(s):**

**\*\*\*\*\*SEE EXHIBIT "2" for EVIDENCE ITEMS TO SEARCH FOR\*\*\*\*\***

**PERSONS:**

Galicinao, Martha; DOB 07/15/1959; Fillipino female; 5'04" tall; and 200 pounds

**AND TO SEIZE** ~~and THEM IF FOUND~~ and bring it ~~them~~ forthwith before me/~~this court at~~ ~~Courthouse of this court~~. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this ___1st___ day of ___June___, ___2017___, at ___7:10___ A.M. / P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_William D. Johnson_
<span style="font-size:small">(Signature of Magistrate)</span>

**HOBBS SEALING APPROVED:** ☐ YES ☒ NO
**NIGHT SEARCH APPROVED:** ☒ YES ☐ NO

Judge of the Superior Court of California, County of San Joaquin,

_William D. Johnson_
<span style="font-size:small">(Magistrate's Printed Name)</span>

## STATE OF CALIFORNIA, COUNTY OF San Joaquin, 0512 Rodriguez

# SEARCH WARRANT and AFFIDAVIT
# (AFFIDAVIT)

**Detective Ryan Taiariol** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause (Exhibit 2) and (Attachments A-D)** are true and that based thereon he has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☒ YES ☐ NO

# (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN JOAQUIN:** proof by affidavit, under penalty of perjury, having been made before me by **Detective Ryan Taiariol** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;
☒ it was used as the means of committing a felony;
☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;
☒ it tends to show that a felony has been committed or that a particular person has committed a felony;
☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;
☒ there is a warrant to arrest the person;
☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

**You are Therefore COMMANDED to SEARCH:**

**THE PREMISES at 270 Adrienne Avenue, Stockton, San Joaquin County, California.** 270 Adrienne Avenue, further described as a single-story dwelling. The residence of 270 Adrienne Avenue is comprised of tan stucco with white trim and brow/ grey composite shingles. The interior front door is covered by a white security screen door which opens outward from right to left. The numbers 270 are displayed in gold letters on a black background affixed to the mailbox in front of the residence. The residence is surrounded by a chain link fence

Search Warrant
Page 1 of 3

SPD REPORT17-23754

0512 Rodriguez

approximately 3-4 feet tall. To the left (if facing) the residence is a driveway access gate that opens from left to right. In front of the front door is a pedestrian gate that opens from left to right with the latch on the left (if facing, unknown if only outward or inward opening).



For the FOLLOWING PROPERTY or PERSON(s):

**\*\*\*\*\*SEE EXHIBIT "2" for EVIDENCE ITEMS TO SEARCH FOR\*\*\*\*\***

**PERSONS:**

Rodriguez Steven, AKA "Smilone"; DOB 06/26/1969; Hispanic male, 5'11" tall, and 170 pounds.



SPD REPORT17-23754

0513 Rodriguez



AND TO SEIZE IT / THEM IF FOUND and bring it / them forthwith before me / to this court at ~~this court~~ because of this
court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn
to as true and subscribed before me on this ___/_0/_ day of _Une_ , _2017_ , at _7:/9_ A.M. / P.M.
Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_William D. Johnson_
(Signature of Magistrate)

**HOBBS SEALING APPROVED:** ☐ YES  ☒ NO
**NIGHT SEARCH APPROVED:** ☒ YES  ☐ NO

Judge of the Superior Court of California, County of San Joaquin,

_William D. Johnson_
(Magistrate's Printed Name)

# STATE of CALIFORNIA, COUNTY of San Joaquin
0515 Rodriguez

# SEARCH WARRANT and AFFIDAVIT
# (AFFIDAVIT)

**Detective Ryan Taiariol** swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause (Exhibit 2) and (Attachments A-D)** are true and that based thereon he has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☒ YES ☐ NO

# (SEARCH WARRANT)

THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICEMAN OR PEACE OFFICER IN THE COUNTY OF SAN JOAQUIN: proof by affidavit, under penalty of perjury, having been made before me by **Detective Ryan Taiariol** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☐ it was stolen or embezzled;

☒ it was used as the means of committing a felony;

☒ it is possessed by a person with the intent to use it as means of committing a public offense or is possessed by another to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery;

☒ it tends to show that a felony has been committed or that a particular person has committed a felony;

☐ it tends to show that sexual exploitation of a child, in violation of Penal Code Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;

☒ there is a warrant to arrest the person;

☐ a provider of electronic communication service or remote computing service has records of evidence, as specified in Penal Code Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in possession of any person with intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;

**You are Therefore COMMANDED to SEARCH:**

**THE PREMISES at 2121 Stewart Street, Stockton, San Joaquin County, California**. This location is a single story, single family residence. The front walls are brown stucco with red trim. There is a wrought iron fence on both sides of the property but no fence across the front. The front door also has a black wrought iron security screen that opens outward from left to right. The numbers 2121 are in white numbers affixed to a placard on the wall to the left side of the front door. The roof is composed of gray composite shingles. The windows are not fortified.

For the FOLLOWING PROPERTY or PERSON(s):

*****SEE EXHIBIT "2" for EVIDENCE ITEMS TO SEARCH FOR*****

PERSONS:

Rodriguez Steven, AKA "Smilone"; DOB 06/26/1969; Hispanic male, 5'11" tall, and 170 pounds.

Cano, Stacy; DOB 06/27/1967; Hispanic female; 5'01" feet tall; and 170 pounds

AND TO SEIZE IT / THEM IF FOUND and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this _____ day of _____, _____, at _____ A.M. / P.M. Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_William D. Johnson_
(Signature of Magistrate)

**HOBBS SEALING APPROVED:** ☐ YES  ☒ NO
**NIGHT SEARCH APPROVED:** ☒ YES  ☐ NO

Judge of the Superior Court of California, County of San Joaquin,

_William D. Johnson_
(Magistrate's Printed Name)

EXHIBIT 13

THE PEOPLE OF THE STATE
OF CALIFORNIA,
                    Plaintiff

VS.

Steven Refugio Rodriguez Jr., et al.
                    Defendants

GRAND JURY
EXHIBIT 54

Date: September 5-7, 2017
D.A. No.: 4152294

Grand Jury Secretary

0343 Rodriguez

THE PEOPLE OF THE STATE
OF CALIFORNIA,
                    Plaintiff

vs.

Steven Refugio Rodriguez Jr., et al.
                    Defendants

GRAND JURY
EXHIBIT 53

Date: September 5-7, 2017
D.A. No.: 4152294

Grand Jury Secretary



EXHIBIT 20



# CITY OF STOCKTON

POLICE DEPARTMENT
22 East Weber Avenue• Stockton, CA  95202-2876
www.stocktongov.com
(209) 937-8697

March 23, 2018

Steven Rodriguez
999 W. Mathews Road
French Camp, CA  95231

## PERSONNEL COMPLAINT

This letter is to inform you that your complaint (IA 18-14) was investigated, documented, and subsequently reviewed by the Stockton Police Department Professional Standards Section. Your complaint has been classified as a Category "B" complaint.

> *Category "B" (Procedure Complaints)* – All complaints where the supervisor/ manager determines the employee(s) acted reasonably and within Department policy and procedure, given the specific circumstances and facts of the incident, and that despite the allegation of misconduct, there is no factual basis to support the allegation.

Specific information regarding our investigation as it relates to a personnel matter is confidential as required by law (Penal Code Section 832.7). As such, we are not able to divulge any further information to you regarding your complaint. A copy of your complaint form is enclosed.

ERIC JONES
CHIEF OF POLICE

LIEUTENANT JOSHUA DOBERNECK
PROFESSIONAL STANDARDS SECTION

EJ:JD:vs

Enclosure

# STOCKTON POLICE DEPARTMENT
## CITIZEN COMPLAINT FORM

FEB 06 2018

If returning this form in person, we request you contact the on-duty Watch Commander. Your complaint will then either be forwarded to the employee's supervisor for inquiry or to the Professional Standards Section. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Professional Standards Section, (209) 937-8697.

| LAST NAME, First, Middle RODRIGUEZ STEVEN REFUGIO | Home Phone N/A | Work Phone N/A |
|---|---|---|
| Address 999 W. MATHEWS FRENCH CAMP City/Zip CA 95231 HOME- 2662 PLAYA DEL SOL AVE STKN CA 95206 | Cell Phone MESSAGE 209-808-4994 | |

| Date/Time Incident Occurred 6/26/2017  11:08 PM | Location of Occurrence CITY OF STOCKTON | Report/Citation Number 17-23754 |
|---|---|---|

| Police Officer/Employee Name(s) RYAN TAIAROL  # 2250        JASON MAMARIL # 1727 |
|---|

| Witness Name (LAST, First, Middle) MARTIN HARLAN JR. | Address 999 W. MATHEWS RD FRENCH City/Zip CAMP CA 95231 | Phone Number (Home/Work/Cell) N/A INCARCERATED |
|---|---|---|
| Witness Name (LAST, First, Middle) MARCIAL HERNANDEZ | Address 20052 City/Zip FRONTLINE RD TRACY CA. 95391 | Phone Number (Home/Work/Cell) N/A IN JAIL |

Give a brief narrative of the events that led to this complaint. You may add additional sheets as necessary.

ADDITIONAL SHEETS "3" DECLARATIONS IN SUPPORT OF RODRIGUEZ'S COMPLAINTS. THESE 2 EVSU OFCRS LIED AND FABRICATED WARRANTS THAT MYSELF HARLAN AND HERNANDEZ WERE N. RIDER GANG MEMBERS FROM CDCR. NEGATIVE NONE THE LESS THEY'VE VIOLATED CA. P.C. # 118.1 AND $129. TAIAROL EVEN FALSIFIED WARRANT FURTHER I WAS A ACTIVE GANG MEMBER 2009 NORTENO ON CASE # SF112865(A) SUPERIOR COURT OF CA. COUNTY OF SAN JOAQUIN. THESE FALSIFIED AFFIDAVITS WERE FOR PHONES- GPS TRACKERS AND VARIOUS RESIDENCES THAT LED TO A 20 COUNT INDICTMENT PEOPLE v. RODRIGUEZ CASE NO. CR-2017-12443 SUPERIOR COURT SAN JOAQUIN COUNTY, CDCR DOCUMENTS WILL FOLLOW. SGT. GOULART BOULART OF S.J.CO. JAIL TOLD ME IM NOT VALIDATED (FICTION) CLASS

Are you alleging racial or identity profiling (yes/no):

If you are, please indicate the specific type(s) of profiling alleged (Race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, mental or physical disability):

In cases where it has been clearly shown a complaint was false and filed maliciously against an officer, that officer is entitled to file a civil action for defamation of character, in accordance with Section 47.5 of the Civil Code.

I have read and understand the above statement, which I have made of my own free will, and the facts contained therein are true and correct to the best of my knowledge.

Complainant's Signature X _____    Date 1/24/2018

Signature of Parent/Guardian (if complainant is under 18 years of age) _____

| Complaint Received by | Date |
|---|---|
| | |

Mail to: Stockton Police Department, Professional Standards Section, 22 East Weber Avenue, Stockton, CA 95202

RECEIVED
INTERNAL AFFAIRS

FEB 06 2018

# STOCKTON POLICE DEPARTMENT
## CITIZEN COMPLAINT FORM

If returning this form in person, we request you contact the on-duty Watch Commander. Your complaint will then either be forwarded to the employee's supervisor for inquiry or to the Professional Standards Section. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Professional Standards Section, (209) 937-8697.

| LAST Name, First, Middle | Home Phone | Work Phone |
|---|---|---|
| RODRIGUEZ, STEVEN REFUGIO | N/A | N/A |

Address: 999 W. MATHEWS RD  FRENCH CAMP City/Zip: CA 95231  Cell Phone MESSAGE
HOME: 2662 PLAYA DEL SOL AVE STKN CA. 95206  209-808-4994

| Date/Time Incident Occurred | Location of Occurrence | Report/Citation Number |
|---|---|---|
| 6/26/2017 | CITY OF STOCKTON | 17-23754 |

**Police Officer/Employee Name(s)**
KYLE TACKER #2736     ROBERT CLYBORNE #2812

| Witness Name (LAST, First, Middle) | Address | City/Zip FRENCH CA. | Phone Number (Home/Work/Cell) |
|---|---|---|---|
| MARTIN HARLAN JR. | 999 W. MATHEWS RD | 95231 | N/A |

| Witness Name (LAST, First, Middle) | Address | City/Zip | Phone Number (Home/Work/Cell) |
|---|---|---|---|

Give a brief narrative of the events that led to this complaint. You may add additional sheets as necessary. ALLEGEDLY OFCRS SAW 2 EARY MODEL RED PONTIACS RUN 2 SEPERATE STOP SIGNS. 1 STOP N. HARRISON CROSSING POPLAR IT DOES NOT EXIST. "SIMULTANEOUSLY" (ORIGINAL & SUPP. #Y CRIME REPORTS) BLUE'S WERE NEVER ACTIVATED ON THIS ALLEGED HIGH SPEED CHASE. BOTH OFCRS STATED THEY WERE DRIVING BOTH OFCRS AUTHERED 2 CRIME REPORT" PARAGRAPHS DESCRIBE EACH OFCR WRITING — NO OFCR COULD DESCRIBE DRIVER OR PASSENGER BUT TACKER TESTIFIED DRIVER HAD BALD HEAD. BOLSTER D.A.'S CASE ON INDICTMENT NO CR-2017-2443 PEOPLE V. RODRIGUEZ, TACKER LIED IN GRAND JURY ABOUT CALLING DISPATCH SAID HE COULD CALL IN STOP CAUSE PLOT OF RADIO TRAFFIC. IF HE SAID SHOTS FIRED AT US. ALL RADIO TRAFFIC WOULD OF STOPPED. THESE OFCRS FILED FABRICATED CRIME REPORTS AND MISLEAD GRAND JURY—.

Are you alleging racial or identity profiling (yes/no):

If you are, please indicate the specific type(s) of profiling alleged (Race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, mental or physical disability):

In cases where it has been clearly shown a complaint was false and filed maliciously against an officer, that officer is entitled to file a civil action for defamation of character, in accordance with Section 47.5 of the Civil Code.

I have read and understand the above statement, which I have made of my own free will, and the facts contained therein are true and correct to the best of my knowledge.

Complainant's Signature X _____  Date 1/18/2018

Signature of Parent/Guardian (if complainant is under 18 years of age) _____

| Complaint Received by | Date |
|---|---|

Mail to: Stockton Police Department, Professional Standards Section, 22 East Weber Avenue, Stockton, CA 95202

# STOCKTON POLICE DEPARTMENT
# CITIZEN COMPLAINT FORM

**If returning this form in person, we request you contact the on-duty Watch Commander. Your complaint will then either be forwarded to the employee's supervisor for inquiry or to the Professional Standards Section. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Professional Standards Section, (209) 937-8697.**

| LAST Name, First, Middle | Home Phone | Work Phone |
|---|---|---|
| RODRIGUEZ STEVEN REFUGIO | — | — |
| **Address** 999 W. MATHEWS RD FRENCH CAMP / 2662 PLAYA DEL SOL AVE STKN CA. 95206 | **City/Zip** CA. 95231 | **Cell Phone** MESSAGE 209.808.4994 |

| Date/Time Incident Occurred | Location of Occurrence | Report/Citation Number |
|---|---|---|
| 6.26.2017 | CITY OF STOCKTON | 17.23754 |

| Police Officer/Employee Name(s) |
|---|
| SGT. MARK A. COUVILLION # 1461 |

| Witness Name (LAST, First, Middle) | Address | City/Zip | Phone Number (Home/Work/Cell) |
|---|---|---|---|
| MARTIAL HARLAN | 999 W. MATHEWS RD | CA. 95231 FRENCH CAMP | — IN JAIL |
| — | — | | — |

**Give a brief narrative of the events that led to this complaint. You may add additional sheets as necessary.** SGT. COUVILLION FALSIFIED A CRIME REPORT HE READ A LICENSE PLATE ON 6.26.17 AT 1108 P.M. BLOCK AWAY. DISPATCH TAPE# 17.171118 CLEARLY RECORDS SGTS READING OF HIS LICENSE PLATE BELOW. 1 LETTER SHORT MAKES HIS REPORT A FABRICATED DOCUMENT. ALSO IN VIOLATION OF CA. P.C.S 118.1. SGT. ALSO TESTIFIED IN GRAND JURY HE READ 7 DIGITS OF MY 2007 RED PONTIAC GRAND AM. ALL OFCRS DESCRIBE CAR AS RED GRAND AM ——— I OWN A RED GRAND PRIX 2007.

**Are you alleging racial or identity profiling (yes/no):**

**If you are, please indicate the specific type(s) of profiling alleged (Race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, mental or physical disability):**

**In cases where it has been clearly shown a complaint was false and filed maliciously against an officer, that officer is entitled to file a civil action for defamation of character, in accordance with Section 47.5 of the Civil Code.**

**I have read and understand the above statement, which I have made of my own free will, and the facts contained therein are true and correct to the best of my knowledge.**

***Complainant's Signature*** X [signature] **Date** 1/18/2018

**Signature of Parent/Guardian (if complainant is under 18 years of age)** ______________________

| Complaint Received by | Date |
|---|---|
| | |

**Mail to: Stockton Police Department, Professional Standards Section, 22 East Weber Avenue, Stockton, CA 95202**

Declaration

MARtin. W. HARlAN

I martin Harlan Declares
FAlSE accUSAtions of Being
ValaDateD CDCR Prison Gang
MemBer to "NORthern RiDERs"
During my Incarcaration In
CDCR I Was Never PReSenfed
a ValaDction Packet contcining
mySelf-martin William Harlan.
JR. to Being a Documented
Prison GANG memBer ther
for I Deny the allegations
against me Pertaing to P.C 186.22
of the Justiee System.
I Declare unDer Penalty of Purjury
That the InBrmation above IS true
and correct.

MARTIN William Harlan
Martin HARlAN
1.27.18

Declaration of:
MARCIAL HERNANDEZ

I MARCIAL HERNANDEZ DECLARES:
I am a friend of approxiantly 24 yrs
of Steven R. Rodriguez

I MARCIAL HERNANDEZ HAVE
NEVER been "Validated" As A
"NORTHERN RiDER" PER (C.D.C.) California
Dept. of Corrections or Any other law
Authority, Nor Have I Ever been
ARRESTED or CONVICTED of ANy
Gang Activity in San Joaquin County.

I declare under penalty of perjury
the aformentioned is TRUE and Correct
Dated, January 21st 2018.

Marcial Hernandez
MARCIAL HERNANDEZ

**STOCKTON POLICE DEPARTMENT**
**CITIZEN COMPLAINT FORM**

If returning this form in person, we request you contact the on-duty Watch Commander. Your complaint will then either be forwarded to the employee's supervisor for inquiry or to the Professional Standards Section. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Professional Standards Section, (209) 937-8697.

| LAST Name, First, Middle | Home Phone | Work Phone |
|---|---|---|
| RODRIGUEZ  STEVEN REFUGIO | N/A | N/A |

| Address 999 W. MATHEWS  FRENCH CAMP | City/Zip CA 95231 | Cell Phone MESSAGE |
|---|---|---|
| HOME- 2662 PLAYA DEL SOL AVE  STKN  CA  95206 | | 209-808-4994 |

| Date/Time Incident Occurred | Location of Occurrence | Report/Citation Number |
|---|---|---|
| 6/26/2017   11:08 PM | CITY OF STOCKTON | 17-23754 |

| Police Officer/Employee Name(s) |
|---|
| RYAN TAIAROL  # 2250          JASON MAMARIL #1727 |

| Witness Name (LAST, First, Middle) | Address                City/Zip | Phone Number (Home/Work/Cell) |
|---|---|---|
| MARTIN HARLON JR. | 999 W. MATHEWS RD FRENCH CAMP CA 95231 | N/A INCARCERATED |

| Witness Name (LAST, First, Middle) | Address           City/Zip | Phone Number (Home/Work/Cell) |
|---|---|---|
| MARCIAL HERNANDEZ | 20052 GRANTLINE RD TRACY CA. 95391 | N/A IN JAIL |

Give a brief narrative of the events that led to this complaint. You may add additional sheets as necessary.

ADDITIONAL SHEETS "3" DECLARATIONS IN SUPPORT OF RODRIGUEZ'S COMPLAINTS
THESE 2 GVSU OFCRS LIED AND FABRICATED WARRANTS THAT MYSELF
HARLIN AND HERNANDEZ WERE N. RIDER GANG MEMBERS FROM CDCR.
NEGATIVE NONE THE LESS THEY'VE VIOLATED CA. P.C. $118.1 AND $129.
TAIAROL EVEN FALSIFIED WARRANT FURTHER I WAS A ACTIVE GANG
MEMBER 2009 NORTENO ON CASE # SF112865A) SUPERIOR COURT
OF CA. COUNTY OF SAN JOAQUIN. THESE FALSIFIED AFFIDAVITS
WERE FOR PHONES- GPS TRACKERS AND VARIOUS RESIDENCES THAT
LED TO A 20 COUNT INDICTMENT PEOPLE V. RODRIGUEZ CASE NO.
CR-2017-12443 SUPERIOR COURT SAN JOAQUIN COUNTY. CDCR DOCUMENTS
WILL FOLLOW. SGT. GOULAT GOULART OF S.J CO. JAIL TOLD ME IM NOT VALIDATED (CLASSIFICATION)

Are you alleging racial or identity profiling (yes/no):

If you are, please indicate the specific type(s) of profiling alleged (Race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, mental or physical disability):

In cases where it has been clearly shown a complaint was false and filed maliciously against an officer, that officer is entitled to file a civil action for defamation of character, in accordance with Section 47.5 of the Civil Code.

I have read and understand the above statement, which I have made of my own free will, and the facts contained therein are true and correct to the best of my knowledge.

Complainant's Signature X _____   Date 1/24/2018

Signature of Parent/Guardian (if complainant is under 18 years of age) _____

| Complaint Received by | Date |
|---|---|
| | |

Mail to:  Stockton Police Department, Professional Standards Section, 22 East Weber Avenue, Stockton, CA 95202

# STOCKTON POLICE DEPARTMENT
## CITIZEN COMPLAINT FORM

If returning this form in person, we request you contact the on-duty Watch Commander. Your complaint will then either be forwarded to the employee's supervisor for inquiry or to the Professional Standards Section. If your concern stems from an arrest or citation issued, it may not be investigated until the legal matter has been resolved. Questions concerning the complaint process may be directed to the Professional Standards Section, (209) 937-8697.

| LAST Name, First, Middle | Home Phone | Work Phone |
|---|---|---|
| RODRIGUEZ, STEVEN REFUGIO | N/A | N/A |

| Address 999 W. MATHEWS RD    FRENCH CAMP | City/Zip CA 95231 | Cell Phone MESSAGE |
|---|---|---|
| HOME: 2662 PLAYA DEL SOL AVE   STKN CA. 95206 | | 209·808·4994 |

| Date/Time Incident Occurred | Location of Occurrence | Report/Citation Number |
|---|---|---|
| 6/26/2017 | CITY OF STOCKTON | 17·23754 |

| Police Officer/Employee Name(s) |
|---|
| KYLE TACKER # 2736        ROBERT CLYBORNE # 2812 |

| Witness Name (LAST, First, Middle) | Address | City/Zip FRENCH CA. | Phone Number (Home/Work/Cell) |
|---|---|---|---|
| MARTIN HARLAN JR. | 999 W. MATHEWS RD | 95231 | N/A |

| Witness Name (LAST, First, Middle) | Address | City/Zip | Phone Number (Home/Work/Cell) |
|---|---|---|---|
| | | | |

Give a brief narrative of the events that led to this complaint. You may add additional sheets as necessary. ALLEGEDLY OFCRS SAW 2 EARH MODEL RED PONTIACS RUN 2 SEPERATE STOP SIGNS. 1 STOP N. HARRISON CROSSING POPLAR 2T DOES NOT EXIST. "SIMULTANEOUSLY" (ORIGINAL & SUPP MY CRIME REPORTS) BLUE'S WERE NEVER ACTIVATED ON THIS ALLEGED HIGH SPEED CHASE. BOTH OFCRS STATED THEY WERE DRIVING BOTH OFCRS AUTHORED 2 CRIME REPORT" PARAGRAPHS DESCRIBE EACH OFCR WRITING — NO OFCR COULD DESCRIBE DRIVER OR PASSENGER BUT TACKER TESTIFIED DRIVER HAD 2010 HEAD. BOLSTER D.A.'s CASE ON INDICTMENT NO CR·2017·2443 PEOPLE V. RODRIGUEZ, TACKER LIED IN GRAND JURY ABOUT CALLING DISPATCH SAID HE COULD CALL IN STOP CAUSE ALOT OF RADIO TRAFFIC. IF HE SAID SHOTS FIRED AT US. ALL RADIO TRAFFIC WOULD OF STOPPED. THESE OFCRS FILED FABRICATED CRIME REPORTS AND MISLEAD GRAND JURY —.

Are you alleging racial or identity profiling (yes/no):

If you are, please indicate the specific type(s) of profiling alleged (Race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, mental or physical disability):

In cases where it has been clearly shown a complaint was false and filed maliciously against an officer, that officer is entitled to file a civil action for defamation of character, in accordance with Section 47.5 of the Civil Code.

I have read and understand the above statement, which I have made of my own free will, and the facts contained therein are true and correct to the best of my knowledge.

Complainant's Signature X _____   Date 1/18/2018

Signature of Parent/Guardian (if complainant is under 18 years of age) _____

| Complaint Received by | Date |
|---|---|
| | |

Mail to:  Stockton Police Department, Professional Standards Section, 22 East Weber Avenue, Stockton, CA 95202

EXHIBIT 21

Declaration !

RENEE S. MOSQUEDA

I RENEE S. MOSQUEDA DECLARES:

I am an acquantance of approxiantly, 13 monthes of Steven R. Rodriguez, co-defendant number CR 2017 12443.

On August 10th 2017 alls I can remember was I saw marshelle and I'm not sure who the came and put my roomate mohammed and I in handcuffs. my roomate repeatedly asked for the search warrant and thy said thy would mail it to them. I remember thy entered my house and roved around about in it. Thy were waiting for a digital warrant to proceed through out of apartment. Thy went into my roomates room asked me which room was mine and what side Steven slept on. Thy asked me of I knew what was going on and I said no and thy said I will soon. I never seen them leave with any of my property but later found out thy tork my phone and my father laptop.

I declare under penalty of perjury the of mentioned is true and correct dated this 15th day of November 2017

Renee S. mosqueda

RENEE S. MOSQUEDA

Declaration
of
Stacy anna Cano

I Stacy a cano declares:
I am fiance & codef.. To
MR. Steven Rodriguez case Number. CR
2017.12443.
On July 16, 2017 i was arrested for
an old warrant for 2008 and transfer to
Amador County to serve 2½ weeks was
released on Aug 9th and on Aug 10th 2017
My house got raided from Stockton Police
department serve a warrant to my aunt
that had both my name and Mr. Rodriguez
name on it. On the search warrant was
a piece of paper stible on the search
warrant that was all black with an
signature on it. While during the search
they kick in my aunts bedroom door
They broke open a lock in the back
of a shed that belong to our landlord
took items from my room like a T-Shirt
that was hing on our wall distrayed
my house and my aunts house flipped
the house upside down and had my
aunt in handcuffs all for a gun
they did not find. During this time
I was not home. around 2:30pm
I return home to find my house
distrayed around 3:30pm officers
pulled up to my house arrested me
and took me downtown were they
put me in a room with two
dectives were they showed me
pictures and started asking me

questions about an incident that happen
on June 26,2017 As I was sitting there
the two detectives were showing me
pictures of people 1) of my fiance
Steven Rodriguez another one of
Renee and martin. at that point I
was high and paniod about what was
going on. when the two detectives
asked me to lie and say my fiance
was involved in a shooting with the
cops I told them no I didn't know
what they were talking about the
detective with red hair sat there
and told me That If I did not tell
them that my fiance and martin
were in the car that I would never
see my kids again, a few min later
I explain to them were I was in
my car and told them wot tyme
I had gone home they kept saying
my tymes were wrong Both detectives
At this tyme were pressuring me
and asking me questions that I
diant really understand, with me being
high off of Meth and the detectives
Kething I was high Both detectives
said that they would let me go home
if I would only say what they
wanted to hear. after about an
hour the detectives left me in
room and came back in with
pictures of guns I kept saying I
www.PrintablePaper.net Never seen these guns and
still the detectives said I was
lieing and kept threating me

about never seeing my kids again and that
Steven Rodriguez was a murder
and a man that had no life and
all I had to say was he was
in the car driving because he
was going to go down for life
anyways. Both detectives were
scaring me telling me I would be
charge also and if I wanted
to lose my kids then I would
have to tell them that both men
Steven and Martin were in the
car and if I did that then they
would tell the D.A. to work with
me. During that time the two
officers left me alone and told
me to think about what they said.
After another hour the two came
back and told me that Mr. Rodriguez
was cheating on me that his wife
Martha had already told them that
I was involved and why I would
want to stick up for a man that
been in prison half his life and is
a piece of shit and both men
Steven and Martin were both
law lifes gang bangers that probily
going to spend time in prison for
life. As I still sit there scared
and parnoid cause I'm high. I still
told the detectives what happen my
car was stolen and there no way
Steven was in the car the two
detectives got upset handcuff
me and took me to a room back
in the police department

www.PrintablePaper.net

then drove me to the jail were I was booked and Charge and now in Custody

I declare under Penalty of Perjury the Aforementioned is true and correct

Dated This day of November 18th, 2017

Stacy Cano
declarant

www.PrintablePaper.net